# Exhibit D

28.091 - SPECIAL DISTRICT USES.

(1) Table 28G-1 lists all permitted and conditional uses in the Special Districts, except that uses allowed within the Campus Institutional District are listed separately in Sec. 28.096.

    (a) "P" means permitted in the districts where designated.

    (b) "C" means allowed as conditional uses in the districts where designated, in compliance with all applicable standards.

    (c) "P/C" means permitted or conditional, depending on specific requirements in Supplemental Regulations, Subchapter 28J.

    (d) "Y" means that there are specific requirements in Subchapter 28J associated with a use.

    (e) "A" means Agricultural District.

    (f) "UA" means Urban Agriculture District.

    (g) "CN" means Conservancy District.

    (h) "PR" means Parks and Recreation District.

    (i) "AP" means Airport District.

**Table 28G-1.**

1

28.097 - CAMPUS-INSTITUTIONAL DISTRICT.

(1) <u>Statement of Purpose</u>.

The CI District is established to recognize the City's major educational and medical institutions as important activity centers and traffic generators, accommodate the growth and development needs of these institutions, and coordinate the master plans of these institutions with the City's plans, policies and zoning standards. The district is also intended to:

(a) Permit appropriate institutional growth within boundaries while minimizing the adverse impacts associated with development and geographic expansion.

(b) Balance the ability of major institutions to change and the public benefits derived from change with the need to protect the livability and vitality of adjacent neighborhoods.

(c) Encourage the preparation of Campus Master Plans that enable adjacent neighborhoods and the broader community to understand the levels of development being proposed, their likely impacts, and appropriate mitigation measures.

(2) <u>Master Plan Requirement</u>.

(a) Any Campus Institutional District created after the effective date of this ordinance shall submit a Campus Master Plan, which shall be approved as part of the map amendment.

(b) Approved Campus Master Plans shall be effective for ten (10) years, and, during that period, may be altered pursuant to (8) below.

(c) In a Campus Institutional District without a Campus Master Plan, individual development proposals and changes that exceed four thousand (4,000) square feet in floor area within any five (5) year period shall require conditional use approval. (Am. by ORD-15-00033, 4-8-15)

(d) In the absence of a Master Plan, dimensional requirements are in (4) below.

(e) Any PUD converting to CI carries the land use approval and restrictions from the PUD into the CI, and those rules and agreements are in full effect until a Campus Master Plan is adopted.

(3) <u>Uses Within CI Districts</u>.

Uses within CI districts are defined as follows as either primary or secondary.

(a) <u>Primary Uses</u>.

1. Educational uses associated with colleges, universities, and secondary and primary schools, including classroom buildings, libraries, and offices.
2. Medical facilities, including hospitals, clinics, laboratories and related facilities.
3. Dormitories, student and/or faculty housing.
4. Community Center.

(b) <u>Secondary Uses</u>.

1. Day care facilities.
2. Eating places within mixed-use buildings such as dormitories or student unions.
3. Fraternities and sororities.
4. General retail, financial and personal service uses within mixed-use buildings such as student unions.
5. Indoor and outdoor sports and recreational facilities.

2

      6. Lodging facilities.
      7. Museums and art galleries.
      8. Parking, structured and surface.
      9. Performing arts centers.
      10. Places of worship.
      11. Utilities and transportation facilities related to the primary use.
      12. Veterinary clinics.
      13. Agricultural uses.
      14. Public utility and service uses.
      15. Other uses related to the institution's primary mission.
      16. Correctional Facility.
      17. Stadiums, auditoriums, and arenas, open or enclosed.

(4) *Dimensional Requirements*.

In CI districts, with an approved Master Plan, dimensional requirements will be determined by the Master Plan. In CI Districts with no Master Plan, the dimensional requirements follow. Requirements represent minimums unless otherwise noted. Dimensions are in feet unless otherwise noted.

| Campus-Institutional District | |
|---|---|
| Lot area sq. ft. | 6,000 |
| Lot width | 50 |
| Front yard setback | 0 |
| Side yard setback | 0 |
| Rear yard setback | 0 |
| Maximum lot coverage | 85% |
| Maximum height | 3 stories/68<br>See (a) below |
| Usable open space | 0 |

(Am. by ORD-14-00002, 1-14-14)

3

(a) Heights exceeding the maximum may be allowed with conditional use approval. (Cr. by ORD-14-00002, 1-14-14)

(5) Contents of Master Plan.

The Master Plan shall include the following elements and information:

(a) Background/History. A summary of previous planning efforts by the institution in conjunction with the City and/or abutting neighborhoods or other interest groups, a description of the campus master planning process and participants, and any other relevant background material.

