# Exhibit E

# PLANNING DIVISION STAFF REPORT                    March 24, 2014

PREPARED FOR THE PLAN COMMISSION



| | |
|---|---|
| **Project Address:** | **2219 Monroe Street and 829-1000 Edgewood College Drive** |
| **Application Type:** | Adopting a Campus-Institutional (CI) District Master Plan |
| **Legistar File ID #** | 33434 |
| **Prepared By:** | Timothy M. Parks, Planning Division<br>Report includes comments from other City agencies, as noted. |

# Summary

| | |
|---|---|
| **Applicant:** | Maggie Balistreri-Clarke, Edgewood College; 1000 Edgewood College Drive; Madison |
| **Property Owners:** | Edgewood College, Edgewood High School and Edgewood Campus School |
| **Agent:** | Doug Hursh, Potter Lawson, Inc.; 749 University Row, Suite 300; Madison |

**Requested Action:** Adopting a Campus-Institutional (CI) District Master Plan for Edgewood College, Edgewood High School and Edgewood Campus School, generally addressed as 2219 Monroe Street and 829-1000 Edgewood College Drive as an integral part of the Zoning Code.

**Proposal Summary:** *Please see the following sections of this report for more information on the proposed master plan.*

**Applicable Regulations & Standards:** The Campus-Institutional (CI) District in Section 28.097(2) of the Zoning Code was established to recognize the City's major educational and medical institutions as important activity centers and traffic generators, accommodate the growth and development needs of these institutions, and coordinate the master plans of these institutions with the City's plans, policies and zoning standards requires that any Campus Institutional District created after the effective date of this ordinance submit a Campus Master Plan, which shall be approved as part of a map amendment, and in the absence of said Plan, individual development proposals and changes that exceed 4,000 square feet in gross floor area within any 5-year period shall require conditional use approval.

**Review Required By:** Plan Commission and Common Council. The Urban Design Commission is required under Section 28.097(7)(a) to approve the building design review standards and guidelines, review procedures, categories of membership, and the language of any deed or plat restriction to implement the master plan.

**Summary Recommendation:** The Planning Division recommends that the Plan Commission forward Zoning Map Amendment ID 28.022–000117, adopting a Campus-Institutional (CI) District Master Plan for Edgewood College, Edgewood High School and Edgewood Campus School, generally addressed as 2219 Monroe Street and 829-1000 Edgewood College Drive, to the Common Council with a recommendation of **approval** subject to input at the public hearing and the conditions from reviewing agencies beginning on page 8 of this report.

# Background Information

**Parcel Location:** The Edgewood Campus, which consists of Edgewood College, Edgewood High School and Edgewood Campus School, is bounded by Monroe Street on the north, Woodrow Street on the west, Edgewood Avenue on the east and Edgewood Drive and Lake Wingra on the south; Aldermanic District 13 (Ellingson); Madison Metropolitan School District.

Legistar File ID # 33434
Edgewood Campus Master Plan
March 24, 2014
Page 2

**Existing Conditions and Land Use:** A detailed inventory of the existing buildings on the campus is contained in Section 2 of the master plan document.

**Surrounding Land Use and Zoning:** The overall Edgewood Campus is surrounded by single-family residences in the Dudgeon-Monroe and Vilas neighborhoods located across Woodrow Street, Monroe Street, and Edgewood Avenue from the campus in the TR-C2 and TR-C3 (Traditional Residential–Consistent) zoning districts.

**Adopted Land Use Plans:** The Comprehensive Plan identifies the greater Edgewood Campus in the Campus district. The residential neighborhoods that bound the campus are recommended for Low-Density Residential uses, while Edgewood Drive and Lake Wingra are recommended for Park and Open Space.

