Exhibit F



Department of Planning & Community & Economic Development
**Planning Division**
Heather Stouder, AICP, Director

126 S. Hamilton Street
P.O. Box 2985
Madison, Wisconsin 53701-2985
Phone: (608) 266-4635
www.cityofmadison.com

October 4, 2017


Gary Brown
University Facility Planning & Management
University of Wisconsin–Madison
30 N. Mills Street
Madison, Wisconsin 53715

RE:    Adopting a Master Plan for the portions of the University of Wisconsin–Madison campus zoned in the Campus-Institutional (CI) District as an integral part of the Zoning Code and various related land use approvals.

Dear Mr. Brown;

In response to the *Campus Institutional District Master Plan for the University of Wisconsin–Madison* submitted to the City of Madison on April 3, 2017 submitted by the University of Wisconsin–Madison, please accept this letter as a summary of the land use approvals granted by the City:

On July 18, 2017, the Common Council adopted:

- Substitute Ordinance 17-00074 (ID 47245), adopting a Master Plan for the portions of the University of Wisconsin–Madison campus zoned in the Campus-Institutional (CI) District as an integral part of the Zoning Code;

- Ordinance 17-00069 (ID 47239), rezoning UW Parking Lot 76, located at 2501 University Bay Drive, from PD (Planned Development) District to CI (Campus Institutional) District;

- Ordinance 17-00070 (ID 47240), rezoning Union South, located at 1308 W. Dayton Street from PD to CI;

- Ordinance 17-00071 (ID 47241), rezoning the Charter Street Heating Plant located at 117 N. Charter Street from PD to CI;

- Ordinance 17-00072 (ID 47242), rezoning a surface parking lot located at 115 N. Mills Street from PD to CI;

- Ordinance 17-00073 (ID 47243), amending Section 28.097(7) of the Zoning Code to provide a mechanism for additional review of structured or surface parking facilities in a Campus Institutional District.

University of Wisconsin-Madison-
Related Land Use Approvals
October 4, 2017
Page 2

On September 5, 2017, the Common Council adopted:

- Ordinance 17-00096 (ID 48025), creating Section 28.185(6)(a)3. of the Zoning Code to exempt from the demolition permit process buildings identified for demolition in an approved campus master plan in CI zoning;

- Ordinance 17-00084 (ID 48026), creating Sections 28.097(8), (9) and renumbering current Section 28.097(8) to (10) of the Madison General Ordinances to require review of final building design by university area committees and to allow for an appeal from a decision of an architectural review committee;

- Ordinance 17-00085 (ID 48136), rezoning a UW-owned three-family dwelling at 204 Bernard Court from TR-U2 (Traditional Residential–Urban 2 District) to CI. [This property was included within the zoning boundary of the July 11 map referenced below.]

The CI master plan approved by Ordinance 17-00074 shall only apply to the properties owned by the University of Wisconsin Board of Regents, State of Wisconsin and University affiliates as of the submittal of the University's plan for City review and approval. **This approval shall not apply to any parcels not owned by the University or its affiliates on April 3, 2017.** The July 11, 2017 zoning map attached to the substitute is the map that will govern what properties are subject to the CI master plan adopted on July 18, 2017. In addition, the master plan approval does not confer any specific approval to construct improvements in the City's rights of way through and adjacent to the campus.

**In order to finalize the approved master plan document, please revise the *Campus Institutional District Master Plan for the University of Wisconsin–Madison* as follows (as identified in June 10, 2017 Planning Division staff report):**

1. Projects on parcels not wholly owned by the UW shall be so noted in master plan; acknowledge amendment to master plan

2. Clarify that not all of the beds/units on Figure 3-1 are "student housing."

3. More clearly show raised pedestrian crossing proposed at Linden Drive and N. Charter Street on Figure 4-11.

4. Remove projects S-26 and S-27 from the master plan graphics and text, as they are proposed on land not owned by the University.

5. Consistently label Lake Mendota Drive, Walnut Street, Frances Street, Lake Street, Orchard Street, Charter Street, Spring Street, Breese Terrace and Regent Street on map figures to the greatest extent possible to improve map understanding.

