# Exhibit G



| PLANNING DIVISION STAFF REPORT | June 19, 2017 |
|---|---|

PREPARED FOR THE PLAN COMMISSION

**Prepared By:** Timothy M. Parks, Planning Division
Report includes comments from other City agencies, as noted.

**Reviewed By:** Heather Stouder, Planning Division

**Requested Actions:**

ID 47245 – Adopting a Master Plan for the portions of the University of Wisconsin–Madison campus zoned in the Campus-Institutional (CI) District as an integral part of the Zoning Code;

ID 47239 – Approval of a request to rezone UW Parking Lot 76, located at 2501 University Bay Drive, 5th Aldermanic District, from PD (Planned Development) District to CI (Campus Institutional) District;

ID 47240 – Approval of a request to rezone Union South, located at 1308 W. Dayton Street, 8th Aldermanic District, from PD (Planned Development) District to CI (Campus Institutional) District;

ID 47241 – Approval of a request to rezone the Charter Street Heating Plant located at 117 N. Charter Street, 8th Aldermanic District, from PD (Planned Development) District to CI (Campus Institutional) District;

ID 47242 – Approval of a request to rezone a surface parking lot located at 115 N. Mills Street, 8th Aldermanic District, from PD (Planned Development) District to CI (Campus Institutional) District; and

ID 47243 – Amending Section 28.097(7) of the Zoning Code to provide a mechanism for additional review of structured or surface parking facilities in a Campus Institutional District.

**Applicant:** University of Wisconsin–Madison, c/o Gary Brown, University Facility Planning & Management; 30 N. Mills Street; Madison.

## Summary

**Applicable Regulations & Standards:** The Campus-Institutional (CI) District in Section 28.097(2) of the Zoning Code was established to recognize the City's major educational and medical institutions as important activity centers and traffic generators, accommodate the growth and development needs of these institutions, and coordinate the master plans of these institutions with the City's plans, policies and zoning standards. Any Campus Institutional District created after the effective date of this ordinance is required to submit a Campus Master Plan, which shall be approved as part of a map amendment. In the absence of said Plan, individual development proposals and changes that exceed 4,000 square feet in gross floor area within any five-year period require conditional use approval.

**Review Required By:** Plan Commission and Common Council. The Urban Design Commission is required under Section 28.097(7)(a) to approve the building design review standards and guidelines, review procedures, categories of membership, and the language of any deed or plat restriction to implement the master plan.

**Summary Recommendation:** The Planning Division recommends that the Plan Commission forward Zoning Map Amendment ID 28.022–000289, adopting a Campus-Institutional (CI) District Master Plan for the University of Wisconsin–Madison, to the Common Council with a recommendation to **approve** subject to the recommendations submitted by the Pedestrian/Bicycle/Motor Vehicle Commission, Urban Design Commission, Joint West Campus Area Committee, and Joint Southeast Campus Area Committees, the master plan revisions recommended in the following section, the conditions and comments from reviewing agencies in the final section, and input at the public hearing; forward Zoning Map Amendments 28.022–00283, 28.022–00284, 28.022–00285 and 28.022–00286 rezoning certain University properties from PD (Planned Development District)

Legistar File ID # 47245 et al
University of Wisconsin–Madison
Campus-Institutional (CI) Master Plan
June 19, 2017
Page 2

to CI (Campus Institutional District) to the Common Council with a recommendation to **approve**; and forward an amendment to Section 28.097(7) of the Zoning Code to provide a mechanism for additional review of structured or surface parking facilities in a Campus Institutional District to the Common Council with a recommendation to **approve**.

## Master Plan Overview & Organization of Staff Report

The University of Wisconsin–Madison ("University") is requesting approval of a Master Plan for the portions of the University campus zoned Campus-Institutional (CI) as an integral part of the Zoning Code.

It is important to make some distinctions when reviewing the proposed master plan document. The Campus Institutional District Master Plan document submitted by the University for approval appears to serve additional purposes beyond the CI zoning district master plan called for in Section 28.097 of the Zoning Code, which is the primary reason the matter is pending before the Plan Commission and Common Council. For properties zoned CI, individual development proposals are limited to changes not exceeding 4,000 square feet in a five-year period unless the project has been approved by the Plan Commission as a conditional use, or the project is consistent with a master plan approved by the Common Council following a recommendation by the Plan Commission. It is the University's intent to use the proposed master plan to govern the physical development of the campus zoned CI during the ten-year period that the plan is valid per Section 28.097(2)(b).

However, as outlined in the document submitted by the University, the plan also fulfills master planning requirements required of State of Wisconsin facilities by statute and has been accepted by the Board of Regents to guide the planning and design of the campus by University staff and consultants. The planning document includes policies that extend beyond the purpose of the master plan required to guide new development by Section 28.097 of the Zoning Code, including the acquisition of property not currently owned by the University, improvements in City rights of way, and planning for projects that will be built beyond the ten-year regulatory horizon outlined in the City's Zoning Code.

The Campus Development Plan Boundary identified throughout the plan equals 936 acres of land (page 68). That boundary, however, does not equal the amount of land owned by the University of Wisconsin Board of Regents, State of Wisconsin, or parties otherwise affiliated with the University, and in some cases includes federally and privately owned property that the master plan suggests could be acquired by the University or its affiliates. Of the 936 acres, 300 acres are the Lakeshore Nature Preserve and are not subject to the zoning master plan and are not the focus of the larger policy document that houses the zoning plan. The Campus Institutional District Master Plan document suggests that it is also intended to serve as a City of Madison-adopted neighborhood plan (page 17, second column, second paragraph). However, the City does not desire to adopt the plan in such a manner due primarily to concerns about it conflicting with other adopted sub-area plans such as the <u>Regent Street-South Campus Neighborhood Plan</u>, and has communicated this concern to University staff.

