# Exhibit H

Case: 3:19-cv-00683 Document #: 1-8 Filed: 08/21/19 Page 2 of 3



**EDGEWOOD HIGH SCHOOL OF THE SACRED HEART**
BELIEVE • ACHIEVE

2219 MONROE STREET • MADISON, WI 53711-1999
608.257.1023 • 608.257.9133 (Fax) • edgewoodhs.org

Alder Arntsen,

Thank you for your leadership and continued dialog on the Edgewood High School Goodman Athletic Complex. We have been diligently working to complete our final two studies and review your proposed amendment. While we appreciate your interest in continuing the dialog on how to meet the High School's facility needs and balancing the impact on the neighborhood, we believe the results of the comprehensive sound study support the use of the field and illustrate that the sound impacts are consistent with the use of a high school.

In the interest of facilitating a compromise, however, we are proposing the following amendments to the submittal:

1. **Clarify the language regarding field use**
   It has been brought to our attention by City Staff - as part of the process of reviewing the amendment - that the language used in the 2014 Master Plan does not accurately reflect the use of the field at the time or as used since the adoption of the plan. While we disagree with this interpretation and believe it is a drafting error (as supported by a letter from the document's drafter Doug Hursh, Potter Lawson), we see the value in clarifying the language to clearly state that games and camps are an allowed use.

2. **Add language supporting the Farmers' Market**
   Consistent with the interpretation of "games", the Master Plan does not expressly allow the Farmers' Market. We request this use be added to the amendment.

3. **Set Field Usage at 2018 levels**
   Attached is a summary of the 2018 utilization of the field listing the field usage by Edgewood Teams, Camps and Community groups. We agree with your position that this should form the basis of game usage going forward and request that it be incorporated into the amendment.

4. **Amend the number of high school games with lights**
   The goal of seeking the amendment was to address the needs all Edgewood Teams including Football, Boys Soccer, Girls Soccer, Track and Lacrosse. The ability to host games with lights helps address critical scheduling issues for each team and for the visiting teams.

   In the interest of treating all of our athletes equally, but also offering a compromise on the number of night events, we would propose the following amendment to the use of lights:
   a. Up to 8 games on Friday nights, ending by 10:00.
   b. Up to 17 games ending by 8:30 (primarily boys soccer, girls soccer, and lacrosse).
   c. Games extensions with extraordinary circumstances would still be bound per the amendment along with all of the other standards outlined in the amendment.

5. **Incorporate a wall/berm along the track**
   The sound study illustrates that a wall/berm combination would reduce the crowd noise by approximately 5 dBA along Woodrow Street. Placement of the wall between the edge of the track and existing trees (to be preserved) would also offer additional visual screening to the west. Final details on the wall construction would be addressed as part of the architectural review submittal.

Thank you again for engaging in this discussion and helping to ensure an outcome that addresses the needs and opportunities of the various stakeholders.



January 4, 2019

Brian Munson
Vandewalle & Associates
120 East Lakeside Street
Madison, WI 53715

Dear Brian,

From 2012 to 2014 Potter Lawson lead the process of updating the Edgewood Campus Master Plan which was needed in order to rezone the campus to Campus Institutional Zoning. The campus master plan update focused mainly on future facility sizes and locations. The plan was created to help to communicate Edgewood's future plans for the campus and facilities. We spent a lot of time with the neighbors and the Neighborhood Liaison Committee discussing the future facilities and the impacts of those developments. Those facilities are shown on the master plan illustrations. The impacts focused mainly on traffic and parking, student count, landscaping, building locations, building massing, building setbacks and noise mitigation.

The document did not focus on the specific current uses of the athletic field; the field is only mentioned in the open spaces section. To my knowledge there were no meetings with the city or neighborhood that discussed any changes to how the campus institutions were currently using the fields. The fact that we did not list all the current uses of the field is an oversite on our part and should be corrected to include all the current uses.

Sincerely,

Douglas R. Hursh AIA, LEED AP
Director of Design
Potter Lawson Inc.