# Exhibit I



Department of Planning & Community & Economic Development
## Planning Division
Katherine Cornwell, Director

Madison Municipal Building, Suite LL-100
215 Martin Luther King, Jr. Boulevard
P.O. Box 2985
Madison, Wisconsin 53701-2985
Phone: (608) 266-4635
Fax (608) 267-8739
www.cityofmadison.com

April 22, 2014

Doug Hursh
Potter Lawson, Inc.
749 University Row, Suite 300
Madison, Wisconsin 53705

RE: Adopting a Campus-Institutional (CI) District Master Plan for Edgewood College, Edgewood High School and Edgewood Campus School, generally addressed as 2219 Monroe Street and 829-1000 Edgewood College Drive as an integral part of the Zoning Code (Maggie Balistreri-Clarke, Edgewood College).

Dear Mr. Hursh;

At its April 8, 2014 meeting, the Common Council **approved** a Campus-Institutional (CI) District Master Plan for Edgewood College, Edgewood High School and Edgewood Campus School subject to the conditions that follow. These conditions of approval shall be satisfied prior to the master plan taking effect and the issuance of building permits for any of the projects contained in the plan:

**Please contact Janet Schmidt of the City Engineering Division at 261-9688 if you have questions regarding the following nine (9) items:**

1. This area falls within the TMDL zone for the City of Madison. As a result, the campus will be subject to higher erosion control standards at the time of development, as authorized by State code and City resolution. Contact Tim Troester at 608-267-1995 or ttroester@cityofmadison.com for details.

2. This site, while partially a redevelopment, does not fully qualify for that category for stormwater management. City ordinances define redevelopment as removal of a commercial structure. Further, this site is subject to TMDL standards and must get 80% TSS control compared to existing conditions when taken on mass.

3. The proposed concept for stormwater management is innovative and supported, but details must be reviewed and approved by City Engineering.

4. In the event that any future building additions or site improvements within the Edgewood Campus would increase traffic volume on any of the public streets adjacent to or serving the Campus, the applicant shall coordinate with the City Engineering Division and Traffic Engineering Division to provide any dedications necessary to accommodate any required street and traffic improvements.

5.  A width shall be specified for the Park and Pleasure Drive Landscape Buffer Zone shown on the Open Spaces Diagram.

6.  The Public Water Main Loop under Edgewood College Drive and the Madison Metropolitan Sewerage District Sewer Interceptor shall be shown and identified on the Existing Conditions Map.

7.  Any additions or improvements within the Edgewood Campus that would impact Edgewood Drive (Park and Pleasure Drive) shall be approved by the City of Madison to assure conformance with any restrictions set out by the Park and Pleasure Drive easement and agreement documents.

8.  An erosion control plan and land disturbing activity permit shall be submitted to the City Engineering Division for review and approval prior to grading or any other construction activities. The Preconstruction Meeting for Public Improvements shall not be scheduled prior to issuance of this permit. The applicant shall demonstrate compliance with Section 37.07 and 37.08 of the Madison General Ordinances regarding permissible soil loss rates. The erosion control plan shall include Universal Soil Loss Equation (USLE) computations for the construction period. Measures shall be implemented in order to maintain a soil loss rate below 7.5-tons per acre per year.

9.  Prior to approval, this project shall comply with Chapter 37 of the Madison General Ordinances regarding stormwater management. Specifically, this development is required to: detain the 2- and 10-year storm events; reduce TSS off of the proposed development by 80% when compared with the existing site; provide oil and grease control from the first 1/2" of runoff from parking areas, and; complete an erosion control plan and complete weekly self-inspection of the erosion control practices and post these inspections to the City of Madison website as required by Chapter 37 of the Madison General Ordinances.

