# Exhibit K



**City of Madison**

**CODE ENFORCEMENT**
Worksheet

DUE DATE
04/02/2019

REVIEW DATE
05/16/2019

0709-272-0101-5

| 2219 Monroe ST Madison, WI 53711 | | INSP | CASE NBR | CASE TYPE |
|---|---|---|---|---|
| | | Moskowitz, Jacob | CB2019-091-02749 | Complaint |

| NAME OF PERSON TO CONTACT, ETC. | | | EMP | DATE | ACTIVITY |
|---|---|---|---|---|---|
| | h: | w: | Inspections 04/01/2019 - Open Status | | |

**REMARKS**
HOLDING ATHLETIC COMPETITIONS IN VIOLATION OF CAMPUS MASTER PLAN

JEM - 03/27/2019 - Inspection
JEM - 03/29/2019 - Official Notice
JEM - 04/02/2019 - No Fee Reinspection
JEM - 04/16/2019 - No Fee Reinspection
JEM - 04/30/2019 - No Fee Reinspection
JEM - 05/07/2019 - No Fee Reinspection

| OWNER | ORIGINAL TO: |
|---|---|
| EDGEWOOD HIGH SCHOOL OF THE SACRED HEART 2219 MONROE ST MADISON, WI 53711 | EDGEWOOD HIGH SCHOOL OF THE SACRED HEART 2219 MONROE ST MADISON, WI 53711 |
| CC 1: | CC 2: |

| NOTES | | Workflow 04/01/2019 - Open Status |
|---|---|---|
| 03/27/2019 | Observed Edgewood girls soccer team and Evanston Township girls soccer team playing a soccer match on the outdoor athletic field. The players for each team were announced over a PA system that was clearly audible from a block away. The national anthem was played as both teams stood in a line in the center of the field. The teams then began to play. | JEM - 04/01/2019 - Inspection   Due Date - 04/02/2019 AJK - 04/02/2019 - Issued   Due Date - 04/02/2019 |
| 03/29/2019 | Observed Edgewood girls soccer playing against Belleville girls soccer. | |
| 04/02/2019 | Observed Edgewood High School girls soccer playing Madison Memorial girls soccer. National anthem was played over a PA system. | |
| 04/16/2019 | Observed Edgewood High School girls soccer playing a game. | |
| 04/30/2019 | Observed Edgewood boys lacrosse against Stoughton | |
| 05/07/2019 | Observed Edgewood holding a track meet | |

Printed5/15/2019 1:17:27PM