# Exhibit N





# City of Madison Site Plan Verification

**PROJECT:** LNDSPR-2019-00020  **Address:** 2219 Monroe ST  **Current Revision #:** 0

| | |
|---|---|
| **Submitted by:** | Forward Electric |
| **Contact:** | Jennifer Luhman<br>(608) 221-1945<br>jennifer@forwardelectric.com |
| **Project Type:** | Permitted Use Site Plan Review |
| **Description:** | Lighting Edgewood activity field |
| **Status:** | Closed |
| **Revision History:** | 0 |

| Review | Status | Reviewer | Reviewed |
|---|---|---|---|
| Lighting Review | Approved | Steve Rewey | Feb 27 2019 |
| Zoning Review | Approved | Christina Thiele | Mar  1 2019 |

## ZONING

**Supplement Accepted**  **Comment Date:** 02/26/2019

Per Section 28.186(4)(b), the property owner or operator is required to bring the property into compliance with all elements of the approved site plans by the date established by the Zoning Administrator as part of the site and building plan approval. Work with Zoning staff to establish a final site compliance date.

*Applicant provided the date December 31st, 2019**