Exhibit O



# City of Madison

## ELECTRICAL Permit

**Building Inspection Division**
126 South Hamilton St
P.O. Box 2984
Madison WI 53701-2984
Phone (608)266-4551
Fax (608)266-6377

| Property located at:<br>**201 S GAMMON RD** | Permit date:<br>**08/13/2018** | Permit number:<br>**BLDELE-2018-11184** |
|---|---|---|
| Owner name<br>**MADISON METRO SCHOOL DIST** | Owner mailing address<br>**545 W DAYTON ST**<br>**MADISON, WI 53703** | |

| Contractor Name:<br>**FORWARD ELECTRIC INC** | License holder number<br>**252204** |
|---|---|
| Contractor Mailing address<br>**6909 RAYWOOD RD**<br>**MADISON, WI 53713** | Phone<br>**(608) 221-1945**<br><br>**jennifer@forwardelectric.com** |

This permit is issued for execution of the work indicated.  It is hereby agreed that all work will be installed in accordance with all City of Madison Ordinances and department rules relating to such work.

TYPE OF BUILDING:    **COMMERCIAL**
PROJECT DESC:    **NEW LIGHTING FOR FOOTBALL AND BASEBALL FIELDS**
NATURE OF JOB:    **REPAIR/ALTERATION**

---

EXISTING BUILDING

    (Number of Openings Added) (Includes: Convenience Outlets, Switches, Fixture, Fixed Appliances, etc.)
        Minimum fee $15.00
        $2.00 per opening for the first 20 openings, plus
        $1.50 per opening for the additional 21-40 openings, plus
        $1.00 per opening for the additional 41-99 openings, plus
        $0.50 per opening for all openings over 100.

**FEES:**

| Item Description | Units | Fee |
|---|---|---|
| Number of Openings Added or Moved | 15 | 30.00 |
| TOTAL INSPECTION FEES: | | 30.00 |

**Inspector Assigned**

James Ruetten
608-266-4554
jruetten@cityofmadison.com





## City of Madison

**Building Inspection Division**
126 South Hamilton St
P.O. Box 2984
Madison WI 53701-2984
Phone (608)266-4551
Fax (608)266-6377

### ELECTRICAL

### Permit

| Property located at: | Permit date: | Permit number: |
|---|---|---|
| 201 S GAMMON RD | 08/13/2018 | BLDELE-2018-11184 |

| Owner name | Owner mailing address |
|---|---|
| MADISON METRO SCHOOL DIST | 545 W DAYTON ST<br>MADISON, WI 53703 |

| Contractor Name: | License holder number |
|---|---|
| FORWARD ELECTRIC INC | 252204 |

| Contractor Mailing address | Phone |
|---|---|
| 6909 RAYWOOD RD | (608) 221-1945 |



## City of Madison Site Plan Verification

**PROJECT: LNDSPR-2018-00101**       **Address:** 201 S Gammon RD                    **Current Revision #: 0**

| | |
|---|---|
| **Submitted by:** | Forward Electric |
| **Contact:** | Jenn Luhman<br>(608) 221-1945<br>jennifer@forwardelectric.com |
| **Project Type:** | Permitted Use Site Plan Review |
| **Description:** | Updating lighting for Memorial High School's football and baseball fields |
| **Status:** | Approved |
| **Revision History:** | 0 |

| Review | Status | Reviewer | Reviewed |
|---|---|---|---|
| Lighting Review | | Steve Rewey | Aug 2 2018 |
| Urban Design Commission Review | | Janine Glaeser | Aug 6 2018 |
| Zoning Review | | Christina Thiele | Jul 31 2018 |

### URBAN DESIGN COMMISSION

**Note**                                                                     **Comment Date:** 08/06/2018

Building Plan review team to confirm no light trespass and full light cut-off fixtures.

### ZONING

**Supplement Accepted**                                                        **Comment Date:** 07/30/2018

Submit $50 site plan review fee. Checks are made out to City of Madison.

**Supplement Accepted**                                                        **Comment Date:** 07/30/2018

Per Section 28.186(4)(b), the property owner or operator is required to bring the property into compliance with all elements of the approved site plans by the date established by the Zoning Administrator as part of the site and building plan approval. Work with Zoning staff to establish a final site compliance date.

**Applicant provided the date 9/1/18**



# Madison Memorial High School
Madison, WI

## Lighting System

### Pole / Fixture Summary

| Pole ID | Pole Height | Mtg Height | Fixture Qty | Luminaire Type | Load | Circuit |
|---|---|---|---|---|---|---|
| F1-F2 | 80' | 15' | 2 | TLC-BT-575 | 1.15 kW | A |
| | | 80' | 11 | TLC-LED-1150 | 12.65 kW | A |
| F3-F4 | 80' | 15' | 2 | TLC-BT-575 | 1.15 kW | A |
| | | 80' | 12 | TLC-LED-1150 | 13.80 kW | A |
| | | 50' | 1 | TLC-LED-400 | 0.40 kW | A |
| 4 | | | 56 | | 59.30 kW | |

### Circuit Summary

| Circuit | Description | Load | Fixture Qty |
|---|---|---|---|
| A | Football | 58.3 kW | 56 |

