Exhibit P

 **City of Madison Site Plan Verification**

**PROJECT: LNDSPR-2018-00018**     **Address:** 1000 Highland AVE     **Current Revision #: 0**

**Submitted by:**   University of Wisconsin- Madison

**Contact:**   Gary Brown
(608) 263-3023
gary.brown@wisc.edu

**Project Type:**   Permitted Use Site Plan Review

**Description:**   Replacement of surfacing and fencing, adding two additional courts, seating, lighting, landscaping, and sound system

**Status:**   Approved

**Revision History:**   0

| Review | Status | Reviewer | Reviewed |
|---|---|---|---|
| Engineering Mapping | Approved | Lori Zenchenko | Apr  9 2018 |
| Engineering Review Main Office | Approved | Timothy Troester | Apr 15 2018 |
| Fire Review | Approved | William Sullivan | Mar  9 2018 |
| Lighting Review | Approved | Harry Sulzer | Mar 14 2018 |
| Zoning Review | Approved | Patrick Anderson | Apr  9 2018 |

**PROJECT: LNDSPR-2018-00018**        **Address:** 1000 Highland AVE        **Current Revision #: 0**

| | |
|---|---|
| **Submitted by:** | University of Wisconsin- Madison |
| **Contact:** | Gary Brown<br>(608) 263-3023<br>gary.brown@wisc.edu |
| **Project Type:** | Permitted Use Site Plan Review |
| **Description:** | Replacement of surfacing and fencing, adding two additional courts, seating, lighting, landscaping, and sound system |
| **Status:** | Approved |
| **Revision History:** | 0 |

## ENGINEERING

**Supplement Accepted**                                                                    **Comment Date:** 03/15/2018

Submit PDFs of the final plans for Engineering records. Files can be emailed to Tim Troester at ttroester@cityofmadison.com or submitted on CD to City Engineering.

**Supplement Accepted**                                                                    **Comment Date:** 03/15/2018

The Applicant shall submit, prior to plan sign-off, a digital CAD file (single file) to the Engineering Division with any private storm and sanitary sewer utilities. The digital CAD file shall be to scale and represent final construction. The CAD file shall be in a designated coordinate system (preferably Dane County WISCRS, US Ft). The single CAD file submittal can be either AutoCAD (dwg) Version 2013 or older, MicroStation (dgn) V8i Select Series 3 or older, or Universal (dxf) format and shall contain the only the following data, each on a separate layer name/level number:

a) Building Footprints
b) Internal Walkway Areas
c) Internal Site Parking Areas
d) Other Miscellaneous Impervious Areas (i.e. gravel, crushed stone, bituminous/asphalt, concrete, etc.)
e) Right-of-Way lines (public and private)
f) Plat name and lot lines (metes & bounds parcel lines if unplatted)
g) Platted lot numbers (noted "unplatted lands" if not platted)
h) Lot/Plat property dimensions
i) Street names
j) Private on-site sanitary sewer utilities (including all connections to public sanitary)
k) Private on-site storm sewer utilities (including all connections to public storm)

All other levels (contours, elevations, etc) are not to be included with this file submittal.

NOTE: Email CAD file transmissions are preferred to: ttroester@cityofmadison.com . The party responsible for the CAD file email transmission shall include the project site address in the email subject line. Any changes or additions to the location of the building, private utilities, sidewalks, parking/pavement during construction will require a new CAD file transmittal to City by applicant.

## ENGINEERING MAPPING

**Supplement Accepted**                                                                    **Comment Date:**

**PROJECT: LNDSPR-2018-00018**      **Address:** 1000 Highland AVE                    **Current Revision #: 0**

| | |
|---|---|
| **Submitted by:** | University of Wisconsin- Madison |
| **Contact:** | Gary Brown<br>(608) 263-3023<br>gary.brown@wisc.edu |
| **Project Type:** | Permitted Use Site Plan Review |
| **Description:** | Replacement of surfacing and fencing, adding two additional courts, seating, lighting, landscaping, and sound system |
| **Status:** | Approved |
| **Revision History:** | 0 |