(b) Mission/Guiding Principles. A statement that defines the organizational mission and objectives of the institution and describes the role of the master plan within the context of the mission.

(c) Facilities Plan. Includes a description of existing conditions on the campus and the proposed conditions under the Master Plan, including:

1. Existing Conditions.

　　a. Land uses and buildings.

　　b. Building form (building type, height, bulk, etc.).

　　c. Landmarks, historic sites and districts.

　　d. Natural features and significant open-space areas.

2. Proposed Conditions.

　　a. Future needs/capital improvements.

　　b. Phasing of proposed improvements.

　　c. Future land uses and buildings.

　　d. Building Form (building type, height, bulk, etc.).

　　e. Landscape treatment.

　　f. Open-space areas and other open-space uses.

　　g. Relationship to transportation/access plan (parking, transportation demand management, etc.).

(6) Standards for Master Plan Approval.

The Common Council will approve or reject the Master Plan following a recommendation by the Plan Commission. Approval of the Master Plan will be based on the Plan's treatment of the topics listed above and the degree to which it meets the intent of this district, as well as the following standards:

(a) The Plan shall serve the public interest as well as the interest of the institution developing the plan.

(b) The Plan shall be consistent with the goals of the Comprehensive Plan and adopted neighborhood, corridor or special area plans adjacent to campus boundaries.

(7) Final Building, Structured Parking, and Surface Parking Design Review.

(a) All Campus Master Plans shall identify building location and maximum height. All buildings properly identified on a Campus Master Plan must be reviewed and approved by an architectural review committee prior to construction. The committee shall be established by the institution and shall meet the following standards:

4

1. The building design review standards and guidelines, review procedures, categories of membership, and the language of any deed or plat restriction must be approved by the Urban Design Commission.

2. Membership on the committee, including representation of planning staff and registered neighborhoods, and committee procedures must be approved by the Plan Commission. Committee meetings shall be public.

3. Until an architectural review committee is established and approved by the Plan Commission, all building and site plans shall be reviewed and approved by the Urban Design Commission, with an appeal process to the Plan Commission as established in Section 33.24.

(b)  In addition to undergoing the design review process in sub. (7)(a) above, and in order to minimize impact on City right-of-ways, all structured or surfaced parking facilities properly identified in a Campus Master Plan must be reviewed by the Pedestrian/Bicycle/Motor Vehicle Commission and Board of Public Works and approved by the Common Council prior to construction. In approving a structured or surface parking facility under this section, the Common Council may require a Traffic Impact Analysis (TIA) prepared by the applicant, a permanent right-of-way dedication to the city, and/or city right-of-way improvements, if deemed necessary by a Traffic Impact Analysis or an analysis prepared by the City Traffic Engineer. Any such analysis shall consider the cumulative effect of other structured and surface parking facilities in the area when determining whether a permanent right-of-way dedication or right-of-way improvement is necessary.

(c)  If there is no approved Master Plan, building design review will occur as part of the conditional use approval.

(Am. by ORD- 17-00073 , 7-26-17)

(8)  Review by University of Wisconsin-Madison Campus Area Committees Prior to Final Building Design Review .

Prior to presenting final building design to the architectural review committee under Sub. (7) above, the University of Wisconsin-Madison shall present the final building design plans to a meeting of the Joint West and Joint Southeast area review committees after giving notice of the joint meeting by first class mail to the owners of record, as listed in the office of the City assessor, and occupants of multi-tenant buildings, of property in whole or in part situated within two hundred (200) feet of the boundaries of the properties affected.

(Cr. by ORD- 17-00084 , 9-13-17)

(9)  Appeal of Decision by Architectural Review Committee .

The applicant or alder for the affected district may appeal any decision of the architectural review committee under Sub. (7) above to the Plan Commission. Appeal may be taken by filing a Notice of Appeal with the Secretary of the Plan Commission within 10 days of a final decision by the architectural review committee. The appeal should state the reasons for appeal and relief sought by the applicant or alder. Once an appeal is received, the Plan Commission shall set a public hearing as soon as practicable. At the conclusion of the public hearing, the Plan Commission may affirm, reverse, or modify the decision of the architectural review committee.

(Cr. by ORD- 17-00084 , 9-13-17)

(10)  Changes to Master Plan .

5

No alteration of an approved Campus Master Plan, including changes to the proposed use of identified open space areas and other open space uses, shall be permitted unless approved by the Plan Commission, provided however, the Zoning Administrator may, following consideration by the alderperson of the district, issue permits for minor alterations that are approved by the Director of Planning and Community and Economic Development and are consistent with the concept approved by the Common Council. If the change or addition constitutes a substantial alteration of the original plan, the procedure in Sec. 28.097(6) is required.

(Renum. by ORD- 17-00084, 9-13-17)

6