**Zoning Summary:** The property is zoned CI (Campus-Institutional District). The bulk requirements in a CI district with an approved master plan are established by the contents of the approved plan.

| Other Critical Zoning Items | |
|---|---|
| Yes: | Landmarks (Indian mounds on campus), Utility Easements, Waterfront Development (along southern edge) |
| No: | Wellhead Protection, Barrier Free, Urban Design, Floodplain |
| | *Prepared by: Planning and Zoning staff* |

**Environmental Corridor Status:** The portion of the Edgewood campus located southeast of Edgewood Drive is located in a mapped environmental corridor, with areas of woodlands, wetlands and floodplain noted (see Map D9) both within the corridor and immediately adjacent. The rest of the campus to the northwest is not located in a mapped corridor.

**Public Utilities and Services:** The site is served by a full range of urban services, including Metro Transit service on Monroe Street.

## Proposed Master Plan

Edgewood College, Edgewood High School and Edgewood Campus School are requesting approval of a Campus Master Plan for their combined campus, which encompasses an approximately 56.3-acre property bounded by Monroe Street on the north, Woodrow Street on the west, Edgewood Avenue on the east, and Edgewood Drive and Lake Wingra on the south. The three entities own parcels that were created by a condominium plat of the property in 2011. The condominium declaration provides the governance structure for the operation of the overall property. An exhibit showing the ownership of the campus can be found on page 17 of the master plan.

The Campus Master Plan submitted for approval contains a detailed summary of the history of the three educational institutions, a survey of existing conditions, and an outline and conceptual plan for potential future development activities the three institutions may undertake over the next 10 years (the lifespan for a CI master plan per ordinance; see the following section of this report). The history of the campus and overview of existing conditions is found in Sections 1 and 2 of the plan document. Of particular note in these sections are the long-term goals of the campus school, high school and college found in Section 1.6 on page 12, which provides insight into the individual needs and motivations of the 3 institutions that share the campus.

Section 3 of the master plan contains the various proposals for the campus that the three institutions anticipate in the coming decade or longer. Other than the expansion of the Regina Hall college residence hall, which was approved by the Plan Commission on March 10, 2014, there are no immediate development proposals pending

Legistar File ID # 33434
Edgewood Campus Master Plan
March 24, 2014
Page 3

for the campus. Page 21 provides an overview of the anticipated student enrollments and staffing for the three schools, and in the case of Edgewood College, the anticipated residential population on the campus. One of the tenets of the master plan is for the college to increase its dormitory population from 556 beds to a maximum of 800 beds through four projects identified across the campus. The plan suggests that the increased student resident population will strengthen the sense of community on the campus, create a better educational foundation for student residents, and reduce vehicle trips from students commuting to the campus from off-site residences. Page 23 contains the basis for 3 emerging projects for the college that twill be implemented through the master plan, including the need to provide improved athletic and recreational facilities for college students.

Section 3.2 provides the outline of proposed conditions on the 56.3-acre campus. As the master plan notes, footprints for buildings, roadways, parking lots, and landscape elements shown on the graphic are placeholders for planned future development. More detailed information on each project will be provided during the lead-up to the implementation of each project and will be vetted through the architectural review process required in the CI zoning district requirements for master plans. Nineteen projects are identified on pages 24-26 of the master plan, with those projects depicted on the various graphics throughout the rest of the plan.

The master plan includes a 70-foot building setback for the proposed buildings located along the edge of the campus along Woodrow Street and Edgewood Avenue, which is measured from <u>back of curb</u> of those public streets. This setback measurement approach is unique compared to how setbacks are typically measured from a property line. However, due to the varying property lines present along the edge of the campus, the applicants felt that measuring the setback and placing the 70-foot line from the more consistent curb line would better communicate where future new buildings would be located in relation to their surroundings.

The proposed master plan also includes more detailed planning for "Site One", which is located on the western edge of the campus adjacent to Woodrow Street between DeRicci Hall and the existing outdoor track and football field located in the northwestern corner of the site. Site One has been a source of significant concern for neighbors on the west side of the campus in part due to that area of the campus providing perhaps the largest opportunity to support new construction on the campus. The master plan calls for Site One to be developed in the future with two levels of structured parking below an approximately 80,000 square-foot building that could include an athletic and wellness facility for the college. The plan includes massing and sections for this building intended to depict the maximum program for that site, and page 34 includes a number of agreements that the campus and its neighborhood liaison committee and neighbors have reached about the use and operation of this facility.