6. Remove project S-21 from the zoning master plan graphics, as it is not zoned CI.

7. Remove the portions of projects S-08 (A, B, C) from the master plan graphics and text, as they are proposed on land not owned by the University.

8. Remove the portions of projects S-13/S-13A and the South Campus Quad from the master plan graphics and text, as they are proposed on land not owned by the University.

University of Wisconsin-Madison-
Related Land Use Approvals
October 4, 2017
Page 3

9.  Remove the portions of projects S-16A/S-16C from the master plan graphics and text, as they are proposed on land not owned by the University.

10. All proposed projects shown in red on figure maps shall include the project number, and the plan narrative shall uniformly include all project numbers in parentheses.

11. Figures 3-27 and 3-28: Clarify why the parking facilities are shown in black and why no usage data is included in the legend.

12. The University may consider including information on the minimum number of floors and gross square feet that may be developed in Table 4-1, which will provide the university with more flexibility in the future while providing the community with more certainty.

13. Correct the spelling of "Frances" on page 143.

14. Clarify or remove "Hoerr Schaudt" on page 151.

15. Provide additional street labels on Figures 4-30, 4-31 and 4-32 for reference purposes.

16. Identify by map number on Figure 4-32 the corresponding project in the plan narrative.

17. Figure 5-1 includes two ID "1082" removals, including one on Bernard Court and another in the 1600-block of University Avenue; the latter is not included in Table 5-1; please revise accordingly.

18. In Table 5-1 on page 174 and Table 5-3 on page 182, please add estimated number of parking stalls to be added for reference.

19. Correct spelling of "statute" on page 208.

20. Include neighborhood map numbers on page 211 for continuity.

21. Event Center Neighborhood on page 211 should note that some/ all of those sites are zoned PD and not subject to CI zoning master plan, and subsequent maps should clearly note the PD district boundaries for clarity.

22. To improve clarity on Building Heights maps in Section 7, the heights in the neighborhoods not in the subject area should be "ghosted" and the neighborhood boundary line weight increased to focus attention on the heights proposed within the specific neighborhood.

23. To improve clarity, Build-To Line maps in specific neighborhoods should be broken into smaller sections to improve understanding of those lines from specific rights of way and open spaces; the applicant should consider providing typical cross-sections of those building and open space arrangements in a manner similar to the block cross-sections included in the Regent Street-South Campus Neighborhood Plan.

24. Clarify the status of Wendt Hall and Library throughout the document. Different figures do not show it, but it is not identified for demolition, including on page 190.

University of Wisconsin-Madison-
Related Land Use Approvals
October 4, 2017
Page 4

25. Revise or clarify "CW"/ "RW" in built-to tables and legend.

26. The bulk table on page 287 be amended to include setback, height and stepback recommendations for State Street.

27. The University plan shall incorporate the three-story minimum building height recommended by the neighborhood plan throughout the South Campus and to conform its proposed stepbacks to the stepbacks contained in the Regent Street-South Campus Neighborhood Plan. The South Campus Neighborhood bulk table on page 299 should also account for Capitol Court in a manner consistent with the neighborhood plan.

28. Further clarification is needed how the processes outlined in the larger April zoning master plan (three board reviews) fit with the truncated version in the UDC presentation (two board reviews) dated May 24, 2017. The applicant shall meet with City staff following Common Council approval to finalize the design review board and processes for inclusion in the final master plan.

29. Clarify that City of Madison alder on Design Review Board is alder of district in which the project is located.

30. To ensure parity between City and University members, the zoning master plan and rules of procedure for the design review board shall include a stipulation that the chair of the board, which is proposed to be the University architect, would only vote in the case of a tie.

**The following conditions of approval shall be satisfied or acknowledged by the University prior to the master plan taking effect and City-related permits (right of way, utility connections, etc.) being issued for any of the projects contained in the plan:**

**Please contact Tim Troester of the City Engineering Division at 267-1995 if you have any questions regarding the following five (5) items:**

1. Developing Green Streets will require that the University work with the City Engineering Division to develop a cross-section that meets the needs of pedestrian, bicycle and vehicle traffic while enhancing the "green" nature of the street. This may require that easements or additional right of way be dedicated to allow for the required width of cross-section.