Further, portions of the campus are not zoned CI and are not subject to the zoning master plan. Those properties include the Planned Development (PD) zoning districts that govern the Camp Randall Stadium complex (including the Field House/Kellner Hall/McClain Athletic Facility), Wisconsin Energy Institute at 1552 University Avenue, and the Kohl Center/Southeast Recreation Facility, which the University desires to keep in PD zoning. In addition, the existing CC-T (Commercial Corridor–Transitional District) zoning of the University Police and Security Facility at 1429 Monroe Street, the UMX (Urban Mixed-Use District) zoning of the Art Lofts on W. Mifflin Street east of the Kohl Center, or any of the existing Conservancy-zoned (CN) open spaces primarily located on the far western portions of the campus will remain outside of the CI zoning and will not therefore be

Case: 3:19-cv-00683   Document #: 1-7   Filed: 08/21/19   Page 4 of 19

Legistar File ID # 47245 et al
University of Wisconsin–Madison
Campus-Institutional (CI) Master Plan
June 19, 2017
Page 3

subject to the zoning master plan. Therefore, something less than 636 acres of the 936-acre Campus Development Plan Boundary approved by the Regents (discounting the nature preserve) will be governed by the proposed zoning master plan. **The map attached to Ordinance ID 47245 references the CI-zoned land owned by the University, which the City believes reflects the land governed by the proposed zoning master plan.**

**If approved, the University and City will need to work closely to pare the lands not currently owned by and directly associated with the University and/or zoned CI from the CI zoning master plan document.** While it may be appropriate to acknowledge the University's intentions for the property they do not presently own in some fashion (see pages 112-113), the City cannot confer land use entitlements onto a property that the University does not own through this zoning document. Further, the City cannot be viewed as giving advantage to one party in the acquisition of any property through a zoning or planning document, whether adopted by ordinance or resolution ("Party A *will* develop Project X on land owned by Party B"…). Instead, if those properties are acquired by the University in the future, a zoning map amendment to zone those properties into the CI district and a concurrent amendment to the zoning master plan will be required, which will require Common Council approval following a recommendation by the Plan Commission pursuant to the requirements in sections 28.097 and 28.182 of the Zoning Code following public hearings pursuant to the processes in Section 28.181.

It is not the intention of the Planning Division to provide a written summary of the proposed CI zoning district master plan. The plan submitted by the University is very thorough and well written, and comprehensively addresses existing and proposed facilities, including sufficiently detailed information on how future projects will be designed across the portions of the campus that are now or are immediately proposed to be zoned CI. Also, due to the unique nature of the proposed zoning master plan and its relative scope, the report is organized in the following sections, which are intended to guide the Plan Commission's consideration of the requests before it:

- **Relevant Excerpts of (Existing) Section 28.097 Campus-Institutional District (page 4)**: Excerpts of the Zoning Code for reference purposes;

- **Related Approvals Requested (page 6)**: Information and staff analysis on the four related rezonings and a zoning text amendment related to final approval of projects in CI zoning;

- **Analysis of Master Plan (page 8)**: This section includes analysis of the proposed zoning master plan's conformance with adopted plans and identifies any major concerns for the Plan Commission to consider;

- **Recommendation and Conclusion (page 13)**: Includes directions on motions to approve the zoning master plan and related approvals;

- **Recommended Revisions to CI Master Plan (page 14)**: This section recommends specific revisions to the zoning master plan document to clarify its intent and understandability, and to facilitate its application and implementation during the ten-year effective period); and

- **Conditions of Approval Recommended by City Agencies (page 16)**: The final section of the report includes the conditions recommended by the customary slate of reviewing agencies, most of which address the whole document and in some cases reflect that agency's position on the master planning policy, less about specific future development projects. Where appropriate, some of these conditions will be incorporated into the body of the final approved zoning master plan to guide implementation of the document.

Legistar File ID # 47245 et al
University of Wisconsin–Madison
Campus-Institutional (CI) Master Plan
June 19, 2017
Page 4

# Relevant Excerpts of (Existing) Section 28.097 Campus-Institutional District

In order to familiarize the Plan Commission with the provisions of the Campus-Institutional district, the relevant sections of the CI district follow:

(1) Statement of Purpose. The CI District is established to recognize the City's major educational and medical institutions as important activity centers and traffic generators, accommodate the growth and development needs of these institutions, and coordinate the master plans of these institutions with the City's plans, policies and zoning standards. The district is also intended to:

    (a) Permit appropriate institutional growth within boundaries while minimizing the adverse impacts associated with development and geographic expansion.

    (b) Balance the ability of major institutions to change and the public benefits derived from change with the need to protect the livability and vitality of adjacent neighborhoods.

    (c) Encourage the preparation of Campus Master Plans that enable adjacent neighborhoods and the broader community to understand the levels of development being proposed, their likely impacts, and appropriate mitigation measures.

(2) Master Plan Requirement.

    (a) Any Campus Institutional District created after the effective date of this ordinance shall submit a Campus Master Plan, which shall be approved as part of the map amendment.

    (b) Approved Campus Master Plans shall be effective for 10 years, and, during that period, may be altered pursuant to (8) below.

    (c) In a Campus Institutional District without a Campus Master Plan, individual development proposals and changes that exceed four thousand (4,000) square feet in gross floor area within any five (5) year period shall require conditional use approval.

    (d) In the absence of a Master Plan, dimensional requirements are in (4) below.

    (e) Any PUD converting to CI carries the land use approval and restrictions from the PUD into the CI, and those rules and agreements are in full effect until a Campus Master Plan is adopted.

(3) Uses within CI Districts are defined as follows as either primary or secondary.

    (a) Primary Uses.

        1. Educational uses associated with colleges, universities, and secondary and primary schools, including classroom buildings, libraries, and offices.

        2. Medical facilities, including hospitals, clinics, laboratories and related facilities.

        3. Dormitories, student and/or faculty housing.

        4. Community Center.

    (b) Secondary Uses.

        1. Day care facilities.

        2. Eating places within mixed-use buildings such as dormitories or student unions.

        3. Fraternities and sororities.

Legistar File ID # 47245 et al
University of Wisconsin–Madison
Campus-Institutional (CI) Master Plan
June 19, 2017
Page 5

4. General retail, financial and personal service uses within mixed-use buildings such as student unions.
5. Indoor and outdoor sports and recreational facilities.
6. Lodging facilities.
7. Museums and art galleries.
8. Parking, structured and surface.
9. Performing arts centers.
10. Places of worship.
11. Utilities and transportation facilities related to the primary use.
12. Veterinary clinics.
13. Agricultural uses.
14. Public utility and service uses.
15. Other uses related to the institution's primary mission.
16. Correctional Facility.
17. Stadiums, auditoriums, and arenas, open or enclosed.

(4) Dimensional Requirements. In CI districts, with an approved Master Plan, dimensional requirements will be determined by the Master Plan.