**Please contact Eric Halvorson of the Traffic Engineering Division at 266-6527 if you have any questions regarding the following five (5) items:**

10. The City of Madison continues to receive complaints from residents and School Crossing guards regarding the difficulty crossing Monroe Street at Edgewood Avenue due to the offset geometry of the intersection. Realigning the east leg with the west Leg of Edgewood Avenue at Monroe Street would contribute to improved pedestrian safety and would encourage walking within the neighborhood, including for students of the Edgewood Campus. Realignment would also allow higher-level pedestrian or traffic improvements at the intersection that are currently not feasible. Given the many large growth mature trees within the area necessary to realign, realignment of the intersection in the short term is not likely. The plan shall include a long term goal of realigning the intersection to improve pedestrian safety and restrict new infrastructure or landscaping within the area necessary to properly realign the intersection.

11. The applicant shall submit one contiguous plan for approval. The plan drawing shall be scaled to 1" = 20' and include the following, when applicable: existing and proposed property lines; parcel addresses; all easements; pavement markings; signing; building placement; items in the terrace such as signs, street light poles, hydrants; surface types such as asphalt, concrete, grass, sidewalk; driveway approaches, including those adjacent to and across street from the project lot location; parking stall dimensions, including 2 feet of vehicle overhang; drive aisle dimensions; semitrailer movement and vehicle routes; dimensions of radii; and percent of slope.

12. The applicant shall post a security deposit prior to the start of future development. In the event that modifications need to be made to any City owned and/or maintained traffic signals, street lighting, signing, pavement marking and conduit/handholes, the developer shall reimburse the City for all associated costs including engineering, labor and materials for both temporary and permanent installations.

13. The City Traffic Engineer may require public signing and marking related to the development; the developer shall be financially responsible for such signing and marking.

14. All parking facility design shall conform to the standards in MGO Section 10.08(6).

**Please contact Matt Tucker, Zoning Administrator, at 266-4569 if you have any questions regarding the following three (3) items:**

15. All relevant sections of the Zoning Code and Madison General Ordinances, which may be amended form time to time, shall apply to this Campus Master Plan, unless otherwise noted in the final approved Master Plan documents.

16. The final master plan shall include a section with an analysis of the existing and proposed demand for bicycle parking facilities for the three campuses, including a phasing plan for how bicycle parking faculties will be upgraded/ implemented. This can be established through the Process for Approvals section (Section 4.5). The master plan shall include language that establishes required amount of bicycle parking facilities for on-site residents, be designed as *long-term* bike parking, and facilities for non-resident student/ employee/ visitor bike parking, designed as *short-term* bike parking. See MGO Sec. 28.141(11) and 28.211 for relevant definitions and requirements.

17. Per MGO Sec. 31.021(1)(a), this Campus Institutional zoned property shall have signage as allowed for Group 1 districts, primarily regulated by Sec. 31.14. Given the size, scale, number of buildings and shared relationship across the three distinct campuses, it is likely future signage needs will require approval as a Comprehensive Design Review (CDR) for signage, per Sec. 31.043(4).

**Please contact Dennis Cawley of the Madison Water Utility at 261-9243 if you have any questions regarding the following item:**

18. Note: All operating private wells shall be identified and permitted and any unused private wells shall be abandoned by the Madison Water Utility in accordance with MGO Section 13.21.

**Please contact Bill Sullivan of the Madison Fire Department at 261-9658 if you have any questions regarding the following item:**

19. Note: The Madison Fire Department does not object to the master plan provided that the subsequent projects comply with all applicable fire codes and ordinances.

**Please contact Kay Rutledge of the Parks Division at 266-4714 if you have any questions regarding the following three (3) items:**

20. Park impact fees (comprised of the Park Development Impact Fee per MGO Sec. 20.08(2) and the Parkland Impact Fee in Lieu of Land Dedication per MGO Sec. 16.23(8)(f) and 20.08(6)) will be

required for all new residential development, including dormitories. Park impact fees will be determined when subsequent plans are submitted for review and approval. This development is within the Vilas-Brittingham park impact fee district (SI27). Please reference ID# 14107.1 when contacting Parks Division staff about this site.

21. Section 4.3 of the Master Plan shall also include the Edgewood Drive Park and Pleasure Drive easement and amended agreement between Edgewood and the City of Madison, executed May 22, 1997, and amended December 26, 2008.

22. Approval of plans for this project does not include any approval to prune, remove or plant trees in the public right-of-way. Permission for such activities must be obtained from the City Forester, 266-4816.