### Fixture Type Summary

| Type | Source | Wattage | Lumens | L90 | L80 | L70 | Quantity |
|---|---|---|---|---|---|---|---|
| TLC-LED-1150 | LED 5700K - 75 CRI | 1150W | 121,000 | >63,500 | >63,500 | >63,500 | 46 |
| TLC-BT-575 | LED 5700K - 75 CRI | 575W | 52,000 | >63,500 | >63,500 | >63,500 | 8 |
| TLC-LED-400 | LED 5700K - 75 CRI | 400W | 38,600 | >63,500 | >63,500 | >63,500 | 2 |

## Light Level Summary

### Calculation Grid Summary

| Grid Name | Calculation Metric | Ave | Illumination Min | Illumination Max | Max/Min | Ave/Min | Circuits | Fixture Qty |
|---|---|---|---|---|---|---|---|---|
| Bleachers | Horizontal | 4.60 | 0 | 14 | 62.20 | | A | 56 |
| Football | Horizontal Illuminance | 50.8 | 41 | 62 | 1.50 | 1.24 | A | 56 |
| Soccer | Horizontal Illuminance | 51 | 41 | 63 | 1.56 | 1.24 | A | 56 |
| Track | Horizontal Illuminance | 16.3 | 0 | 44 | 205.30 | | A | 56 |






From Hometown to Professional

We Make It Happen.

Not to be reproduced in whole or part without the written consent of Musco Sports Lighting, LLC. ©1981, 2016 Musco Sports Lighting, LLC.

PROJECT SUMMARY

ENGINEERED DESIGN By: Connor Ramstead • File #163423-p-FB • 23-May-18



## Madison Memorial High School
Madison, WI

### GRID SUMMARY

| Name: | Football |
|---|---|
| Size: | 360' x 160' |
| Spacing: | 30.0' x 30.0' |
| Height: | 3.0' above grade |

### ILLUMINATION SUMMARY

MAINTAINED HORIZONTAL FOOTCANDLES

| | Entire Grid |
|---|---|
| **Guaranteed Average:** | 50 |
| Scan Average: | 50.77 |
| Maximum: | 62 |
| Minimum: | 41 |
| Avg / Min: | 1.23 |
| **Guaranteed Max / Min:** | 2 |
| Max / Min: | 1.50 |
| UG (adjacent pts): | 1.29 |
| CU: | 0.54 |
| No. of Points: | 72 |

LUMINAIRE INFORMATION

| Color / CRI: | 5700K - 75 CRI |
|---|---|
| Luminaire Output: | 121,000 / 52,000 / 38,600 lumens |
| No. of Luminaires: | 56 |
| Total Load: | 58.3 kW |

| Luminaire Type | L90 hrs | L80 hrs | L70 hrs |
|---|---|---|---|
| TLC-LED-1150 | >63,500 | >63,500 | >63,500 |
| TLC-BT-575 | >63,500 | >63,500 | >63,500 |
| TLC-LED-400 | >63,500 | >63,500 | >63,500 |

Projected per TM-21-11. Sea luminaire durations for details.

**Guaranteed Performance:** The ILLUMINATION described above is guaranteed per your Musco Warranty document and includes a 0.95 dirt depreciation factor.

**Field Measurements:** Individual field measurements may vary from computer-calculated predictions and should be taken in accordance with IESNA RP-6-15.

**Electrical System Requirements:** Refer to Amperage Draw Chart and/or the "Musco Control System Summary" for electrical sizing.

**Installation Requirements:** Results assume ± 3% nominal voltage at line side of the driver and structures located within 3 feet (1m) of design locations.



**We Make It Happen.**

Not to be reproduced in whole or part without the written consent of Musco Sports Lighting, LLC. ©1981, 2018 Musco Sports Lighting, LLC.

### ILLUMINATION SUMMARY

### EQUIPMENT LIST FOR AREAS SHOWN

| QTY | Pole | | | Luminaires | | | | |
|---|---|---|---|---|---|---|---|---|
| | LOCATION | SIZE | GRADE ELEVATION | MOUNTING HEIGHT | LUMINAIRE TYPE | QTY / POLE | THIS GRID | OTHER GRIDS |
| 2 | F1-F2 | 80' | | 15' | TLC-BT-575 | 2 | 2 | 0 |
| | | | | 80' | TLC-BT-575 | 11 | 11 | 0 |
| 2 | F3-F4 | 80' | | 15' | TLC-BT-575 | 2 | 2 | 0 |
| | | | | 50' | TLC-LED-400 | 1 | 1 | 0 |
| | | | | 80' | TLC-LED-1150 | 12 | 12 | 0 |
| 4 | | | TOTALS | | | 56 | 56 | 0 |

Pole location(s) ⊕ dimensions are relative to 0,0 reference point(s) ⊗

SCALE IN FEET 1 - 60

ENGINEERED DESIGN By: Connor Ramstead • File #163423-p-FB • 23-May-18



# Madison Memorial High School

Madison, WI

## GRID SUMMARY

**Name:** Soccer
**Size:** 330' x 200'
**Spacing:** 30.0' x 30.0'
**Height:** 3.0' above grade

## ILLUMINATION SUMMARY

### MAINTAINED HORIZONTAL FOOTCANDLES

**Entire Grid**

**Guaranteed Average:** 50
Scan Average: 50.99
Maximum: 63
Minimum: 41
Avg / Min: 1.25
**Guaranteed Max / Min:** 2
Max / Min: 1.56
UG (adjacent pts): 1.33
CU: 0.64
No. of Points: 84

### LUMINAIRE INFORMATION

Color / CRI: 5700K - 75 CRI
Luminaire Output: 121,000 / 52,000 / 38,600 lumens
No. of Luminaires: 56
Total Load: 58.3 kW

| Luminaire Type | | L80 hrs | L70 hrs |
| --- | --- | --- | --- |
| | | Lumen Maintenance |
| TLC-LED-1150 | >63,500 | >63,500 |
| TLC-BT-575 | >63,500 | >63,500 |
| TLC-LED-400 | >63,500 | >63,500 |

Reported per TM-21 / 11. See luminaire datasheet for details

**Guaranteed Performance:** The ILLUMINATION described above is guaranteed per your Musco Warranty document and includes a 0.95 dirt depreciation factor.