CAD received 4/9/2018.
The Applicant shall submit, prior to plan sign-off, a digital CAD file (single file) to the Engineering Program Specialist in the Engineering Mapping Division (Lori Zenchenko). The digital CAD file shall be to scale and represent final construction. The CAD file shall be in a designated coordinate system (preferably Dane County WISCRS, US Ft). The single CAD file submittal can be either AutoCAD (dwg) Version 2013 or older, MicroStation (dgn) V8i Select Series 3 or older, or Universal (dxf) format and shall contain the only the following data, each on a separate layer name/level number:
a) Building Footprints
b) Internal Walkway Areas
c) Internal Site Parking Areas
d) Other Miscellaneous Impervious Areas (i.e. gravel, crushed stone, bituminous/asphalt, concrete, etc.)
e) Right-of-Way lines (public and private)
f) Lot lines or parcel lines if unplatted
g) Lot numbers or the words unplatted
h) Lot/Plat dimensions
i) Street names

All other levels (contours, setbacks, elevations, etc) are not to be included with this file submittal.

NOTE: Email file transmissions preferred lzenchenko@cityofmadison.com. Include the site address in the subject line of this transmittal. Any changes or additions to the location of the building, sidewalks, parking/pavement during construction will require a new CAD file.

## FIRE

| **Note** | **Comment Date:** 03/09/2018 |
|---|---|

The bleachers shall comply with ICC 300.

## ZONING

| **Supplement Accepted** | **Comment Date:** 03/19/2018 |
|---|---|

Provide a Landscape plan stamped and signed by a Registered Landscape Architect.

| **Supplement Accepted** | **Comment Date:** 03/19/2018 |
|---|---|

Provide a compliance date with all elements of the approved site plan subject to 28.186(4)(b).



**Facilities Planning
& Management**
UNIVERSITY OF WISCONSIN–MADISON

February 28, 2018

Jenny Kirchgatter
City of Madison Planning
126 S. Hamilton Street
Madison, WI 53710

RE:   PERMITTED USE SITE PLAN SUBMITTAL: NIELSEN OUTDOOR TENNIS COURT
      EXPANSION – 1000 HIGHLAND AVENUE – UNIVERSITY OF WISCONSIN-MADISON

Dear Jenny,

The following Permitted Use Site Plan submittal materials are for the Nielsen Outdoor Tennis Court Expansion
project located at 1000 Highland Avenue on the University of Wisconsin-Madison campus. This project involves the
replacement of all surfacing and fencing of the existing facilities.  The project will add two additional courts and
supporting fencing, seating, lighting, landscaping, and sound system.  The existing Class of 1918 Marsh and
associated wetland designated areas will not be impacted by this project. The project is a Permitted Use per C-I
section {MGO 28.097(3)} as indoor and outdoor sports and recreational facilities. The anticipated schedule is as
follows:

**Anticipated Project Schedule:**

| | |
|---|---|
| Permitted Use Application Submittal | February 28, 2018 |
| Joint West Campus Area Committee – ACTION* | March 21, 2018 |
| Bid Documents Advertised | March 30, 2018 |
| Bids Received | June 8, 2018 |
| Begin Construction | June 8, 2018 |
| Substantial Completion | August 31, 2018 |

**Land Use Application Materials:**
- 1 copy – Cover Letter (this document)
- 1 copy – Permitted Use Site Plan Application Application
- 7 sets – 24"x36" drawings
- 14 sets – 11"x17" drawings, including light fixture out sheets
- 1 PDF – Emailed to zoning@cityofmadison.com

*We are submitting plans prior to receiving a recommendation from the Joint West Campus Area Committee
(JWCAC) to ensure adequate city staff time review. JWCAC was given an informational presentation on the project
on September 27, 2017. We anticipate if there are any recommended changes they would be specific to the
operational aspects of lighting levels and noise amplification, both of which do not impact the physical layout of the
plans submitted herein.

Division of Facilities Planning & Management, University of Wisconsin-Madison
30 N. Mills Street, 4th Floor Madison, Wisconsin 53715
608-263-3000 fpm.wisc.edu