The document also includes a detailed architectural review process for any projects that are proposed following approval of the master plan, which can be found in Section 4.5 on page 61, and a comprehensive transportation plan for the campus, which is located in Appendix A of the document.

## Supplemental Requirements – Section 28.097 Campus-Institutional District (excerpts)

In order to familiarize the Plan Commission with the provisions of the Campus-Institutional district, the relevant sections of the CI district follow:

(1) Statement of Purpose. The CI District is established to recognize the City's major educational and medical institutions as important activity centers and traffic generators, accommodate the growth and development needs of these institutions, and coordinate the master plans of these institutions with the City's plans, policies and zoning standards. The district is also intended to:

Legistar File ID # 33434
Edgewood Campus Master Plan
March 24, 2014
Page 4

(a) Permit appropriate institutional growth within boundaries while minimizing the adverse impacts associated with development and geographic expansion.

(b) Balance the ability of major institutions to change and the public benefits derived from change with the need to protect the livability and vitality of adjacent neighborhoods.

(c) Encourage the preparation of Campus Master Plans that enable adjacent neighborhoods and the broader community to understand the levels of development being proposed, their likely impacts, and appropriate mitigation measures.

(2) Master Plan Requirement.

(a) Any Campus Institutional District created after the effective date of this ordinance shall submit a Campus Master Plan, which shall be approved as part of the map amendment.

(b) Approved Campus Master Plans shall be effective for 10 years, and, during that period, may be altered pursuant to (8) below.

(c) In a Campus Institutional District without a Campus Master Plan, individual development proposals and changes that exceed four thousand (4,000) square feet in gross floor area within any 5 year period shall require conditional use approval.

(d) In the absence of a Master Plan, dimensional requirements are in (4) below.

(e) Any PUD converting to CI carries the land use approval and restrictions from the PUD into the CI, and those rules and agreements are in full effect until a Campus Master Plan is adopted.

(3) Uses within CI Districts are defined as follows as either primary or secondary.

(a) Primary Uses.

1. Educational uses associated with colleges, universities, and secondary and primary schools, including classroom buildings, libraries, and offices.

2. Medical facilities, including hospitals, clinics, laboratories and related facilities.

3. Dormitories, student and/or faculty housing.

4. Community Center.

(b) Secondary Uses.

1. Day care facilities.

2. Eating places within mixed-use buildings such as dormitories or student unions.

3. Fraternities and sororities.

4. General retail, financial and personal service uses within mixed-use buildings such as student unions.

5. Indoor and outdoor sports and recreational facilities.

6. Lodging facilities.

7. Museums and art galleries.

8. Parking, structured and surface.

9. Performing arts centers.

10. Places of worship.

Legistar File ID # 33434
Edgewood Campus Master Plan
March 24, 2014
Page 5

    11. Utilities and transportation facilities related to the primary use.

    12. Veterinary clinics.

    13. Agricultural uses.

    14. Public utility and service uses.

    15. Other uses related to the institution's primary mission.

    16. Correctional Facility.

    17. Stadiums, auditoriums, and arenas, open or enclosed.

(4) Dimensional Requirements. In CI districts, with an approved Master Plan, dimensional requirements will be determined by the Master Plan.

(5) Contents of Master Plan. The Master Plan shall include the following elements and information:

    (a) Background/History. A summary of previous planning efforts by the institution in conjunction with the City and/or abutting neighborhoods or other interest groups, a description of the campus master planning process and participants, and any other relevant background material.

    (b) Mission/Guiding Principles. A statement that defines the organizational mission and objectives of the institution and describes the role of the master plan within the context of the mission.