2. Until technology is developed that removes chlorides from the winter management strategies of the University and City of Madison, "green" infrastructure improvements on Dayton and Charter streets shall not include infiltration practices that cannot be diverted for the winter seasons, as these compounds are incompatible with infiltration devices. Further, as these roads are arterial bus routes chlorides are currently necessary for winter operation of the system.

3. The proposed cross-section for University Avenue, including a protected two-way bike path, should be installed if found to be beneficial after further public involvement and study. If required, the University shall dedicate additional right of way on University Ave to accommodate the wider cross-section required for the recommendations contained in the master plan.

University of Wisconsin-Madison-
Related Land Use Approvals
October 4, 2017
Page 5

4.  The proposed recommendations for Charter Street, Mills Street and Brooks Street will require more study/ public involvement to determine traffic and/or right of way impacts.

5.  The City recognizes that some existing parking lots may be reduced or eliminated and parking may be added in other areas. New areas of concentrations of parking may affect City streets operation and right of way widths required. A Traffic Impact Analysis, right of way improvements and/or dedications may be required.

**Please contact Jeff Quamme of the City Engineering Division–Mapping Section at 266-4097 if you have any questions regarding the following three (3) items:**

6.  The zoning maps shall show and identify the City of Madison/ Village of Shorewood Hills Corporate line.

7.  As part of the master plan, it is anticipated that there will likely be some University of Wisconsin improvements within City right of ways. The applicant shall be aware that coordination of these improvements within pubic right of ways may require, but are not limited to, maintenance agreements, encroachment agreements, air/ subterranean leases, street vacations, or intergovernmental agreements.

8.  The applicant shall be aware that redevelopment of sites comprised of more than one platted lot will likely require a land division approved by the City of Madison to dissolve underlying lot lines.

**Please contact Eric Halvorson of the Traffic Engineering Division at 266-6527 if you have any questions regarding the following four (4) items:**

9.  Prior to final approval of the Master Plan document, the University shall work with the Traffic Engineering Division to annotate all diagrams or references to City right-of-way with the following: "The City reserves the right to determine street design in the City right-of-way. The concepts shown and discussed in the UW Master Plan are only meant to depict or suggest some future design possibilities, and no detailed studies and modeling have been done on those concepts."

10. The Traffic Engineering Division will not give final approval of the Master Plan document until after the ordinance relating to projects impacting transportation and the requirement for Traffic Impact Analyses (TIA) to be approved by the City Traffic Engineer has been approved by the Common Council.

11. Remove all dimensions from right-of-way diagrams or roadway designs. These are meant to be conceptual, and adding dimensions carries with it an inherent level of engineering that has not been completed.

12. All proposed right-of-way vacations shall be approved or denied at the time of the proposed project and after the approval of a TIA reviewed and approved by the City Traffic Engineer.

**Please contact Jenny Kirchgatter, Assistant Zoning Administrator, at 266-4429 if you have questions about the following three (3) items:**

13. All relevant sections of the Zoning Code and Madison General Ordinances, which may be amended form time to time, shall apply to this Campus Master Plan, unless otherwise noted in the final approved Master Plan documents.

University of Wisconsin-Madison-
Related Land Use Approvals
October 4, 2017
Page 6

14. Provide a parking inventory table to accompany Figure 4-33, Recommended Parking Reductions, and Figure 4-34, Recommended Parking Additions. Identify the existing and proposed parking lots, including type of parking lot (surface, underground and structured facilities) and number of existing stalls, proposed reductions and additions.

15. Provide an inventory of existing and proposed bicycle parking numbers and locations by building, parking lot, or block.

**Please contact Tim Sobota of the Metro Transit at 261-4289 if you have questions about the following four (4) items:**

16. Vacation of Walnut Street north of Observatory Drive, and construction of a new north-south street east of Highland Avenue (between Observatory Drive and Marsh Drive), will require alteration of current transit operations, including the construction of new bus stops locations.