(5) Contents of Master Plan. The Master Plan shall include the following elements and information:

(a) Background/History. A summary of previous planning efforts by the institution in conjunction with the City and/or abutting neighborhoods or other interest groups, a description of the campus master planning process and participants, and any other relevant background material.

(b) Mission/Guiding Principles. A statement that defines the organizational mission and objectives of the institution and describes the role of the master plan within the context of the mission.

(c) Facilities Plan. Includes a description of existing conditions on the campus and the proposed conditions under the Master Plan, including:

    1. Existing Conditions.
    a. Land uses and buildings.
    b. Building form (building type, height, bulk, etc.).
    c. Landmarks, historic sites and districts.
    d. Natural features and significant open-space areas.
    2. Proposed Conditions.
    a. Future needs/capital improvements.
    b. Phasing of proposed improvements.
    c. Future land uses and buildings.
    d. Building Form (building type, height, bulk, etc.).

Legistar File ID # 47245 et al
University of Wisconsin–Madison
Campus-Institutional (CI) Master Plan
June 19, 2017
Page 6

Legistar File ID # 47245 et al
University of Wisconsin–Madison
Campus-Institutional (CI) Master Plan
June 19, 2017
Page 6

  e. Landscape treatment.

  f. Open-space areas and other open-space uses.

  g. Relationship to transportation/access plan (parking, transportation demand management, etc.).

(6) Standards for Master Plan Approval. The Common Council will approve or reject the Master Plan following a recommendation by the Plan Commission. Approval of the Master Plan will be based on the Plan's treatment of the topics listed above and the degree to which it meets the intent of this district, as well as the following standards:

 (a) The Plan shall serve the public interest as well as the interest of the institution developing the plan.

 (b) The Plan shall be consistent with the goals of the Comprehensive Plan and adopted neighborhood, corridor or special area plans adjacent to campus boundaries.

(7) Final Building Design Review. It is expected that Campus Master Plans will identify building location and maximum height, but will not include detailed designs of each building. All buildings constructed within a CI district must be reviewed and approved by an architectural review committee. The committee shall be established by the institution and shall meet the following standards:

 (a) The building design review standards and guidelines, review procedures, categories of membership, and the language of any deed or plat restriction must be approved by the Urban Design Commission.

 (b) Membership on the committee, including representation of planning staff and registered neighborhoods, and committee procedures must be approved by the Plan Commission. Committee meetings shall be public.

 (c) Until an architectural review committee is established and approved by the Plan Commission, all building and site plans shall be reviewed and approved by the Urban Design Commission, with an appeal process to the Plan Commission as established in Section 33.24. If there is no approved Master Plan, building design review will occur as part of the conditional use approval.

(8) Changes to Master Plan. No alteration of an approved Campus Master Plan, including changes to the proposed use of identified open space areas and other open space uses, shall be permitted unless approved by the Plan Commission, provided however, the Zoning Administrator may, following consideration by the alderperson of the district, issue permits for minor alterations that are approved by the Director of Planning and Community and Economic Development and are consistent with the concept approved by the Common Council. If the change or addition constitutes a substantial alteration of the original plan, the procedure in Sec. 28.097(2) is required.

## Related Approvals Requested

In addition to approval of the CI zoning master plan, the University has submitted four requests for existing Planned Development (PD) zoning districts located across the campus to be zoned into the CI district. The Planning Division supports the rezoning of these four properties to CI, noting that the use and any future development within these areas would be governed by the proposed master plan. The four PD districts to be rezoned to CI include:

- Parking Lot 76, located at 2501 University Bay Drive, 5th Ald. Dist. Lot 76 is a four-level, 1,290-stall parking garage located generally northeast of University Hospital at the northwestern corner of Marsh Lane and

University Bay Drive. The garage is located in the "Event Center Neighborhood" of the master plan and is adjacent to the Nielsen Tennis Stadium and Goodman Softball Complex. Rennebohm Hall and the northern edge of the "Health Sciences Neighborhood" are just to the south across Marsh Lane. The site was rezoned from C (Conservancy District) to PUD under the 1966 Zoning Code in 2003 to facilitate the replacement of a 450-stall parking lot that previously occupied the site. The Planning Division supports rezoning the garage to the CI district. The master plan does not include any specific projects for Lot 76, with no addition or reduction of parking proposed within the scope of this plan.

- Union South, located at 1308 W. Dayton Street, 8th Ald. Dist. A new student union facility was completed in April 2011 and replaced a smaller 113,000 square-foot Union South facility from the 1970s. The new Union South has an area of approximately 291,500 gross square feet and includes dining, recreational facilities, offices, student organizational spaces, an art gallery, small theatre, and a 60-room hotel all located above a 182-stall underground parking garage (UW Lot 80). The 3.6-acre parcel was zoned PUD in 2009 to facilitate redevelopment of the Union South property, with the former Hi-Ray Hall also included within the project. The Planning Division believes that the new union facility can adequately function under CI zoning and that PD zoning is no longer needed for this site.

- Charter Street Heating Plant located at 117 N. Charter Street, 8th Ald. Dist. In 2010, the University received approvals to construct a 46,500 gross square-foot addition to the Charter Street Heating Plant to house two new boilers and a steam turbine as part of its conversion from a coal-fired power plant to a plant that was originally planned to burn biomass and natural gas, but which was ultimately converted to burn only natural gas in 2011. The plant is located on the block bounded by W. Dayton, N. Charter and N. Mills streets and the Southwest Bike Path. PUD zoning was believed to be the best framework under the 1966 Zoning Code for integrating an industrially oriented project like the Charter Street Heating Plant within its otherwise institutional and residential surroundings by providing a higher design standard for the facility than would be the case if the plant was expanded in a conventional zoning district, such as the former M1 Limited Manufacturing District zoning. The Planning Division supports integrating the former PUD into the CI district. The master plan includes no projects on this block, and utilities and transportation facilities related to the primary use are permitted in the CI district.

- Surface parking lot located at 115 N. Mills Street, 8th Ald. Dist. The subject of this rezoning is UW Parking Lot 45, a 102-stall parking lot located on the east side of N. Mills Street across from the eastern edge of the Charter Street Heating Plant. The lot replaced a former University facility maintenance facility and was zoned PUD in 2010 with the adjacent plant to serve as its biomass unloading and storage facility, where rail cars of biomass would be emptied and their contents transported by conveyor over N. Mills Street into the new boilers being added to the plant. However, with the shift away from biomass in 2011, the 115 N. Mills site was no longer needed for plant programming and was improved as a parking lot pending a future use of the site.