**Please contact my office at 261-9632 if you have any questions about the following items, including the revisions and conditions recommended by the Plan Commission on March 24, 2014:**

23. Revise the master plan prior to final approval to provide a range in square feet for all of the proposed projects identified in the plan, including the proposed campus school and high school additions identified on pages 24-26. Where not indicated, the minimum and maximum number of floors for those projects shall also be provided.

24. The final master plan shall include a to-scale, dimensioned site plan for the entire campus that includes the minimum setbacks of any future buildings located along Woodrow Street or Edgewood Avenue as measured from the back of curb of those streets <u>and</u> the property lines to provide both reference points in the plan.

25. That the final text of Section 4.5 be approved by the Planning Division to address minor edits needed to the January 22, 2014 document on the operation and function of the Architectural Design Review Committee.

26. The final master plan document shall include a detailed survey of historic resources located on the campus overlaid on a land survey of the property prepared by a Registered Land Surveyor. This historic resources survey shall be approved by the City's Preservation Planner and shall serve as the official record of said resources going forward, replacing or superseding any such previous plans or documents.

27. That references to Edgewood (Park & Pleasure) Drive be consistent in the master plan narrative and maps.

28. That a table be included in the master plan body that details the number and location of parking stalls to be added or removed similar to the tables on page 22.

29. That the actions steps/ recommendations be pulled into the body of the master plan from the appendix.

30. That the Plan Commission representative and design/ planning experience references be removed from the neighborhood association representative vetting sub-section in Section 4.5 on page 61 of the plan body.

Edgewood Campus Master Plan
April 22, 2014
Page 5

31. As part of its action on the Campus Master Plan, the Plan Commission approved the composition of the Architectural Design Review Committee in Section 4.5 but clarified that they did not wish to approve the individual members of that group.

**Specific questions regarding the comments or conditions contained in this letter should be directed to the commenting agency.**

**Please now follow the procedures listed below for obtaining permits for your project:**

1. After the master plan has been revised to address any of the comments or conditions listed above, please file **ten (10) copies** of the final plan with the Zoning Administrator, Room LL-100, Madison Municipal Building, 215 Martin Luther King, Jr. Boulevard for circulation to the City department staff listed above for their final approval prior to the master plan taking effect. No building permits shall be issued until the plan has been revised to address the comments and conditions in this letter.

2. All buildings constructed within a CI district with an approved master plan shall be reviewed and approved by the architectural review committee approved by the Plan Commission. Said committee meetings shall be public.

3. No alteration of an approved Campus Master Plan, including changes to the proposed use of identified open space areas and other open space uses, shall be permitted unless approved by the Plan Commission, provided however, the Zoning Administrator may, following consideration by the alderperson of the district, issue permits for minor alterations that are approved by the Director of Planning and Community and Economic Development and are consistent with the concept approved by the Common Council. If the change or addition constitutes a substantial alteration of the original plan, the procedure in Sec. 28.097(2) is required.

If you have any questions regarding interpretation of the master plan or obtaining building permits in the future, please contact the Matt Tucker, the Zoning Administrator, at 266-4551. If you have any questions or if may be of any further assistance, please do not hesitate to contact my office at 261-9632.

Sincerely,

Timothy M. Parks
Planner

cc: Janet Schmidt, City Engineering Division
      Eric Halvorson, Traffic Engineering Division
      Matt Tucker, Zoning Administrator
      Dennis Cawley, Madison Water Utility
      Bill Sullivan, Madison Fire Department
      Kay Rutledge, Parks Division

Edgewood Campus Master Plan
April 22, 2014
Page 6

| For Official Use Only, Re: Final Master Plan Approval Routing | | | |
|---|---|---|---|
| ☒ | Planning Div. (T. Parks) | ☒ | Engineering Mapping Sec. |
| ☒ | Zoning Administrator | ☒ | Parks Division |
| ☒ | City Engineering | ☒ | Urban Design Commission |
| ☒ | Traffic Engineering | ☐ | Recycling Coor. (R&R) |
| ☒ | Fire Department | ☐ | Other: |