**Field Measurements:** Individual field measurements may vary from computer-calculated predictions and should be taken in accordance with IESNA RP-6-15.

**Electrical System Requirements:** Refer to Amperage Draw Chart and/or the "Musco Control System Summary" for electrical sizing.

**Installation Requirements:** Results assume ± 3% nominal voltage at line side of the driver and structures located within 3 feet (1m) of design locations.

Not to be reproduced in whole or part without the written consent of Musco Sports Lighting. © 1981, 2016 Musco Sports Lighting, LLC.

### ILLUMINATION SUMMARY

We Make It Happen.™

## EQUIPMENT LIST FOR AREAS SHOWN

| | Pole | | | | | Luminaires | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| QTY | LOCATION | SIZE | GRADE ELEVATION | MOUNTING HEIGHT | LUMINAIRE TYPE | QTY / POLE | THIS GRID | OTHER GRIDS | | |
| 2 | F1-F2 | 80' | | 15' | TLC-BT-575 | 2 | 2 | 0 | | |
| | | | | 80' | TLC-LED-1150 | 11 | 11 | 0 | | |
| 2 | F3-F4 | 80' | | 15' | TLC-BT-575 | 2 | 1 | 0 | | |
| | | | | 50' | TLC-LED-400 | 1 | 1 | 0 | | |
| | | | | 80' | TLC-LED-1150 | 12 | 12 | 0 | | |
| 4 | | | TOTALS | | | | 56 | 56 | 0 | |

Pole location(s) ⊕ dimensions are relative to 0,0 reference point(s)

**SCALE IN FEET 1 : 60**
0'        60'        120'

ENGINEERED DESIGN  By: Connor Ramstead • File #163423-p-FB • 23-May-18

Field values (footcandle grid):
45 50 47 45 52 58 51
58 60 61 59 59 63 59
41 46 43 41 43 50 41
51 50 43 41 43 50 58
51 51 44 42 44 52 58
60 53 46 44 47 55 61
59 56 52 46 44 61 59
63 59 54 51 54 59 61
58 59 54 52 59 62 59
48 59 49 47 45 45 45
58 53
47
45
49
45

# Madison Memorial High School

Madison, WI

## GRID SUMMARY

**Name:** Track
**Size:** Irregular
**Spacing:** 30.0' x 30.0'
**Height:** 3.0' above grade

## ILLUMINATION SUMMARY

### MAINTAINED HORIZONTAL FOOTCANDLES

| | Entire Grid |
|---|---|
| Scan Average: | 16.34 |
| Maximum: | 44 |
| Minimum: | 0 |
| Avg./Min.: | 76.92 |
| Max/Min: | 205.30 |
| UG (adjacent pts): | 0.00 |
| CU: | 0.12 |
| No. of Points: | 50 |

### LUMINAIRE INFORMATION

Color / CRI: 5700K - 75 CRI
Luminaire Output: 121,000 / 52,000 / 38,600 lumens
No. of Luminaires: 56
Total Load: 58.3 kW

| Luminaire Type | L90 hrs | L80 hrs | L70 hrs |
|---|---|---|---|
| TLC-LED-1150 | >63,500 | >63,500 | >63,500 |
| TLC-BT-575 | >63,500 | >63,500 | >63,500 |
| TLC-LED-400 | >63,500 | >63,500 | >63,500 |

Lumen Maintenance

Reported per TM-21-11. See luminaire datasheet for details.

**Guaranteed Performance:** The ILLUMINATION described above is guaranteed per your Musco Warranty document and includes a 0.95 dirt depreciation factor.

**Field Measurements:** Individual field measurements may vary from computer-calculated predictions and should be taken in accordance with IESNA RP-6-15.

**Electrical System Requirements:** Refer to Amperage Draw Chart and/or the "Musco Control System Summary" for electrical sizing.

**Installation Requirements:** Results assume ± 3% nominal voltage at line side of the driver and structures located within 3 feet (1m) of design locations.

## EQUIPMENT LIST FOR AREAS SHOWN

| QTY | Pole Location | Size | Grade Elevation | Mounting Height | Luminaire Type | QTY/Pole | This Grid | Other Grids |
|---|---|---|---|---|---|---|---|---|
| 2 | F1-F2 | 80' | | 15' | TLC-BT-575 | 2 | 2 | 0 |
| | | | | 80' | TLC-LED-1150 | 11 | 11 | 0 |
| 2 | F3-F4 | 80' | | 15' | TLC-BT-575 | 2 | 2 | 0 |
| | | | | 50' | TLC-LED-400 | 1 | 1 | 0 |
| | | | | 80' | TLC-LED-1150 | 12 | 12 | 0 |
| **4** | | | TOTALS | | | 56 | 56 | 0 |

SCALE IN FEET 1 : 100

ENGINEERED DESIGN  By: Connor Ramstead • File #163423-p-FB • 23-May-18

Pole location(s) ⊕ dimensions are relative to 0,0 reference point(s) ⊗

## We Make It Happen.

Not to be reproduced in whole or part without the written consent of Musco Sports Lighting, LLC. ©1981, 2018 Musco Sports Lighting, LLC.