**Project Participants:**

| | | | |
|---|---|---|---|
| Owner: | State of Wisconsin<br>Agency: University of Wisconsin System<br>Board of Regents<br>Room 1860 Van Hise Hall<br>1220 Linden Drive<br>Madison, Wisconsin 53706 | | |
| Owner's Contact: | University of Wisconsin – Madison<br>Facilities Planning & Management<br>30 N. Mills Street, 4th Floor<br>Madison, Wisconsin 53715 | Attn:<br>Phone:<br>E-Mail: | Gary Brown<br>608-263-3023<br>gary.brown@wisc.edu |
| Lead Consultant: | Edge Consulting Engineers, Inc.<br>624 Water Street<br>Prairie du Sac, WI 53578 | Attn:<br>Phone:<br>E-Mail: | Arlen Ostreng, PE<br>608-644-1449<br>aostreng@edgeconsult.com |
| Electrical Engineer: | JDR Engineering, Inc.<br>5525 Nobel Drive, Suite 110<br>Madison, Wisconsin 53711 | Attn:<br>Phone:<br>E-Mail: | Mike Klubertanz<br>608-277-1728<br>klubertanz@jdreng.com |

Please contact me at 608-263-3023 if you have any questions or need further information.

Thank you.

Gary A. Brown, PLA, FASLA
Director, Campus Planning & Landscape Architecture
Facilities Planning & Management, University of Wisconsin-Madison

cc:    Aaron Williams, UW Zoning Coordinator
       Matt Collins, UW Project Manager
       District 5 Alder, Shiva Bidar-Sielaff

2

**Anderson, Patrick**

| | |
|---|---|
| **From:** | Aaron Williams <aaron.williams@wisc.edu> |
| **Sent:** | Monday, April 09, 2018 11:17 AM |
| **To:** | Anderson, Patrick; Zellers, Benjamin; Bidar-Sielaff, Shiva |
| **Cc:** | Kirchgatter, Jenny; MATT M COLLINS; GARY A BROWN; Brian Beaulieu; Arlen Ostreng |
| **Subject:** | RE: UW-Madison - Permitted Use Application - Nielsen Outdoor Tennis Court Expansion - JOINT WEST UPDATE |
| **Attachments:** | 18_0321-JWCAC-Minutes-NotApproved.pdf |

Patrick, et al.,

On 3/5/18, the Nielsen Outdoor Tennis Court Expansion submittal letter stated that files were being provided ahead of an official recommendation from the Joint West Campus Area Committee (JWCAC). I'm reporting back that JWCAC has officially reviewed the materials and provided a recommendation of approval to city staff. I've attached the unapproved minutes from that meeting...I am currently working with Ben Zellers to understand how to approve these minutes from a 'dissolved' committee...as Joint West and Joint Southeast are now one committee, Joint Campus Area Committee. Either way, UW is committed to ensuring the comments are addressed. The committee requested the following items from the 3/21/18 meeting:

1. <u>Sound System:</u> The speaker system will be installed and will have its volume restricted by a master control system. This system will be used for music before match play, the national anthem, music at intermission, and announcement activities. The system just to the north of this site is used by UW Softball and is more amplified...there have been no complaints to date on this system. Upon system installation the contractor/provider, working with UW will review the determined volume setting and provide a revised Sound System Intensity Map showing dB levels. This map will show UW Hospital and the Village of Shorewood Hills along University Bay Drive. The sound levels will use the Village noise standards, as stated in the Village Code of Ordinance Chapter 21 as compliance reference.

2. <u>Lighting System:</u> There will be 10 light poles, each 60 feet tall, with directional LEDs to meet NCAA standards. The design allows a subset of courts to be lit. The master lighting control system will only allow use during specified times.

The in-progress City staff Site Plan Verification tracking is located here:
https://crystal.cityofmadison.com/WebReports/adapter/XReport.aspx?env=Webaccess&export=true&exporttype=5&reportName=/Webaccess/SitePlanVerificationCombo.rpt&AltID=LNDSPR-2018-00018&Revision%20Number=9999.

Let me know if you have any questions.

**Aaron Williams, PLA, ASLA**
Assistant Campus Planner & Zoning Coordinator
Campus Planning & Landscape Architecture

University of Wisconsin-Madison
Facilities Planning & Management
30 N. Mills Street, 4th Floor
Madison, Wisconsin 53715-1211

D: 608-890-4202
aaron.williams@wisc.edu

**From:** Aaron Williams
**Sent:** Monday, March 05, 2018 4:37 PM
**To:** 'zoning@cityofmadison.com' <zoning@cityofmadison.com>
**Cc:** 'Kirchgatter, Jenny' <JKirchgatter@cityofmadison.com>; MATT M COLLINS <matt.collins@wisc.edu>; Gary Brown - FP&M (Gary.Brown@wisc.edu) <Gary.Brown@wisc.edu>; 'Brian Beaulieu' <bbeaulieu@edgeconsult.com>
**Subject:** UW-Madison - Permitted Use Application - Nielsen Outdoor Tennis Court Expansion