    (c) Facilities Plan. Includes a description of existing conditions on the campus and the proposed conditions under the Master Plan, including:

        1. Existing Conditions.

        a. Land uses and buildings.

        b. Building form (building type, height, bulk, etc.).

        c. Landmarks, historic sites and districts.

        d. Natural features and significant open-space areas.

        2. Proposed Conditions.

        a. Future needs/capital improvements.

        b. Phasing of proposed improvements.

        c. Future land uses and buildings.

        d. Building Form (building type, height, bulk, etc.).

        e. Landscape treatment.

        f. Open-space areas and other open-space uses.

        g. Relationship to transportation/access plan (parking, transportation demand management, etc.).

(6) Standards for Master Plan Approval. The Common Council will approve or reject the Master Plan following a recommendation by the Plan Commission. Approval of the Master Plan will be based on the Plan's treatment of the topics listed above and the degree to which it meets the intent of this district, as well as the following standards:

    (a) The Plan shall serve the public interest as well as the interest of the institution developing the plan.

(b) The Plan shall be consistent with the goals of the Comprehensive Plan and adopted neighborhood, corridor or special area plans adjacent to campus boundaries.

(7) Final Building Design Review. It is expected that Campus Master Plans will identify building location and maximum height, but will not include detailed designs of each building. All buildings constructed within a CI district must be reviewed and approved by an architectural review committee. The committee shall be established by the institution and shall meet the following standards:

(a) The building design review standards and guidelines, review procedures, categories of membership, and the language of any deed or plat restriction must be approved by the Urban Design Commission.

(b) Membership on the committee, including representation of planning staff and registered neighborhoods, and committee procedures must be approved by the Plan Commission. Committee meetings shall be public.

(c) Until an architectural review committee is established and approved by the Plan Commission, all building and site plans shall be reviewed and approved by the Urban Design Commission, with an appeal process to the Plan Commission as established in Section 33.24. If there is no approved Master Plan, building design review will occur as part of the conditional use approval.

(8) Changes to Master Plan. No alteration of an approved Campus Master Plan, including changes to the proposed use of identified open space areas and other open space uses, shall be permitted unless approved by the Plan Commission, provided however, the Zoning Administrator may, following consideration by the alderperson of the district, issue permits for minor alterations that are approved by the Director of Planning and Community and Economic Development and are consistent with the concept approved by the Common Council. If the change or addition constitutes a substantial alteration of the original plan, the procedure in Sec. 28.097(2) is required.

## Analysis and Conclusion

As part of the mapping of the new Zoning Code, the Edgewood campus was zoned into the CI (Campus-Institutional) zoning district, which was intended to provide a zoning district for the City's major educational and medical institutions, many of which were identified on the Generalized Future Land Use Maps in the Comprehensive Plan in either the Campus or Special Institutional districts. Previously, the campus was zoned R2 (Single-Family Residence District) under the 1966 code, and all aspects of the campus were subject to conditional use approval.

The CI zoning district encourages the adoption of master plans by the Plan Commission and Common Council to guide the future growth of those institutions, with individual development for any property without an approved master plan limited to 4,000 square feet of gross floor area within any five-year period unless approved as a conditional use. The CI district also includes a series of bulk requirements that apply to properties in that district without an adopted master plan; master plans can set individual, institution-specific bulk requirements as part of the approval of the plan.

No master plan has been approved for a CI-zoned institution to date, and the proposed master plan for Edgewood is the first time that the Plan Commission has had to consider such a document. Non-approval of the master plan does not preclude any of the projects called for in the plan from being developed, but instead would require that those projects be submitted for approval through the conditional use process similar to how most projects on the campus have been approved historically.