17. Sections 3.14 and 3.15 of the application materials highlight existing deficiencies in the UW campus area transportation network, and resultant inefficiencies in the current transit operations.

18. In order to improve transit operations to and from the UW campus, Metro Transit would benefit from additional north-south roadway connection(s) between Walnut Street and Charter Street, a gap which is only cited in the application materials as a barrier for pedestrians and cyclists. As an example, constructing a fully- controlled intersection of Babcock Drive - with both directions of travel on the University Avenue and Campus Drive corridors for use by transit vehicles.

19. In order to improve transit operations within the UW campus, Metro Transit would benefit both from new north-south connections as well as east-west improvements (towards a transit service alignment that would directly connect both student unions with the West Campus area). Similar to the example of the controlled Babcock Drive intersection above, an alternative would be controlled intersections that would directly link north-south traffic in both directions between Linden Drive and Dayton Street using the Henry Mall and Randall Avenue corridors (crossing University Avenue and Campus Drive). The application materials also identify the benefits previously cited if the switchback on Observatory Drive between Charter Street and Park Street were improved to permit two-way bus traffic.

Note: The Madison Fire Department does not object to the master plan provided that the subsequent projects comply with all applicable fire codes and ordinances.

**The ten (10)-year effective period for this master plan shall not take effect until all of the required revisions and stipulations have been made/ satisfied. No City-related permits for projects in this CI district shall be issued until the plan has been revised to address the comments and conditions in this letter.**

**Please now follow the procedures listed below for finalizing the master plan and obtaining permits for the properties subject to same:**

1. After the master plan has been revised to address any of the comments or conditions listed above, please submit the revised master plan in electronic form to the Zoning Administrator, 126 S. Hamilton Street, Madison, for circulation to the City department staff listed above for their final approval prior

University of Wisconsin-Madison-
Related Land Use Approvals
October 4, 2017
Page 7

to the master plan taking effect. **The electronic version of the revised document shall be tracked and annotated to identify the changes made to the document since the April 3, 2017 submittal, including all changes made to address the conditions of the City's approval.**

2. Following acceptance of the revisions and acknowledgement or acceptance of the conditions above, the University shall file one (1) printed copy of the final *Campus Institutional District Master Plan for the University of Wisconsin–Madison* with the Zoning Administrator and provide a PDF of same. The final electronic version will be posted online to the approving ordinance legislative file and on the Planning Division's "Plans" web page.

3. No alteration of an approved Campus Master Plan, including changes to the proposed use of identified open space areas and other open space uses, shall be permitted unless approved by the Plan Commission, provided however, the Zoning Administrator may, following consideration by the alderperson of the district, issue permits for minor alterations that are approved by the Director of Planning and Community and Economic Development and are consistent with the concept approved by the Common Council. If the change or addition constitutes a substantial alteration of the original plan, the procedure in Sec. 28.097(2) is required.

If you have any questions regarding interpretation of the master plan or obtaining building permits in the future, please contact the Matt Tucker, the Zoning Administrator, at 266-4551. If you have any questions or if may be of any further assistance, please do not hesitate to contact my office at 261-9632.


Sincerely,


Timothy M. Parks
Planner


cc:     Tim Troester, City Engineering Division
        Jeff Quamme, City Engineering Division–Mapping Section
        Eric Halvorson, Traffic Engineering Division
        Matt Tucker, Zoning Administrator
        Jenny Kirchgatter, Assistant Zoning Administrator
        Bill Sullivan, Madison Fire Department
        Tim Sobota, Metro Transit

| Accela ID: LNDUSE-2017-00037 | | | |
|---|---|---|---|
| For Official Use Only, Re: Final Plan Routing | | | |
| ☒ | Planning Div. (T. Parks) | ☒ | Engineering Mapping Sec. |
| ☒ | Zoning Administrator | ☐ | Parks Division |
| ☒ | City Engineering | ☐ | Urban Design Commission |
| ☒ | Traffic Engineering | ☐ | Recycling Coor. (R&R) |
| ☐ | Fire Department | ☒ | Other: Metro Transit |
| ☐ | Water Utility | ☐ | Other: |