    The proposed master plan identifies an unspecified two-story, 30,000 square-foot future academic building for this site (S-11A). The project has an estimated 2035+ construction phase (beyond the scope of this zoning master plan) and will remain a parking lot in the interim. Staff believes that the CI zoning district can adequately guide the future redevelopment of the site and supports the rezoning of the property out of PD.

- The University also supports a related zoning text amendment to the Campus-Institutional zoning district to provide a mechanism for additional review of structured or surfaced parking facilities in a CI district. Ordinance ID 47243 proposes that structured and surface parking facilities identified on an approved CI

master plan be approved by the Common Council after review by the Pedestrian/Bicycle/Motor Vehicle Commission and Board of Public Works. This additional review will allow the City to evaluate the proposed facilities impact on traffic patterns, streets, and other aspects of the City right of way, and to request permanent right of way dedications or right of way improvements if deemed necessary by the City Traffic Engineer or a Traffic Impact Analysis, considering the cumulative effect of other structured and surface parking facilities in the area. The proposed text amendment also makes minor revisions to the "Final building review" section of the CI district to clarify that buildings identified on an approved CI master plan shall require final architectural approval prior to construction. The Planning Division supports the proposed text amendment, which was developed with input from the City Engineering Division and Traffic Engineering Division.

## Analysis of Master Plan

As part of the mapping of the new Zoning Code that took effect on January 2, 2013, most the University of Wisconsin–Madison campus was zoned into the CI (Campus-Institutional) zoning district, which was intended to provide a zoning district for the City's major educational and medical institutions, many of which were identified on the Generalized Future Land Use Maps in the <u>Comprehensive Plan</u> in either the Campus or Special Institutional districts. Previously, the campus was zoned a pastiche of districts under the 1966 code, including the R5 and R6 General Residence Districts, C2 General Commercial District (with many aspects of the campus subject to conditional use approval), and numerous Planned Unit Development districts. Many of those former PUDs were incorporated into the CI district with the concurrence of the University when the new code and map took effect, including planned developments for Grainger Hall, additions to University Hospital, Engineering Centers, and the Wisconsin Institutes for Discovery/ Morgridge Institute for Research.

The CI zoning district encourages the adoption of master plans by the Plan Commission and Common Council to guide the future growth of those institutions, with individual development for any property without an approved master plan limited to 4,000 square feet of gross floor area within any five-year period unless approved as a conditional use. The CI district also includes bulk requirements that apply to properties in that district without an adopted master plan, whereas master plans can set individual, institution-specific bulk requirements as part of the approval of the plan. Non-approval of the master plan does not preclude any of the projects called for in the plan from being developed, but instead would require that those projects be submitted for approval through the conditional use process similar to how most projects on the campus have been approved historically.

The Planning Division believes that the master plan submitted by the University meets the technical requirements for a Campus Master Plan in the CI zoning district. However, as this is only the second Campus Master Plan to come before the Plan Commission (Edgewood, 2014), staff encourages the Commission to provide direction to staff on the sufficiency of the master plan requirements in the Zoning Code, as well as the sufficiency of the document before them for approval. Unlike other master plan or conceptual plan approvals that come before the Plan Commission such as Planned Development general development plans or preliminary plats, which are statutorily required to be followed by specific implementation plans or final plats, respectively, the specific projects shown on the Campus Master Plan will not be reviewed by the Plan Commission if those projects adhere to the approved master plan. Therefore, the Plan Commission should have a high degree of comfort in the proposed master plan before it forwards its recommendation to the Common Council for approval by ordinance.

Conformance with Adopted City Plans

In order to amend the Zoning Code map to effectively include the Campus Institutional District Master Plan document submitted by the University, the Plan Commission and Common Council shall find that the proposed plan shall serve the public interest as well as the interest of the institution developing the plan, and that it is consistent with the goals of the Comprehensive Plan, and adopted neighborhood, corridor or special area plans adjacent to campus boundaries.

The Comprehensive Plan identifies most of the University of Wisconsin–Madison campus in the Campus land use district, with the most notable exception being Park and Open Space for the Lake Mendota shoreline and Lakeshore Nature Preserve. The Campus district recommends the creation of master plans, which should include the proposed location and mix of land uses; recommended development density and intensity; and building size, height and design parameters. The campus plans should identify locations for future infill opportunities and address recommended land uses in transitional areas at the edges of the campus area, both within and outside the defined campus. A stated goal of Campus master plans in the Comprehensive Plan is the creation of attractive and engaging interfaces between the campus and adjacent land uses. Campus development is recommended to be compatible with surrounding uses and their design characteristics, and should mitigate potential negative impacts on adjacent areas.

Significant portions of the University campus are not located within the boundaries of an adopted sub-area plan, including most of the campus located north of W. Johnson Street and Campus Drive. However, three sub-area plans adopted by the City over the last ten years provide recommendations for portions of the southern and eastern edges of the campus, which should be considered as part of the recommendation on the proposed zoning master plan. [Note: The boundaries of the three sub-area plans that impact portions of the University campus are identified by differently colored dashed lines on the Proposed Maximum Height Maps in each campus neighborhood.]

The first of these is the Regent Street-South Campus Neighborhood Plan, which was adopted in 2008 to provide land use, urban design, and transportation-related recommendations for the area generally bounded by Regent Street, East Campus Mall, W. Johnson Street, Randall Avenue and Monroe Street. As it relates to the proposed CI zoning master plan for the University, the recommendations west of Park Street and north of Regent Street should be considered (lands east of Park Street are guided by the recommendations of the more recent Downtown Plan). In general, the neighborhood plan provides very detailed guidance on the design of new buildings construct within the planning area, including heights expressed in stories and feet above grade, setbacks, and stepbacks.