**ILLUMINATION SUMMARY**



# Madison Memorial High School

Madison, WI

## GRID SUMMARY

| | |
|---|---|
| **Name:** | Bleachers |
| **Size:** | Irregular |
| **Spacing:** | 10.0' x 10.0' |
| **Height:** | 3.0' above grade |

## ILLUMINATION SUMMARY

**MAINTAINED HORIZONTAL FOOTCANDLES**    Entire Grid

| | |
|---|---|
| **Scan Average:** | 4.60 |
| Maximum: | 14 |
| Minimum: | 0 |
| Avg / Min: | 21.04 |
| Max / Min: | 62.20 |
| UG (adjacent pts): | 3.10 |
| CU: | 0.01 |
| No. of Points: | 192 |

**LUMINAIRE INFORMATION**

| | |
|---|---|
| Color / CRI: | 5700K · 75 CRI |
| Luminaire Output: | 121,000 / 52,000 / 38,600 lumens |
| No. of Luminaires: | 56 |
| Total Load: | 58.3 kW |

| Luminaire Type | 190 hrs | 180 hrs | L70 hrs |
|---|---|---|---|
| TLC-LED-1150 | >63,500 | >63,500 | >63,500 |
| TLC-BT-575 | >63,500 | >63,500 | >63,500 |
| TLC-LED-400 | >63,500 | >63,500 | >63,500 |

Lumen Maintenance

Reproduced per IEov 21-31. See luminaire datasheet for details.

**Guaranteed Performance:** The ILLUMINATION described above is guaranteed per your Musco Warranty document and includes a 0.95 dirt depreciation factor.

**Field Measurements:** Individual field measurements may vary from computer-calculated predictions and should be taken in accordance with IESNA RP-6-15.

**Electrical System Requirements:** Refer to Amperage Draw Chart and/or the "Musco Control System Summary" for electrical sizing.

**Installation Requirements:** Results assume ± 3% nominal voltage at line side of the driver and structures located within 3 feet (1m) of design locations.



## We Make It Happen.®

Not to be reproduced in whole or part without the written consent of Musco Sports Lighting, LLC. ©1981, 2018 Musco Sports Lighting, LLC.

# ILLUMINATION SUMMARY

---

## EQUIPMENT LIST FOR AREAS SHOWN

| QTY | Pole | | | Luminaires | | QTY / POLE | THIS GRID | OTHER GRID |
|---|---|---|---|---|---|---|---|---|
| | LOCATION | SIZE | GRADE ELEVATION | MOUNTING HEIGHT | LUMINAIRE TYPE | | | |
| 2 | F1-F2 | 80' | | 15' | TLC-BT-575 | 2 | 2 | 0 |
| | | | | 80' | TLC-LED-1150 | 11 | 11 | 0 |
| 2 | F3-F4 | 80' | | 15' | TLC-BT-575 | 2 | 2 | 0 |
| | | | | 50' | TLC-LED-400 | 1 | 1 | 0 |
| | | | | 80' | TLC-LED-1150 | 12 | 12 | 0 |
| **4** | | | **TOTALS** | | | 56 | 56 | 0 |

SCALE IN FEET 1 : 60

0'        60'        120'

Pole location(s)    ⊕ dimensions are relative to (0,0) reference point(s)   ⊗

ENGINEERED DESIGN  By: Connor Ramstead • File #163423-p-FB • 23-May-18



# EQUIPMENT LAYOUT

## Madison Memorial High School
Madison, WI

**INCLUDES:**
- Football
- Soccer
- Track

**Electrical System Requirements:** Refer to Amperage Draw Chart and/or the "Musco Control System Summary" for electrical sizing.

**Installation Requirements:** Results assume ± 3% nominal voltage at line side of the driver and structures located within 3 feet (1m) of design locations.

### EQUIPMENT LIST FOR AREAS SHOWN

| QTY | Pole | | | Luminaires | | | |
|---|---|---|---|---|---|---|---|
| | LOCATION | SIZE | GRADE ELEVATION | MOUNTING HEIGHT | LUMINAIRE TYPE | QTY / POLE |
| 2 | F1-F2 | 80' | | 15' | TLC-BT-575 | 2 |
| | | | | 80' | TLC-LED-1150 | 11 |
| 2 | F3-F4 | 80' | | 15' | TLC-BT-575 | 2 |
| | | | | 50' | TLC-LED-400 | 1 |
| | | | | 80' | TLC-LED-1150 | 12 |
| 4 | | | TOTALS | | | 56 |

### SINGLE LUMINAIRE AMPERAGE DRAW CHART

| Ballast Specifications | | Line Amperage Per Luminaire (max draw) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Single Phase Voltage | | 208 | 220 | 240 | 277 | 347 | 380 | 480 |
| | | (W) | (W) | (W) | (W) | (W) | (W) | (W) |
| TLC-LED-1150 | | 6.8 | 6.5 | 5.9 | 5.1 | 4.1 | 3.7 | 3.0 |
| TLC-BT-575 | | 3.2 | 3.0 | 2.8 | 2.4 | 1.9 | 1.7 | 1.4 |
| TLC-LED-400 | | 2.5 | 2.3 | 2.1 | 1.9 | 1.5 | 1.4 | 1.1 |