Jenny,
Please find the attached digital files to supplemental the hard copy application for the UW-Madison Nielsen Outdoor Tennis Court Expansion project located at 1000 Highland Avenue. The hard copies will be dropped off on the morning of 3/6/18. Please confirm submission of these materials as they are over 10MB in size.
Thank you,

**Aaron Williams, PLA, ASLA**
Assistant Campus Planner & Zoning Coordinator
Campus Planning & Landscape Architecture

University of Wisconsin-Madison
Facilities Planning & Management
30 N. Mills Street, 4th Floor
Madison, Wisconsin 53715-1211

D: 608-890-4202
aaron.williams@wisc.edu



# City of Madison

## Meeting Minutes - Draft
## JOINT WEST CAMPUS AREA COMMITTEE

City of Madison
Madison, WI  53703
www.cityofmadison.com

| Wednesday, March 21, 2018 | 4:45 PM | WARF Bldg., Room 132<br>610 Walnut Street |
|---|---|---|

### CALL TO ORDER / ROLL CALL

Co-chair Kennedy called the meeting to order at 4:45 pm.

**Present:** 16 - Sara Eskrich; Susan M. De Vos; Mary Czynszak-Lyne; Julia Billingham; Douglas K. Carlson; Leslie G. Orrantia; Gary A. Brown; Rob Kennedy; Mark C. Wells; Liz Douglas; Lisa M. Reese; Emmet J. Gaffney; Karl Frantz; John R. Imes; Felice Borisy-Rudin and Ulrike Dieterle

**Absent:** 3 - Arvina Martin; Stephanie G. Jones and Sharon Devenish

**Excused:** 3 - Shiva Bidar-Sielaff; Melissa M.  Berger and Kelly Ignatoski

### APPROVAL OF MINUTES

**Moved by Czynszak-Lyne, seconded by Imes, to approve the minutes of February 28, 2018.  Motion approved unanimously by voice vote.**

### PUBLIC COMMENT

None.

### DISCLOSURES AND RECUSALS

Carlson stated that he serves on the board of a local youth hockey organization that uses ice time at the Shell and may look to use ice time at the Natatorium replacement.

### 1   LOCAL AGENCY UPDATES

· University of Wisconsin-Madison (Brown)
- Babcock Dairy Plant and Center for Dairy Research Addition: Out for bid this month.
- Meat Science and Muscle Biology Lab: Project is on schedule.
- UW Houses Renovations: No updates.
- Lot 62 Parking Structure: Moving forward with AE design.
- Vet Med Addition: Continues to be on capitol budget request.
- WIMR West Wedge Addition: Project starts in April
- Camp Randall South End Zone Seating: Part of 2019-2021 capital budget request.
- UW Fieldhouse Exterior Renovations: Part of 2019-2021 capital budget request.

JOINT WEST CAMPUS AREA          Meeting Minutes - Draft                    March 21, 2018
COMMITTEE

- UW Fieldhouse South Plaza/Streetscape: Part of 2019-2021 capital budget
  request.
- School of Medicine & Public Health Space Plan: No updates.

· Village of Shorewood Hills (Imes)
- Continuing to explore opportunities to complete Marshall Court bike path this
  year to connect existing Campus Drive Path with the Village's Post Farm
  Park Path.

· City of Madison (Eskrich)
- Monroe Street reconstruction has started, and will continue through
  November.  People can sign up for updates with merchants and with City
  Engineering.
- 222 N Charter St. project was placed on file without prejudice. (Brown)


2       NEIGHBORHOOD ASSOCIATION UPDATES

· Regent (Czynszak-Lyne)
- Neighborhood has seen increased traffic with Monroe Street construction.
- A new restaurant has been proposed on Allen St.
- The Midtown Police Station coming along nicely on Mineral Point Road.

· Sunset Village (Dieterle)
- There will be street resurfacing on Blackhawk, Bruce Court, and Heather
  Crest starting on May 21st, running through October.  Speedbumps are
  being added on Blackhawk.