Legistar File ID # 33434
Edgewood Campus Master Plan
March 24, 2014
Page 7

The Planning Division and Zoning Administrator believe that the master plan submitted by Edgewood College, Edgewood High School and Edgewood Campus School for their shared 56.3-acre campus meets the technical requirements for a Campus Master Plan in the CI zoning district. However, as this is the first Campus Master Plan to come before the Plan Commission, staff encourages the Commission to provide direction to staff on the sufficiency of the master plan requirements in the Zoning Code, as well as the sufficiency of the document before them for approval. Unlike other master plan or conceptual plan approvals that come before the Plan Commission such as Planned Development general development plans or preliminary plats, which are statutorily required to be followed by specific implementation plans or final plats, respectively, the specific projects shown on the Campus Master Plan will not be reviewed by the Plan Commission if those projects adhere to the approved master plan. Therefore, the Plan Commission should have a high degree of comfort in the proposed master plan before it forwards its recommendation to the Common Council for approval by ordinance.

Planning staff believes that the proposed Edgewood Campus Master Plan meets the standards of approval in Section 28.097(6) of the Zoning Code, which are enumerated in the preceding section. The approval of the master plan would be in the mutual interest of the City and the 3 institutions that comprise the campus, and is consistent with the goals of the <u>Comprehensive Plan</u>, which identifies the site in the Campus land use district.

The Campus district recommends the creation of master plans for the campuses recommended in that land use district, which should include the proposed location and mix of land uses; recommended development density and intensity; and building size, height and design parameters. The campus plans should identify locations for future infill opportunities and address recommended land uses in transitional areas at the edges of the campus area, both within and outside the defined campus. A stated goal of Campus master plans in the <u>Comprehensive Plan</u> is the creation of attractive and engaging interfaces between the campus and adjacent land uses. Campus development is recommended to be compatible with surrounding uses and their design characteristics, and should mitigate potential negative impacts on adjacent areas. Planning staff feels that the proposed master plan achieves these planning objectives, and that it will serve as an appropriate framework to balance the needs of the established campus and its neighbors.

The master plan document includes a series of agreements between the institutions and the Dudgeon-Monroe and Vilas neighborhood associations, which were created to address past as well as anticipated future issues related to the campus. These agreements are included in the plan by reference, and are an essential element in fostering a positive relationship between the campus and its neighbors. However, it should be noted that the City is not specifically a party to the agreements in Sections 4.2 and 4.3, and enforcement of those agreements rests outside of the City's zoning powers. Additionally, the agreement in Section 4.4 regarding the implementation of the master plan and future operations of the campus would also not likely be enforced through the City's zoning powers. While the City will have a regulatory role in implementing the master plan through its review of specific projects against the final approved plan and City ordinances, staff foresees participating in the implementation of the past and proposed agreements through its role on the proposed Architectural Design Review Committee in Section 4.5 and in assisting in resolving any conflicts that may emerge in the future, but not through zoning enforcement.

In closing, there has historically been tension between the Edgewood Campus and its neighbors stemming from balancing the needs of three long established, vibrant and growing educational institutions and the two well-established neighborhoods that border it on three sides, as well as the adjacent significant environmental features and historic Park and Pleasure Drive that characterize the southern edge of the campus. Staff believes that the proposed Edgewood Campus Master Plan represents the best possible structure to provide all of the parties involved with a reliable framework for how the campus can function and grow over the next 10 years in a manner that will have the least impact on the surrounding neighborhoods. While failure of the master plan to

Legistar File ID # 33434
Edgewood Campus Master Plan
March 24, 2014
Page 8

gain approval would not prevent the future development of the campus, the conditional use process would be a far less reliable option in staff's opinion and could result in an adversarial relationship between the campus and its neighbors than appears likely to occur through the implementation of the proposed master plan.

# Recommendation

**Planning Division Recommendation** (Contact Timothy M. Parks, 261-9632)

The Planning Division recommends that the Plan Commission forward Zoning Map Amendment ID 28.022–000117, adopting a Campus-Institutional (CI) District Master Plan for Edgewood College, Edgewood High School and Edgewood Campus School, generally addressed as 2219 Monroe Street and 829-1000 Edgewood College Drive, to the Common Council with a recommendation of **approval** subject to input at the public hearing and the following conditions:

**Recommended Conditions of Approval:** Major/Non-Standard Conditions are Shaded

1. Revise the master plan prior to final approval to provide a range in square feet for all of the proposed projects identified in the plan, including the proposed campus school and high school additions identified on pages 24-26. Where not indicated, the minimum and maximum number of floors for those projects shall also be provided.