The proposed Campus Institutional District Master Plan for the University is generally consistent with many of the design recommendations in the Regent Street-South Campus Neighborhood Plan. Throughout the proposed master plan, the University clearly indicates when it is proposing less or more height than what a City-adopted plan recommends. In general, the University proposes taller buildings between W. Johnson and W. Dayton streets and shorter buildings moving south towards Regent Street consistent with the recommended height pattern in the neighborhood plan. As noted on page 297 of the zoning master plan (and on other similar University design "neighborhood" height maps throughout the document), the height ranges proposed by the University differ from the specific height recommendations in City plans. While proposed University building heights in their South Campus Neighborhood are generally less that the City's plan in regard to stories, the heights of buildings on two of the blocks in this neighborhood – the sites of the Charter Street Heating Plant and the existing Atmospheric, Oceanic and Space Sciences Building on W. Dayton Street—may exceed the recommended height expressed in feet above grade. Both are recommended for development up to eight

Legistar File ID # 47245 et al
University of Wisconsin–Madison
Campus-Institutional (CI) Master Plan
June 19, 2017
Page 10

stories and 116 feet; the University heights for eight-story buildings range from 120-136 feet. Planning staff is not concerned with this modest departure in height, and would note that a privately owned eight- to nine-story apartment building was approved at 1214 Spring Street since the neighborhood plan was adopted.

The building setbacks and stepbacks proposed in the zoning master plan propose to deviate somewhat from the recommendations for same in the neighborhood plan, with typically deeper setbacks than what adopted, and stepbacks that differ in some cases from where they are recommended to occur in the City plan. To ensure continuity, the University plan shall incorporate the three-story *minimum* building height recommended by the neighborhood plan throughout the South Campus and to conform its proposed stepbacks to the stepbacks contained in the Regent Street-South Campus Neighborhood Plan. The South Campus Neighborhood bulk table on page 299 should also account for Capitol Court in a manner consistent with the neighborhood plan.

The portions of the proposed CI zoning master plan located east of N. Park Street are located within the boundaries of the City's 2012 Downtown Plan. In general, the land uses and building heights recommended in the zoning master plan are consistent with the recommendations of the Downtown Plan, with the University's story heights slightly less than those shown on Maximum Building Heights map in the City's plan, but within the range of heights expressed in feet. Staff feels that the nature of future development and other improvements recommended in the University planning document are consistent with the broad recommendations for the "Campus Neighborhood" of the Downtown Plan, which recommends "appropriate interlacing of University and non-University uses and activities at the campus edges to promote engagement and synergy between the University and the community as a whole." Both the City's and University's plans recognize the urban character of this portion of the campus and the need for new development in the University's East Campus Neighborhood to reflect that urban character. However, staff recommends that the bulk table on page 287 be amended to include setback, height and stepback recommendations for State Street.

Finally, a small portion of the University's South Campus Neighborhood is located within the boundaries of the University Avenue Corridor Plan, which was adopted by the City in 2014 to provide a variety of land use, urban design, streetscape, sustainability and transportation-related recommendations for both sides of University Avenue from Farley Avenue on the west to the Campus Drive/Breese Terrace/University intersection on the east. In that plan, the University-owned or affiliated land on the north side of University Avenue between Princeton Avenue and Campus Drive is recommended for Campus land uses. Building heights in this portion of the corridor plan are recommended at three stories fronting University Avenue, with five stories after a 30-foot stepback from University Avenue unless a future Campus Master Plan is approved with greater heights. New development(s) should relate to the First Congregational Church at the southwestern corner of University and Breese with preservation of the sightline to the east. Articulation, mass, and scale will be important considerations in new building designs "to ensure the relationship of the building to University Avenue is one that is pedestrian-friendly."

The height map on page 297 of the zoning master plan indicates that the recommended near-term expansion of the Wisconsin Energy Institute building at 1552 University Avenue (zoned PD) on the land currently occupied by the Naval ROTC building at 1610 University (S-21) be a six-story building. However, the ROTC facility and adjacent Enzyme Institute are currently zoned TR-U1 (Traditional Residential–Urban 1 District) and are not subject to the proposed CI zoning master plan. At such time as the proposed demolition and expansion of the Wisconsin Energy Institute proceed, the University may facilitate that project either through an amendment to the CI zoning district and master plan, or as an expansion of the PD zoning that governs the first phase building. Consistency with the design recommendations of the University Avenue Corridor Plan should be considered at that time. A six-story height recommendation will apply in theory to the UW Foundation building at 1848

Case: 3:19-cv-00683 Document #: 1-7 Filed: 08/21/19 Page 12 of 19

Legistar File ID # 47245 et al
University of Wisconsin–Madison
Campus-Institutional (CI) Master Plan
June 19, 2017
Page 11

University Avenue, which is zoned CI, although no project is identified for that property in the proposed zoning master plan.

In closing, the Planning Division believes that the proposed Campus Institutional District Master Plan for the University of Wisconsin–Madison is sufficiently consistent with the applicable recommendations in the <u>Comprehensive Plan</u>, <u>Downtown Plan</u>, and <u>Regent Street-South Campus Neighborhood Plan</u> subject to the revisions highlighted in the preceding analysis. Consistency with the <u>University Avenue Corridor Plan</u> will be determined in the future upon the zoning and plan approvals required for that portion of the University plan.

<u>Demolitions and Removals</u>

The map on page 190 highlights a series of building demolitions or removals anticipated by the University between 2017 and 2027, when the proposed CI zoning master plan would be in effect. The map (Figure 5-9) on page 188 identifies the demolitions or removals that the University anticipates extending out to 2035.

Per Section 28.185 of the Zoning Code, these demolitions would require Plan Commission approval following a public hearing and consideration of the consistency of the demolition and proposed use with adopted plans and the impact on the normal and orderly development of surrounding properties. However, it is the University's understandable desire to proceed with implementation of the adopted zoning master plan according to the approximate schedule outlined in the planning document without the need to return to the Plan Commission for approval pursuant to Section 28.185, particularly if the proposed use of the property following demolition is consistent with the adopted CI zoning master plan. City staff and the University have discussed a potential amendment to the Zoning Code to include an exemption to the requirement to obtain a demolition permit from the Plan Commission for buildings identified in an adopted CI zoning master plan. Such a zoning text amendment, if pursued, would come before the Plan Commission for a formal recommendation separately, and is not currently before the Plan Commission as part of Ordinance ID 47245 to adopt the CI zoning master plan, or as part of the related zoning text amendment, Ordinance ID 47243.

The Planning Division has no objection to the demolition of the University-owned buildings identified on page 190 of the planning document. The demolition or removal of any buildings located on properties not currently owned by the University will require subsequent review and approval as part of whatever zoning processes the University pursues to incorporate those properties into their plans.