Soccer 330' x 200'

Football 160' x 360'

Track

F1  F2  F3  F4

SCALE IN FEET 1:100

0'    100'    200'

Pole location(s) ⊕ dimensions are relative to (0,0 reference point(s)) ⊗

ENGINEERED DESIGN  By: Connor Ramstead • File #163423-p-FB • 23-May-18

## MUSCO Lighting
### We Make It Happen.

Not to be reproduced in whole or part without the written consent of Musco Sports Lighting, LLC. ©1981, 2018 Musco Sports Lighting, LLC.

**EQUIPMENT LAYOUT**





## MUSCO Lighting

**MY PROJECT**

Name: Madison Memorial High School
Location: Madison, WI

From Hometown to Professional

We Make It Happen.

**ENGINEERED DESIGN**

By: Connor Ramstead
File # / Date: 163423-p-S83          18-Jun-18

Not to be reproduced in whole or part without the written consent of Musco
Sports Lighting, LLC. ©1981, 2018 Musco Sports Lighting, LLC.

**PROJECT SUMMARY**

### Pole / Fixture Summary

| Pole ID | Pole Height | Fixture Qty | Lamp Type | Circuit |
|---|---|---|---|---|
| A1 | 80' | 6 | 1500W MZ | B |
| A2 | 80' | 6 | 1500W MZ | B |
| B1 | 80' | 10 | 1500W MZ | B |
| B2 | 80' | 10 | 1500W MZ | B |
| C1 | 80' | 4 | 1500W MZ | B |
| C2 | 80' | 4 | 1500W MZ | B |
| D1 | 80' | 3 | 1500W MZ | B |
| D2 | 80' | 3 | 1500W MZ | B |
| 8 | | 46 | | |

### Calculation Grid Summary

| Grid Name | Calculation Metric | Type | Light Level | | | Uniformity | | | Circuits | Fixture Qty |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ave | Min | Max | Max/Min | Ave/Min | | | |
| Baseball (Infield) | Horizontal Illuminance | Constant | 51 | 36 | 60 | 1.66 | 1.41 | B | 46 |
| Baseball (Outfield) | Horizontal Illuminance | Constant | 30.9 | 22 | 45 | 2.08 | 1.42 | B | 46 |

### Circuit Summary

| Circuit | Description | Load | Fixture Qty |
|---|---|---|---|
| B | Baseball | 71.94 kW | 46 |



## MUSCO Lighting

### MY PROJECT
**Name:** Madison Memorial High School
**Location:** Madison, WI

### GRID SUMMARY
**Name:** Baseball
**Size:** Irregular 324' / 379' / 326'
**Spacing:** 30.0' x 30.0'
**Height:** 3.0' above grade

### CONSTANT ILLUMINATION

| SUMMARY | Infield | Outfield |
|---|---|---|
| | | HORIZONTAL FOOTCANDLES |
| **Guaranteed Average:** | **50** | **30** |
| Scan Average: | 50.96 | 30.85 |
| Maximum: | 60 | 45 |
| Minimum: | 36 | 22 |
| Avg / Min: | 1.41 | 1.42 |
| **Guaranteed Max / Min:** | **2** | **2.5** |
| Max / Min: | 1.66 | 2.08 |
| UG (adjacent pts): | 1.32 | 1.56 |
| No. of Points: | 25 | 100 |

**LUMINAIRE INFORMATION**
Luminaire Type: Green Generation
Design Usage Hours: 5,000 hours
Design Lumens: 134,000
Avg Lamp Tilt Factor: 1.000
No. of Luminaires: 46

Avg KW: 71.94 (78.2 max)

**Guaranteed Performance:** The Guaranteed Average CONSTANT ILLUMINATION described above is guaranteed for the design usage hours of the system.

**Field Measurements:** Illumination measured in accordance with IESNA RP-6-15 and CIBSE LG4. Individual values may vary. See the Warranty document for details.

**Electrical System Requirements:** Refer to Amperage Draw Chart and/or the "Musco Control System Summary" for electrical sizing.

**Installation Requirements:** Results assume +/- 3% nominal voltage at line side of the ballast and structures located within 3 feet (1m) of design locations.

### ENGINEERED DESIGN
**By:** Connor Ramstead
**File # / Date:** 163423-p-SB3
18-Jun-18

Not to be reproduced in whole or part without the written consent of Musco Sports Lighting, LLC. © 1981, 2018 Musco Sports Lighting, LLC.

## ILLUMINATION SUMMARY

### EQUIPMENT LIST FOR AREAS SHOWN

| QTY | Pole | | | Luminaires | | | |
|---|---|---|---|---|---|---|---|
| | LOCATION | SIZE | GRADE ELEVATION | MOUNTING HEIGHT | LAMP TYPE | QTY / POLE | THIS GRID | OTHER GRIDS |
| 2 | A1-A2 | 80' | - | 80' | 1500W MZ | 6 | 6 | 0 |
| 2 | B1-B2 | 80' | - | 80' | 1500W MZ | 10 | 10 | 0 |
| 2 | C1-C2 | 80' | - | 80' | 1500W MZ | 4 | 4 | 0 |
| 2 | D1-D2 | 80' | - | 80' | 1500W MZ | 3 | 3 | 0 |
| 8 | TOTALS | | | | | 46 | 46 | 0 |

Pole location(s) ⊕ dimensions are relative to 0,0 reference point(s) ⊗

SCALE IN FEET 1 : 80



## MY PROJECT

**Name:** Madison Memorial High School
**Location:** Madison, WI

## EQUIPMENT LAYOUT

**INCLUDES:**
Baseball

**Electrical System Requirements:** Refer to Amperage Draw Chart and/or the "Musco Control System Summary" for electrical sizing.