· Vilas (Carlson)
- A new neighborhood association president was elected: Samip Kothari.
- The new Associated Bank project is due to be complete in a month or two.
- Monroe Street Merchants Association is offering coupons: $10 for $300 in
  savings at various businesses.  The coupons can be used between 4/1 to
  10/31.  (Imes)

· Greenbush (Eskrich)
- The Economic Development Division is organizing a Park Street and Regent
  Street Business Walk on April 18th.
- Lucky's 1313 is applying for a conditional use permit for volleyball.

· Dudgeon-Monroe (Billingham)
- There will still be Jazz in the Park despite the reconstruction of Monroe.
- The neighborhood's annual meeting is in mid-April.
- The neighborhood is working with the City to purchase and donate benches
  to place by bus stops.


3       PRESENTATION: NIELSEN TENNIS COURT OUTDOOR EXPANSION

Brian Bollier - Edge Consulting Engineers and Jason King - UW Athletics presented.
·   The presenters summarized existing conditions.  There will be no construction in
    the environmental corridor.
·   The project is adding two outdoor courts, for a total of eight, and will also add
    elevated bleachers, a sound system, lighting, and scoreboards.
·   There will be 10 light poles, each 60 feet tall, with directional LEDs to meet NCAA
    standards.  The design allows a subset of courts to be lit.  The master lighting
    control system will only allow use during specified times.
·   Middle courts will be primary courts, outer courts for will be for overflow use.
·   A speaker system will be installed - its use and volume will be restricted by a
    master control system, similar to the lighting system.
·   Borisy-Rudin asked about Village's maximum night sound volume.  Frantz said he

JOINT WEST CAMPUS AREA
COMMITTEE

**Meeting Minutes - Draft**

March 21, 2018

thinks it is 40db.  Bollier said that control system will be set to only allow below the maximum.  King said that there will be music before match, playing of the national anthem, no music during matches, music at intermission, and a winner will be announced after the match.  Speaker use will be very different than Camp Randall.  Frantz said that we want to avoid a violation - it can be a pain to measure sound and address the problem.  King said that softball is nearby, and it uses more amplified sound than tennis, and there have been no complaints.  Douglas asked if the sound map could you show the area to the south - the hospital's neonatal unit is to the south.  Imes asked about whether sound amplification is used now for tennis matches.  King said yes - there is a temporary system.  Borisy-Rudin asked about whether the expected, rather than the maximum, range could be mapped, as well as integrating existing sound sources.

- Additional evergreen trees will be added along the west side of the courts.  Imes said that large caliper trees would be good to help block noise.
- Speakers will be on the center three polls of the south side, facing north.
- Wells said that he agrees with Frantz regarding sound - no one wants a problem.
- Czynszak-Lyne asked about bathroom facilities.  Bollier said that existing facilities at Nielson and Goodman will be used.  If a capacity crowd is expected, portable restrooms will be brought in.
- Douglas asked about parking.  King said that it would be the same setup as right now.  Most events are Friday through Sunday.
- Frantz asked if the UW could test the system at installation and do noise measurements.
- King said primary use is March-April-mid-May.
- Brown asked about summer camps.  King said they would be conducted as they have been in the past.

Moved by Czynszak-Lyne, seconded by Carlson, to recommend approval to staff.

Motion by Imes, seconded by Wells, to amend the motion to recommend testing the sound system's capped maximum volume once the system is installed.

Both motions approved unanimously by voice vote.

4    **INFORMATIONAL PRESENTATION: GYMNASIUM/NATATORIUM BUILDING REPLACEMENT FEASIBILITY STUDY**

Presentation by John Horn and Mike Warren, UW Recreational Sports.

- Warren summarized UW rec sports services and customers.
- 87% of students voted to increase fees to fund implementation of rec sports master plan.
- A $20 million donor has been secured for the project.
- The current facility is outdated and overcrowded.  It was built in 1964 and has no air conditioning and extensive deferred maintenance.
- Athletics will be taking control of the Shell - Rec Sports is looking to integrate more services at the Natatorium's replacement facility.
- #1 student demand was more fitness space.
- A $138m large model and $108m small model have been diagramed.  The small model will be designed.  That will meet the budget that was originally approved by the students.
- The new facility will double square footage from current Nat.
- The new building includes a new "wellness suite," including mental health.
- The project will likely be two-phase - Kinesiology does not currently have funding