2. The final master plan shall include a to-scale, dimensioned site plan for the entire campus that includes the minimum setbacks of any future buildings located along Woodrow Street or Edgewood Avenue as measured from the back of curb of those streets and the property lines to provide both reference points in the plan.

3. That the final text of Section 4.5 be approved by the Planning Division to address minor edits needed to the January 22, 2014 document on the operation and function of the Architectural Design Review Committee.

4. The final master plan document shall include a detailed survey of historic resources located on the campus overlaid on a land survey of the property prepared by a Registered Land Surveyor. This historic resources survey shall be approved by the City's Preservation Planner and shall serve as the official record of said resources going forward, replacing or superseding any such previous plans or documents.

**City Engineering Division** (Contact Janet Dailey, 261-9688)

5. This area falls within the TMDL zone for the City of Madison. As a result, the campus will be subject to higher erosion control standards at the time of development, as authorized by State code and City resolution. Contact Tim Troester at 608-267-1995 or ttroester@cityofmadison.com for details.

6. This site, while partially a redevelopment, does not fully qualify for that category for stormwater management. City ordinances define redevelopment as removal of a commercial structure. Further, this site is subject to TMDL standards and must get 80% TSS control compared to existing conditions when taken on mass.

7. The proposed concept for stormwater management is innovative and supported, but details must be reviewed and approved by City Engineering.

Legistar File ID # 33434
Edgewood Campus Master Plan
March 24, 2014
Page 9

8.  In the event that any future building additions or site improvements within the Edgewood Campus would increase traffic volume on any of the public streets adjacent to or serving the Campus, the applicant shall coordinate with the City Engineering Division and Traffic Engineering Division to provide any dedications necessary to accommodate any required street and traffic improvements.

9.  A width shall be specified for the Park and Pleasure Drive Landscape Buffer Zone shown on the Open Spaces Diagram.

10. The Public Water Main Loop under Edgewood College Drive and the Madison Metropolitan Sewerage District Sewer Interceptor shall be shown and identified on the Existing Conditions Map.

11. Any additions or improvements within the Edgewood Campus that would impact Edgewood Drive (Park and Pleasure Drive) shall be approved by the City of Madison to assure conformance with any restrictions set out by the Park and Pleasure Drive easement and agreement documents.

12. An erosion control plan and land disturbing activity permit shall be submitted to the City Engineering Division for review and approval prior to grading or any other construction activities. The Preconstruction Meeting for Public Improvements shall not be scheduled prior to issuance of this permit. The applicant shall demonstrate compliance with Section 37.07 and 37.08 of the Madison General Ordinances regarding permissible soil loss rates. The erosion control plan shall include Universal Soil Loss Equation (USLE) computations for the construction period. Measures shall be implemented in order to maintain a soil loss rate below 7.5-tons per acre per year.

13. Prior to approval, this project shall comply with Chapter 37 of the Madison General Ordinances regarding stormwater management. Specifically, this development is required to: detain the 2- and 10-year storm events; reduce TSS off of the proposed development by 80% when compared with the existing site; provide oil and grease control from the first 1/2" of runoff from parking areas, and; complete an erosion control plan and complete weekly self-inspection of the erosion control practices and post these inspections to the City of Madison website as required by Chapter 37 of the Madison General Ordinances.

**Traffic Engineering Division** (Contact Eric Halvorson, 266-6527)

14. The City of Madison continues to receive complaints from residents and School Crossing guards regarding the difficulty crossing Monroe Street at Edgewood Avenue due to the offset geometry of the intersection. Realigning the east leg with the west Leg of Edgewood Avenue at Monroe Street would contribute to improved pedestrian safety and would encourage walking within the neighborhood, including for students of the Edgewood Campus.  Realignment would also allow higher-level pedestrian or traffic improvements at the intersection that are currently not feasible.  Given the many large growth mature trees within the area necessary to realign, realignment of the intersection in the short term is not likely.  The plan shall include a long term goal of realigning the intersection to improve pedestrian safety and restrict new infrastructure or landscaping within the area necessary to properly realign the intersection.