<u>Design Review Process</u>

One of the most significant procedural changes made possible through the adoption of a CI zoning district master plan is the way that projects are approved if a zoning master plan per Section 28.097 of the Zoning Code is approved. Whereas customarily, the consideration of the placement, bulk, and appearance of a new University building would occur during the conditional use or Planned Development approval processes, the only design review process that projects on the approved Campus Institutional District Master Plan for the University of Wisconsin–Madison would be a design review board organized by the University with involvement and coordination with the City.

The outline of the proposed Campus Design Review Board begins on page 194 of the zoning master plan, and includes information on the composition of the board, format of the meetings, and information to be considered at the various stages of the design development process. Please note that an updated makeup of the design review board was outlined on page 19 of the presentation given to the Urban Design Commission on May 24, 2017. That proposed composition gives the University six seats of the proposed eleven on the board (#1-4 and 10-11 on page 19), and the City of Madison the remaining five seats (#5-9), including the Planning Division

Legistar File ID # 47245 et al
University of Wisconsin–Madison
Campus-Institutional (CI) Master Plan
June 19, 2017
Page 12

Director or his/her designee, a member of the Urban Design Commission designated by the chair, the alder of the district in which the project is located, and effectively two members (member and neighborhood liaison) of the Joint West Campus Area Committee or Joint Southeast Campus Area Committee depending on which committee jurisdiction the project is located. Seven of the members would be voting members of the body (#1-4 for the University, #5-7 for the City), with the others ad hoc members.

Projects reviewed and ultimately approved by the proposed design review board would also be reviewed by the Joint West Campus Area Committee or Joint Southeast Campus Area Committee in a manner similar to how those committees have historically reviewed and provided recommendations to the Plan Commission on specific projects. Projects will also be reviewed for compliance with the approved zoning master plan and otherwise with Madison General Ordinances through the site plan approval process administered by the Zoning Administrator (see page 22 of UDC presentation).

The Planning Division is generally supportive of the proposed design review process outlined in the CI zoning master plan and UDC presentation amendment. Initially, staff was concerned that the review processes outlined on pages 194-197 of the planning document were too exhaustive for a body at least partially comprised of citizen members. However, the procedures outlined on page 21 of the UDC presentation are much more streamlined. If approved, a clarification is needed how the processes outlined in the larger zoning master plan (three board reviews) fit with the truncated version in the UDC presentation (two board reviews).

Staff initially, as well as a few members of the campus area committees more recently, expressed concerns during the discussion of the design review process that the composition of the review body could tilt the outcome of projects in the University's favor. However, staff feels that the revisions made recently to the design review body's composition to include additional voices in the discussion of projects creates a modestly better balance than before. Staff also suggests that bloc voting on questions pending before the review body should not be assumed. However, in order to ensure parity between City and University members, the rules of procedure for the design review board should include a stipulation that the chair of the board, which is proposed to be the University architect, would only vote in the case of a tie. Such a procedural move could encourage more cooperation between the other six voting board members (three per side).

Other Considerations

The Planning Division generally supports the many design-related components of the University's proposed zoning master plan with the exception of those items identified earlier in this Analysis section. One area not discussed earlier in this report is the recommendation in the planning document pertaining to Campus Drive. As the University acknowledges, most of the length of Campus Drive on the southern edge of campus has historically had a "back of house"-like appearance featuring open storage, surface parking, animal accommodations, etc. While the University does not control all of the land north of Campus Drive, some of which is an active rail corridor that is frequently used for storage of rail cars, Planning staff feels that more could be said in the CI zoning district master plan to commit the University to improving the appearance of the University's "Near West" Neighborhood from Campus Drive, a major east-west arterial that carries approximately 41,000 vehicles per day. Staff recommends that more be said in the zoning master plan about how Campus Drive will be screened (pages 252 and 253, as well as on other pages where appropriate) in an effort to reduce or eliminate the "back of house" nature of the Campus Drive corridor.

Case: 3:19-cv-00683   Document #: 1-7   Filed: 08/21/19   Page 14 of 19

Legistar File ID # 47245 et al
University of Wisconsin–Madison
Campus-Institutional (CI) Master Plan
June 19, 2017
Page 13

## Conclusion and Recommendation

The University of Wisconsin–Madison is requesting approval of a Campus Institutional District Master Plan to govern the development of those portions of the University campus currently zoned CI. The Planning Division believes that the Plan Commission may recommend to the Common Council that the proposed zoning master plan is consistent with the of the intent of the CI district, that the master plan shall serves the public interest, and is generally consistent with the goals of the Comprehensive Plan and adopted neighborhood and special area plans adjacent to the campus boundaries. The proposed master plan contains the information required for same by Section 28.097(5) of the Zoning Code, and staff believes that the vision set forth in the plan provides adequate guidance to determine how the campus will develop over the ten-year effective period for such master plans established by Section 28.097(2) and beyond. The proposed zoning master plan has received favorable recommendations from the Pedestrian/Bicycle/Motor Vehicle Commission, Urban Design Commission, Joint West Campus Area Committee, and Joint Southeast Campus Area Committee. Reports from those bodies are included in the printed Plan Commission materials.

However, the final CI zoning master plan for the University of Wisconsin–Madison campus shall only apply to:

A. the properties owned by the University of Wisconsin Board of Regents, State of Wisconsin and University affiliates as of the submittal of the University's plan for City review and approval; **this approval shall not apply to any parcels not owned by the University or its affiliates on April 3, 2017**, nor shall the final document contain inferences about the future use or acquisition of properties not currently owned by the University or its affiliates. This master plan approval also does not confer any specific approval to construct improvements in the City's rights of way through and adjacent to the campus; and

B. only those properties zoned in the CI district on April 3, or the four properties to be zoned from PD to CI with the four related zoning map amendments also on this agenda. All other properties not zoned CI, whether owned by the University or not, shall be removed from the final approved zoning document. Any future additions to the zoning master plan for the University campus will require Common Council approval following a recommendation by the Plan Commission pursuant to the requirements in sections 28.097 and 28.182 of the Zoning Code following public hearings pursuant to the processes in Section 28.181.

The Planning Division believes that the proposed Campus Institutional District Master Plan for the University of Wisconsin–Madison is sufficiently consistent with the applicable recommendations in the Comprehensive Plan, Downtown Plan, and Regent Street-South Campus Neighborhood Plan. However, staff recommends that the bulk requirements in the South Campus Neighborhood of the zoning master plan in particular be aligned with the bulk requirements in the Regent Street-South Campus Neighborhood Plan, including incorporating the three-story recommended minimum building height and creating stepbacks consistent the neighborhood plan.