**Installation Requirements:** Results assume +/-3% nominal voltage at line side of the ballast and structures located within 3 feet (1m) of design locations.

### EQUIPMENT LIST FOR AREAS SHOWN

| QTY | Pole | | | | Luminaires | QTY/ |
|---|---|---|---|---|---|---|
| | LOCATION | SIZE | GRADE ELEVATION | MOUNTING HEIGHT | LAMP TYPE | POLE |
| 2 | A1-A2 | 80' | - | 80' | 1500W MZ | 6 |
| 2 | B1-B2 | 80' | - | 80' | 1500W MZ | 10 |
| 2 | C1-C2 | 80' | - | 80' | 1500W MZ | 4 |
| 2 | D1-D2 | 80' | - | 80' | 1500W MZ | 3 |
| 8 | | | | | TOTALS | 46 |

### SINGLE LUMINAIRE AMPERAGE DRAW CHART

| Ballast Specifications (30 min power factor) | Line Amperage Per Luminaire (max draw) | | | | | | |
|---|---|---|---|---|---|---|---|
| Single Phase Voltage | 208 | 220 | 240 | 277 | 347 | 380 | 480 |
| | (60) | (60) | (60) | (60) | (60) | (60) | (60) |
| 1500 watt MZ | 8.6 | 8.3 | 7.5 | 6.5 | 5.1 | 4.7 | 3.7 |

## ENGINEERED DESIGN

| By: | Connor Ramstead | 18-Jun-18 |
|---|---|---|
| File # / Date : | 163423-p-SB3 | |

Not to be reproduced in whole or part without the written consent of Musco Sports Lighting, LLC. © 1981, 2018 Musco Sports Lighting, LLC.

### EQUIPMENT LAYOUT

SCALE IN FEET 1:80

0'    80'    160'

Pole location(s)  ⊕ dimensions are relative to 0,0 reference point(s)  ⊗

A1  .25'  .58'

A2  30'  .58'

B1  190'  .58'

B2  190'  .95'

C1  76'  .35'

C2  350'  .57'

D1  220'  .222'

D2  325'  .230'

Baseball Irregular



POLE(S): P1-P4

Musco 100FT Light-Structure System™ pole
Green Generation™ luminaires

POLE(S): A1, A2

Musco 80FT Light-Structure System™ pole
Green Generation™ luminaires

1. Cut off and grind smooth upper jacking brackets on section 2.
2. Apply cold galv. spray on exposed areas per instructions.
3. Cut 3'-6 3/4" off the top of the pole section 2.
4. Attach new fitter from one the following methods:
   A: Use lower jacking brokets.
   B: Reweld the jacking brackets 55" from the new cut top of section 2.

Madison Memorial High School
Madison, WI

Donated Pole Instructions



POLE(S): P1-P4
Musco 100FT Light-Structure System™ pole
Green Generation™ luminaires

POLE(S): B1, B2
Musco 80FT Light-Structure System™ pole
Green Generation™ luminaires

1. Cut off and grind smooth upper jacking brackets on section 2.
2. Apply cold galv. spray on exposed areas per instructions.
3. Cut 3'-6 3/4" off the top of the pole section 2.
4. Attach new fitter from one the following methods:
   A: Use lower jacking brakets.
   B: Reweld the jacking brackets 55" from the new cut top of section 2.

DATE: | BY: | R.L. | REVISIONS:

musco lighting

CORPORATE OFFICE:
P.O. Box 808
100 1st Avenue West
Oskaloosa, Iowa 52577
+1-800-825-6020
+1-641-673-0411

Madison Memorial High School
Madison, WI
Donated Pole Instructions



PRELIMINARY FOUNDATION AND POLE ASSEMBLY DRAWING



# Control System Summary

## Project Specific Notes:

## Project Information

| | |
|---|---|
| Project #: | 163423 |
| Project Name: | Madison Memorial High School SO SB FB |
| Date: | 05/24/18 |
| Project Engineer: | CRamstead |
| Sales Representative: | Greg Smidt |
| Control System Type: | Control and Monitoring |
| Communication Type: | Digital Cellular |
| Scan: | 163423-p-SB1,163423-p-FB |
| Document ID: | 163423P3V1-0524093230 |
| Distribution Panel Location or ID: | Service FB |
| Total # of Distribution Panel Locations for Project: | 2 |
| Design Voltage/Hertz/Phase: | 480/60/3 |
| Control Voltage: | 120 |

## Equipment Listing

| DESCRIPTION | APPROXIMATE SIZE | |
|---|---|---|
| 1.Control and Monitoring Cabinet | 24 X 48 | |
| | QTY | SIZE |
| Total Contactors | 4 | 30 AMP |
| Total Off/On/Auto Switches: | 1 | |