JOINT WEST CAMPUS AREA COMMITTEE                    Meeting Minutes - Draft                    March 21, 2018

for their portion.
- The building will likely be set back further from the street than the current structure.
- There will be more glass; possibilities of lake views.
- Students will serve on the design team for the project.
- Czynszak-Lyne asked about bird-friendly design. Warren said that will be part of future design.
- Dieterle asked about buildings shown across the street in the conceptual rendering. Kennedy said that the buildings shown are part of the Campus Master Plan.
- Dieterle asked about Kinesiology - will the location continue to be their home? Warren said that the hope is their fundraising will come through and they can be part of the facility.
- Borisy-Rudin asked about traffic, with trying to take on Shell use at this location. Warren said there will be more members. The planned parking ramp will help accommodate people who drive to the facility. Kennedy said the new Lot 62 ramp will increase available parking. The increased traffic from closing the Shell will be negligible the vehicular level of service on Observatory Drive is OK. Warren said that 85% of users are students, and almost all of them bike or take the bus. Brown said that the parking ramp design will come back to the committee, and the City is requiring a TIA for that project.
- Borisy-Rudin asked about building security. Horn said UWPD will be part of design team. Warren said facility will be card-accessed. Horn said a structural engineer will be a part of the team to ensure the integrity of the building.
- Borisy-Rudin asked about whether a green roof will be considered. Warren said that has been discussed with students - that will be part of the conversation, but is not yet decided. Horn said unique sustainability features are being explored beyond green roofs, such as complimentary ice rink-pool heating/cooling measures. Green features will be an integral part of the future design.
- Carlson asked about square footage. Horn said the current Nat is about 83,000 sq. ft. and the new building is double that. Shell is 103,000. The future Nat will have more efficient use of space as well. When the project moves to final design some predesign circulation space will be converted to usable space.
- Dieterle asked about how space will be broken up and how that will be done to ensure sound doesn't spill over from one use to another. Warren said that noise isolation will be an important part of the design.
- Douglas asked about donations. Horn said a lead donor has pledged $20m. There will be other donors as well.
- Carlson asked about to what extent Kinesiology needs to be involved; what happens if that part doesn't get built? Warren said that the design will progress with flexibility in mind.
- Imes asked about swimming and diving. Warren said that is going to The Nick on Dayton. The pool in the new Nat is for rec sports only.
- Carlson said that there are a lot of outside users of the facilities. At what point in the process might outside user input be considered? Horn said that will mirror the Nicholas project's process. Gathering of feedback from users will start in the schematic design process. All of that will be done before the 10% design milestone.
- Dieterle asked scheduled about when the existing building will be demolished. Horn said that the earliest is summer of 2020, when the Nicholas facility opens. An 18-24 month construction process is anticipated.

JOINT WEST CAMPUS AREA COMMITTEE          Meeting Minutes - Draft          March 21, 2018

### ADJOURNMENT

Moved by Brown, seconded by Carlson, to adjourn.  The motion passed unanimously by voice vote, and the meeting adjourned at 6:23 pm.







The Archetype®, Huntington Beach, CA

# The Archetype® LED
## Now up to 16,400 Lumens, a 110% Performance Increase!

The eclectic shape of The Archetype readily adapts to and universally complements
contemporary architectural design. And as modern architecture adapts, so has The Archetype.
Powered by Kim's revolutionary patented PicoPrism™ optical system, this versatile luminaire
delivers over 16,000 lumens in a powerful, yet energy efficient site lighting solution. The
Archetype LED luminaire family utilizes the latest solid-state advancements to deliver the
maximum level of output with minimal energy consumption for a outdoor lighting solution.

### Performance

Constructed to IP66 standards, each PicoPrism optical module works seamlessly together to
deliver uniform illumination in multiple distributions and in a variety of color temperatures.
Ideal for applications where light trespass and energy conservation is critical, PicoPrism optics
allow for incredible versatility, tight cutoffs and flexible control to make sure the light goes
where you need it. With high power performance of over 16,000 lumens, The Archetype
employs our exclusive LifeShield™ thermal protection system and surge suppression, ensuring
a highly reliable LED system that can withstand operations in a variety of environments.

### Versatility

Available in two sizes and a variety of mounting configurations, the Archetype LED provides
an ideal solution for both new and retrofit installations. For existing HID sources, a versatile
field-upgrade kit enables a simple conversion to LED.