15. The applicant shall submit one contiguous plan for approval. The plan drawing shall be scaled to 1" = 20' and include the following, when applicable: existing and proposed property lines; parcel addresses; all easements; pavement markings; signing; building placement; items in the terrace such as signs, street light poles, hydrants; surface types such as asphalt, concrete, grass, sidewalk; driveway approaches, including those adjacent to and across street from the project lot location; parking stall dimensions, including 2 feet of

vehicle overhang; drive aisle dimensions; semitrailer movement and vehicle routes; dimensions of radii; and percent of slope.

16. The applicant shall post a security deposit prior to the start of future development. In the event that modifications need to be made to any City owned and/or maintained traffic signals, street lighting, signing, pavement marking and conduit/handholes, the developer shall reimburse the City for all associated costs including engineering, labor and materials for both temporary and permanent installations.

17. The City Traffic Engineer may require public signing and marking related to the development; the developer shall be financially responsible for such signing and marking.

18. All parking facility design shall conform to the standards in MGO Section 10.08(6).

**Zoning Administrator** (Contact Matt Tucker, 266-4569)

19. All relevant sections of the Zoning Code and Madison General Ordinances, which may be amended form time to time, shall apply to this Campus Master Plan, unless otherwise noted in the final approved Master Plan documents.

20. The final master plan shall include a section with an analysis of the existing and proposed demand for bicycle parking facilities for the three campuses, including a phasing plan for how bicycle parking faculties will be upgraded/ implemented. This can be established through the Process for Approvals section (Section 4.5). The master plan shall include language that establishes required amount of bicycle parking facilities for on-site residents, be designed as *long-term* bike parking, and facilities for non-resident student/ employee/ visitor bike parking, designed as *short-term* bike parking. See MGO Sec. 28.141(11) and 28.211 for relevant definitions and requirements.

21. Per MGO Sec. 31.021(1)(a), this Campus Institutional zoned property shall have signage as allowed for Group 1 districts, primarily regulated by Sec. 31.14. Given the size, scale, number of buildings and shared relationship across the three distinct campuses, it is likely future signage needs will require approval as a Comprehensive Design Review (CDR) for signage, per Sec. 31.043(4).

**Fire Department** (Contact Bill Sullivan, 261-9658)

Note: The Madison Fire Department does not object to the master plan provided that the subsequent projects comply with all applicable fire codes and ordinances.

**Water Utility** (Contact Dennis Cawley, 261-9243)

22. Note: All operating private wells shall be identified and permitted and any unused private wells shall be abandoned by the Madison Water Utility in accordance with MGO Section 13.21.

**Parks Division** (Contact Kay Rutledge, 266-4714)

23. Park impact fees (comprised of the Park Development Impact Fee per MGO Sec. 20.08(2) and the Parkland Impact Fee in Lieu of Land Dedication per MGO Sec. 16.23(8)(f) and 20.08(6)) will be required for all new residential development, including dormitories. Park impact fees will be determined when subsequent plans

Legistar File ID # 33434
Edgewood Campus Master Plan
March 24, 2014
Page 11

are submitted for review and approval. This development is within the Vilas-Brittingham park impact fee district (SI27). Please reference ID# 14107.1 when contacting Parks Division staff about this site.

24. Section 4.3 of the Master Plan shall also include the Edgewood Drive Park and Pleasure Drive easement and amended agreement between Edgewood and the City of Madison, executed May 22, 1997, and amended December 26, 2008.

25. Approval of plans for this project does not include any approval to prune, remove or plant trees in the public right-of-way. Permission for such activities must be obtained from the City Forester, 266-4816.

**Metro Transit** (Contact Tim Sobota, 261-4289)

This agency did not provide comments for this request.