Staff also believes that the project design review process contained in the May 24 presentation to the Urban Design Commission, which amends the earlier version in the University's planning document, is generally acceptable, but recommends that greater parity be created in the design review board by requiring the chair of the body to only vote in the event of a tie on a question. This would create 3 to 3 parity between University and City representatives.

In closing, the Planning Division recommends that the Plan Commission make the following recommendations to the Common Council:

- Forward Zoning Map Amendment 28.022–00289, adopting a Master Plan for the portions of the University of Wisconsin–Madison campus zoned in the Campus-Institutional (CI) District as an integral part of the

Legistar File ID # 47245 et al
University of Wisconsin–Madison
Campus-Institutional (CI) Master Plan
June 19, 2017
Page 14

   Zoning Code with a recommendation to **approve** subject to the recommendations submitted by the Pedestrian/Bicycle/Motor Vehicle Commission, Urban Design Commission, Joint West Campus Area Committee, and Joint Southeast Campus Area Committees, the master plan revisions recommended in the following section, the conditions and comments from reviewing agencies in the final section, and input at the public hearing;

- Forward Zoning Map Amendment 28.022–00283, approving a request to rezone UW Parking Lot 76, located at 2501 University Bay Drive from PD (Planned Development District) to CI (Campus Institutional District) with a recommendation to **approve**;

- Forward Zoning Map Amendment 28.022–00284, approving a request to rezone Union South, located at 1308 W. Dayton Street from PD to CI with a recommendation to **approve**;

- Forward Zoning Map Amendment 28.022–00285, approving a request to rezone the Charter Street Heating Plant located at 117 N. Charter Street from PD to CI with a recommendation to **approve**;

- Forward Zoning Map Amendment 28.022–00286, approving a request to rezone a surface parking lot located at 115 N. Mills Street from PD to CI with a recommendation to **approve**; and

- Forward an amendment to Section 28.097(7) of the Zoning Code to provide a mechanism for additional review of structured or surfaced parking facilities in a Campus Institutional District with a recommendation to **approve**.

## Recommended Revisions to CI Master Plan

The Planning Division recommends that the following revisions be made to the Campus Institutional District Master Plan for the University of Wisconsin–Madison as a condition of approval:

1. Projects on parcels not wholly owned by the UW shall be so noted in master plan; acknowledge amendment to master plan

2. Clarify that not all of the beds/units on Figure 3-1 are "student housing."

3. More clearly show raised pedestrian crossing proposed at Linden Drive and N. Charter Street on Figure 4-11.

4. Remove projects S-26 and S-27 from the master plan graphics and text, as they are proposed on land not owned by the University.

5. Consistently label Lake Mendota Drive, Walnut Street, Frances Street, Lake Street, Orchard Street, Charter Street, Spring Street, Breese Terrace and Regent Street on map figures to the greatest extent possible to improve map understanding.

6. Remove project S-21 from the zoning master plan graphics, as it is not zoned CI.

7. Remove the portions of projects S-08 (A, B, C) from the master plan graphics and text, as they are proposed on land not owned by the University.

8. Remove the portions of projects S-13/S-13A and the South Campus Quad from the master plan graphics and text, as they are proposed on land not owned by the University.

Case: 3:19-cv-00683   Document #: 1-7   Filed: 08/21/19   Page 16 of 19

Legistar File ID # 47245 et al
University of Wisconsin–Madison
Campus-Institutional (CI) Master Plan
June 19, 2017
Page 15

9.  Remove the portions of projects S-16A/S-16C from the master plan graphics and text, as they are proposed on land not owned by the University.

10. All proposed projects shown in red on figure maps shall include the project number, and the plan narrative shall uniformly include all project numbers in parentheses.

11. Figures 3-27 and 3-28: Clarify why the parking facilities are shown in black and why no usage data is included in the legend.

12. The University may consider including information on the minimum number of floors and gross square feet that may be developed in Table 4-1, which will provide the university with more flexibility in the future while providing the community with more certainty.

13. Correct the spelling of "Frances" on page 143.

14. Clarify or remove "Hoerr Schaudt" on page 151.

15. Provide additional street labels on Figures 4-30, 4-31 and 4-32 for reference purposes.

16. Identify by map number on Figure 4-32 the corresponding project in the plan narrative.

17. Figure 5-1 includes two ID "1082" removals, including one on Bernard Court and another in the 1600-block of University Avenue; the latter is not included in Table 5-1; please revise accordingly.

18. In Table 5-1 on page 174 and Table 5-3 on page 182, please add estimated number of parking stalls to be added for reference.

19. Correct spelling of "statute" on page 208.

20. Include neighborhood map numbers on page 211 for continuity.

21. Event Center Neighborhood on page 211 should note that some/ all of those sites are zoned PD and not subject to CI zoning master plan, and subsequent maps should clearly note the PD district boundaries for clarity.

22. To improve clarity on Building Heights maps in Section 7, the heights in the neighborhoods not in the subject area should be "ghosted" and the neighborhood boundary line weight increased to focus attention on the heights proposed within the specific neighborhood.

23. To improve clarity, Build-To Line maps in specific neighborhoods should be broken into smaller sections to improve understanding of those lines from specific rights of way and open spaces; the applicant should consider providing typical cross-sections of those building and open space arrangements in a manner similar to the block cross-sections included in the Regent Street-South Campus Neighborhood Plan.

24. Clarify the status of Wendt Hall and Library throughout the document. Different figures do not show it, but it is not identified for demolition, including on page 190.

25. Revise or clarify "CW"/ "RW" in built-to tables and legend.

Legistar File ID # 47245 et al
University of Wisconsin–Madison
Campus-Institutional (CI) Master Plan
June 19, 2017
Page 16

26. The bulk table on page 287 be amended to include setback, height and stepback recommendations for State Street.

27. The University plan shall incorporate the three-story minimum building height recommended by the neighborhood plan throughout the South Campus and to conform its proposed stepbacks to the stepbacks contained in the <u>Regent Street-South Campus Neighborhood Plan</u>. The South Campus Neighborhood bulk table on page 299 should also account for Capitol Court in a manner consistent with the neighborhood plan.