## Materials Checklist

**Contractor/Customer Supplied:**

- ☐ A single control circuit must be supplied per distribution panel location.
  - — If the control voltage is NOT available, a control transformer is required.
- ☐ Electrical distribution panel to provide overcurrent protection for circuits
  - — Thermal/Magnetic circuit breaker sized per full load amps on Circuit Summary by Zone Chart
- ☐ Wiring:
  - — Dedicated control power circuit
  - — Power circuit to and from lighting contactors
  - — Harnesses for cabinets at remote locations
  - — Means of grounding, including lightning ground protection
- ☐ Electrical conduit wireway system
  - — Entrance hubs rated NEMA 4: must be die-cast zinc, PVC, or copper-free die-cast aluminum
- ☐ Mounting hardware for cabinets
- ☐ Control circuit lock-on device to prevent unauthorized power interruption to control power
- ☐ Anti-corrosion compound to apply to ends of wire, if necessary

*Call Control-Link Central ™ operations center at 877/347-3319 to schedule activation of the control system upon completion of the installation. Note: Activation may take up to 1 1/2 hours*

## IMPORTANT NOTES

1. Please confirm that the design voltage listed above is accurate for this facility. Design voltage/phase is defined as the voltage/phase being connected and utilized at each lighting pole's ballast enclosure disconnect. Inaccurate design voltage/phase can result in additional costs and delays. Contact your Musco sales representative to confirm this item.
2. In a 3 phase design, all 3 phases are to be run to each pole. When a 3 phase design is used Musco's single phase luminaires come pre-wired to utilize all 3 phases across the entire facility.
3. One contactor is required for each pole. When a pole has multiple circuits, one contactor is required for each circuit. All contactors are UL 100% rated for the published continuous load. All contactors are 3 pole.
4. If the lighting system will be fed from more than one distribution location, additional equipment may be required. Contact your Musco sales representative.
5. A single control circuit must be supplied per control system.
6. Size overcurrent devices using the full load amps column of the Circuit Summary By Zone chart- Minimum power factor is 0.9.

*NOTE: Refer to Installation Instructions for more details on equipment information and the installation requirements*

T:\163\163423P3V1-0524093230.pdf

© 1999,2018 Musco Sports Lighting,LLC
Form: T-5030-1



# Control System Summary

**Madison Memorial High School SO SB FB / 163423 - 163423-p-FB**
**Service FB - Page 2 of 8**

## Control·Link. Control and Monitoring System



| Wire | Description | # of Wires | Typ. Wire Size (AWG) | Max. Wire Length (FT) | Wire from Musco | Notes |
|---|---|---|---|---|---|---|
| 1 | Line power to contactors, and equipment grounding conductor | Note A | Note B | 27 | No | A – E |
| 2 | Load power to lighting circuits | Note A | Note B | N/A | No | A – D |
| 3 | Control power (dedicated, 20A) | 3 | 12 | N/A | No | C, D |

R60-32-00_C

Notes:
A. Voltage and phasing per the notes on cover page.
B. Calculate per load and voltage drop.
C. All conduit diameters should be per code.
D. Refer to control and monitoring system installation instructions for more details on equipment information and the installation requirements.
E. Contact Musco if maximum wire length from circuit breaker to contactor exceeds value in chart.

**IMPORTANT:** Control (3) wires must be in separate conduit from line and load power wiring (1, 2).

T:\163\163423P3V1-0524093230.pdf



# Control System Summary

Madison Memorial High School SO SB FB / 163423 - 163423-p-FB
Service FB - Page 3 of 8

## SWITCHING SCHEDULE

| Field/Zone Description | Zones |
|---|---|
| Football | 1 |

| CONTROL POWER CONSUMPTION | |
|---|---|
| 120V Single Phase | |
| VA loading of Musco Supplied Equipment | INRUSH: 1568.0 |
| | SEALED:  194.8 |

## CIRCUIT SUMMARY BY ZONE

| POLE | CIRCUIT DESCRIPTION | # OF FIXTURES | # OF DRIVERS | *FULL LOAD AMPS | CONTACTOR SIZE (AMPS) | CONTACTOR ID | ZONE |
|---|---|---|---|---|---|---|---|
| F1 | Football | 13 | 13 | 21.7 | 30 | C1 | 1 |
| F2 | Football | 13 | 13 | 21.7 | 30 | C2 | 1 |
| F3 | Football | 15 | 15 | 22.9 | 30 | C3 | 1 |
| F4 | Football | 15 | 15 | 22.9 | 30 | C4 | 1 |

*Full Load Amps based on amps per driver.



# Control System Summary

Madison Memorial High School SO SB FB / 163423 - 163423-p-FB
Service FB - Page 4 of 8

| PANEL SUMMARY | | | | | | |
|---|---|---|---|---|---|---|
| CABINET # | CONTROL MODULE LOCATION | CONTACTOR ID | CIRCUIT DESCRIPTION | FULL LOAD AMPS | DISTRIBUTION PANEL ID (BY OTHERS) | CIRCUIT BREAKER POSITION (BY OTHERS) |
| 1 | 1 | C1 | Pole F1 | 21.70 | | |
| 1 | 1 | C2 | Pole F2 | 21.70 | | |
| 1 | 1 | C3 | Pole F3 | 22.90 | | |
| 1 | 1 | C4 | Pole F4 | 22.90 | | |

| ZONE SCHEDULE | | | | |
|---|---|---|---|---|
| | | | CIRCUIT DESCRIPTION | |
| ZONE | SELECTOR SWITCH | ZONE DESCRIPTION | POLE ID | CONTACTOR ID |
| Zone 1 | 1 | Football | F1 | C1 |
| | | | F2 | C2 |
| | | | F3 | C3 |
| | | | F4 | C4 |