- Two sizes
- Rotatable EmitterDeck®
- Pole and wall mount configurations
- PicoPrism optical system
- Significant performance increase (110%, or up to 16,000 lumen output)
- 350mA and 700mA current
- Constructed to rigid IP66 standards
- Available in standard IES distributions (Type I, II, III, IV, V, R, L, and custom)
- 3000K, 4200K, and 5100K CCT
- Meets California Title 24 and ASHRAE regulations for energy efficiency
- Neighbor friendly optic, factory or field installable
- Field-upgrade kits available for existing Archetype installations

The Archetype LED not only adapts into any architectural environment
but also delivers a performance solution.

*This is LED site lighting perfection. This is Kim Lighting*



Kim's PicoPrism LED Upgrade Kit
installs in just minutes via the easily
accessible fixture housing and driver
compartment.



PicoPrism module
delivers significantly increased
performance



NonPrism module with
(NFO) Neighborhood friendly Optic



## KIM LIGHTING

 ® HUBBELL
Lighting

16555 East Gale Avenue  •  City of Industry, CA  91745  •  Phone: 626.968.5666  •  Fax: 626.369.2695  •  www.kimlighting.com





# NIELSEN TENNIS COURT OUTDOOR EXPANSION
### UNIVERSITY OF WISCONSIN - MADISON
### MADISON, WISCONSIN

## MSN NO.: 0038-1601
## UWSA NO.: A-16-020



SITE LOCATION

SITE LOCATION MAP
SCALE: NTS

**PROJECT DIRECTORY:**

SITE/CIVIL ENGINEER:
EDGE CONSULTING ENGINEERS, INC.
634 WATER STREET
PRAIRIE DU SAC, WI  53573
CONTACT: BRIAN BEAUUBU
PHONE: (608) 644-1449

ELECTRICAL ENGINEER:
JDR ENGINEERING, INC.
5833 HOREL DRIVE, SUITE 118
MADISON, WI 53711
CONTACT: ANDREW WALTON
PHONE: (608) 277-1739

PROJECT MANAGER:
UW-MADISON
FACILITIES PLANNING & MANAGEMENT
30 N. MILLS STREET
MADISON, WI  53714
CONTACT: MATT COLLINS
PHONE: (608) 262-3601

**PROJECT INFO:**

SITE LOCATION:
NIELSEN TENNIS STADIUM
1000 HIGHLAND AVENUE
MADISON, WI 53705

**SHEET INDEX:**

| NO.: | PAGE TITLE |
|------|------------|
| T000 | COVER SHEET |
| V101 | EXISTING SITE SURVEY |
| C100 | SITE DEMOLITION PLAN |
| C101 | PROJECT AREA OVERVIEW |
| C102 | SITE PLAN |
| C103 | SITE LAYOUT PLAN |
| C104 | GRADING & EROSION CONTROL PLAN |
| C105 | PATH LIGHTING PHOTOMETRIC PLAN |
| C106 | SIGNAGE & FURNISHINGS PLAN |
| C201 | OVERALL UTILITY PLAN |
| C202 | UTILITY PLAN AND PROFILE |
| C501-5 | SITE DETAILS |
| C506-7 | SCOREBOARD DETAILS |
| C508-9 | BLEACHER SYSTEM DETAILS |
| L-101 | LANDSCAPING PLAN |
| E000 | SYMBOLS, ABBREVIATIONS, SCHEDULES - ELECTRICAL |
| E101 | OUTDOOR COURTS UNDERGROUND - ELECTRICAL |
| E201 | OUTDOOR COURTS NEW WORK - ELECTRICAL |
| E202 | LOT 76 PARIAL PLANS - ELECTRICAL |
| E203 | NIELSEN PARTIAL FLOOR PLANS - ELECTRICAL |
| E601 | ONE LINE DIAGRAMS - POWER |
| E602 | ONE LINE DIAGRAMS - SYSTEMS |
| E800 | PANEL SCHEDULES - ELECTRICAL |





SITE PLANS

A-16-020

0038-1601

FR

03/01/2018

T000















PHOTOMETRIC PLAN BY MUSCO LIGHTING











A — WATER BRANCH PIPE TAP DETAIL — SCALE: NTS

B — PIPE BEDDING & TRACER WIRE DETAILS — SCALE: NTS

C — WATER MAIN THRUST BLOCK DETAILS — SCALE: NTS

D — CATCH BASIN DETAIL — SCALE: NTS

E — PIPE INSULATION DETAIL — SCALE: NTS

F — GRASS SWALE DETAIL — SCALE: NTS

C504