28. Further clarification is needed how the processes outlined in the larger April zoning master plan (three board reviews) fit with the truncated version in the UDC presentation (two board reviews) dated May 24, 2017. The applicant shall meet with City staff following Common Council approval to finalize the design review board and processes for inclusion in the final master plan.

29. Clarify that City of Madison alder on Design Review Board is alder of district in which the project is located.

30. To ensure parity between City and University members, the zoning master plan and rules of procedure for the design review board shall include a stipulation that the chair of the board, which is proposed to be the University architect, would only vote in the case of a tie.

## Conditions of Approval Recommended by City Agencies

Major/Non-Standard Conditions are Shaded

**City Engineering Division** (Contact Tim Troester, 267-1995)

1. Developing Green Streets will require that the University work with the City Engineering Division to develop a cross-section that meets the needs of pedestrian, bicycle and vehicle traffic while enhancing the "green" nature of the street. This may require that easements or additional right of way be dedicated to allow for the required width of cross-section.

2. Until technology is developed that removes chlorides from the winter management strategies of the University and City of Madison, "green" infrastructure improvements on Dayton and Charter streets shall not include infiltration practices that cannot be diverted for the winter seasons, as these compounds are incompatible with infiltration devices. Further, as these roads are arterial bus routes chlorides are currently necessary for winter operation of the system.

3. The proposed cross-section for University Avenue, including a protected two-way bike path, should be installed if found to be beneficial after further public involvement and study. If required, the University shall dedicate additional right of way on University Ave to accommodate the wider cross-section required for the recommendations contained in the master plan.

4. The proposed recommendations for Charter Street, Mills Street and Brooks Street will require more study/ public involvement to determine traffic and/or right of way impacts.

5. The City recognizes that some existing parking lots may be reduced or eliminated and parking may be added in other areas. New areas of concentrations of parking may affect City streets operation and right of way widths required. A Traffic Impact Analysis, right of way improvements and/or dedications may be required.

Case: 3:19-cv-00683 Document #: 1-7 Filed: 08/21/19 Page 18 of 19

Legistar File ID # 47245 et al
University of Wisconsin–Madison
Campus-Institutional (CI) Master Plan
June 19, 2017
Page 17

**City Engineering Division–Mapping Section** (Contact Jeff Quamme, 266-4097)

6. The zoning maps shall show and identify the City of Madison/ Village of Shorewood Hills Corporate line.

7. As part of the master plan, it is anticipated that there will likely be some University of Wisconsin improvements within City right of ways. The applicant shall be aware that coordination of these improvements within pubic right of ways may require, but are not limited to, maintenance agreements, encroachment agreements, air/ subterranean leases, street vacations, or intergovernmental agreements.

8. The applicant shall be aware that redevelopment of sites comprised of more than one platted lot will likely require a land division approved by the City of Madison to dissolve underlying lot lines.

**Traffic Engineering Division** (Contact Eric Halvorson, 266-6527)

9. Prior to final approval of the Master Plan document, the University shall work with the Traffic Engineering Division to annotate all diagrams or references to City right-of-way with the following: "The City reserves the right to determine street design in the City right-of-way. The concepts shown and discussed in the UW Master Plan are only meant to depict or suggest some future design possibilities, and no detailed studies and modeling have been done on those concepts."

10. The Traffic Engineering Division will not give final approval of the Master Plan document until after the ordinance relating to projects impacting transportation and the requirement for Traffic Impact Analyses (TIA) to be approved by the City Traffic Engineer has been approved by the Common Council.

11. Remove all dimensions from right-of-way diagrams or roadway designs. These are meant to be conceptual, and adding dimensions carries with it an inherent level of engineering that has not been completed.

12. All proposed right-of-way vacations shall be approved or denied at the time of the proposed project and after the approval of a TIA reviewed and approved by the City Traffic Engineer.

**Zoning Administrator** (Contact Matt Tucker, 266-4569)

13. All relevant sections of the Zoning Code and Madison General Ordinances, which may be amended form time to time, shall apply to this Campus Master Plan, unless otherwise noted in the final approved Master Plan documents.

14. Provide a parking inventory table to accompany Figure 4-33, Recommended Parking Reductions, and Figure 4-34, Recommended Parking Additions. Identify the existing and proposed parking lots, including type of parking lot (surface, underground and structured facilities) and number of existing stalls, proposed reductions and additions.

15. Provide an inventory of existing and proposed bicycle parking numbers and locations by building, parking lot, or block.

**Fire Department** (Contact Bill Sullivan, 261-9658)

Legistar File ID # 47245 et al
University of Wisconsin–Madison
Campus-Institutional (CI) Master Plan
June 19, 2017
Page 18

Note: The Madison Fire Department does not object to the master plan provided that the subsequent projects comply with all applicable fire codes and ordinances.

**Water Utility** (Contact Dennis Cawley, 261-9243)

This agency reviewed this request and has recommended no conditions or approval.

**Parks Division** (Contact Janet Schmidt, 261-9688)

This agency reviewed this request and has recommended no conditions or approval.

**Metro Transit** (Contact Tim Sobota, 261-4289)

16. Vacation of Walnut Street north of Observatory Drive, and construction of a new north-south street east of Highland Avenue (between Observatory Drive and Marsh Drive), will require alteration of current transit operations, including the construction of new bus stops locations.

17. Sections 3.14 and 3.15 of the application materials highlight existing deficiencies in the UW campus area transportation network, and resultant inefficiencies in the current transit operations.

18. In order to improve transit operations to and from the UW campus, Metro Transit would benefit from additional north-south roadway connection(s) between Walnut Street and Charter Street, a gap which is only cited in the application materials as a barrier for pedestrians and cyclists. As an example, constructing a fully- controlled intersection of Babcock Drive - with both directions of travel on the University Avenue and Campus Drive corridors for use by transit vehicles.

19. In order to improve transit operations within the UW campus, Metro Transit would benefit both from new north-south connections as well as east-west improvements (towards a transit service alignment that would directly connect both student unions with the West Campus area). Similar to the example of the controlled Babcock Drive intersection above, an alternative would be controlled intersections that would directly link north-south traffic in both directions between Linden Drive and Dayton Street using the Henry Mall and Randall Avenue corridors (crossing University Avenue and Campus Drive). The application materials also identify the benefits previously cited if the switchback on Observatory Drive between Charter Street and Park Street were improved to permit two-way bus traffic. [See attached file "2501ubd_METRO.pdf"]