# Control System Summary

Madison Memorial High School SO SB FB / 163423 - 163423-p-SB1
Service BB - Page 6 of 8

## Control·Link. Control and Monitoring System



| Wire | Description | # of Wires | Typ. Wire Size (AWG) | Max. Wire Length (FT) | Wire from Musco | Notes |
|------|-------------|-----------|----------------------|----------------------|-----------------|-------|
| 1 | Line power to contactors, and equipment grounding conductor | Note A | Note B | 27 | No | A – E |
| 2 | Load power to lighting circuits | Note A | Note B | N/A | No | A – D |
| 3 | Control power (dedicated, 20A) | 3 | 12 | N/A | No | C, D |

R60-32-00_C

Notes:   A. Voltage and phasing per the notes on cover page.
B. Calculate per load and voltage drop.
C. All conduit diameters should be per code.
D. Refer to control and monitoring system installation instructions for more details on equipment information and the installation requirements.
E. Contact Musco if maximum wire length from circuit breaker to contactor exceeds value in chart.

IMPORTANT:   Control (3) wires must be in separate conduit from line and load power wiring (1, 2).

T:\193\163423\P3V1-0534083330.pdf



# Control System Summary

Madison Memorial High School SO SB FB / 163423 - 163423-p-SB1
Service BB - Page 7 of 8

## SWITCHING SCHEDULE

| Field/Zone Description | Zones |
|---|---|
| Baseball | 1 |

| CONTROL POWER CONSUMPTION | |
|---|---|
| 120V Single Phase | |
| VA loading of Musco Supplied Equipment | INRUSH: 2548.0 |
| | SEALED: 298.8 |

| BALLAST SPECIFICATIONS<br>.90 Minimum Power Factor | VOLTAGE: 480v | | | | THREE PHASE | | |
|---|---|---|---|---|---|---|---|
| BALLAST OPERATING VOLTAGE | 208 | 220 | 240 | 277 | 347 | 380 | 480 |
| 1500 Watt Metal Halide Lamp<br>Operating line amperage per fixture- maximum | 8.6 | 8.3 | 7.5 | 6.5 | 5.1 | 4.7 | 3.7 |
| 1000 Watt Metal Halide Lamp<br>Operating line amperage per fixture- maximum | 6.5 | 6.4 | 5.8 | 4.9 | 4.0 | 3.6 | 2.9 |

## CIRCUIT SUMMARY BY ZONE

| POLE | CIRCUIT DESCRIPTION | # OF FIXTURES | FULL LOAD AMPS | CONTACTOR SIZE (AMPS) | CONTACTOR ID | ZONE |
|---|---|---|---|---|---|---|
| A1 | Baseball | 6 | 14.8 | 30 | C1 | 1 |
| A2 | Baseball | 6 | 14.8 | 30 | C2 | 1 |
| B1 | Baseball | 10 | 25.9 | 30 | C3 | 1 |
| B2 | Baseball | 10 | 25.9 | 30 | C4 | 1 |
| C1 | Baseball | 4 | 11.1 | 30 | C5 | 1 |
| C2 | Baseball | 4 | 11.1 | 30 | C6 | 1 |
| D1 | Baseball | 3 | 7.4 | 30 | C7 | 1 |
| D2 | Baseball | 3 | 7.4 | 30 | C8 | 1 |

T:\163\163423P3V1.0E3d2009236.pdf



# Control System Summary

Madison Memorial High School SO SB FB / 163423 - 163423-p-SB1
Service BB - Page 8 of 8

## PANEL SUMMARY

| CABINET # | CONTROL MODULE LOCATION | CONTACTOR ID | CIRCUIT DESCRIPTION | FULL LOAD AMPS | DISTRIBUTION PANEL ID (BY OTHERS) | CIRCUIT BREAKER POSITION (BY OTHERS) |
|---|---|---|---|---|---|---|
| 2 | 2 | C1 | Pole A1 | 14.80 | | |
| 2 | 2 | C2 | Pole A2 | 14.80 | | |
| 2 | 2 | C3 | Pole B1 | 25.90 | | |
| 2 | 2 | C4 | Pole B2 | 25.90 | | |
| 2 | 2 | C5 | Pole C1 | 11.10 | | |
| 2 | 2 | C6 | Pole C2 | 11.10 | | |
| 2 | 2 | C7 | Pole D1 | 7.40 | | |
| 2 | 2 | C8 | Pole D2 | 7.40 | | |

## ZONE SCHEDULE

| ZONE | SELECTOR SWITCH | ZONE DESCRIPTION | CIRCUIT DESCRIPTION | |
|---|---|---|---|---|
| | | | POLE ID | CONTACTOR ID |
| Zone 1 | 1 | Baseball | A1 | C1 |
| | | | A2 | C2 |
| | | | B1 | C3 |
| | | | B2 | C4 |
| | | | C1 | C5 |
| | | | C2 | C6 |
| | | | D1 | C7 |
| | | | D2 | C8 |

T:\163\163423P3V1-462\60093390.pdf

