Exhibit R

# In The Matter Of:

*Zoning Board of Appeals Hearing vs.*

---

*Transcript of Proceedings In RE: Edgewood Highschool Appeal*
*July 11, 2019*

---



**Verbatim Reporting, Limited**

2 East Mifflin Street, Suite 102
Madison, Wisconsin  53703
www.Verbatim-Madison.com
Office@Verbatim-Madison.com
608.255.7700

"Excellence in Reporting Since 1988"

Min-U-Script® with Word Index

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 3 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

Page 1

```
= = = = = = = = = = = = = = = = = = = = = = = =


                CITY OF MADISON

          Zoning Board of Appeals Hearing


= = = = = = = = = = = = = = = = = = = = = = = =

        Transcript of Hearing Proceedings in RE:

            Edgewood High School Appeal



                Madison, Wisconsin

                 July 11, 2019






          Reporter:  Jessica Bolanos






        VERBATIM REPORTING, LIMITED (608) 255-7700
```

Transcript of Proceedings, 7-11-19                    Page 3

```
 1                  ZONING BOARD OF APPEALS HEARING,
 2   taken before Jessica Bolanos, a notary public in and
 3   for the State of Wisconsin, at the Madison Municipal
 4   Building, 215 Martin Luther King, Jr., Boulevard,
 5   City of Madison, County of Dane, and State of
 6   Wisconsin, on the 11th day of July 2019, commencing
 7   at 6:08 p.m.
 8                A P P E A R A N C E S
 9   MATTHEW D. LEE, Attorney
     FOLEY & LARDNER, LLP
10       150 East Gilman Street, Madison, Wisconsin
         53703, appearing on behalf of Edgewood.
11       mdlee@foley.com 608-258-4203
12
     NATHAN J. WAUTIER, Attorney
13   REINHART BOEMER VAN DEUREN, S.C.
         22 East Mifflin Street, Suite 700, Madison,
14       Wisconsin 53703, appearing on behalf of
         Edgewood.
15       nwautier@reinhartlaw.com 608-229-2249
16
     NOEL W. STERETT, Attorney
17   DALTON TOMICH
         719 Griswold Street, Suite 270, Detroit,
18       Michigan 48226, appearing on behalf of
         Edgewood.
19       nsterett@daltontomich.com 815-986-8050
20
     JOHN W. STRANGE, Attorney
21   AMBER MCREYNOLDS, Attorney
     CITY OF MADISON
22       210 Martin Luther King, Jr., Boulevard, Room
         401, Madison, Wisconsin 53703, appearing on
23       behalf of the City of Madison.
         jstrange@cityofmadison.com 608-261-9154
24       Amcreynold@cityofmadison.com
25
```

Transcript of Proceedings, 7-11-19                    Page 2

```
 1                  I N D E X
 2   PUBLIC COMMENTARY                         Page(s)
 3   MADELINE CRUZ                                40
     CHRIS ZWETTLER                              43
 4   GWENDOLYN JONES                             49
     SISTER KATHLEEN PHELAN                      57
 5   RACHEL FIELDS                              174
     SHAWN SHEY                                 175
 6   MARIE TREST                                178
     ANNE PALZKILL                              187
 7   BILL OROSZ                                 190
     MICHELLE GORTON                            192
 8   BERNIE ALBRIGHT                            194
     BOB FOULKS                                 197
 9   JOSEPH ALBRIGHT                            199
     LANDRY NDAHAYO                             203
10   JIM VAN GEMERT                             205
     CHRIS CAULUM                               206
11   DAVID LEEPER                               207
     ANDREW CUSICK                              209
12   ELLIE TRUDGEON                             210
     JASON BITTNER                              214
13   MARK LANDGRAF                              216
     MARLA STACEY                               219
14
15
                E X H I B I T S
16
17   (No exhibits marked.)
18
     (Original transcript filed with Attorney Lee; copy
19   provided to Attorney Lee.)
20
21
22
23
24
25
```

Transcript of Proceedings, 7-11-19                    Page 4

```
 1   Also Present:    Board Chair, Winn Collins
 2                    Board members Agnes Berenyi,
 3                    Angela Jenkins, Peter Ostlind,
                      Jessica Klehr
 4                    Matt Tucker, Zoning Administrator
 5                    Nancy Kelso
 6                    Members of the Public
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 4 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                       July 11, 2019

Transcript of Proceedings, 7-11-19                                          Page 5

1    **MR. COLLINS:** I call to order the Zoning
2    Board of Appeals meeting for July 11th, 2019.  The
3    time is approximately 6:10.  Present this evening
4    are board members Angela Jenkins, Peter Ostlind,
5    Allie Berenyi, Jessica --
6    **MS. KLEHR:** Klehr.
7    **MR. COLLINS:** -- Klehr, and myself,
8    Winn Collins.  I am the chair.  I've been
9    designated the chair a few weeks ago.  As chair
10   and consistent with Madison General Ordinance
11   33.019(C), I will not participate in making
12   motions or discussions and shall not vote unless
13   my vote would affect the outcome, but I will
14   participate in asking questions and controlling
15   the proceedings.
16       I'd like to take a few minutes to
17   explain the procedure we follow for you to
18   understand the proceedings today, but before I do
19   that, first for the audience as well as the
20   members present up here, please make sure your
21   cell phone is turned off or silent.  And for those
22   speaking, please make sure microphones are turned
23   on.  These proceedings are recorded.
24       A preliminary step also is to fill out a
25   blue slip if you intend to speak, and that is

Transcript of Proceedings, 7-11-19                                          Page 6

1    again so -- because these proceedings are
2    recorded, it's important to know names and the
3    like.  We've already had the roll call after
4    calling this meeting to order.  So the next item
5    on this agenda is designation of the chair.  That
6    issue has now been resolved since I've been
7    appointed chair, and that moves us to the next
8    item on the agenda, the approval of rules and
9    procedure for the meeting.
10       Both for the benefit of those present as
11   well as to clarify the issues for the board, I'd
12   like to take a moment just to clarify a few
13   preliminary matters with the parties here, and
14   that would be Edgewood High School and the zoning
15   administrator.
16       Do both parties agree that this
17   meeting's been properly noticed and complies with
18   open meeting laws?
19   **MR. LEE:** Edgewood agrees.
20   **MR. STRANGE:** The City agrees.
21   **MR. COLLINS:** And do both parties agree
22   that we're here for an appeal, and that would be
23   consistent with Wisconsin Statute 62.23(7)(e)4 and
24   Madison General Ordinance 28.205(3)a.  And just
25   for the benefit of everyone, what those provisions

Transcript of Proceedings, 7-11-19                                          Page 7

1    state first in the statute is that the appeals to
2    the Board of Appeals may be taken by any person
3    agreed or by any officer, department, board, or
4    bureau of the City affected by any decision of an
5    administrative officer.
6        The ordinance I cited earlier provides
7    that the Zoning Board of Appeals has jurisdiction
8    and authority to hear and decide appeals where it
9    is alleged there was an error in any order,
10   requirement, decision, or a determination made by
11   the zoning administrator in enforcement of the
12   chapter.
13       Do the parties agree that that's what
14   brings us here tonight?
15   **MR. LEE:** Edgewood agrees.
16   **MR. STRANGE:** The City agrees.
17   **MR. COLLINS:** And we talk about the
18   decision or enforcement of the chapter.  So just
19   to clarify, again, do both parties agree that
20   we're here for official notices dated April 1st
21   and May 15th of this year?
22   **MR. LEE:** That's correct.
23   **MR. STRANGE:** Yes.
24   **MR. COLLINS:** And again, for the benefit
25   of the parties as well as those in attendance, to

Transcript of Proceedings, 7-11-19                                          Page 8

1    clarify the purpose of hearing an appeal, do both
2    parties agree that the remedy that the board may
3    offer is in Wisconsin Statute 62.23(7)(e)8 and
4    Madison General Ordinance 28.205(5)(g), and for
5    the benefit of those presents as -- frankly as
6    well as for the parties, that provides starting
7    with the statute that I cited that the board may
8    reverse or affirm wholly or partly or may modify
9    the order, requirement, decision, or determination
10   appealed from, and may make such order,
11   requirement, decision or determination as ought to
12   be made and, to that end shall, have all powers of
13   the officer from whom the appeal is taken and may
14   issue or direct the issuance of a permit.
15       The ordinance provides that the board
16   upon a concurring vote of majority of a quorum may
17   reverse or affirm wholly or partly or may modify
18   the order or requirements, decision, or
19   determination appealed from.
20   **MR. LEE:** Edgewood agrees.
21   **MR. STRANGE:** The City agrees.
22   **MR. COLLINS:** And does either party have
23   any opposition or objection to the board
24   proceeding to hear the appeal at this time?
25   **MR. LEE:** No.

Transcript of Proceedings, 7-11-19 — Page 9

1    **MR. STRANGE:** No objection.
2    **MR. COLLINS:** I start with that because
3    in ultimately laying out the approval of the rules
4    and the procedure for the meeting, I thought it
5    was important for the board to know the scope and
6    subject matter that brings us here.
7        There are standard operating procedures
8    for the board. Those are identified in Section 13
9    of its procedures. Included in that is that any
10   time the board may ask questions during that
11   process. The board has used that procedure, but
12   it's typically in instances of variances as
13   opposed to appeals, and we typically have a
14   smaller audience for public comment or interested
15   parties. So we do have the agenda item to
16   consider approval of rules and procedures.
17       I just want to clarify before we get
18   into that a little bit deeper that the agenda does
19   provide for public comment, and public comment is
20   an opportunity that has largely wide latitude for
21   members of the public to speak and make comment.
22   It is by Madison Ordinance 33.01(9)(e) typically a
23   three-minute process.
24       We also have a process built in for
25   interested parties to actually speak on an agenda

Transcript of Proceedings, 7-11-19 — Page 10

1    item; however, when an interested party is
2    speaking on an agenda item, it is really narrower
3    in scope and subject to the actual issue that
4    brings us here today; very specifically, the
5    appeal from the two notices. And so not knowing
6    who may identify themselves as an interested party
7    versus a member of the public who wants to make
8    comment, as I stated at the onset, people have to
9    fill out the blue slip to speak, and if it's a
10   general statement, it may be something that falls
11   square within public comment. I'm not going to
12   make that determination, but if someone is
13   speaking as an interested party, they must
14   understand the scope is narrow to the issue that
15   brings us here today.
16       I said already we will have public
17   comment after we address rules and procedures and
18   also disclosure and recusals, and then finally
19   we're to the agenda item. We do, though, based
20   upon my understanding have a stipulation by the
21   parties largely for the procedure that they would
22   like us to follow today; is that correct?
23       **MR. STRANGE:** That's correct.
24       **MR. LEE:** That's correct.
25       **MR. COLLINS:** And there's one point of

Transcript of Proceedings, 7-11-19 — Page 11

1    clarification I want to make when we get there,
2    but just to lay out what the parties have
3    presented to the board, they would intend to, once
4    we get to the agenda item, have Edgewood have 40
5    minutes to present. This can include statements
6    of individuals Edgewood wishes the board to
7    consider as part of its presentation.
8        Second, we would have the City have 40
9    minutes to present the same, including individual
10   statements.
11       The third will be Edgewood's rebuttal,
12   and time would be any time reserved by Edgewood
13   after the 40 minutes. So if they wanted to use 35
14   minutes for the case in chief in presentation,
15   they could save, for example, five minutes for
16   rebuttal. The amount of time would be up to
17   Edgewood.
18       Item 4 is the one I wanted to address.
19   The parties have identified that as public
20   comment, but based upon the structure of the
21   agenda having public comment as its own agenda
22   item, I would inquire the parties whether they
23   would have any objection to making that the
24   opportunity for interested parties to present for
25   three minutes after we've heard public comment,

Transcript of Proceedings, 7-11-19 — Page 12

1    and we can get to that in a moment, but continuing
2    the rest of the part that is identified as a
3    stipulation, Edgewood would have a ten-minute
4    response to public comments, if any, for the
5    comments of interested parties if we go that
6    route. The City would respond to public comments
7    or those statements of any interested party for up
8    to ten minutes.
9        We would then have Edgewood's response
10   to the City, which would essentially serve as
11   rebuttal. That would be any time reserved from
12   the ten minutes, and then ultimately, we would
13   proceed with the Zoning Board of Appeals'
14   discussion, deliberation, and decision.
15       Leaving aside for a moment the public
16   comment, did I state the stipulation correctly for
17   both parties?
18       **MR. LEE:** You did, Commissioner.
19       **MR. STRANGE:** Yes.
20       **MR. COLLINS:** And with respect to the
21   public comment versus the designation of
22   interested parties, I know you're just getting
23   this for the first time, but what are thoughts in
24   terms of whether there's a stipulation or how we
25   could quantify or clarify that role or purpose?

Zoning Board of Appeals Hearing vs.

Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

| Transcript of Proceedings, 7-11-19 | Page 13 |
| --- | --- |

1     **MR. STRANGE:** I guess I would want to
2 know what the difference would be in terms of the
3 practical difference. Are you talking about still
4 keeping them at three minutes or --
5     **MR. COLLINS:** Yes.
6     **MR. STRANGE:** So how would we -- how are
7 you proposing that we would split that up?
8     **MR. COLLINS:** Well, we have an agenda
9 item for public comment, and so I just have some
10 reservation, although we do have the authority to
11 amend, sort of embedding one agenda item within
12 the other. And so public comment is generally
13 viewed as a broad process where people could speak
14 about anything; whereas, an interested party --
15 and that term isn't defined by statute or code,
16 but it would be more of a term of art that it
17 would be someone really speaking to the crux of
18 the appeal itself.
19     **MR. STRANGE:** I personally would view
20 those as one and the same. As long as they're --
21 as long as they're getting three minutes, it would
22 be fine with me if they go. I don't -- I don't
23 put any -- necessarily designate them one way or
24 the other.
25     **MR. COLLINS:** Okay.

| Transcript of Proceedings, 7-11-19 | Page 14 |
| --- | --- |

1     **MR. LEE:** I agree with Attorney Strange.
2 Again, I -- I want to make sure I understand what
3 you're proposing, Mr. Collins. I view the -- you
4 see that I have some reservation about what you
5 call embedding public comment within kind of the
6 parties' main presentations, and one of the things
7 Mr. Strange and I talked about earlier today was
8 that this is -- you know, obviously, there's a lot
9 of people here, and the issue, we think, is fairly
10 narrow. It's about the interpretation of -- of,
11 you know, interpretations of zoning ordinances and
12 a little Federal law sprinkled in.
13     What we were hoping is that the parties
14 can go first, and then open up to public comment,
15 frankly, just so we're not here until, you know,
16 1:00 in the morning about stuff beyond the scope
17 of what the board is considering.
18     So -- but I agree with Attorney Strange
19 that the interested parties are welcome to speak
20 in the public comment portion of the proceedings
21 as far as Edgewood is concerned.
22     **MR. COLLINS:** Does the board have any
23 comment?
24     **MR. OSTLIND:** Yeah. I think it has been
25 our procedure that we -- we have a public comment

| Transcript of Proceedings, 7-11-19 | Page 15 |
| --- | --- |

1 early in the agenda for people who have something
2 they want to speak about which may not be on the
3 agenda but they feel should be brought to the
4 attention of the board as opposed to people who
5 want to speak to a specific item on the agenda,
6 and our tradition and other commissions'
7 traditions have always -- let's see. My light is
8 flashing.
9     **MR. COLLINS:** You're time's expired.
10     **MR. OSTLIND:** Having some technical
11 difficulties up here. Our tradition has always
12 been to have the -- the party who is asking for an
13 item for approval to speak and present, and then
14 we would entertain comments from anybody who
15 wished to speak to that particular item as -- as
16 separate from what we have on the agenda for the
17 general comment, and I would -- I would suggest
18 that we follow that general procedure by having
19 presentation on the actual item and defining what
20 the item is and then move on to comments from the
21 audience.
22     **MR. COLLINS:** Do either parties have any
23 objection to what Peter's proposing? Essentially,
24 public comment would be the opportunity for people
25 to speak on items unrelated to the agenda item.

| Transcript of Proceedings, 7-11-19 | Page 16 |
| --- | --- |

1 So if they had a question about board procedure or
2 they wanted to talk about how soon notice is
3 given, but when we get to the agenda item, we
4 won't make the distinction between public comment
5 and interested party. We'll interpret that
6 broadly.
7     **MR. LEE:** I understood as long as the
8 public commentary isn't going to be used to talk
9 about, you know, like, lights and sound systems
10 and stuff like that. If anybody's commenting on
11 that, they can talk about it, you know, later
12 after the parties have presented.
13     **MR. STRANGE:** That's fine. I'm not --
14 just as a -- to hazard a guess, I'm not sure
15 there's anybody here to talk about anything other
16 than the actual agenda items. As a practical
17 matter, I don't think it's a big deal.
18     **MR. COLLINS:** One of the most critical
19 issues for the board is to make sure that each
20 party gets the process that is due and fair. So
21 if both parties are stipulating to this procedure,
22 I will entertain a motion to adopt. And just to
23 repeat, we would leave public comment in its
24 place, but the understanding would be that on the
25 agenda item, that is to talk about items

| Transcript of Proceedings, 7-11-19 | Page 17 |
| --- | --- |

1    independent and separate from the petition that
2    brings us here today.  We would then follow
3    Edgewood having 40 minutes.  A portion of that
4    could be saved for rebuttal; the City having
5    40 minutes.  Edgewood would then have the rebuttal
6    time reserved.
7        The fourth item would be public comment
8    and interested parties to speak about the agenda
9    item.  Edgewood would have a ten-minute response.
10   The City would have a ten-minute response.
11   Edgewood would have a rebuttal of any time
12   reserved from that ten minutes before the zoning
13   board goes into discussion, deliberation, and
14   decision.
15       Is that acceptable to both sides?
16       **MR. LEE:** Yes.
17       **MR. STRANGE:** Yes.
18       **MR. COLLINS:** Is there a motion?
19       **MR. OSTLIND:** I'll so move.
20       **MS. BERENYI:** Second.
21       **MR. COLLINS:** The motion has been made
22   by Peter and seconded by Allie.  Is there any
23   further discussion?  All those four, say, "Aye."
24       **BOARD MEMBERS:** Aye.
25       **MR. COLLINS:** Any opposed, say, "Nay."

| Transcript of Proceedings, 7-11-19 | Page 18 |
| --- | --- |

1        The motion carries by a vote of 4 to
2    3 -- 4 to 0.  Sorry.  The night has begun.
3        So we next move to disclosures and
4    recusals.  One potentially difficult part here is
5    we don't know who all the speakers are.  With the
6    size, it's quite possible that some of us may
7    later discover that we know some of the speakers,
8    but at this time under the agenda item for
9    disclosures and recusals, does anyone have
10   anything to provide?
11       The one item I would add is -- or
12   disclose is that on pages 6 and 16 of Edgewood's
13   application, they identified the Monroe Street
14   Farmer's Market, which I believe uses a parking
15   lot adjoining or next to the stadium.  I've
16   attended that from time to time.  I don't believe
17   having been to the farmer's market would -- would
18   provide any conflict, but I just simply offer that
19   in -- in the interest of transparency.
20       **MR. LEE:** Edgewood has no objection to
21   you participating in this proceeding on those
22   grounds.  And then my own point of order, I have
23   five forms that I should probably put in comments.
24   Is that okay?  May I approach, Ms. Kelso?
25       **MR. COLLINS:** Well, we'll now move to

| Transcript of Proceedings, 7-11-19 | Page 19 |
| --- | --- |

1    the public comment portion of the proceedings.
2    And again, this is comments unrelated to the
3    agenda item.  Are there any public comments?
4        Hearing none and seeing no one come
5    forward, there are no public comments.  So we will
6    now move to the next item on the agenda, petition
7    for the variance area, exception, or appeal.  And
8    before we do one thing on the procedural front, we
9    would typically as a board ask questions
10   throughout the proceeding.  I don't know if we
11   squarely addressed that.  That is our typical
12   practice.
13       I don't know if it requires an amendment
14   to the procedure as much as a point of
15   clarification about what the board's would be.  Do
16   both parties understand?
17       **MR. LEE:** Yes.
18       **MR. STRANGE:** Yes.
19       **MR. COLLINS:** And another issue perhaps
20   we should address is whether there's any mechanism
21   to extend any of the time or whether we will hold
22   tight to that, but we may have to wait to see the
23   duration of public comments and how much time is
24   offered, but right now we are at the ten-minute
25   rebuttal or response time, and we intend to stick

| Transcript of Proceedings, 7-11-19 | Page 20 |
| --- | --- |

1    to that unless we all can agree over this issue.
2        **MR. OSTLIND:** Just to clarify our asking
3    questions session, we would wait until each of the
4    initial parties make the full presentation.  The
5    time clock is stopped then, and then we would
6    start asking questions and adding up the time with
7    those.  Is that what you would expect?
8        **MR. STERETT:** Yeah.  I -- in other
9    words, your questions won't cut into either
10   presentation in terms of the 40 minutes allotted?
11   Is that my understanding?
12       **MR. STRANGE:** I assume they won't, but
13   I'm fine either way.
14       **MR. COLLINS:** Again, the most critical
15   issue is to give you guys the process due.  Since
16   we didn't clarify that point earlier, we would
17   want to respectively give you the full amount of
18   time we have voted on.  If you finish in 20
19   minutes, I'm sure we would have questions that
20   might continue and extend.
21       **MR. LEE:** I believe it's to the
22   discretion of the board.  I'm fine with what you
23   proposed in letting us, you know, take our -- the
24   allotted time we want in our opening portion and
25   then stop the clock, you ask us questions, and

Transcript of Proceedings, 7-11-19                    Page 21

1   move to the City when you're done with the
2   questions.  That's fine.
3           MR. COLLINS: Anything else?  All right.
4   We will then move into item number 56510, a
5   hearing on Edgewood High School's appeal.
6   Edgewood appeals the decision of the zoning
7   administrator in regards to Madison General --
8           MR. OSTLIND: We're all flashing here.
9           MR. COLLINS: We do have a second
10  recording device.  Can people in the back hear me,
11  though?  Okay.  I guess it's back on.  I will
12  start again.
13          We're now going to address Item 56510, a
14  hearing of Edgewood High School appeal.  Edgewood
15  appeals the decision of the zoning administrator
16  in regards to Madison General Ordinance section
17  number 28.09(7) relevant to a property at 2219
18  Monroe Street in the City of Madison, Dane County,
19  Wisconsin.
20          Edgewood appeals the City of Madison's
21  official notices dated April 1st, 2019, and
22  May 15th, 2019.  The parties have already
23  previously agreed that that is the basis that
24  brings us here today.  We will then move, if there
25  are no objections to how I presented the case, to

Transcript of Proceedings, 7-11-19                    Page 22

1   Edgewood's 40 minutes of time.
2           And before we do that, I just want to
3   make sure that everyone has the complete record.
4   The board was provided with both Edgewood and the
5   City of Madison's response; but tonight, one of
6   the speakers did submit materials.  We also have,
7   I believe, two e-mails, and the City does have
8   copies of the two official notices for the
9   parties -- for the board, rather.
10          MS. KELSO: I did receive a public
11  comment at check-in.  I only have one copy at the
12  moment.
13          MR. COLLINS: Just so everyone could
14  hear that, we have one public comment submitted at
15  check-in -- or I should say written statement.
16  We -- maybe during the public comment time, we
17  could read that into the record.
18          We'll just take a moment before
19  Edgewood's presentation.  I want to make sure we
20  have your full and undivided attention.  So we'll
21  pass out the materials.  I would ask the board to
22  take what time they need and then give Edgewood
23  its full attention when it's presented.
24          MR. LEE: And Edgewood's going to pass
25  out a binder with some information too as well.

Transcript of Proceedings, 7-11-19                    Page 23

1           MR. COLLINS: Would you like us to have
2   that now or wait until the start of your
3   presentation?
4           MR. LEE: You can hand it out now.
5           MR. STRANGE: I guess while we're at it,
6   I'll hand out mine too.
7           MR. COLLINS: All right.  Please make
8   sure that any copy of materials does go into the
9   official record.  Do we have an extra binder?  And
10  do you also have -- do you have the submission
11  from the City?
12          THE REPORTER: I have some documents
13  already.  I don't know what they are yet.
14          MR. STRANGE: So Nancy should be keeping
15  the official record.
16          MR. COLLINS: All right.
17          MR. STRANGE: This is the court reporter
18  that was --
19          MR. COLLINS: Got it.  Sorry about that.
20  For that clarification, Nancy does have the
21  binder, does have the City submission, does have
22  the two official notices.  She's keeping the
23  written public comment that will be read during
24  the public comment period, the brief from the
25  neighbor's association or neighbor's rather, not

Transcript of Proceedings, 7-11-19                    Page 24

1   association, and two e-mails.
2           MS. KELSO: Yes.
3           MR. COLLINS: Okay.  Nancy does now have
4   the complete record.  I'm just going to give
5   everyone a moment to get their paperwork in order
6   so that we can have our undivided attention to the
7   parties when they are presenting.  If we could
8   just take a moment.  Does anyone on the board need
9   additional time?
10          Okay.  Hearing none, we are just about
11  ready to proceed.  I do see that there are some
12  large printouts that it appears Edgewood has
13  presented, but they are included in the tab,
14  Edgewood Demonstratives, I believe.  So the
15  record's complete?
16          MR. LEE: That's correct.  We put those
17  in the back of our binders in the event it was
18  difficult to see the placards which are behind
19  Commissioners Jenkins, Klehr, and Ostlind.
20          MR. COLLINS: So the placards -- or the
21  materials in the binder, rather, are an accurate
22  copy of the placards?
23          MR. LEE: I'll attest that they are.
24          MR. COLLINS: Okay.  All right.  I think
25  you have 40 minutes.  Do you want to reserve any

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                          July 11, 2019

| Transcript of Proceedings, 7-11-19 | Page 25 | Transcript of Proceedings, 7-11-19 | Page 27 |

**Page 25**

1  for rebuttal at this time, or do you want to wait
2  until at the end of your time?
3      **MR. LEE:** I'll reserve five minutes for
4  rebuttal.  Thank you.
5      **MR. COLLINS:** Edgewood has reserved five
6  minutes for rebuttal.  So it has 35 minutes.
7      **MS. KELSO:** Okay.
8      **MR. COLLINS:** You may begin.
9      **MR. LEE:** Thank you.  Good evening to
10  the commissioners.  My name's Matthew Lee.  I'm an
11  attorney with the law firm of Foley & Lardner here
12  in Madison.
13      With us today representing
14  Edgewood High School Sacred Heart is my
15  colleagues, Katie Rist and Kevin LeRoy,
16  Foley & Lardner.  Sitting next to me is
17  Noel Sterett, Dalton & Tomich in Rockford; and
18  also here today is Nathan Wautier of Reinhart
19  Boerner Van Deuren.
20      Commissioners, we're not here to
21  interpret the zoning code.  This case is about
22  fairness.  It's about equality, and it's about
23  religious liberty and equity.
24      Earlier this year, the City of Madison's
25  zoning administrator, Matt Tucker, issued notices

**Page 26**

1  of violation, two notices of violation against
2  Edgewood High School allegedly for violating the
3  City's zoning ordinances multiple times between
4  March and May of 2019.  Edgewood's grave sin was,
5  "Holding" -- and I quote from the violations
6  themselves -- "athletic contests on the athletic
7  field on its property."
8      The first notice of violation was issued
9  for a girls soccer game played in the middle of
10  the afternoon.  The other violations were
11  apparently, I believe, a combination of girls
12  soccer games and track meets.
13      Let's step back and think about that at
14  this particular moment in history.  Four days ago,
15  the United States women's national team won the
16  World Cup for the second time in a row and
17  fourth time in its history.  They are the talk of
18  the world.  They are the toast of the world.  They
19  are on top of the world, and, yet, earlier this
20  year, the zoning administrator for the City of
21  Madison issued notices of violation deeming it
22  illegal to play a girls soccer game on a soccer
23  field on Edgewood High School's campus.
24      In a few minutes, the zoning
25  administrator is going to sit in this chair --

**Page 27**

1  maybe the chair he's in -- and try to explain to
2  you why playing a girl soccer game on a soccer
3  field in Madison in 2019 is illegal.  Well, the
4  notices of violation are baseless, and the Court
5  should rescind them tonight.  The City's actions
6  are not only contrary to the zoning ordinances
7  themselves, but also violate the Federal Religious
8  Land Use and Institutionalized Persons Act, also
9  known as RLUIPA.
10      That law requires that local
11  authorities, including this board, treat religious
12  institutions like Edgewood on equal terms and by
13  the same standards as nonreligious institutions
14  and prohibit City authorities, again, including
15  the board, from imposing land use regulations that
16  unduly burden religious exercise.  I will speak to
17  the zoning issue, and Attorney Sterett will speak
18  to the RLUIPA indications in the City's actions.
19      Now, the institution now known as
20  Edgewood High School was established at its
21  current Monroe Street location in 1881 by the
22  Sisters of the Sinsinawa Dominican Order.  Over
23  the years, it has grown.  It's become more
24  diverse.  It has modernized its facilities and its
25  education model, but in 138 years, its mission has

**Page 28**

1  never changed:  To educate the whole student --
2  the whole student for a life of learning, service,
3  and personal responsibility through a rigorous
4  academic curriculum that embraces the Sinsinawa
5  Dominican values of truth, compassion, justice,
6  community, and partnership.
7      Edgewood's place in the heart of Madison
8  is central to its identity.  It is a Madison
9  institution.  It is proud to be a Madison
10  institution.  It has a strong presence and is as
11  much a staple of our city as any other Madison
12  institution.  For generations, Edgewood has
13  educated the children of the Greenwich
14  Neighborhood, the Vilas Neighborhood, the West
15  Portland Neighborhood, Dudgeon-Monroe, Nakoma; and
16  that's just the near-west side.
17      Families from all over the city,
18  suburbs, the outlying communities, even outlying
19  counties have sent their kids to Edgewood for
20  generations.
21      Also central to Edgewood's identity is
22  athletic excellence.  Edgewood has played and
23  excelled in interscholastic sports since at least
24  1920s, and one of the primary places it has done
25  so is right on its own campus on Monroe Street, on

Transcript of Proceedings, 7-11-19                                    Page 29

1    the field that is the center of the controversy.
2          I would invite you to turn around and
3    look at the placards on the far right.  If you
4    would prefer to look at the first page in your
5    binder, that would be fine as well.  I've included
6    a short timeline of sort of the critical moments
7    in the history of Edgewood athletics.
8          As you can see, the Dominican Sisters of
9    the Sinsinawa founded what became known as
10   Edgewood High School in 1881, 138 years ago.  It
11   is the oldest by several decades of the current
12   Madison high schools.
13         Edgewood High School of the Sacred Heart
14   officially opened in 1927, which was the same year
15   that the athletic field, which you can see on the
16   placard immediately to the left of the timeline,
17   was created.  Three years later in 1930, the new
18   football field was consecrated by Father Leo and
19   in front of the whole student body and faculty.
20         The field's been there longer than the
21   gymnasium, the Earl J. Wilke Gymnasium.  The field
22   has gone through several renovations, the first
23   major one being in 1975 when they renovated the
24   track and then in 1999, bleachers for spectators
25   were added to the athletic field for the first

Transcript of Proceedings, 7-11-19                                    Page 30

1    time.  They used to sit on a hill sloping down
2    toward the field.  That's where the -- that's
3    where the spectators would sit.  Before, in the
4    parking lot.  In 1999, they got the bleachers.
5          We note on there that 19 -- from 1990 to
6    today, multiple recorded football games, boys and
7    girls soccer games, track meets, lacrosse games,
8    etc. were played at the athletic field.  The only
9    reason we have it as 1990 to today is because one
10   of our witnesses, Chris Zwettler, who is our
11   athletic director, 1990 is about the time when he
12   started.  So that's with his own personal
13   knowledge, but the field has been used for
14   athletics since 1927.  In fact, we have a picture
15   on the far left here.  I believe it's fourth --
16   it's fourth page in the printed version of a
17   football game being played here in 1930.  Leather
18   helmets playing on the green field.
19         Edgewood was using the field for
20   athletic contests when the campus-institutional
21   zoning code went into effect in 2013 -- on January
22   2nd, 2013.  It was using it when Edgewood
23   voluntarily adopted the master plan in April of
24   2014, which the City approved.  It was still using
25   the field for athletic contests when it upgraded

Transcript of Proceedings, 7-11-19                                    Page 31

1    its athletic field in 2015 to redo the track and
2    install new field turf and a scoreboard; and it
3    continues to use the field for athletic contests
4    today.  Nothing has changed in 90 years.
5          I can think of few things that should be
6    less controversial than high school students
7    playing sports competitively against other schools
8    on their own field and on athletic facilities on
9    its own campus.  All the other area high schools
10   as well as UW-Madison do this all the time.  For
11   90 years, so did Edgewood; therefore, it's
12   troubling and unfair that the City's chosen to
13   single Edgewood out for this poor treatment.  The
14   question Edgewood has is:  What is the City really
15   accomplishing by taking this position, the
16   position that Edgewood can't play its games on its
17   field?  The City is preventing kids from playing
18   games on the field at their high school.  That's
19   what this dispute is about.
20         The City chose to single out the only
21   religious high school in the City for adverse
22   treatment in March through May of this year, and
23   ever since then, they've been searching for
24   justification to justify the discriminatory
25   actions.

Transcript of Proceedings, 7-11-19                                    Page 32

1          Now, as you read in the City's brief,
2    the one they settled on is found in
3    General Ordinance 28.097(10), and that provision
4    states that Plan Commission approval is required
5    to change the proposed use of an open space area
6    identified in a campus master plan.
7          Well, as demonstrated by -- by our
8    demonstrative timeline and as you'll hear from
9    Coach Zwettler in a few minutes, Edgewood's not
10   proposing to change the use of anything.
11   Edgewood's been using its field in the same way
12   for 90 years, at least 90 years.  That's longer,
13   I'm willing to wager, than anybody in this room
14   has been alive.  Apologies to anybody who is
15   92 years or older in the room.
16         Now, the open space at issue is
17   identified in the campus master plan as an
18   athletic field or a recreational space.  Turn to
19   Section 3.8 of the master plan, which we've
20   printed and put in the binder.  Oh, I'm sorry.
21   That's the UW master plan.  Wrong binder.
22   Section 3.8 of the Edgewood master plan, which I
23   believe was provided by the City.  This is going
24   to be on the seventh page of the City's handout.
25   If everyone's there, I'll continue.

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 11 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                        July 11, 2019

Transcript of Proceedings, 7-11-19                    Page 33

1        Section 3.8 of the Edgewood campus
2    master plan notes -- about halfway down, it states
3    that, "The following list accompanies the open
4    spaces diagram and describes current open spaces
5    shown on that site plan."  Those open spaces:
6    "Athletic field owned by Edgewood High School used
7    for team practices, physical education."
8        You have the full master plan.  I'm
9    happy to pass this around.  The open spaces
10   diagram, which is an exhibit to the master plan,
11   identifies the large field, the field at the
12   center of this controversy, as being used for
13   athletic fields and recreation space.  It says it
14   right there on the master plan, "We use it as an
15   athletic field and as a recreational space."  And
16   then in Section 3.8, we added reasoning for
17   practice and providing class.
18        So as you can see, nothing's changed.
19   We're using it as an athletic field.  Edgewood was
20   using it as an athletic field and a recreational
21   space in 1927.  We were using it as an athletic
22   field and a recreational space in 1975.  It was
23   using it as an athletic field and a recreational
24   space in 1999 when they added bleachers.  It was
25   using it as an athletic field and a recreational

Transcript of Proceedings, 7-11-19                    Page 34

1    space both before and after the master plan was
2    adopted, and it continues to do so today.
3        So as you can see, the City's
4    justification for requiring Edgewood to go through
5    Plan Commissioner approval to use its athletic
6    field as an athletic field to play competitive
7    games is not an issue.  Subsection 10 is out.  It
8    doesn't apply.  There is no proposed change in
9    use; rather, the issue before us today is whether
10   the Campus-Institutional District, the
11   C-I District, requires the master plan to obtain
12   an exhaustive list of all illustrative activities
13   that could possibly be conducted in an open space
14   on campus, and answer is a resounding no.  I'll
15   briefly walk you through the ordinances to support
16   this position.
17        Section 28.091(1) states that all the
18   uses allowed within the Campus-Institutional
19   District are listed separately in Section 28.097.
20   You go down to 27.097(3)(b), it lists allowed uses
21   as either primary or secondary, and the allowed
22   secondary uses include the following:  Indoor and
23   outdoor sports and recreational facilities,
24   stadiums, auditoriums and arenas -- now I'm having
25   audio issues -- and other uses related to the

Transcript of Proceedings, 7-11-19                    Page 35

1    institutions -- other ins -- thank you.  I'll
2    start over.
3        Section 28.097(3)(b) lists allowed uses
4    for a C-I -- C-I District property, including
5    outdoor and indoor sports and recreational
6    facilities, which the field is; stadiums,
7    auditoriums, and arenas open and enclosed, which
8    the field is; and other uses related to the
9    institution's primary mission, which the field
10   undoubtably is.
11        The ordinance could not be clearer.  The
12   C-I District entity gets to use its open space for
13   any of these purposes.  There are no qualifiers
14   that would curb that basic use right.  Edgewood
15   is, therefore, entirely within its right to play
16   games on its athletic field, because let's be
17   honest, what else do you use an athletic for -- an
18   athletic field for more primarily than to play
19   games on and to compete on?
20        Specifically, athletic contests are
21   undoubtedly related to Edgewood's mission.  It's
22   stated right in its mission statement, to educate
23   the whole person, and you'll hear from our
24   witnesses exactly how Edgewood does that and how
25   Edgewood Athletics does that.

Transcript of Proceedings, 7-11-19                    Page 36

1        Now the City's primary -- other primary
2    argument is that master plans can govern use.
3    Edgewood's position is that master plans only
4    govern development, not use.  If you look at the
5    definition of -- if you look at the stated purpose
6    of the creation of a C-I District, it's to
7    encourage the preparation of the campus master
8    plans that enable adjacent neighborhoods to
9    understand the levels of developments being
10   proposed.  There is no mention of uses in the
11   purpose of creating the C-I District, and there is
12   no mention of uses in -- in the purpose of the
13   creation of master plans, and this was on display
14   when the Edgewood master plan was initially
15   approved.
16        The Plan Commission staff made
17   absolutely no mention of uses anywhere in their
18   March 24th, 2014 staff report, and not one
19   question was asked about uses at the
20   Plan Commission meeting approving the master plan.
21   And the reason for this is that master plans were
22   never intended to govern every single potential
23   activity that takes place on a particular portion
24   of a property.  Section 28.097(5) states what must
25   be in a master plan before it can be approved,

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 12 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                    July 11, 2019

Transcript of Proceedings, 7-11-19                                Page 37

1   which includes, among other things, a description
2   of existing conditions on the campus and a
3   proposed condition on the master plan.  It
4   includes existing land uses and buildings.  It
5   includes future land uses and buildings, but what
6   it does not say is that you have to include an
7   exhaustive list of every activity you plan to do
8   on the property.
9        If it said that, a master plan would be
10  a thousand pages long, 2,000 pages long.  The idea
11  of a master plan is to make it easier, not harder,
12  for a C-I District entity to develop its property,
13  and to add that requirement where the ordinance
14  doesn't require it would completely frustrate that
15  purpose.
16       Edgewood's master plan complies with
17  Section 289.097(5).  We just went through it.
18  Section 3.8, the open spaces diagram, identifies
19  the athletic field as an athletic field used as an
20  athletic field and for recreational purposes, and
21  as illustrative activities, it lists practice and
22  phy-ed class.
23       Now, let's take -- let's take the City's
24  interpretation and apply it to the UW master plan,
25  which I have provided -- provided for you.

Transcript of Proceedings, 7-11-19                                Page 38

1   Because of time concerns, I'm going to whip
2   through these quickly, but I'll give you citations
3   for them.
4        The University of Wisconsin's master
5   plan mentions a natatorium, and uses for the
6   natatorium it lists on page 126 and 137
7   recreational facility and rec sports.  What it
8   doesn't list are swim meets, competitive swim
9   meets, the WIAA State Swim Meet, diving
10  competitions, and weightlifting.  It doesn't
11  mention any of those activities.
12       On the City's definition -- on the
13  City's interpretation of the zoning code, all of
14  those activities would be barred because they're
15  not specifically set out in the master plan,
16  UW-Madison's master plan.
17       The Goodman Softball Complex is listed
18  on page 72 of the master plan as the Goodman
19  softball practice facility.  Calls it a practice
20  facility.  It makes no mention that they play
21  games at the Goodman softball facility.  So I
22  guess the -- all the UW softball games violate the
23  C-I District zoning code provisions, and I guess
24  that they violated the C-I District zoning code
25  provisions when they held the State softball

Transcript of Proceedings, 7-11-19                                Page 39

1   tournament there.  Those are activities that are
2   not listed in the master plan.  So under the
3   City's interpretation, they must be banned.
4        The Near West Fields, the Near East
5   Fields, the University Bay Fields, they're all
6   listed as having a use of recreation fields, or
7   they don't have a listed use at all in the case of
8   the University Bay Fields.  There's no mention of
9   athletic competitions being held on those fields,
10  no mention of -- of -- of practices, no mention of
11  the lacrosse games, the rugby games, the
12  Ultimate Frisbee games that many people in this
13  room might have played on those fields.
14  No mention of those activities at all.
15       The last example I'll give is the
16  Union Terrace at the Memorial Union.  The
17  Union Terrace at the Memorial Union is described
18  in the UW master plan with the following use:
19  Indoor and outdoor places for people to gather and
20  exchange ideas with a focus on Lake Mendota.  It's
21  also described as a social club.  Well, what's not
22  listed in this master plan?  There's no mention of
23  wedding receptions, which are held almost every
24  Saturday.  There's no mention of concerts, live
25  music on Friday and Saturday nights.  Absolutely

Transcript of Proceedings, 7-11-19                                Page 40

1   no mention of food, studying, student groups
2   meeting, checking out books, reading, hanging out
3   with friends, and drink gallons of beer on the
4   terrace.  No mention of those activities at all.
5   In the City's interpretation, those activities
6   violate the zoning code.
7        So either UW Madison and Edgewood are
8   not in violation at all using the general
9   descriptions of uses that UW's used and Edgewood
10  has used, or we're both in violation of numerous,
11  numerous provisions of our master plan.  I think
12  the board knows which one is the case.
13       I'm going to stop now and turn it over
14  to our first witness, Madeline Cruz, a recent
15  soccer player who -- a recent soccer player from
16  Edgewood High School who will discuss the impact
17  of the notices of violation on the Edgewood soccer
18  team.
19       MS. CRUZ:  Hi.  My name is Madeline
20  Cruz, and I'm a 2019 graduate of Edgewood High
21  School.  I was a four-time varsity soccer player,
22  and I also graduated with a 4.0 GPA.  I am here
23  today to speak on behalf of Edgewood High School
24  student athletes.  First and foremost, Edgewood
25  seeks to develop a person as a whole.  Edgewood's

Transcript of Proceedings, 7-11-19                    Page 41

1   teachers, coaches, faculty, and staff have helped
2   me and many others achieve our goals both on and
3   off the field.
4         Athletically and academically a student
5   is in an environment that encourages them to
6   succeed and excel in everything they pursue.
7   Soccer was the sport that I pursued, and I was
8   able to excel at Edgewood High School.  If it
9   wasn't for the help of the teachers and the
10  support of the coaches to reach my goals, I would
11  not be attending the University of
12  Wisconsin-Madison next year to play soccer in the
13  fall.
14        Playing high school soccer was something
15  I looked forward to even before I came to
16  Edgewood.  There is no greater sense of pride than
17  putting on your school jersey and standing in the
18  middle of your home field saying a prayer
19  alongside some of your best friends who are also
20  your teammates.
21        This year, Edgewood was able to host the
22  post-season play.  The game we played to go the
23  State was on our home field.  I still vividly
24  remember many students, parents, relatives,
25  teachers, and even some neighbors coming out to

Transcript of Proceedings, 7-11-19                    Page 42

1   support us.  That is because Edgewood is more than
2   just a high school.  It is a community.
3         Community is a Dominican value that
4   Edgewood student athletes seek to uphold in every
5   competition they play, and I truly believe this is
6   why so many individuals and teams succeed at
7   Edgewood.  I will never forget that game and have
8   the opportunity to wear my school colors and play
9   on our home field one last time.  I hope that the
10  underclassmen I was able to with play this year
11  get to experience that same sense of pride of
12  playing on their home field for years to come.
13        The other memory I have from this season
14  is an unfortunate one.  I remember getting ready
15  to warm up on our field as our president, Mike
16  Elliott, came to the commodore's entrance.  A few
17  minutes later, the police showed up and approached
18  him.  We were then informed that the City and the
19  neighborhood association was trying to prevent us
20  from playing on our home field at 4:30 in the
21  afternoon.
22        Trying to stay focused was nearly
23  impossible as our minds raced with confusion and
24  why people would not let kids to play soccer after
25  school on their home field.  Even more disturbing

Transcript of Proceedings, 7-11-19                    Page 43

1   to us was a man walking around taking photos of us
2   during the game.  I remember one of our
3   14-year-old freshman players coming up to me and
4   asking me why an older man was taking photos of us
5   surrounding the gate -- surrounding the field.
6   Our coaches tried their very best to shield us
7   from the many distractions, but it was inevitable
8   that our thoughts would make us wonder why so many
9   people would go to such great lengths to prevent
10  kids from playing a high school soccer game on
11  their home field.
12        Playing on one's home field is something
13  that every student athlete should be able to
14  experience regardless of what high school they go
15  to, public or private.  Nothing can replace what a
16  student athlete feels when they defend their home
17  field and the sense of school pride that goes with
18  that.  Even though I graduated from Edgewood High
19  School, I hope that the underclassmen as well as
20  the students who attend Edgewood in the future are
21  able to feel the same sense of pride I felt every
22  time I stepped onto my field wearing my school
23  jersey.  Thank you.
24        MR. ZWETTLER:  Good evening.  My name is
25  Chris Zwettler.  I'm the athletic director at

Transcript of Proceedings, 7-11-19                    Page 44

1   Edgewood High School.  I just finished my 30th
2   year there.  I want to thank you, the Zoning Board
3   of Appeals, for allowing me to speak tonight.  The
4   purpose of my talk is to share some facts with you
5   about our facilities and some reasons why
6   continued use of our facilities is important to
7   our school and its mission as a Catholic
8   institution.
9         Some facts:  There has never been a
10  point in my tenure at Edgewood High School as
11  athletic director in which the high school has not
12  hosted athletic contests.  Football started
13  playing on our fields, as already stated, in the
14  1920s and has continued to do so to the present
15  date.  In fact, in 1994 and '95, we actually held
16  varsity games out there.
17        Soccer started playing on our field in
18  the '80s, and it's continued until the present
19  day.  We've even played few baseball games on the
20  baseball diamond that is in -- was -- used to be
21  in the southwest corner of the campus that we had
22  groomed in the late '80s.  We played some lower
23  level games there in the early '90s.  We've hosted
24  track meets in the late '90s and have continued
25  since, including public grade schools as well as

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 14 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

Transcript of Proceedings, 7-11-19                    Page 45

1    parochial grade schools and youth groups,
2    including West Side Track Club and Madison Elite
3    Club to name a few.
4           In 1999, we did a renovation of our
5    field, which included the bleachers of
6    approximately 400 spectators that remains today.
7    As we moved into the early- to mid-2000s, lacrosse
8    and Ultimate Frisbee have also started to play
9    competitions on our field.
10          I feel it's important for me to mention
11   to you right now that prior to 2015, I had never
12   heard of any complaints about any contests that
13   were being played on our field.  It is true every
14   once in a while there was a complaint about out
15   early morning powderpuff games during homecoming
16   week.
17          Here are a few reasons why I think it's
18   important for us to continue playing contests on
19   our field.  Being on campus strengthens our faith
20   in which athletics is a primary way for Edgewood
21   students to connect with each other and experience
22   the Dominican value of community and partnership.
23   It enhances the total high school experience in
24   which Edgewood athletics provides a unique
25   opportunity to educate, congregate, recreate, and

Transcript of Proceedings, 7-11-19                    Page 46

1    celebrate the school values in our own community
2    on campus.
3           Our athletes, parents, and fans are very
4    comfortable and familiar with our campus.
5    Comfortable -- comfort -- comfortability and
6    familiarity breed happiness, and happiness helps
7    breed success.  It's kind of like when you host a
8    gathering.  When you want to throw a gathering,
9    you don't want to host it in somebody else's
10   house.  Being in your own backyard helps to
11   provide a much more welcoming atmosphere.
12          By hosting athletics on its field,
13   Edgewood is able to draw people to its campus and
14   display its values, strengths, and to show what
15   Edgewood is all about to the community.  Like the
16   phrase, "If you build it and you have it, they
17   will come."  It provides convenience and safety to
18   our athletes, coaches, fans of not only our teams,
19   but for our opponents as well.
20          It's also about equal opportunity for us
21   to be able to play on campus just like all the
22   other educational institutions in Madison do.  Why
23   is it okay for Wisconsin, Madison College, and the
24   four Madison public schools to do it, but not us?
25          We also feel like we are very acceptable

Transcript of Proceedings, 7-11-19                    Page 47

1    and very open to other people using our facility.
2    Here are a list of some of the groups that are
3    invited daily to use our facility:  First of all,
4    our neighbors or anybody else that is going to
5    come over constantly walking, running, kicking a
6    ball, spending quality time and even competing
7    against one another on our field.  We open our
8    field early in the morning and daily and lock it
9    up at dusk.  Some of the other institutions that
10   have come out and used our field for practices and
11   games include:  Verona High School, West High
12   School, Mt. Horeb High School, Oregon High School,
13   the 56ers Soccer -- Soccer Club, the MAYSA Soccer
14   Club, and MAISL, which is the Madison Independent
15   Schools League independently.  These are just to
16   name a few.
17          I'll end with this:  Regarding the
18   master plan of 2014, of which I was not made a
19   part of or on the committee, I'm convinced there
20   was not an attempt of the committee to not allow
21   any contest to be held on campus.  I am sure and
22   truly convinced it was just an oversight.  If this
23   was the intent, why did the City approve the
24   school's renovation of the athletic field?  Why
25   did they approve a $35,000 scoreboard to be put

Transcript of Proceedings, 7-11-19                    Page 48

1    up?  What is the purpose of the scoreboard but to
2    keep score for an athletic contest?  We did not
3    specify in our master plan what could be done in
4    our library, our commons, and even our bathrooms,
5    yet I think we all understand the reason for those
6    facilities, and we use them accordingly.
7           I've been around athletics my whole
8    life.  I know value of athletics that can be
9    provided in personal life.  We all know it's tough
10   times out there and it's tough.  The people are
11   having tough times disciplining people, keeping
12   them focused and things like that, and we know
13   athletics can help provide that.
14          In general, we need to end this.  We
15   need the police to stop coming to our campus when
16   they have so many more other important things to
17   do that they need to do.  We need the pictures of
18   our athletes while they are practicing and
19   competing and the constant surveillance of what we
20   do on our field by our neighbors to please stop.
21          Finally, I feel like I'm a pretty
22   reasonable guy and a kind man at heart, and if I
23   thought for one second that if what has been
24   happening, what we would like to continue to
25   happen was in any way detrimental and/or

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 15 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                July 11, 2019

**Transcript of Proceedings, 7-11-19**      Page 49

1  destroying normal life around our campus in our
2  neighborhood, I would be the first to say that we
3  cannot do it any longer; however, I don't feel
4  that way.  I feel that we are carrying on in what
5  would be just a normal high school experience.
6  Thank you for listening to me, and go Crusaders.
7      **MR. COLLINS:** Edgewood, you have less
8  than a minute left.
9      **MR. LEE:** So we actually would be happy
10  to take back the five minutes of our time at this
11  point.  And so we -- to the extent we have for
12  rebuttal, we can do that for the comment period.
13  If that works for the --
14      **MR. COLLINS:** You were entitled to
15  reserve what you wanted.  So you can have the full
16  five minutes back if you wish.
17      **MS. JONES:** Thank you.  Good evening.
18  My name is Gwendolyn Jones, and I'm here as a
19  member of the Edgewood High School Board of
20  Trustees.  I am a parent of a former Edgewood
21  student, and I'm a member of the greater African
22  American community here in Madison.
23      I'll start with this:  My husband Greg
24  and I are and always have been strong proponents
25  of public education, both of us having entered

**Transcript of Proceedings, 7-11-19**      Page 50

1  school in our respective communities after Brown
2  v. Board of Education and during the civil rights
3  era, but in 2000, our oldest child, Matthew,
4  completed his 8th grade education in Madison's St.
5  James Elementary School, and he was set to enter
6  high school.  At that time, our family lived in
7  the town of Pleasant Springs, and Stoughton was
8  our home district.
9      Greg and I had a lot of conversation
10  around Madison, and we determined that Stoughton
11  was not an option for our family, and upon open
12  enrollment coming into Madison, we thought,
13  "Great.  Other district families like ours can
14  actually attend school in Madison."
15      So we surveyed the Madison Metropolitan
16  School District's high schools and determined that
17  although the athletic programs were good, the
18  academic performance and the outcomes for African
19  American students, especially males, was really
20  dismal.  We then turned our attention to
21  Edgewood High School, because Matt's future
22  success was our main concern.  Matt had always
23  been a student athlete, very solid academically,
24  but he excelled in sports as well, and he wanted a
25  good school that would allow him to play sports.

**Transcript of Proceedings, 7-11-19**      Page 51

1      Well, although we are not a Catholic
2  family, Edgewood became the education option for
3  us because it combined the values, ethics, and
4  academic rigor we believed to be important along
5  with the academic programs he wanted.  He became a
6  part of the Edgewood graduating class of 2004 and
7  later completed his undergraduate degree at
8  UW-La Crosse in 2008.
9      Today's situation, for me, is even more
10  grim, because as I live and work in this
11  community, I see the ongoing academic
12  underperformance of African American students and
13  other students of color in our Madison public
14  schools.  The widely publicized education failure
15  has resulted in a widening achievement gap between
16  white and nonwhite students.  I firmly believe
17  that parents and students need a viable, whole
18  student option.  That option is Edgewood High
19  School.
20      When I joined this board, it was with
21  the personal mission of impressing upon the
22  Edgewood administration the need to become a more
23  affordable option for students of color, whose
24  futures would benefit from academic rigor in a
25  setting that focused on the whole student, both

**Transcript of Proceedings, 7-11-19**      Page 52

1  mind and body.  This evening, I'm requesting that
2  you ensure equity for the students whose families
3  have chosen Edgewood High School as their whole
4  student, athletic, and academic education option.
5      Current and future students should not
6  be penalized or discriminated against by an
7  interpretation of zoning regulations that hold
8  Edgewood High School to a different standard than
9  any other city high school or, for that matter,
10  University of Wisconsin-Madison.  Edgewood is
11  striving to uphold its religious values and become
12  more ethnically diverse while expanding and
13  improving its academic and athletic facilities.
14  And now, if Edgewood is not treated as an equal
15  with its peer institutions, in the end, there will
16  be a risk, and it will become a far less
17  attractive and a more unequal option for families
18  of all races and ethnicities.  Thank you.
19      **MR. STERETT:** We have -- so the short
20  minute that we have remaining, I just wanted to
21  emphasize that the Religious Land Use Act is
22  something that also controls in this hearing --
23  and I'm going to keep talking with the mic out --
24  and that provides something that's over the zoning
25  ordinance, which says that --

Case: 3:19-cv-00683  Document #: 1-18  Filed: 08/21/19  Page 16 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                        July 11, 2019

Transcript of Proceedings, 7-11-19                                    Page 53

1      **MR. COLLINS:** Actually, can you take a
2    moment?  We'll give you the time back.  Because
3    this is a recorded proceeding -- we do have
4    secondary microphones, but none are near you.
5    So --
6      **MR. STERETT:** Okay.  I just wanted to --
7    I have the privilege of helping municipalities all
8    across the country to understand their obligations
9    under the Federal law, which many of them don't
10   know anything about.  And while the zoning
11   ordinance is operable at this level, the Federal
12   law -- actually a unanimous Congress -- when's the
13   last time Congress did anything unanimously --
14   thought it important to recognize that the
15   religious liberty interests and the right to
16   protect religious institutions is paramount
17   because religious institutions across the country
18   were having religious land uses treated unequally
19   when the neighbors would come up in arms.  And so
20   mosques, synagogues, religious schools would be
21   denied their land uses and property rights because
22   the neighbors were up in arms.
23       Congress said, "This is a huge problem.
24   We have to address it.  So that's what the law is.
25   That's what the obligation of this board is, not

Transcript of Proceedings, 7-11-19                                    Page 54

1    to just apply the zoning ordinance equally but
2    under Federal law, this board and the City of
3    Madison has an obligation to provide equal
4    treatment.  Requiring Edgewood to go through a
5    whole set of hoops that none of the other public
6    institutions, including the University of Madison,
7    has had to go through is the unequal treatment.
8    It is a substantial burden to take a use that's
9    been in existence for nearly a century and to say,
10   "You forfeited that right.  You -- we're removing
11   that from you," creates a substantial burden on
12   the religious mission of the school.  It creates
13   an unequal treatment, and this board even under
14   Madison's own ordinances has the ability to
15   recognize obligations under Federal law and then
16   to supercede what is given in this code.  So in
17   addition to what my counsel has added, we would
18   ask that these violations be rescinded.
19       **MR. COLLINS:** You have about ten
20   seconds.
21       **MR. LEE:** You can keep the ten seconds.
22   You gave us little extra time.  Thank you.
23       **MR. COLLINS:** Thank you.  We'll now open
24   up to questions from the board.  If we could just
25   have a motion.  There's some discussion about

Transcript of Proceedings, 7-11-19                                    Page 55

1    whether we should do the questions after the City
2    presents.
3      **MR. OSTLIND:** When I suggested the
4    process, I was thinking we would hear from the
5    City as well and then be able to ask questions of
6    each party so that we don't ask questions that may
7    be brought up by the City's half.
8      **MR. COLLINS:** Like I said in the
9    beginning, the most critical thing is that the
10   parties have a process that's fair and due to
11   them.  Do any -- either side object to that?
12   Because there was obviously some ambiguity.
13       **MR. LEE:** No objection.
14       **MR. STRANGE:** No objection.
15       **MR. LEE:** I do have one request of
16   the -- of the board.  Sister Kathleen Phelan of
17   the Sinsinawa Dominicans is here tonight, and she
18   has to get up early and travel tomorrow morning.
19   I don't know how much longer she can stay.  She
20   prepared a statement, and she's prepared to speak
21   in public comment.  I'm wondering if we can just
22   take her statement early?
23       **MR. COLLINS:** Is there an objection from
24   the City?
25       **MR. STRANGE:** No.

Transcript of Proceedings, 7-11-19                                    Page 56

1      **MR. COLLINS:** Hearing no objection from
2    the City -- is this the public comment portion, or
3    is this Edgewood's portion?
4      **MR. LEE:** I would -- I would -- I -- we
5    had reserved it for public comment, but I just --
6    I just got a note that there's some urgency here.
7    So --
8      **MR. COLLINS:** There's no objection from
9    the City.  Is there any objection from the board?
10   Hearing none, we'll -- just to do it proper,
11   though, I guess we'll take a motion from the board
12   to amend the procedure and proceed with a public
13   comment before continuing with the procedure
14   element before.  Is there a motion?
15       **MR. OSTLIND:** Just to be clear, who is
16   the speaker?
17       **MR. LEE:** Sister Kathleen Phelan.
18       **MR. OSTLIND:** Who is affiliated with
19   Edgewood in some form?
20       **MR. LEE:** Yeah, she's the -- she was
21   the principal of Edgewood High School many years
22   ago, and she is a -- a member of the
23   Sinsinawa Dominican Order.
24       **MR. COLLINS:** Is there a motion to amend
25   the procedure to permit one comment at this time?

Transcript of Proceedings, 7-11-19                                         Page 57

1        MS. JENKINS: Question.
2        MR. COLLINS: Yes.
3        MS. JENKINS: Is this the only speaker
4    that we are potentially discussing the motion to
5    amend the proceeding to allow for this testimony?
6        MR. LEE: This would be the only one,
7    yes.
8        MS. JENKINS: Thank you.
9        MR. LEE: And I greatly appreciate the
10   board's consideration of this special and
11   surprising request.
12       MR. OSTLIND: I'll so move.
13       MS. JENKINS: Second.
14       MR. COLLINS: Okay.  There is a first
15   and second.  Is there any discussion?  All those
16   in favor, say, "Aye."
17       BOARD MEMBERS: Aye.
18       MR. COLLINS: Any opposed?  The motion
19   passes 4 to 0.
20       MR. LEE: Thank you.
21       MR. COLLINS: Thank you.  You'll have
22   three minutes.
23       SISTER PHELAN: Three minutes, and I
24   felt like the motion would take longer than the
25   three minutes that I have.  So here I am.

Transcript of Proceedings, 7-11-19                                         Page 58

1        Good evening.  I am
2    Sister Kathleen Phelan.  I have been a member of
3    the Sinsinawa Dominican Congregation for 53 years,
4    and I'm happy to tell you that nearly 20 of those
5    years had been in ministry on the Edgewood campus,
6    first as a student of the college, then as a
7    teacher of social studies in the high school, and
8    later returning as the head administrator or
9    principal of the high school.
10       Not too long ago while serving on the
11   leadership council of the Sinsinawa Dominican
12   Congregation, I also served on the corporate board
13   of the high school.  So you might say I have
14   Edgewood in my bones.
15       Looking at that picture of -- of the
16   older Edgewood -- and you can see, there's a
17   building off kind of in the trees, that's
18   Sacred Heart convent building where many of us
19   lived as sisters.  One of my first memories
20   celebrating the deeper role of athletics at
21   Edgewood occurred in the late 1960s when many of
22   the sisters lived in that old Sacred Heart
23   convent, and we did not travel to athletic events
24   away from Edgewood.  But as the athletes and
25   coaches returned to campus following their away

Transcript of Proceedings, 7-11-19                                         Page 59

1    game and their school was surrounding the back of
2    that convent, bus horns would blare announcing
3    their return.  Students cheered, and some
4    appointed student would shout out to us in the
5    convent announcing the winning score.
6        Was this a precursor of an e-mail blast
7    or an Instagram posting?  Whatever it was, it
8    spoke to me on the relationship of celebration of
9    community.  By the way, I don't remember what
10   happened if they lost a game.  I only remember the
11   wins.
12       I am proud to tell you that I meet up
13   with Edgewood graduates all over the city of
14   Madison and many in this room in their various
15   professional capacities in education, business,
16   medicine, athletics, media, and fine art; and
17   beyond their careers, they are deeply involved in
18   the service, justice, and philanthropic endeavors
19   for the benefit of the entire community often not
20   stopping at the edges of a Catholic organization
21   but expanding their vision to contribute globally
22   to people in need and groups worthy of their
23   passions and their energies.
24       These encounters with graduates tell me
25   that somewhere in their homes first and then on

Transcript of Proceedings, 7-11-19                                         Page 60

1    the Edgewood High School campus, somehow,
2    somewhere, we got it right.  All those hours of
3    first academics and sports opportunities from
4    intramural to varsity, participation in the fine
5    arts from musicals to studio art classes,
6    religious rituals and celebrations, and myriad
7    service opportunities not to forget Edgefest,
8    somewhere it all came together to create women and
9    men of faith, integrity, vision, and generosity.
10       MR. COLLINS: Thank you.  Your time has
11   expired, and I understand you have more to say,
12   but we have a crowded room, and we're going to
13   have to hold tight to the three minutes.
14       SISTER PHELAN: Okay.  Thank you.  Let
15   me just end with our motto on the front door is
16   "Laudare, benedicere, praedicare."  For those who
17   don't know Latin, it is "To praise, to bless, and
18   to preach."  Thank you.
19       MR. COLLINS: The City has 40 minutes.
20       MR. STRANGE: Thank you, Chair.  Thank
21   you, Zoning Board of Appeals.  This is a special
22   meeting that was called.  You have another meeting
23   next week, and probably when you agreed to become
24   a board member, you did not sign up for this
25   exactly.  So thank you for being here.  Thank you

Transcript of Proceedings, 7-11-19                              Page 61

1    for being here tonight.  Also, thank you to
2    everybody else that came here tonight, all the
3    members of the public, both from Edgewood and --
4    and the City in general.
5            Sometimes these issues can be tricky,
6    and sometimes they can be sticky.  Sometimes they
7    can be frustrating, but it's really important
8    people come out and -- and participate in the
9    process.  So thank you.  Thank you for being here.
10           I just want to say to start off with
11   that I can imagine that if I was one of these guys
12   back here in one of these Edgewood jerseys, there
13   would be nothing more exciting than to run out on
14   their home field.  I get it.  I played basketball
15   as a kid.  We had a town of 4,000 people, and we
16   had a gym that seated 5,000, and every time we ran
17   through the banner out onto the floor, it was a
18   really cool thing, and I'll never forget that, but
19   this is an issue of zoning interpretation.  It's
20   not about whether they should be allowed to play
21   games at Edgewood.  From the City's perspective,
22   it's a question of what process is required to do
23   that.
24           Edgewood is a great institution.  The
25   other great institution in the city of Madison are

Transcript of Proceedings, 7-11-19                              Page 62

1    the neighborhoods.  The comprehensive plan for the
2    City of Madison identifies its neighborhoods as
3    building blocks for the City.  That's one of the
4    most important things that we can do to have the
5    city that we have, is to encourage the livability
6    of our neighborhoods.  And what the campus master
7    plan was intended to do was to balance the needs
8    of a great institution like Edgewood with the
9    needs of the City to protect the livability of the
10   neighborhood.
11           And so I'll walk you through the
12   ordinance in just a minute, but that's really the
13   issue here.  Does this ordinance do that?  The
14   issue for you is quite simple:  Whether
15   C-I District ordinance requires the planning
16   commission to approve to alter the proposed use of
17   an identified open space area or open space use
18   and a master plan.
19           The City thinks the question is answered
20   pretty simply.  We'll walk through the ordinance
21   in a minute, but Section 28.097(5)(c) requires
22   that all master plans list existing and proposed
23   conditions including uses, land uses, open space
24   areas, and open space uses.  And then Section 10
25   plainly says, "Any alteration of an approved

Transcript of Proceedings, 7-11-19                              Page 63

1    campus master plan, including the changes to any
2    proposed use or open space area requires
3    Plan Commission approval."
4            In this case, Edgewood's master plan
5    identifies the area next to Woodrow Street as an
6    open space.  It says that it contains an athletic
7    field that's used for practices and classes.  What
8    Edgewood's brief says is that they have a right to
9    use it as a stadium or outdoor recreational
10   facility where contests can be played.  The zoning
11   administrator's interpretation is that those are
12   two different uses, and because those are two
13   different uses, it requires Plan Commission
14   approval.
15           That doesn't mean that the City doesn't
16   think they should have games there.  It just means
17   that they think the Plan Commission has to approve
18   an amendment to the master plan in order to make
19   that happen.
20           So I -- I've passed out a packet that
21   has on the top the C-I District ordinance.  And I
22   just want to walk through it with you to
23   specifically kind of point out the specific areas
24   that I think comply here.  Let's start with --
25   everybody have it?  Let's start with the statement

Transcript of Proceedings, 7-11-19                              Page 64

1    of purpose.
2            Section 1, "Established to recognize the
3    City's major educational and medical institutions
4    as important centers and to accommodate the growth
5    and development of these institutions.  The
6    district is also intended to promote appropriate
7    institutional growth min -- while minimizing
8    adverse impacts associated with development and
9    geographic expansion; balance the ability of major
10   institutions to change and the public benefits
11   derived from change with the need to protect the
12   livability and vitality of adjacent neighborhoods;
13   encourage the preparation of master plans and
14   enable adjacent neighborhoods in the broader
15   community to understand the levels of development
16   being proposed, their likely impacts, and the
17   appropriate mitigation measures."
18           Then it talks about uses within the
19   C-I District.  If you go to Section 3, it lists
20   them as allowable uses, primary or secondary.
21   Now, I don't know how long you have all been on
22   the board, if you've been on long enough to know
23   how we use traditional nomenclature for other
24   districts, we use terms like permitted use,
25   conditional use, principal use, accessory use.

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 19 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                            July 11, 2019

Transcript of Proceedings, 7-11-19                    Page 65

1    Right?  None of those were used here.  They chose
2    a different -- chose different words.  They chose
3    to classify them differently, and they listed them
4    here as those things that would be -- potentially
5    would be allowable in a C-I District ordinance.
6         If you'll go down to secondary uses
7    under B5, you'll see outdoor sports and
8    recreational facilities, agricultural uses, other
9    uses related to the institution's primary mission,
10   stadiums, auditoriums, arenas, open or enclosed.
11   Edgewood didn't propose any of those in that
12   space -- in the open space.  They identified it as
13   open space and said what it was going to with used
14   for, similar to how they identify the adjacent
15   post as being used for practices and education.
16        If you go down to the contents of the
17   master plan, Section 5, it says that, "The master
18   plan shall include the following elements."  If
19   you go to section C, facilities plans, it says,
20   "Existing conditions, land uses, and buildings in
21   their proposed conditions, future land uses."
22   From section F, "open space areas and other open
23   space uses."
24        All of those things have to be included
25   in the master plan, and if they're not included,

Transcript of Proceedings, 7-11-19                    Page 66

1    or if they change, then subsection 10 kicks in.
2    It says if you're going to change the
3    identification of an open space, in very broad
4    language, "No alteration of an approved campus
5    master plan, including changes to proposed use of
6    identified open space areas or open space uses
7    shall be permitted unless approved by the
8    Plan Commission."
9         That's the basis of the zoning
10   administrator's determination here, that the
11   Edgewood master plan identified it as an open
12   space, what it was going to be used for, and
13   fundamentally believes that the -- that use has
14   been changed by an intensification of athletic
15   contests.
16        Now let's talk a little bit about master
17   plans in general and specifically talk about
18   Edgewood's master plan.  For Exhibit A that I
19   provided to you, you'll see something called
20   Edgewood Master Plan, January 1996.  I clipped
21   page 3 of that for you -- Exhibit A right there.
22   Clipped out page 3 for you.  This was a master
23   plan that was adopted by the Plan Commission.  It
24   was not adopted by the Council.  It was not
25   necessarily something that had the force of law,

Transcript of Proceedings, 7-11-19                    Page 67

1    but in that document on page 3, they identified
2    the open spaces on their campus.
3         "Major open area to the west of the high
4    school is used for athletic practice fields.  The
5    open space to the north of the building is used
6    for fundraising events and athletic practice."
7    Okay?  If you go to City Exhibit B, that's the
8    campus master plan that was adopted after they
9    became a C-I District, if you look at Section 3.8,
10   open spaces.  It describes the current open
11   spaces:  "Athletic field owned by
12   Edgewood High School used for team practices and
13   physical education classes."
14        The City believes that describes the
15   uses involved in that open space.  The other
16   buildings that Edgewood discussed with respect to
17   the UW were not open spaces.  There was a
18   natatorium, a softball complex that were not
19   described as open spaces in the master plan.  And
20   so the City believes that this -- these words mean
21   what they say, and if you're going to change --
22   fundamentally change the use of those, you need to
23   have Plan Commission approval.
24        Coach -- is it Coach Zwettler?
25   Zwettler?  Zwettler, he said something that -- he

Transcript of Proceedings, 7-11-19                    Page 68

1    made that -- a great statement.  He said something
2    that sort of clicked with me 99 percent because
3    I've seen the movie Field of Dreams and 1 percent
4    because I happen to do zoning law for the City.
5    He said, "If you build it, they will come."  If
6    you create this field where contests are going to
7    be happening in the intensity they are happening
8    now, they will come.  That's an intensification of
9    the use that Matt will talk about in just a minute
10   that is different -- fundamentally different than
11   what's described in their master plan.  And so
12   that's why we think the use of that open space has
13   been changed.  It's not that they shouldn't be
14   able to do the things that they want to do there,
15   but that the Plan Commission has to approve it.
16        Now, after adopting the master plan
17   in 2014, they put in the field turf, and when the
18   field turf was put in, and I would -- when the
19   field turf was put it, it was stated publicly that
20   it was going to be used primarily for practice.  I
21   put a link in our brief to the article that was in
22   the newspaper, but the statement was made that,
23   "We're really doing this to be able to give our
24   athletes the practice facilities that provide the
25   best surfaces possible and to expand the amount of

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 20 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                    July 11, 2019

Transcript of Proceedings, 7-11-19                    Page 69

1   outdoor practices that we can hold, especially in
2   the spring.  That is our focal point."
3           Now, I want to clarify something.  I'm
4   not sitting here saying that Edgewood has never
5   played games on their field.  That's not the
6   contention that I'm making.  The contention we're
7   making is that the master plan describes field as
8   being used for practices and classes, and all of
9   the documentation that the City has -- official
10  documentation that the City has is that, in 1996,
11  they had the master plan that was adopted by the
12  City Plan Commission that said "practices and
13  classes."  In 2014, they had a master plan that
14  said the same thing, and that since adopting that
15  master plan, apparently that has changed.
16          Now, when in 2018 there was a request
17  from Edgewood to have -- get a temporary permit to
18  play games there.  If you look at City Exhibit C,
19  you'll see that the alder at the time,
20  Sara Eskrich, responded and said, "If you need a
21  temporary permit to play games, you need to talk
22  with Tim or Matt.  Cannot sign off on stadium
23  lights as a minor alteration because we discussed,
24  very publicly, that this requires a master plan
25  amendment."

Transcript of Proceedings, 7-11-19                    Page 70

1           Shortly after that, they filed an
2   application to amend the master plan.  You'll find
3   that as City Exhibit D.  And if you look on the
4   first page after the title page, you see how they
5   describe the existing use.  "Edgewood school use,
6   physical education classes, outdoor classroom use,
7   Edgewood team use.  Athletic field is used for
8   practices, junior and varsity games by Edgewood's
9   team.  Games and practices are held during
10  nighttime hours."
11          That description is quantifiably,
12  significantly, substantially different than what's
13  in the master plan.  And so when the zoning
14  administrator saw that, he said, "Wait a minute.
15  That's not what the master plan says.  Let's go
16  talk to Edgewood, and say, 'Hey, while you're
17  doing this amendment, let's clarify the use of the
18  field, because your master plan says it's only
19  supposed to be used for practices and classes.'"
20          And so Edgewood submitted the letter in
21  January to clarify the language of the field use.
22  And when they did that, they actually proposed
23  restrictions on the usage of the lights:  Up to
24  eight games ending by 10:00.  17 games ending by
25  8:30.  These restrictions, had they been adopted,

Transcript of Proceedings, 7-11-19                    Page 71

1   would have lived in the master plan.  They would
2   have been part of the master plan, and we would
3   have expected to be able to enforce those.
4           So the notion that the master plan
5   cannot under any circumstances contain
6   restrictions on a use, I think, is contradicted by
7   their own applications and actions up until this
8   point.
9           Now, the City believes that the master
10  plans govern uses, building, open space areas, and
11  open space uses; and I think to -- to see that,
12  you just need to go back to the ordinance, which
13  is written very plainly, and you need to go back
14  to the master plan.  It's required to have in
15  master plans land uses and buildings.  The
16  requirements of a master plan are not simply
17  related to physical structures or buildings.
18  They're included in there, uses, and specifically
19  open space uses.
20          Now, in Edgewood's brief, they rely for
21  their argument on a previous draft of the -- of
22  this Campus-Institutional District Ordinance,
23  which, in the packet that I provided to you
24  attached to the back of -- of the current
25  ordinance is -- is that draft.  And I just wanted

Transcript of Proceedings, 7-11-19                    Page 72

1   to point something out about that interpretation
2   in the -- and the interpretation that's being made
3   with respect to that.  Does everybody have the
4   draft?  It's dated 4-20.
5           So on page 10 in their brief -- in their
6   brief they -- they site to language on page 10
7   that says in one of the old drafts, "Uses within
8   C-I districts are defined as follows:  As either
9   principal or secondary.  It is even further
10  defined based on the master plan status of the
11  institution.  The master plan must include a list
12  of existing, principal, and secondary uses within
13  the campus.  In the brief, they argue that because
14  that language was removed from the final draft
15  that necessarily means that it does not cover or
16  regulate uses.
17          I don't agree with that, primarily -- or
18  partially because, for the lawyers in the room and
19  statutory interpretation, we know the legislative
20  history is inherently unreliable for that.  Okay?
21  It's not an active law.  Nobody voted on those
22  previous drafts.  Nobody knows why things were
23  eliminated and why things were added.  And so it
24  is inherently unreliable.
25          What is reliable is what gets enacted,

**Zoning Board of Appeals Hearing vs.**
**Transcript of Proceedings In RE: Edgewood Highschool Appeal**
**July 11, 2019**

---

Transcript of Proceedings, 7-11-19                    Page 73

1  and if you look at the 4-20 draft and you look at
2  the final version of the ordinance, you'll see
3  that two very specific things were added.  One,
4  the contents of the master plan.  If you look at
5  the 4-20 draft, there is -- there is no reference
6  to open spaces.  In the final draft, one is
7  required to be in the -- in the master plan.
8  Under "Proposed Conditions," it says, "Open space
9  areas and other open space uses."
10         What's also missing from the 4-20 draft
11  that's in the final draft is subsection 10, the
12  language that requires that any change to an
13  identified open space or use shall be approved by
14  the Plan Commission.  Now, I don't think you can
15  argue that buildings are the only thing regulated
16  by the master plan when the final ordinance
17  clearly and specifically talks about uses with
18  respect -- and particularly with respect to open
19  spaces.
20         And so from the City's perspective, the
21  language means what it says, and when you step
22  back and you look at it within the context of the
23  entire ordinance and the purpose of the ordinance,
24  it's to make sure that whatever new use goes into
25  an open space has the ability to take into account

---

Transcript of Proceedings, 7-11-19                    Page 74

1  the impacts on the neighborhood, and that's what
2  the Plan Commission provides.
3         Now, under the -- under Edgewood's
4  argument, Edgewood could turn the Oaks into a
5  cornfield without Plan Commission approval because
6  agricultural uses is a use -- an allowable use
7  which obviously doesn't necessarily require a
8  building.  They could take the Oaks area and turn
9  it into a cornfield.  The City thinks that the
10  operative language in subsection 10 would say,
11  "No, you're fundamentally changing the use of that
12  space from an open space to a cornfield.  So you
13  need Plan Commission approval regardless of
14  whether you build a building or not."  The same
15  goes for a stadium.  Stadiums don't require
16  buildings.  You can have a stadium without a
17  building.  Same goes for a rec center, and then
18  there's a catch-all in the allowable uses for any
19  other -- any other uses that are related to the
20  institution's purpose.
21         Well, that could be anything.  They
22  don't necessarily require buildings.  So I don't
23  think that they should just go in to the Oaks or
24  to any of -- any of their other identified open
25  spaces and expect to establish a new use without

---

Transcript of Proceedings, 7-11-19                    Page 75

1  Plan Commission approval, and that's all the City
2  is asking for here.
3         Now, Matt Tucker, the administrator --
4  the zoning administrator who made this
5  interpretation, is here, and I wanted him to have
6  a chance to explain why turning an open space use
7  for practices and classes is a fundamentally
8  different use than a -- than a -- than an athletic
9  field used for the kinds of contests and the kinds
10  of activities that are described in the -- in the
11  brief as well as their application to -- to amend
12  the master plan.
13         It's not just about girls soccer.
14  There's a proposal to have private quarterback
15  games there, other activities that are not just --
16  not just what they -- they say they've
17  historically been doing there.  So Matt's going to
18  talk a little bit about that, and then I'm going
19  to talk -- address a little bit about the
20  potential of the claim.
21         MR. TUCKER:  Hello.  So as John alluded
22  to, the additional types of activities that would
23  be occurring on the field would introduce some
24  potential impacts.  Typically, these would have
25  been the types of things that we would have talked

---

Transcript of Proceedings, 7-11-19                    Page 76

1  about or that Edgewood would talk about with the
2  neighborhood as part of their preparation to
3  submit the master plan; impacts, that could
4  include, like, traffic -- increased traffic for
5  games.  Now, some games may not -- may not draw a
6  lot of people, but you want to have the ones where
7  you have a significant population.  You might also
8  have experiences with, you know, larger vehicles,
9  buses and things like that that are coming to the
10  facility.  You have an increased amount of noise.
11  There's a question about the -- the allowance of
12  the system -- the sound system, unnecessary noise
13  that's included as part of ramping up the audience
14  maybe for a score or something like that, things
15  that could be -- could have potential adverse
16  impacts to people that are living in close
17  proximity to the facility.
18         I can tell you that I've received all
19  the complaints about the activity that have
20  occurred this spring, and there have been many and
21  -- many complaints.  Some of these types of
22  activities spur visits from the police.  I'm aware
23  of the police visit that occurred that was
24  mentioned earlier, and what it was was an
25  investigation of a noise complaint.  The police

---

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 22 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                        July 11, 2019

Transcript of Proceedings, 7-11-19                    Page 77

1    are going to show up -- I talked to them about
2    this.  They're going to show up when there's a
3    complaint about noise because they don't know what
4    the situation may be.  It could be a fight.  It
5    could be some other situation that the noise is --
6    is part of that they need to get under control.
7         They informed me that after that visit
8    they are not going to be responding to noise
9    complaints about activities on the athletic field,
10   and they informed people that were complaining to
11   them about that.  So they did their -- what they
12   needed to do as they were called and -- and they
13   were not going to return.
14        They also said that if -- if an athletic
15   field and the use of such is -- is going to be
16   allowing games and sports to occur, that's the
17   kind of noise that you would get with games and
18   sports.  So they're not going to come and require
19   noise to be turned down or no amplification system
20   be utilized.
21        Ideally, all of these things get taken
22   care of as part of the master plan process.
23   That's what happened for the balance of the entire
24   site.  I have the benefit of being involved,
25   because of my position in the City, with the

Transcript of Proceedings, 7-11-19                    Page 78

1    creation of the C-I district, all the drafts that
2    occurred, all the meetings with the Zoning Code
3    Rewrite Advisory Committee that spoke to it.  That
4    included a member of this board, Diane Logan (ph).
5    The City's Plan Commission then worked through the
6    draft and finalized the draft that they forwarded
7    on to the City Council, which was ultimately
8    adopted.
9         I also was involved in the initial
10   kickoff and beginning steps to prepare the master
11   plan for Edgewood.  That occurred back in
12   around 2013 with Maggie Balistreri-Clark from
13   Edgewood College being the lead.  I believe
14   Mike Elliott was also involved, and there were
15   some other people that were involved; and within
16   those -- within that process, it was not intended
17   for the master plan to make development easy.
18   That -- that is not what was meant.  What it
19   was -- what was meant by the master plan was to --
20   was to establish expectations.
21        So there was an understanding of the
22   types of uses, the types of development that would
23   occur on the campus.  This district was created
24   because it was requested by Edgewood, UW, and
25   Madison College because they had very challenging

Transcript of Proceedings, 7-11-19                    Page 79

1    approvals in the residential zone that they were
2    in to expand.  They would have very high stakes
3    Plan Commission conditional use meetings.  They
4    would need to prepare significant materials for a
5    building that had an up or a down.  It was very
6    difficult.
7         There were battles between the
8    Dudgeon-Monroe neighborhood, who had a development
9    on their side or the Vilas neighborhood, who had a
10   development on their side.  I was witness to a few
11   of these in the time I was here.
12        The district was effectively primarily
13   written -- material drafts were written with
14   the -- under the hand of those three folks --
15   those three entities; Edgewood, UW,
16   Madison College.  I was at those meetings.  We had
17   a focus group meeting at Edgewood High School for
18   this district before it was created.
19        The -- the goal of the master plan by
20   identifying uses and development was to be able to
21   set a framework for ten years that would allow
22   this institution to have a level of comfort moving
23   forward with development.  They needed to work
24   this out with their neighbors.  That was critical.
25   Both the alders that were representing both sides

Transcript of Proceedings, 7-11-19                    Page 80

1    of the -- of the alderman districts of the
2    property wanted to ensure that that would be how
3    the master plan would be drafted.
4         Now, the -- Edgewood wasn't held hostage
5    by the neighbors.  I mean, there were matters that
6    were unresolvable, and they got kicked up to the
7    Plan Commission, such as the large facility that
8    isn't built to the south of the athletic field.
9    It says that we -- if that facility gets built,
10   even though it's an indoor recreational
11   facility -- if that facility has to be built, it's
12   going to require a change to the master plan.
13   That's what it says in the master plan because
14   they couldn't work that detail out.
15        But ultimately the idea was to create
16   this framework by which they could proceed, and
17   they have.  The high school has two construction
18   projects that are identified in the master plan
19   that they have executed or under construction
20   today.  It was identified in the master plan, no
21   conditional use process.  They went through their
22   architectural design review and walked in and got
23   permits.  I'd say that worked.
24        They also requested alterations to the
25   master plan.  There was an expansion to the

Case: 3:19-cv-00683  Document #: 1-18  Filed: 08/21/19  Page 23 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                    July 11, 2019

Transcript of Proceedings, 7-11-19                    Page 81

1    parking area that's towards Monroe Street.  I
2    believe that was approved in 2015.  That was a --
3    a minor alteration, a staff-approved alteration
4    with the recommendation of the alderperson and a
5    positive recommendation from the liaison
6    committee, which is a group of neighbors and
7    Edgewood people that work together to help them
8    sort out their issues.  That's what you get within
9    the framework of the master plan, and that's what
10   I would expect to see for the use of this space to
11   be changed, intensified, if you will, in contrast
12   to what the words say in the master plan.
13       **MR. STRANGE:**  All right.  Thanks.  So
14   with the remainder of our time, I'm going to talk
15   a little bit about the religious discrimination
16   angle and then just do a brief conclusion.
17       So in the -- in the brief that was filed
18   by Edgewood, it included several pages on the
19   Religious Land Use and Institutionalized Persons
20   Act.  That's not something that the Zoning Board
21   of Appeals normally has to decide.  It's not
22   something that the Board of Appeals should decide
23   this issue on.
24       The -- the -- standard that the
25   Chair read earlier in the evening talks about

Transcript of Proceedings, 7-11-19                    Page 82

1    whether the zoning administrator's interpretation
2    is contrary to Federal law, and I would submit
3    that the -- the Religious Land Use and
4    Institutionalized Persons Act is a very
5    complicated law.  It's the one -- it's one that
6    the City takes very, very seriously.  It's not a
7    blanket exemption to all zoning procedures.  It
8    doesn't -- it doesn't mean that a City cannot ask
9    an institution to go through a process, which is
10   all the City is asking Edgewood to do in this
11   particular case.  There's also a difference in the
12   kinds of claims that can come up under the
13   statute.  One is called a facial claim where you
14   look at the statute and say, "Well, obviously this
15   is treating the secular institution differently
16   than the religious institution."  It says it right
17   there in words, or as they mentioned earlier, and
18   that's apply for a disparate impact claim where
19   the operation of those ordinances is somehow
20   treating two organizations differently.  And I
21   want to say that of all the elements that are in
22   RLUIPA, there are enough questions -- there are --
23   there are plenty of questions that would be asked
24   and litigated in such a case.
25       Now, I don't think that that will

Transcript of Proceedings, 7-11-19                    Page 83

1    happen.  I hope that that does not happen, but one
2    of them, for example, was substantial burden of
3    religious exercise.  Okay?  There are courts that
4    have said that, for example, Westchester
5    Day School versus Village of Mamaroneck, 2007, if
6    a religious school wishes to build a gymnasium to
7    be used exclusively for sporting activities, that
8    kind of demonstration would not constitute a
9    religious exercise under RLUIPA.
10       Even if a substantial burden is shown,
11   there's a chance for the City to establish a
12   compelling governmental interest.  And as the --
13   as the Edgewood's brief correctly pointed out,
14   that's a pretty high bar, if we ever got to that
15   point; but one of the specific things that is a
16   compelling government interest is neighboring
17   testimony -- neighbor's testimony about the
18   impacts of the neighborhood.  In the plans for
19   this area, the master plan, the
20   Campus-Institutional District talks about the
21   compelling interests.  It talks about the interest
22   of protecting the livability of those
23   neighborhoods, and so that would be an issue in
24   one of these claims.
25       The other issue is they have to point

Transcript of Proceedings, 7-11-19                    Page 84

1    out the point of proper comparative.  In this
2    case, if you look at City's F and G, those are the
3    zoning ordinances for both Edgewood and Madison.
4    You can see specifically that they are
5    specifically zoned campus-institutional with the
6    master plan.  That's a different -- that's -- the
7    public high schools are not zoned that way, and
8    that master plan was entered into voluntarily.
9        So it's the City's position that if --
10   if Edgewood thinks that the benefits of having a
11   master plan, that ten-year -- that ten years of
12   approved projects and buildings is not beneficial
13   to it, it can apply to repeal that ordinance and
14   go back to regular C-I District ordinance where it
15   would be then on the same footing as the -- as the
16   public high schools, if -- if they think they
17   would have better footing there.
18       But we don't fundamentally think that
19   they can have it both ways.  You get benefits of a
20   master plan but then avoid the restrictions on the
21   basis of an RLUIPA claim.  And for the purposes of
22   tonight, all I would say is we certainly don't
23   have enough information to reverse the zoning
24   administrator's decision on that basis.  Okay?
25   That's an issue that the City and Edgewood will

Transcript of Proceedings, 7-11-19     Page 85

 1    have to work out depending on how the Court rules
 2    tonight. That's one that the City takes very
 3    seriously, but that's not something that it -- you
 4    would be able to reverse the decision tonight --
 5    the zoning administrator's decision tonight.
 6          And so in conclusion, I would say again,
 7    to reiterate this is not about whether they should
 8    be having games on that field or should be doing
 9    any of the great things they have talked about
10    doing with students in their school. It's about
11    going through the process; to do that, and to do
12    it reasonably in a way that recognizes any impacts
13    it maybe had on the ordinance and applies
14    appropriate mitigation measures, if necessary. We
15    think the process is clear. We think the purpose
16    of the process is abundantly clear, and we think
17    that the purpose of the process is good for both
18    Edgewood and Madison. Edgewood gets benefits
19    under the master plan. It gets certainty for a
20    ten-year period for building the projects and
21    proposals that it wants to build, and it sets the
22    expectations for the neighborhoods to know what's
23    going to be happening and to know if there's any
24    significant changes of use, including any
25    significant changes of use to proposed open space.

Transcript of Proceedings, 7-11-19     Page 86

 1    But those things would go to the Plan Commission
 2    to work out any appropriate mitigation or measure,
 3    if any.
 4          So that's what the City thinks is fair
 5    in this case. That's what the City thinks the
 6    ordinance says, and that's what the process
 7    requires. And so I want to just simply ask that
 8    you affirm the decision of the -- the
 9    interpretation of the zoning administrator, that
10    the master plan does control uses, and
11    specifically open space uses. And in this case,
12    it's plainly clear that in order to play games on
13    the field, in order to do other activities on the
14    field beyond what's written in the master plan,
15    they need Plan Commission approval. Thank you.
16    I'll happily cede the rest of my time.
17          MR. COLLINS: Having finished this
18    portion of the proceedings, we will now move to
19    questions from the board for both parties.
20          MR. OSTLIND: My first questions are for
21    the applicant. In reading your brief, a couple of
22    things came through, and correct me if I'm
23    misinterpreting what you said, but you've
24    indicated that Edgewood, by right, can have
25    athletic contests on their property?

Transcript of Proceedings, 7-11-19     Page 87

 1          MR. LEE: That's correct. We --
 2    Mr. Ostlind, we believe it is -- it states right
 3    in the ordinance that you're allowed to use it for
 4    any purpose that -- for any purpose that comports
 5    with the school's mission or furthers the school's
 6    mission. The school's mission is to educate the
 7    whole person through academics, through spiritual
 8    development, through athletics, and through a
 9    whole host of other things. Athletics implies --
10    we think implies competition in a high school.
11    And so, you know, competition inside schools for
12    the glory of your school on your own field is
13    essential for the school's mission.
14          MR. OSTLIND: And this is based on
15    Section 3 where it lists primary uses and
16    secondary uses?
17          MR. LEE: That's largely correct. We
18    believe that the fact that they're listed in there
19    under the open space can be used for those
20    purposes is -- creates --
21          MR. OSTLIND: And so any use that's
22    listed there, you -- Edgewood could, by right, use
23    their property for it and their facility for it?
24          MR. LEE: I think that the -- absent --
25    absent a master plan, I think that's right. I

Transcript of Proceedings, 7-11-19     Page 88

 1    think once you put in a master plan, you have --
 2    you know, you have an obligation to identify the
 3    uses. Our position is that we did identify the
 4    use in this particular case. We identified the
 5    use for athletics and for recreational purposes.
 6    We didn't identify any agricultural uses, and so I
 7    don't think that under the master plan we have the
 8    right to use it for agricultural purposes but --
 9          MR. OSTLIND: You've suggested that
10    Edgewood is being treated differently than the
11    Madison public schools because they could -- one,
12    they have athletic contests. Would they also be
13    able, by right, to use any of the uses that are
14    listed here?
15          MR. LEE: I'll let Nathan Wautier from
16    Reinhart answer this question, if you don't mind.
17          MR. WAUTIER: So I'm a plan use attorney
18    by trade. So the question is specific to the
19    ordinance itself that I think I'm best in position
20    to handle here. Your initial question in regards
21    to whether those primary and secondary uses are
22    allowed by right, I think they absolutely are.
23    The opposite of that would lead to absurd results,
24    and you have to remember that from January 2nd,
25    2013, until today, all of the hospitals, all of

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 25 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

Transcript of Proceedings, 7-11-19                    Page 89

1  the colleges, all of the high schools are zoned
2  campus-institutional.
3       When that zoning district came to be, it
4  was a brand new zoning district created by the
5  City. I was at a lot of those meetings that Matt
6  referenced, and prior to the new zoning code
7  in 2013, the high schools at least were all zoned
8  residential, and they did things by conditional
9  use. It was extremely contentious, difficult; and
10 frankly, it didn't make any sense that you have
11 high schools in the residential zoning districts.
12      The thought at the time was, "We have
13 these big institutional uses, and we're going to
14 zone them campus-institutional. We're going to
15 say that if they're any of those four primary
16 uses -- that being hospitals, educational
17 institutions -- if they're one of those primary
18 use, we will then delineate secondary uses, and
19 those are going to be allowed by right.
20      MR. COLLINS: But --
21      MR. WAUTIER: That's why all the high
22 schools can play sports right now. That's why
23 Madison College can. That's why the hospitals can
24 do any of the uses that they can. None of those
25 are master plans. UW and Edgewood adopted master

Transcript of Proceedings, 7-11-19                    Page 90

1  plans. I know all of you know the zoning code
2  very well, and you know the master plan concepts.
3  Typically, comes -- it's back.
4       Typically, the master plan context is
5  used in plan development, which is the very next
6  district in the ordinance, and when we look at the
7  ordinance, that district very clearly says, "These
8  master plans are controlled uses," and if you take
9  the City's argument that master plans in
10 campus-institutional districts are supposed to
11 control uses, there's two questions that obviously
12 come to mind: One, why would they be voluntary;
13 and two, why would they expire?
14      In the plan development district, it
15 clearly says, "Any permitted or conditional use
16 needs to be put into a master plan." Those master
17 plans are not voluntary, and they never expire,
18 which is logical.
19      MR. COLLINS: I want to make sure I
20 understand your position then. So you're saying
21 if one of the high schools without a master plan
22 wanted to build a correctional facility, they
23 would be allowed to do that as right?
24      MR. WAUTIER: Under the current zoning,
25 yes. You've got to read the words. That's

Transcript of Proceedings, 7-11-19                    Page 91

1  exactly what it says is allowed.
2       MR. COLLINS: So where in -- where in
3  paragraph 3 does it say, "These uses shall be
4  permitted"? It identifies uses, but where is the
5  word "shall" or "permitted" in paragraph 3?
6       MR. WAUTIER: It's not in paragraph 3.
7  It's in Special Districts, and you have a use
8  table there which shows all permitted and
9  conditional uses. I can't cite the code. These
10 guys are finding it, but there it says, "Except
11 for campus-institutional, which uses -- which
12 would allow uses in campus-institutional" -- here
13 it is. Table 28G-1 lists all permitted and
14 conditional uses in the special districts except
15 that uses allowed within the Campus-Institutional
16 District are listed separately in 28.096. There's
17 where you have your primary and your secondary.
18      In campus-institutional, it clearly
19 identifies that anybody that goes to
20 campus-institutional after the date of the
21 ordinance -- so after January 2nd, 2013, all --
22 okay.
23      MR. TUCKER: It'll come back on.
24      MR. WAUTIER: After January 2nd, 2013,
25 anyone that wants to get rezoned into

Transcript of Proceedings, 7-11-19                    Page 92

1  campus-institutional needs to adopt the master
2  plan. It's not voluntary. So if somebody new
3  wants to come in and wants this designation, they
4  need to adopt the master plan. All the existing
5  campus-institutional institutions were rezoned by
6  the City. They didn't voluntarily come in and do
7  it. They were rezoned by the City, and it clearly
8  says they can voluntarily -- it says that they can
9  come in and voluntarily adopt a master plan. It
10 does not require them to do so. And again,
11 because master plans expire in ten years.
12      So based on the City's argument, in four
13 years, when this master plan goes away, then
14 everything's fine, and they can play games just
15 like the other high schools can right now, which
16 have not adopted a master plan and during the
17 zoning code rewrite process were asked
18 specifically to define campus-institutional. They
19 said that they were and they had no intention of
20 ever adopting a master plan.
21      The problem here is that the master plan
22 both for the UW and for Edgewood was seen as
23 something that was going to allow them to identify
24 projects they anticipated over the next ten years
25 and go through the process one time. You would

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 26 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                              July 11, 2019

Transcript of Proceedings, 7-11-19                                    Page 93

1    still have to go through architectural review, but
2    as far as Plan Commission and Common Council, it
3    was one time instead of, in the case of Edgewood,
4    going through the process 19 separate times for
5    each of those projects.
6            There's been two projects built since
7    they've adopted it.  It's worked.  Both of those
8    projects as well as the amendment that Matt
9    referred to have been done.  None of those require
10   any listing of permitted or conditional uses.
11   Even in the process right now, when a structure
12   was being asked for, which does require an
13   amendment to a master plan or if you don't have a
14   master plan, it requires a conditional use.  When
15   the structure was being asked for, that has to go
16   through the master plan process.  When the City
17   came in and said, "You need to add uses and
18   delineate and identify them in that process," that
19   was the problem that was wrong.  And if we would
20   have done that, in four years, the master plan
21   expires, and those restrictions would go away
22   again; which again, it doesn't make sense to put
23   them in a master plan that's voluntary and expires
24   if you intend to control uses by that master plan.
25           MR. COLLINS: You covered a lot of

Transcript of Proceedings, 7-11-19                                    Page 94

1    ground, but I want to go back to this scenario.
2    You said a place without a master plan -- one of
3    the high schools you identified -- could build a
4    correctional facility without any approval.  One
5    of the things we have to do is understand the
6    plain language and avoid rendering any part of it
7    as becoming unnecessary.  So how would you
8    reconcile that with paragraph 2C, which says that,
9    "If you don't have a master plan, you have to have
10   conditional use approval"?
11           MR. WAUTIER: So I misspoke if I said
12   they can just automatically do that.  Any
13   modifications to that building are obviously going
14   to have an approval process.  Anything that's a
15   structural change of 4,000 square feet or more
16   requires a conditional use if you don't have a
17   master plan.  The use itself is based on the
18   district.  The changing of the structure goes
19   through the city process.
20           The section that you're referencing
21   specifically talks about conditional uses for
22   4,000 square feet, and 4,000 square feet is not
23   about uses.  It's about structures when you look
24   at the definition that's in the code because it
25   requires that square feet to be under a roof.

Transcript of Proceedings, 7-11-19                                    Page 95

1            MR. OSTLIND: That particular section
2    does not talk about structures.  It talks about
3    development.  When you talk about development in
4    the city and in City processes, it does not
5    include simply structures or buildings.  It
6    includes land use and uses.
7            MR. WAUTIER: Mm-hmm.
8            MR. OSTLIND: And so I think in reading
9    that, it says, "For a development of over 4,000
10   square feet," and that would include use of open
11   space and accessory functions to a structure,
12   which is often the main part of a development, but
13   they're -- in virtually every development I've
14   been involved with over the years here at the
15   City, the developments include open space and
16   nonbuilding components.  So I don't see that
17   this -- that particular phrase limits the
18   requirement for those who don't have a master plan
19   only get conditional use approval for structures.
20           MR. WAUTIER: I guess I'm confused on
21   what the development is that we are talking about
22   right now.
23           MR. OSTLIND: I'm sorry.  I missed that.
24           MR. WAUTIER: I'm not sure I'm following
25   you on what development it is that Edgewood is

Transcript of Proceedings, 7-11-19                                    Page 96

1    asking for right now.  Edgewood is asking to
2    continue playing games and continue to use the
3    field as an existing use.  They're not asking for
4    a change in 4,000 square foot.
5            MR. OSTLIND: Excuse me.  But we weren't
6    talking about Edgewood in this context.  The Chair
7    had asked would the -- those properties zoned
8    C-I --
9            MR. WAUTIER: Mm-hmm.
10           MR. OSTLIND: -- campus-institutional,
11   if they could, by right, go forward with other
12   developments, anything within the -- the items
13   under the uses.  So we were looking at those and
14   if -- and the requirement there is that if they do
15   a development in excess of 4,000 square feet,
16   that's required for conditional use.  So if we
17   have that requirement in here --
18           MR. WAUTIER: Yeah.
19           MR. OSTLIND: -- how can all of the uses
20   listed in Section 3 be automatically by right for
21   anybody who's been zoned this way?
22           MR. WAUTIER: So if they're not
23   automatically by right, the result is that we have
24   the transformational zoning code, and when the
25   zoning code came in, there was a very clear policy

Transcript of Proceedings, 7-11-19                                      Page 97

1    that we were going to zone for on-the-ground uses.
2    If we didn't to that, when the City rezoned all
3    the hospitals, all the colleges, all the high
4    schools into this new zoning district, they made
5    every single use a permitted nonconforming -- or
6    excuse me -- a legal nonconforming existing use.
7    So effectively, they condemned these properties so
8    there's no use by right that you could any longer
9    have under the argument that -- not the argument
10   -- but the statement that you're indicating.
11       In regards to whether you could do a
12   development without going through that process, if
13   you're changing the building, I think you're going
14   to run into that 4,000 square feet.  If West High
15   School, by way of example, decided they were going
16   to keep everything exactly the same and instead
17   wanted to run a hospital out of West High School,
18   I agree with you.  I think the ordinance is poorly
19   written, and they can do that, but I think the
20   intent was when the City put these particular
21   institutions, which are all institutions that have
22   decades, if not centuries, in this city, they were
23   confident that these institutions wouldn't be
24   changing course in their uses.
25       MR. OSTLIND: And in Section 10, which

Transcript of Proceedings, 7-11-19                                      Page 98

1    is where it says, "No operation of improved campus
2    master plan, including changes to the proposed use
3    identified, open space areas, and other open space
4    uses shall be permitted unless approved by the
5    Plan Commission."
6        So that infers that open space and open
7    space uses are part of a master plan and defined
8    in the master plan or there would be no reason for
9    Plan Commission review.
10       MR. WAUTIER: They're absolutely part of
11   a master plan, and they're described in the master
12   plan just like the ordinance says.  And as
13   Attorney Strange has indicated, the words mean
14   something.  The difference is -- is that while
15   they're described in the master plan, there's
16   absolutely no language indicating that they
17   regulate or limit uses in those master plans.
18   That language is specifically deleted in prior
19   drafts, but it's specifically included in the very
20   next district, the planned development district,
21   with those master plans.
22       MR. OSTLIND: We're not talking about
23   planned development districts, sir.
24       MR. WAUTIER: I entirely understand
25   that.  I'm pointing out the analogous master plan

Transcript of Proceedings, 7-11-19                                      Page 99

1    situation and where it would make sense to include
2    it and where it wouldn't.  The section that you're
3    pointing out, I think, is titled Changes to Master
4    Plan.  So, again, it only comes into play when you
5    voluntarily adopt a master plan, which those
6    institutions have done, and to Attorney Strange's
7    point, I haven't heard it explained quite that
8    succinctly today, but in theory, Edgewood can say,
9    "Instead of in four years and having this
10   naturally expire, we are going to voluntarily
11   repeal this just like how we voluntarily adopted
12   it."  Then apparently there's no issue and they
13   can play games just like the other high schools
14   because there'll no longer be a master plan.
15       MR. OSTLIND: I think that's a
16   discussion for the future and not the one that's
17   on the table here tonight, but in the brief that
18   was filed, what I'm hearing and saw stated was
19   that, by right, Edgewood can play athletic
20   contests on their field due to the fact that it's
21   called out in the uses, not because they have
22   identified it in their master plan.
23       MR. WAUTIER: I agree.
24       MR. OSTLIND: So competitive athletic
25   events are not identified in the master plan as

Transcript of Proceedings, 7-11-19                                      Page 100

1    one of the uses for the facilities -- the outdoor
2    facilities.
3        MR. WAUTIER: The ones that are -- I --
4    I feel like I'm starting to be argumentative, and
5    that's not the intention, but for clarification,
6    you're referring to the open spaces that are
7    called the athletics fields?
8        MR. OSTLIND: Yes.
9        MR. WAUTIER: I -- I would argue that
10   that is described in --
11       MR. LEE: Yeah, we're all -- we're all
12   going red here.  And it's a key -- it's a key
13   point, and I -- I only want to add this:  We've
14   identified an athletic field.  So a big question
15   here is:  What is the purpose of zoning?  If it's
16   to regulate the type of songs we sing, if it's to
17   regulate the types of games we play?  I mean, we
18   don't even have in the zoning code an athletic
19   contest.  The zoning code use doesn't even use
20   that term.  We have scrimmages, practice.  Those
21   are athletic contests.  We have team practices
22   where we play skins.  We have shirts; we have
23   skins.  You know, those are athletic contests.
24   We're using terms that are not employed in the
25   code, and zoning regulates uses at a general

Transcript of Proceedings, 7-11-19     Page 101

1   level.  That's what the primary uses, and
2   secondary uses does.
3       If what we've turned zoning into in the
4   city of Madison is not zoning at a general level
5   but micromanaging of every single jot and tiddle
6   of every single activity that goes on in every
7   single open space, then we are going to be seeing
8   a 2,000-page master plan for every single thing,
9   especially these existing campuses.  If UW has to
10   go and explain every single activity that could
11   possibly happen at Memorial Hall or the
12   natatorium, diving contests, state tournaments --
13   we have mentioned that now we have a problem with
14   our quarterback camp.  Do we have to identify
15   every user activity; walking, chewing gum,
16   singing?  This is not the purpose of the zoning
17   code.  The zoning code regulates at a general
18   level, and that's why we're here.  We can't have
19   athletic contests on an athletic field, and by
20   identifying that we're using it as an athletic
21   field, then what we're turning zoning into is
22   something that's frankly unconstitutional.
23       MS. BERENYI: I guess the thing that's
24   standing out to me is that in the master plan
25   around page 42 where it talks about open space, it

Transcript of Proceedings, 7-11-19     Page 102

1   almost seems like "athletic contests" were left
2   out intentionally.  We have a really awkward, and
3   frankly, nongrammatical sentence, "Used for team
4   practices and physical educational class," as
5   if -- and?
6       MR. WAUTIER: Yeah, there's --
7       MS. BERENYI: There's something missing
8   and why --
9       MR. WAUTIER: Exactly.
10       MS. BERENYI: Why would somebody leave
11   that out?
12       MR. WAUTIER: And also the words
13   "limiting" or "only" are not included there.  And
14   what we're talking about right now is not the
15   section in the master plan.  It's actually legal
16   existing uses, which is being used as an athletic
17   field.  What we're looking at is the future
18   development section, a subsection called open
19   spaces and two pages.  The first page identifies
20   in language that you're looking at that this is
21   supposed to be read in conjunction with the
22   following diagram of the open spaces.  It says
23   that it's owned by Edgewood high school.  It's
24   used for what you just said.  It doesn't say
25   "only."  It doesn't say "limited to."  You flip to

Transcript of Proceedings, 7-11-19     Page 103

1   the next page, it then identifies the big grass
2   field as athletic field and recreational space.
3   If you look a little further to the left on that
4   map, you have a big field that says --
5       MR. STERETT: Make sure they know where
6   --
7       MR. WAUTIER: Yeah.  So if you look at
8   number 1, that's what we're talking about, the
9   athletic fields that we're being told we cannot
10   have athletic contests in.  Number 2 up on the
11   right, which is where all those big oak trees are,
12   that's also described as athletic and recreation
13   space.  There's no fragmented sentence describing
14   that.  So the argument would be, under the City's
15   interpretation, we are free to play football
16   games, track events, lacrosse, anything else on
17   that field because there's not a fragmented
18   sentence, again, in the section that doesn't even
19   describe existing uses.
20       I will note also in the UW master plan
21   that the Goodman facility, which is -- ironically,
22   this is also a Goodman facility, but the Goodman
23   facility, which is the softball facility on the UW
24   campus is described in that master plan as the
25   Goodman softball practice facility.  Two weeks I

Transcript of Proceedings, 7-11-19     Page 104

1   was there for the state softball competition,
2   state high school tournament.  It appeared to be a
3   contest.  I've never been to a UW softball game,
4   but I'm pretty sure that's where they play as
5   well.  I don't read that language to be limiting
6   it only to practice.  That is the interpretation
7   that is being put on Edgewood right now.
8       The final point I'll make is:  This
9   zoning district came into effect January 2nd,
10   2013.  Edgewood adopted their master plan, I think
11   it was, late '14.  UW adopted a master plan maybe
12   a year and a half ago.  To my knowledge, this is
13   the first zoning violation or alleged use
14   violation under the Campus-Institutional District
15   in these past six -- almost six and a half years.
16   It works perfectly fine.  Nobody was alleging that
17   we couldn't play games there until the structure
18   was proposed and there was outcry from some
19   plaintiff opponents who are afraid of many things
20   that aren't a part of the discussion tonight.
21       Once that structure was removed, there's
22   no point talking about the master plan, but the
23   idea that they were going to continue the
24   historical controls that were placed on Edgewood
25   is what's leading us to today, because I

Transcript of Proceedings, 7-11-19                                     Page 105

1    completely agree.  Before 2013 there was a lot of
2    controls.  There was residential.  You had to go
3    through conditional use.  The City rezoned all of
4    these districts, all of the districts in the city
5    in 2013.  Those other districts went away.  There
6    was a reason they did it, and there's a reason
7    that the language reads as it does.
8        MS. BERENYI: So just -- let me just
9    back up a second here.  So it sounds like you're
10   saying that according to the map or the -- the map
11   of the open spaces here --
12       MR. WAUTIER: Yeah.
13       MS. BERENYI: Number one is listed as
14   athletic fields; and therefore, that implies that
15   you have athletic contests there.  So number 2 is
16   also listed as athletic.  So does Edge -- is it
17   Edgewood's position that they can start having
18   football games there too?
19       MR. WAUTIER: Well, I think there would
20   be some difficulties just in regards to safety,
21   but under the zoning district, absolutely.  I
22   mean, there's nothing that says with any of the
23   other high schools that if Memorial decided they
24   didn't want to play on that field, they wanted to
25   play in the parking lot, they could; but again,

Transcript of Proceedings, 7-11-19                                     Page 106

1    there are going to be a lot of other issues, but
2    from a pure zoning perspective, absolutely.
3            And on the point about athletic fields,
4    they use the term "athletic" so that you don't say
5    the "soccer, football, baseball, lacrosse, you
6    name all the other activities" field.
7        MR. COLLINS: I have a question for the
8    zoning administrator.
9        MR. STERETT: Oh, yeah, we've got your
10   mic here.
11       MR. COLLINS: I understand that Edgewood
12   is making an argument, essentially an equity
13   argument, that since the master plan is a
14   voluntary and temporary by ten-year process, they
15   haven't been penalized for having it.  So if they
16   wanted to use the field and had not adopted the
17   master plan -- they wanted to use it in the way
18   that was the subject of those two official
19   notices, what would be the process, if any, to use
20   it that way.
21       MR. STRANGE: I think -- I think that
22   they would be able to do that.  The fact of the
23   matter is they have a master plan.
24       MR. COLLINS: So I just want to
25   reconcile because the ordinance is encouraging

Transcript of Proceedings, 7-11-19                                     Page 107

1    people to adopt a master plan, and if it makes
2    that process temporary and voluntary, how does it
3    further the intent to have a master plan if you
4    could intentionally or inadvertently restrict your
5    use?
6        MR. STRANGE: Well, the -- the purpose
7    of a master plan is to give institutions this
8    ten-year period of a snapshot of the campus and
9    what they intend to propose to do there, including
10   specifically describing the open spaces.  And
11   so -- so the fact that -- the fact that it expires
12   or the fact that they're there may be something
13   different than the non-master plan ordinance
14   doesn't necessarily impede the purpose of having a
15   master plan.  It gives benefits of a master plan
16   to the institution, and -- and then the -- in
17   exchange for those benefits, they are governed by
18   the master plan.
19           In this particular case, the way that
20   the open space is described, they did not describe
21   the open space as being used as a stadium where
22   athletic events are going to be taking place.  So
23   describing an open place -- open space used for
24   athletic practices and physical education classes.
25   In order to intensify that use and turn it into,

Transcript of Proceedings, 7-11-19                                     Page 108

1    as they say, by right, a stadium, I think there
2    needs to be Plan Commission approval.
3        MR. COLLINS: So let's just work through
4    a few scenarios.  So if an institution that's in
5    the Campus-Institutional District does not have a
6    master plan and they have an open field and they
7    want to upgrade it, add stadium seating, lighting,
8    a broadcasting system, what would be the process
9    from the perspective of the zoning administrator
10   or City?
11       MR. STRANGE: Well, I think that the --
12   I mean, it depends.  The entire process depends,
13   but let's keep it just to the -- to the issues
14   here.  If -- if all they wanted to do was turn a
15   field into a competitive field where they were
16   going to be holding games and that's all they were
17   going to be doing, then I think that they would
18   have the ability -- they weren't building any
19   buildings that were more than 4,000 square feet,
20   then I think they would be able to do that under
21   the -- under the secondary uses.  All right?
22           In terms of -- of lights, there's
23   obviously a different application that goes on,
24   but they would fundamentally be able to play the
25   games.  And -- and like I said, Edgewood could

Transcript of Proceedings, 7-11-19                    Page 109

1  apply to terminate its master plan and revert back
2  to that if they think that's a better process for
3  them.  They could apply to repeal their master
4  plan, and they could do that.
5       MR. COLLINS:  So I want to break up the
6  difference between use and development.  So under
7  one scenario, let's just say that a place outside
8  of the master plan -- so it's a
9  Campus-Institutional District facility that has no
10  master plan -- and they want to change the use.
11  So they have a stadium.  There's no intent to add
12  or subtract from that on the developmental side.
13  They just want to change the use from solely
14  phy-ed classes and practices to now using it for
15  competitive supporting events.  Would they need
16  any involvement or input from the City to change
17  the use?
18       MR. STRANGE:  Can you -- can you give me
19  the hypothetical, just a truncated version of it
20  again?
21       MR. COLLINS:  Sure.  It's a pre-existing
22  stadium, no change in development, only a change
23  in use, and it's out -- it does not have a master
24  plan.
25       MR. STRANGE:  But it's still being used

Transcript of Proceedings, 7-11-19                    Page 110

1  for athletic -- athletic events?
2       MR. COLLINS:  Yeah, but they're going
3  to -- kind of as you described it, the
4  intensification of use.  They're going to take
5  what was just used for phy-ed and practice, and
6  they're now going to start having intensification
7  uses, as you described it.  So that could be
8  Friday football games.  It could be Saturday
9  soccer games.  No change in development, just an
10  intensification of use, and it's in the
11  Campus-Institutional District, and it does not
12  have a master plan.
13       MR. STRANGE:  Under the words of the
14  ordinance, as long as they weren't doing something
15  that was 4,000 square feet of ground floor area or
16  more, they would be able to do that.
17       MR. COLLINS:  Now let's take another
18  scenario.  Let's say they're going to continue to
19  use it for the same use.  So they're going to use
20  it for phy-ed, and they're going to use it for
21  practice, but they want to change the development.
22  So they want to add -- people really like these
23  practices.  So they want to add bleachers.  These
24  practices run long.  They want to add lights, and
25  they want to add audio.  It's still a practice.

Transcript of Proceedings, 7-11-19                    Page 111

1  Could they do that?  This would be:  Could a place
2  in a Campus-Institutional District that does not
3  have a master plan do that without any further
4  approval or input from the City?
5       MR. STRANGE:  I think they could, yeah.
6       MR. COLLINS:  So could -- could a place
7  with a master plan sort of do the a la carte
8  version?  So they have master plan --
9       MR. STRANGE:  No.
10       MS. JENKINS:  Not without an amendment,
11  correct?
12       MR. STRANGE:  Not without the master
13  plan.
14       MR. COLLINS:  So if Edgewood wanted to
15  rescind tonight the master plan, they could start
16  playing games tomorrow?
17       MR. STRANGE:  Well, it's a little more
18  complicated than that.  They have -- they have an
19  ordinance that creates the master plan, so they'd
20  have to apply to repeal the ordinance, but, yes,
21  they could do that.  I mean, we could have it
22  introduced at the next council meeting, or they
23  could proceed with the alteration that they have
24  on file.
25       MR. WAUTIER:  So that's the point of why

Transcript of Proceedings, 7-11-19                    Page 112

1  we're here today, whether you call it a variance
2  or you call it something else.  What we're being
3  told we have to do based on an interpretation of
4  the master plan, which is, we all agree, is less
5  than clear, we're being asked to go through a
6  complete rezone process when any other school or
7  any other institution with campus-institutional
8  could do all of the things that the chair just
9  indicated by right through an administrative
10  process that wouldn't require any of that.  That's
11  the disparate treatment.
12       MR. OSTLIND:  But you would agree that
13  part of the rationale for the master plan would be
14  to provide the benefit to the applicant of that
15  master plan a different development, review, and
16  approval process.  So there was -- there was a
17  tradeoff there that, by using the master plan
18  option, that changed the review process for
19  operations of the facilities within the master
20  plan where each individual one did not need to go
21  through the standard City review process.  The
22  development -- the master plan went through.  It's
23  a one-time approval process.
24       MR. WAUTIER:  I think we still have a
25  fundamental disagreement on whether the master

Transcript of Proceedings, 7-11-19     Page 113

1   plan meant to regulate or limit uses or just
2   describe those. In respect of developments and
3   structures, I absolutely agree with you. The
4   master plan process is designed to be a one-shot
5   process for any project you're talking about in
6   those next ten years. It's just architectural
7   review to follow.
8        If you don't do that, you have to do a
9   conditional use process, which is individual.
10   Even with that process, if we didn't have a master
11   plan right now -- and this stadium, which we're
12   not talking about, but if we were talking about
13   that, that process was to go -- it would come
14   through as the conditional use process. So even
15   with that, the conditional use process is a much
16   less strenuous and involved process than a
17   complete rezoning, which an amendment to the
18   master plan would be.
19        MR. OSTLIND: The zoning on the site --
20   the specific zoning of campus-institutional would
21   not change?
22        MR. WAUTIER: Correct. It wouldn't.
23   Yep, and if we were talking about new development,
24   I think we're in line, but again, we're not
25   talking about a new development. We're talking

Transcript of Proceedings, 7-11-19     Page 114

1   about existing uses and whether or not that master
2   plan that was voluntarily adopted by Edgewood that
3   has a fragment sentence in a 224-page document in
4   the open space section, which is the subsection of
5   the proposed development, was intended by the
6   institution to completely eliminate their 90-year
7   history of playing athletics, which they both did
8   at the time.
9        And in the amendment to the master plan
10   that was adopted, exhibits were adopted, and I
11   will note in the City's response brief, they
12   included the master plan. They didn't include the
13   master plan as amended. The first amendment of
14   the master plan updated two key exhibits, one
15   being a stormwater exhibit. It showed the new
16   track and the new field and the new astroturf all
17   included with new calculations for stormwater; and
18   the use table in regards to permeable and
19   impermeable surfaces was also updated to show that
20   in 2015, this track and field that we're talking
21   about had been gone through the process.
22        It went to landmarks. It got a DNR
23   permit. It got an electrical permit from the
24   City. All of that stuff was done. All of that
25   stuff was in the master plan. Until spring of

Transcript of Proceedings, 7-11-19     Page 115

1   2019, nobody issued a violation saying that the
2   master plan somehow limited your existing uses.
3        MR. OSTLIND: Well, the amendment to the
4   master plan to allow for those renovations and
5   upgrades of the facilities, that -- that was in
6   the amendment.
7        MR. WAUTIER: There was not an amendment
8   to the master plan needed to upgrade those
9   facilities. That's a perfect example of when a
10   structure under 4,000 square feet doesn't come
11   into play. The amendment was due to the expansion
12   of a parking lot. The master plan indicated that
13   that apartment was to be 30 stalls when expanded.
14   With discussions with the neighborhood plans, they
15   expanded that out to 72 stalls, and since that was
16   in an impermeable surface, it required the master
17   plan make that correction and also update the
18   stormwater exhibits.
19        MR. OSTLIND: So there's a process for
20   amending a master plan, which is the point I was
21   getting to.
22        MR. WAUTIER: When you have new
23   developments, yes.
24        MR. OSTLIND: And if athletic contests
25   are desired to be played on the facilities, then

Transcript of Proceedings, 7-11-19     Page 116

1   an amendment could be made to add the athletic
2   contests of -- of the type that you had prior to
3   the master plan?
4        MR. WAUTIER: In theory, it could have
5   been, but let's play that out. So if we went and
6   went through the process without the master plan
7   and agreed that we were going to -- say we got
8   lights. Say we were going to do ten night games.
9   The master plan says we have ten night games. As
10   the City attorney has indicated, in four years, we
11   could have 465 night games. It doesn't make sense
12   that you would put that in this master plan.
13        MR. COLLINS: A lot of the submissions
14   rightfully focus on the ordinance and the -- the
15   legal part of it. There's, of course, the other
16   piece, the factual component, which is what was
17   the driving force, the games themselves behind the
18   official notices; but I want to go back. We've
19   talked kind of in broad strokes about a 90-year
20   history of sporting events, but walk me through
21   1996 and 2014 when Edgewood submitted its master
22   plans. What were the athletic competitions in
23   1996 when the master plan was submitted and
24   in 2014 when the master plan was submitted?
25        MR. LEE: What were the athletic

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 32 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

Transcript of Proceedings, 7-11-19                    Page 117

1    competitions on the field?
2         MR. COLLINS: Correct.
3         MR. LEE: Okay. So there were football
4    games played on the field, junior varsity and
5    freshman football. In 1995, there was actually a
6    varsity game played on the field. Track and field
7    meets were conducted regularly on the field
8    from -- you know, at least through 2006, and then
9    there was a break period when they had to
10   resurface track because the track had become
11   unusable and dangerous for athletes. So when they
12   re-surfaced the track, it picked up again, I
13   believe it was, 2014 or 2015.
14        Soccer games have been played on that
15   field for -- you know, since the '90s. In the
16   early '90s and ending in the early '90s -- I
17   believe this is a little before the time period
18   you were talking about -- there were baseball
19   games played in the far northwest corner of that
20   field. Those have since moved off campus.
21   There's no place to play on campus.
22        MR. STERETT: And if I may ask a
23   clarifying question because I think this gets to
24   the crux of this, what is an athletic contest?
25   Does it include dodgeball? Does it include

Transcript of Proceedings, 7-11-19                    Page 118

1    Ultimate Frisbee? Ultimate Frisbee is a
2    recognized sport. Does that include students who
3    go out there and compete with one another on the
4    track, two people lined up with a stop watch? You
5    have to --
6         MR. COLLINS: Well, I --
7         MR. STERETT: That's why I'm asking,
8    because we can't answer that question in terms of
9    what happened in '96 unless we have a definition
10   from the City as to what even is an athletic
11   contest.
12        MR. COLLINS: Well, I think you're
13   missing the point. I'm asking you for your
14   interpretation of what were the athletic contests
15   --
16        MR. STERETT: Okay.
17        MR. COLLINS: -- in 1996 when you first
18   introduced the first master plan in 2014 from your
19   perspective.
20        MR. STERETT: From our perspective?
21   Okay.
22        MR. LEE: And can I give you some more
23   examples. Coach Z mentioned powderpuff football
24   games, which is -- it's a girl's flag football
25   tournament that's played on the -- that's played

Transcript of Proceedings, 7-11-19                    Page 119

1    on the field. It's also played on the green
2    space. Ultimate Frisbee has been played on those
3    fields for years. Lacrosse is now played on those
4    fields and --
5         MR. COLLINS: I want to focus on the
6    time of the master plan, 1999 to 2014.
7         MR. LEE: Ultimate Frisbee was played on
8    both green spaces in the '90s and the 2000s. I'm
9    not sure if it still continues.
10        MR. COLLINS: So the other piece of
11   it -- so I'm kind of breaking up use and
12   development to try to simplify. So now if we look
13   at the development, describe the develop -- the
14   state of the field in 1996 and 2014 and the
15   development that occurred after approval of the
16   master plan.
17        MR. LEE: Okay. You might get a better
18   answer if you call Coach Zwettler back up, but I
19   can answer to the best of my ability as well.
20        MR. COLLINS: He came and spoke as a
21   representative of Edgewood. So that's fine.
22        MR. LEE: Okay.
23        MR. ZWETTLER: So there was never a
24   break in action of the soccer and football
25   programs, the lower level programs, in the time

Transcript of Proceedings, 7-11-19                    Page 120

1    I've been at Edgewood. So that includes 1996.
2    There was at least always lower level soccer or
3    football games going on.
4         MR. COLLINS: And then I wanted to also
5    ask about the development. So what were the
6    facilities in 1996 at the time of the first master
7    plan, 2014 at the time of the second master plan,
8    and then we'll get to the third one, but the
9    development that occurred after approval of the
10   master plan. So let's walk through each of
11   those -- well, let's just start with 1996 as best
12   as you can recall.
13        MR. ZWETTLER: So we had grass field.
14   We had a cinder track, and as time went on, we
15   were -- those facilities were deteriorating, but
16   we contend we didn't play varsity games there. We
17   played a game there in '94, '95. We did not play
18   there after '95 in the varsity level. We still
19   felt the field was safe enough to be able to play
20   lower level games there in both soccer and
21   football. In '99 then during the summer months,
22   the field was -- the grass was removed. It was
23   re-surfaced with another layer of sod and -- and
24   grass. And the cinder track was removed, and we
25   put a -- basically a nickel and dime track in

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 33 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                       July 11, 2019

Transcript of Proceedings, 7-11-19     Page 121

1   there to be able to allow us to still have
2   practices there, and we did run some lower level
3   parochial school 8th grade stuff there. We felt
4   that we would be able to do that on that track,
5   and that was done over the summer of '99, which
6   then we reassumed in the fall of '99 the lower
7   level contests, again specifically in soccer and
8   football, and did run some track events there.
9       **MR. COLLINS:** And then now let's jump
10   ahead to around 2014 at the time you were
11   submitting your master plan. What was the -- or
12   what were, rather, the facilities like?
13       **MR. ZWETTLER:** Well, obviously in 2015,
14   we had the turf field.
15       **MR. COLLINS:** I want to back up. At the
16   time of the master plan -- so in 2014. So you're
17   submitting this master plan to the City. What
18   are -- what are the facilities like at that time?
19   What has the development been from 1996 to 2014?
20       **MR. ZWETTLER:** I'm not sure if I
21   understand what you're saying. You mean, like,
22   the condition of the field? It was grass field
23   all the way up to --
24       **MR. COLLINS:** Yeah, the grass field and
25   any development that occurred in that time period

Transcript of Proceedings, 7-11-19     Page 122

1   from 1996 to 2014.
2       **MR. ZWETTLER:** Yeah, bleachers were
3   added in '96. Again, new track surface at that
4   time was added in '99. The redevelopment of the
5   grass field in '99, and that remained that way up
6   until 2015 when the new turf facility was put in
7   and the new track was put in.
8       **MR. COLLINS:** So then the track stayed
9   pretty consistent from about 90 -- 1999 to --
10   through the master plan of 2014?
11       **MR. ZWETTLER:** Well, it, I mean,
12   deteriorated.
13       **MR. COLLINS:** Yeah.
14       **MR. ZWETTLER:** So we then reached a
15   point, and I believe it was mentioned earlier,
16   that in 2006 or '7 that we felt like we couldn't
17   hold any competitions on it. So we held varsity
18   competitions on them, and then eventually we felt
19   like we couldn't hold even 6th, 7th, and 8th grade
20   competitions on it, and we moved those off --
21   offsite. Okay? But we never did move off the
22   grass field our competition at the lower levels,
23   the freshmen and JV games, because we still played
24   games there.
25       **MR. COLLINS:** So now let's jump ahead

Transcript of Proceedings, 7-11-19     Page 123

1   to 2015 or really any time after the master plan.
2   So you've already talked about some development
3   being with the field and with the track, but I
4   want to back up because you mentioned bleachers.
5   Are the bleachers there the same today as the
6   1999 --
7       **MR. ZWETTLER:** Yes, sir.
8       **MR. COLLINS:** Okay.
9       **MR. ZWETTLER:** Seats about 400.
10       **MR. COLLINS:** Okay. So now explain
11   after the master plan changes in the development
12   regarding the track and the -- the field.
13       **MR. ZWETTLER:** Well, in 2014 or
14   thereabouts, we received a grant from the Goodman
15   Foundation, which then gave us the opportunity.
16   We -- we had been looking at -- it's always been a
17   dream, at least of many of ours and mine
18   specifically in 1990 when I got there, that
19   eventually we'd be able to turn this complex into
20   a varsity complex on a consistent basis, but funds
21   always did not allow us to do that. And in 2014,
22   we received a -- a grant from the
23   Goodman Foundation which then allow us to be able
24   to pursue the opportunity to put in a turf field
25   and put in a modern track. And so we took

Transcript of Proceedings, 7-11-19     Page 124

1   advantage of it, and we got it done, and since
2   then, that has obviously amped up the opportunity
3   and the reality and dream once more to eventually
4   now start playing varsity contests there
5   specifically. I don't want it to sound like a
6   football thing, but specifically to be able to
7   hold evening events there because as a Badger -- a
8   member of the Badger conference, soccer games and
9   football games and track events do typically --
10   are held either early evening and run into later
11   in the evening or start at 7:00, and we wanted to
12   be a good member of our Badger conference and be
13   able to hold events there like the other 15
14   schools in our conference do in the evenings as
15   allowed, and we felt excited about that
16   opportunity. Thus, we started the discussions in
17   greater detail about pursuing more bleachers and
18   ventured into obtaining lights.
19       **MR. COLLINS:** So you say "more
20   bleachers." Is that still an idea, or are they
21   already physically there?
22       **MR. ZWETTLER:** Well, we would like to
23   increase the amount of bleachers that we have
24   there.
25       **MR. COLLINS:** So presently the bleachers

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 34 of 99

Zoning Board of Appeals Hearing vs.
Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

| Transcript of Proceedings, 7-11-19 | Page 125 |
|---|---|

1    there are the same --
2        MR. ZWETTLER: Correct.
3        MR. COLLINS: -- as 1999?  What about
4    the -- the lighting you alluded to?  Is it
5    increasing or upgrading?
6        MR. ZWETTLER: There is no lighting.  We
7    never had lighting at this point.  We did ask for
8    a permit back in January or February, I believe,
9    and it's on hold at this time.
10       MR. COLLINS: And what about audio
11   broadcasting?  What is the current facilities, and
12   when were those installed?
13       MR. ZWETTLER: Current use of audio and
14   sound is a temporary system we bring in that we
15   use for the national anthem, and typical gameday
16   contest things when a -- only on varsity soccer
17   and/or when we held our three track meets that we
18   held there, one of which was a parochial school
19   track meet -- excuse me -- two track meets we've
20   held there, and one was a varsity squad track meet
21   that we had.  We only used the audio for
22   instruction or logistical things or in varsity
23   soccer where a goal was scored and/or the national
24   anthem prior to the start of the game.
25       MR. COLLINS: And when were those

| Transcript of Proceedings, 7-11-19 | Page 126 |
|---|---|

1    developments added?
2        MR. ZWETTLER: Well, they are not
3    develop -- they're -- they're a temporary -- it's
4    a system we bring out on a cart.
5        MR. COLLINS: All right.  So when did
6    you start bringing out the system?
7        MR. ZWETTLER: Oh, probably more
8    specifically in 2015 or '16 when we started
9    playing varsity soccer contests on a more regular
10   basis on our campus.
11       MR. COLLINS: So this is a question
12   really for both sides.  What was the process that
13   Edgewood used with the City for the developmental
14   improvements after the master plan that would be
15   improvements to the track and the turf or the
16   field?
17       MR. TUCKER: The -- the new field?  The
18   current field?
19       MR. COLLINS: The post-2014.
20       MR. TUCKER: Yeah.  So we reviewed and
21   approved the implementation of that field.  We
22   found it to be consistent with the master plan
23   that showed a field there.  So they were allowed
24   to replace that field with this new astroturf
25   field and track facility.

| Transcript of Proceedings, 7-11-19 | Page 127 |
|---|---|

1        MR. LEE: I would just add that as part
2    of that amendment, Edgewood sought the approval of
3    and obtained the approval of -- from the City of
4    the installation of a large scoreboard to keep
5    score during athletic contests.
6        MR. COLLINS: So let's break that -- you
7    had mentioned the field the City approved under
8    the master plan or is consistent with the master
9    plan's use?
10       MR. TUCKER: The field?
11       MR. COLLINS: Yes.
12       MR. TUCKER: There was a field there,
13   The field identified for physical education
14   classes and team practices before and after.  It's
15   just a much nicer field now.
16       MR. COLLINS: So I just want to clarify
17   the process.  It wasn't an independent process
18   outside the master plan; it was through the master
19   plan?
20       MR. TUCKER: No.  It was an independent
21   process outside of the master plan.  It was
22   basically just submitting plans to the City
23   engineering people, the stormwater.  Just the
24   types of things that you to go through in order to
25   disturb a certain amount of dirt.  You know, over

| Transcript of Proceedings, 7-11-19 | Page 128 |
|---|---|

1    4,000 square feet disturbed requires erosion
2    control, all of the construction-related processes
3    for implementing this feature.
4        MR. COLLINS: And was the track a
5    separate or the same process?
6        MR. TUCKER: I believe the track was all
7    part of that.
8        MR. COLLINS: I'm seeing head nodding
9    from Edgewood.  So that's --
10       MR. LEE: I just want to say again that
11   these were all reviewed and approved by the City.
12   Every change that was made out there was reviewed
13   and approved by the City.
14       MR. COLLINS: I'm not alleging it
15   wasn't.  I want to know the process that was used
16   from both sides' perspectives.
17       MR. LEE: Understood.
18       MR. COLLINS: What about the scoreboard
19   you discussed?  When was that, and what was the
20   process used to approve the scoreboard?
21       MR. LEE: So it was -- it was approved
22   as part of the 2015 amendment, and as Mr. Tucker
23   was describing, the City actually reviewed and
24   approved an additional electrical permit for the
25   operation of the scoreboard, and the scoreboard

| Transcript of Proceedings, 7-11-19 | Page 129 |
|---|---|

1   operates today.
2        MR. COLLINS: And what was the City's
3   perspective about the process for the scoreboard?
4        MR. TUCKER: I would assume there would
5   be an electrical permit submitted, but let's --
6   I'm not recalling -- there might have been -- I
7   know there was a scoreboard there before that --
8   and there is a newer score -- scoreboard there
9   today.  And so I -- I don't recall us taking any
10  position on it scoreboard for scoreboard.
11       MR. WAUTIER: Just a clarification.  So
12  as John and others have described, the
13  improvements, for lack of a better word, to change
14  turf and the truck, I want to be clear, those
15  improvements as Matt had indicated were located
16  where they always existed a track and a field, and
17  that's key if the track that you're going down is
18  whether or not Edgewood has an existing
19  nonconforming use.
20       Our argument is that we have a permitted
21  use by right.  If you disagree with that argument,
22  another argument is that since we've been doing it
23  for 90 years, we have a legal nonconforming use.
24  Under Wisconsin state law, a legal nonconforming
25  use expires if you expand your use, but "expand"

| Transcript of Proceedings, 7-11-19 | Page 130 |
|---|---|

1   is specific to location and size and boundaries.
2   State law and case law is very clear that simply
3   increasing the use or intensity of that use is not
4   an expansion of that use.
5        So in our situation, if one game was
6   played every 12 months, you could now play games
7   every day, and that is not an expansion of the
8   use.  We believe that we've used that field on a
9   consistent basis for many years.  There is
10  athletic contests every year, but there's almost
11  daily use of these facilities because they're
12  recreational facilities of a very large campus,
13  and people who have driven by there or have lived
14  there know that there's people out there every
15  day.  Whether it's somebody walking around the
16  track, a class that's sitting out there, a game
17  that's being played, that area has always been
18  used as these pictures show.  They're very worn,
19  run areas.
20       MS. JENKINS: This is actually a good
21  segue for a question that I've been waiting to
22  ask, which is, I -- I keep hearing the singular
23  reference to the field.  So for clarification
24  purposes, are we speaking of field number 1 or
25  field number 2 or both?

| Transcript of Proceedings, 7-11-19 | Page 131 |
|---|---|

1        MR. WAUTIER: I believe the violation
2   that was sent to was specific to field number 1.
3        MS. JENKINS: Okay.
4        MR. WAUTIER: It was for four soccer
5   games, one lacrosse game, and a middle school
6   track meet.
7        MS. JENKINS: So it was field number 1
8   that is in violation and not 2?
9        MR. LEE: Allegedly.
10       MR. WAUTIER: We received a violation
11  for field number 1, yes.
12       MS. JENKINS: So is field number 1 used
13  for competitive games currently or historically
14  speaking?
15       MR. LEE: Well, historically, it's been
16  used for powderpuff football as I described before
17  and also recreational Ultimate Frisbee. I don't
18  believe it's ever been used for competitive games
19  against other high schools, but sort of intramural
20  games are regularly played out on that field or,
21  you know, at least were in the '96 to 2014 period
22  we're talking about.
23       MS. JENKINS: So in following the
24  timeline that you had presented and also from
25  testimonies, it sounds that -- I mean, it sounds

| Transcript of Proceedings, 7-11-19 | Page 132 |
|---|---|

1   to me that there has been competitive sporting
2   events occurring at the field for quite some time;
3   however, I'm really curious that in terms of the
4   development of the master plan sort of what Allie
5   had alluded earlier in knowing that it's
6   competitive -- you know, the use of the fields for
7   competitive sports has been innate as part of the
8   culture for the school, why was it not, you know,
9   mentioned?  I mean, it just seems like it's such a
10  minor detail, but one that matters today, right,
11  because we talked about team practices, but you
12  don't talk about games.
13       MR. LEE: So first of all, I want to
14  congratulate you on your first question as a
15  member of the zoning board.
16       The description in the master plan is --
17  and as you can see right on here, we note that
18  field 1 is used as an athletic field for athletic
19  fields and recreational space.  Okay?  Then go to
20  the master plan, it repeats that.  It incorporates
21  that -- under Section 3.8, it incorporates that
22  specifically, and then as Nathan pointed out, it's
23  in the section on future proposed uses, and that's
24  where it lists practice and phy-ed -- expanded
25  practice and phy-ed.

Transcript of Proceedings, 7-11-19      Page 133

1      The -- the ordinance, subsection 5(c)
2 requires that as part of the master plan, as part
3 of the contents of the master plan, they include a
4 description of existing conditions on the campus
5 and the proposed conditions under the master plan.
6 The description of the existing conditions on the
7 campus was that field number 1 is used as an
8 athletic field and as a recreational space. Okay?
9      And then for the proposed conditions,
10 two of the examples listed are phy-ed and -- and
11 practice -- after school practice. Okay? The
12 description, we feel, of the field number 1 as an
13 athletic field is sufficient to encompass
14 athletics. Okay? The description of it as a
15 recreational space is sufficient to encompass
16 recreation, and we feel that the UW master plan
17 completely supports that because they describe
18 their uses for their sports complexes almost
19 identically to the way Edgewood described them.
20      **MS. JENKINS:** So really what I'm hearing
21 is -- what you're saying is that your
22 interpretation of the term being used for
23 athletics or physical education it's all
24 encompassing.
25      **MR. LEE:** I'm saying that it's -- I'm

Transcript of Proceedings, 7-11-19      Page 134

1 saying that it is an accurate description of the
2 existing conditions and the existing uses on the
3 property at the time the master plan was prepared
4 in 2014, and it's also an adequate description of
5 the proposed uses, the proposed new uses --
6 proposed additional uses.
7      **MS. JENKINS:** Okay. I guess what I'm
8 asking is: Do you still feel or believe that the
9 term "team practices" and "physical education
10 classes" defines competitive games or if they're
11 meant to be synonymous, I guess, is kind of what
12 I'm asking?
13      **MR. WAUTIER:** You make an excellent
14 point on the -- from the aspect of athletics.
15 We're saying that's specifically called out
16 because it's written in conjunction with the words
17 "athletic field," but your point is well-taken in
18 that anything else that happens out there, whether
19 it's a neighbor walking on the field, whether it's
20 you that wants to go and sit in the field and read
21 a book, whether it's a farmer's market being held;
22 none of that is allowed based on the City's
23 interpretation.
24      Clearly, this master plan was not
25 intended to permit any of that.

Transcript of Proceedings, 7-11-19      Page 135

1      **MR. STERETT:** And I would add that we
2 have to focus on the -- the only two institutions
3 that have gone through this process treated it the
4 same way. UW, with the McClain track, Nielsen
5 tennis stadium. The other conditions -- you can
6 even see in their Table 4.1, conditions --
7 existing conditions: Building use, athletics.
8 That's all it says. Again, we're talking about a
9 general use; athletics, athletics, athletics.
10 That's all they identified. That didn't identify
11 what specific games; varsity, JV. That wasn't the
12 level at which anybody was asked to identify the
13 activities.
14      **MS. JENKINS:** I think back to my
15 point -- I'd just like to follow up on that -- is
16 that in the main paragraph of Section 3.8, it does
17 create that dedicated green space -- green and
18 open spaces are for recreation. So in terms of
19 people walking around, by definition, would fit
20 under recreation. Would you not agree?
21      **MR. STERETT:** Sorry. We have one mic to
22 pass.
23      **MR. WAUTIER:** I'm looking at number 1,
24 and I just see it says athletic field owned by the
25 high school. Used for team practices.

Transcript of Proceedings, 7-11-19      Page 136

1      **MS. JENKINS:** It's the paragraph above
2 that, perhaps the last sentence. Maybe second to
3 the last sentence.
4      **MR. WAUTIER:** So the general one. "Open
5 space for recreation, stormwater management, and
6 providing a" -- and so your point is the things
7 that I described would all be classified as
8 recreation?
9      **MS. JENKINS:** Correct. So you used the
10 example of people walking.
11      **MR. WAUTIER:** Mm-hmm.
12      **MS. JENKINS:** I mean, for parks, that's
13 --
14      **MR. WAUTIER:** Yeah.
15      **MS. JENKINS:** Normally it's where people
16 walk.
17      **MR. WAUTIER:** Yes.
18      **MS. JENKINS:** And I did -- I meant to
19 say is that, you know, recreation is broadly used
20 in that sense, and that would cover all the
21 typical activities one would expect.
22      **MR. WAUTIER:** Including athletic
23 contests?
24      **MS. JENKINS:** I -- I think that's really
25 the question of technicality in terms of athletic

Case: 3:19-cv-00683  Document #: 1-18  Filed: 08/21/19  Page 37 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                    July 11, 2019

| Transcript of Proceedings, 7-11-19 | Page 137 |
| --- | --- |

1  contests because in section 1, you actually
2  specifically called out two specific activities
3  and -- and just left it as, right?  So my
4  follow-up question to the -- I mean, to the City
5  is that:  Would the current interpretation change
6  if, for instance, the master plan, the language
7  included in parens, e.g. as an example and lists
8  those two out and, therefore, competitive
9  activities would be conclusive?
10       **MR. TUCKER:**  Could you repeat that.
11  Sorry.
12       **MS. JENKINS:**  No, that's okay.  Just a
13  question about the language, right, because the
14  master plan currently called out two specific uses
15  of the -- of the field; one being for -- is that
16  team practices?  And then second being -- it'll
17  come to me -- physician education classes.  When
18  that sentence was slightly modified grammatically
19  in that they included in parentheses and -- with
20  the e.g. "Team practices, PE classes," would that
21  then -- would this issue be null, if that's the
22  case?  Like, a nonissue, so to speak?
23       **MR. STRANGE:**  I don't -- I don't think
24  so, if I'm understanding your question correctly.
25  I think -- I think what we're -- I think maybe the

| Transcript of Proceedings, 7-11-19 | Page 138 |
| --- | --- |

1  point we're -- we're getting beyond here is that
2  master plan identifies this area as an open space
3  and talks about what it's used for; practices and
4  classes.  The zoning administrator's
5  interpretation is that at some point, that is no
6  longer an open space, because when you take the
7  field like they have there and begin playing
8  intensification of uses like that, athletic
9  contests that bring people in that have a -- have
10  an impact on the neighborhood, then you're
11  effectively turning it into a stadium.  That is a
12  fundamental change of use that requires
13  Plan Commission approval.
14       And so the -- the fact that they've
15  identified it as an open space and not as one of
16  those other uses in the list, is -- I think it is
17  the basis of the zoning administrator's
18  interpretation.
19       Now, theoretically, I suppose that you
20  could have considered the installation of the
21  field as the intensification of the use, but there
22  was no indication to him anyway that the -- that
23  they were intensification of the actual games.  He
24  looked at it as a field for a field.  And it's
25  not -- it's not too dissimilar to the issuance of

| Transcript of Proceedings, 7-11-19 | Page 139 |
| --- | --- |

1  a building permit.  When somebody comes in to get
2  a building permit to renovate their kitchen, the
3  building inspection doesn't ask whether you're
4  going to install an IKEA kitchen or a $200,000
5  chef kitchen.  The -- the level of kitchen doesn't
6  -- doesn't matter.  It's the intensification of
7  the use here that turned it into something other
8  than open space.
9       **MS. JENKINS:**  So is the issue really the
10  fact that the field is classified as an open space
11  and not --
12       **MR. STRANGE:**  It's identified as an open
13  space used for physical education classes and team
14  practices, and we think that that's not what it's
15  being used for.
16       **MR. LEE:**  It's identified as an athletic
17  field and a recreation space with some
18  representatives or examples of activities.  I'm
19  just correcting the record.
20       **MR. STRANGE:**  The allowable uses -- the
21  master plan requires a listing of the allowable
22  uses, and the allowable --
23       **MR. LEE:**  We're off too.
24       **MR. STRANGE:**  Maybe that's a sign.
25       The -- the requirements for what you

| Transcript of Proceedings, 7-11-19 | Page 140 |
| --- | --- |

1  include in a master plan are -- you're supposed to
2  include land uses and buildings.  And this is
3  where you get those, and they did not include that
4  in their -- in their description of the master
5  plan.
6       **MS. JENKINS:**  So in -- so what you're
7  saying is it's not included in the specific
8  section where it should have been to --
9       **MR. STRANGE:**  It's not -- it's not in
10  the --
11       **MS. JENKINS:**  -- properly classify the
12  current use or the intended use of that field?
13       **MR. STRANGE:**  It's not in there at all,
14  is what I'm saying.  They identified as an open
15  space, not as a stadium or where -- where you
16  would expect contests to be played.
17       **MR. LEE:**  Can I speak to your question
18  on the definition of recreational or recreation?
19       **MS. JENKINS:**  Mm-hmm.
20       **MR. LEE:**  Okay.  I find it interesting
21  that recreational is potentially excluded from --
22  you know, athletic contests are potentially
23  excluded from the definition of recreation
24  considering that -- in Edgewood's master plan
25  considering that in University of Wisconsin's

Zoning Board of Appeals Hearing vs.                                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

Transcript of Proceedings, 7-11-19                               Page 141

1     master plan, a natatorium, where we all know is a
2     place that the University of Wisconsin holds
3     competitive swim meets all the time.  It holds the
4     WIAA swim meet every year.  Every year it's at the
5     natatorium.  That's described in UW's master plan
6     as a recreational facility to be used for rec
7     sports.  Matt Tucker is never going to issue a
8     notice of violation on UW for holding competitive
9     sports at the natatorium.  Okay?
10          The Goodman softball complex is listed
11    as the Goodman softball practice facility.  They
12    play competitive games there all the time.  They
13    played the WIAA state tournament there two weeks
14    ago, as Nathan pointed out.  The zoning
15    administrator is never going to issue a violation
16    to the University of Wisconsin for playing
17    competitive games at the softball practice
18    facility.
19          The Near West fields and the Near East
20    fields on the UW-Madison's campus are used for
21    competitive games all the time.  Their description
22    in the UW master plan are, in the Near West
23    field's case, recreation fields.  In the Near East
24    field's case, recreation.
25          The zoning administrator is never going

Transcript of Proceedings, 7-11-19                               Page 142

1     to issue a notice of the violation against the
2     University of Wisconsin for playing competitive
3     games on the Near West fields or the Near East
4     field.
5          MR. COLLINS:  Isn't this essentially a
6     diversion that -- it's sort of saying, "I got a
7     speeding ticket, but I shouldn't have to pay it
8     because somebody was speeding next to me"?  I
9     mean, let's get back back to the core issue, which
10    is you have a master plan, and let's focus on
11    that.  I think the examples are certainly
12    providing illustrations, but we don't necessarily
13    need a laundry list of them.  You had the
14    opportunity to put recreational sports; you had
15    the opportunity to put competitive sports.  In
16    fact, you submitted your plan a week before UW.
17          So let's just go back to the really
18    basic question.  If you're playing games there
19    in 2014, and you're looking to upgrade the
20    fields -- in fact, you get a grant or you applied
21    for a grant in 2014, were you intending to use
22    that for phy-ed and for practice, or were you
23    intending to use it for competitive sporting
24    events?  And if it was on your mind, why not just
25    include that in the master plan since the power

Transcript of Proceedings, 7-11-19                               Page 143

1     was completely in your hands?
2          MR. WAUTIER:  This is a 200- and -- I
3     think I referenced -- -24 page document.  Again,
4     the language that we're looking at to indicate
5     that Edgewood intentionally tried to limit or
6     restrict and eliminate a 90-year history is not in
7     the first section that talks about existing uses
8     or existing conditions.  It's in (3), which is
9     proposed conditions, subsection open spaces, and
10    then it is a two-part, one-sentence description in
11    conjunction with a diagram, and as has been
12    pointed out, a sentence fragment that doesn't have
13    any limiting language or say "only" or anything
14    else is being pointed to as an intentional and
15    voluntary forfeiture by Edgewood for ten years.
16          Clearly, that's not what that was meant
17    to do, but I'm still in disbelief that it's being
18    pointed to as controlling existing uses.  It's in
19    the proposed conditions section.
20          MS. BERENYI:  I guess -- I -- I guess
21    what gives me pause is that it was intentionally
22    left out so as to make the process of approval go
23    more smoothly because the neighborhood is not
24    100 percent behind the improvements to the stadium
25    or the making of the stadium, and so to sort of

Transcript of Proceedings, 7-11-19                               Page 144

1     downplay that so far as to, in fact, take it off
2     of the table makes that master plan go through the
3     process a little more smoothly.
4          And that's where I'm getting a little
5     bit hung up here, is it's such an obvious use.
6     It's been used like that for 90 years.  Why
7     wouldn't you include it?  Why not just say it?
8     Because -- why not?
9          MS. KLEHR:  I agree to that end.
10    Sometimes we're really parsing this out in code
11    and becoming very specific about words, and the
12    zoning code is more complex than your master plan,
13    yet on the master plan, "Well, the phrase didn't
14    get included" or "It's a 220-page document, and we
15    didn't say 'competitive field,' but clearly we
16    meant it."
17          The City's being held to their zoning
18    code that they have to be perfect with their
19    wording.  I'd like to ask why you submitted a
20    master plan?  What was the benefit to Edgewood
21    except to maybe have some use that your inner
22    residential neighborhood and all the places that
23    you've been naming like UW, they're not across the
24    street from houses.  Those are very different
25    situations.

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 39 of 99
Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                       July 11, 2019

Transcript of Proceedings, 7-11-19                    Page 145

1    **MR. LEE:** Yes, they are.
2    **MS. KLEHR:** Well, some of them are, but
3    the softball field is down --
4    **MR. LEE:** The softball field is right
5    next to Shorewood.
6    **MS. KLEHR:** Not right across the street
7    from houses like that, but we're not getting into
8    that right now. There are times --
9    **MR. COLLINS:** This is an open hearing,
10   and we certainly welcome the public to be here;
11   however, if the public is going to make comments
12   and audibles that are distracting to Edgewood to
13   answer their questions or to the City -- we will
14   certainly maintain and keep this an open meeting,
15   but we will have to take steps. So, please, keep
16   your comments and wait for the public comment
17   period.
18   **MS. KLEHR:** Okay. I want to clarify
19   that. Part of having this district is because it
20   was difficult to get permits in a residential
21   zone.
22   **AUDIENCE MEMBER:** We can't hear.
23   **MR. STRANGE:** We're all out.
24   (Discussion held off the record.)
25   **MS. KLEHR:** Okay. Can I speak loudly?

Transcript of Proceedings, 7-11-19                    Page 146

1    **MR. LEE:** It's fine with me.
2    **MS. KLEHR:** All right. Was one of
3    the -- I'm not sure on your purpose of submitting
4    the master plan. Was one of them being that
5    you're in a district and this helps deal with the
6    fact that you're in a residential area where you
7    were having trouble getting approvals before? So
8    now this new district is actually beneficial to
9    help you work on what you'd like to do with the
10   campus, but you're still -- it doesn't mean you're
11   not in a residential district anymore.
12   So was the master plan submitted out of
13   the goodness of your heart? Was it to deal with
14   the fact that you're in a residential district and
15   you get pushback? What was the real purpose or
16   advantage to you to submit a master plan?
17   **MR. LEE:** Edgewood submitted a master
18   plan because it -- Edgewood submitted a master
19   plan because I wanted to be involved -- it
20   wanted -- it believed in the process that the
21   C-I District ordinance set up. It is what the
22   City Council -- the Common Council encouraged.
23   Okay? It's what the text of the ordinance
24   encourages, and Edgewood was -- because it had a
25   complicated history with the neighborhood, it

Transcript of Proceedings, 7-11-19                    Page 147

1    favored openness, transparency, and public
2    disclosure of its intentions. Okay?
3    So that's why it prepared a 224-page
4    document that said, "This is everything we're
5    planning on doing to develop our property, to
6    change the face of our property over the course of
7    the next ten years." Okay? And when we listed
8    the field as an athletic field, that was nothing
9    new. Okay? What was new were some of the
10   structures we proposed. Okay? We had to do an
11   amendment because we wanted to make the parking
12   lot bigger. Okay? We had to go through an
13   amendment process for that.
14   **MS. KLEHR:** How did you ask for the
15   scoreboard then? What was the purpose behind a
16   new scoreboard? How did you word that when you
17   asked for that?
18   **MR. LEE:** So --
19   **MS. KLEHR:** Was it for practices or
20   recreational use or -- I mean, I'm trying to
21   understand if you ever presented to the City that
22   this was -- you were going to have competitions.
23   Now, whether you should or shouldn't, that's not
24   the question here. Did you ever give the City a
25   chance to respond that, "We're going to have

Transcript of Proceedings, 7-11-19                    Page 148

1    competitions here"?
2    **MR. LEE:** I mean --
3    **MS. KLEHR:** -- "and that's why we want a
4    scoreboard, and that's why we have this field."
5    **MR. LEE:** The fact that Edgewood played
6    games on its field and intended to play games on
7    its field was never a secret. We had been playing
8    openly for 90 years, and during the entire master
9    plan process, we were playing openly on the field.
10   I don't -- I can't imagine what there would be a
11   need for a new scoreboard if all you're doing
12   is practicing and doing a phy-ed class.
13   So can I point to a specific document
14   that says, "We want a new scoreboard so that we
15   can keep score during our football, soccer, and
16   other com -- you know, competitions"? I can't
17   point you to that document.
18   **MS KLEHR:** Okay.
19   **MR. LEE:** But it absolutely was not a
20   secret that Edgewood had been playing games on its
21   field, was then playing games on this field, and
22   would continue playing games on this field. In
23   fact, from the original time that the original
24   master plan enacted through the 2015 amendment
25   through March of 2019, Edgewood had been, again,

Transcript of Proceedings, 7-11-19                                Page 149

1    quite openly playing games, we didn't get a notice
2    violation until March of 2019.
3        **MR. STERETT:** And I just want to tie
4    into that because this is a critical point, and it
5    brings in the Religious Land Use Act, which we
6    haven't talked about much.  And one of the ways in
7    which a substantial burden on your activity can be
8    incurred is if the City had a blind -- blindness
9    to the existing facts.  I think it's risible to
10   say that the City is unaware of Edgewood's history
11   of using it as an athletic field.  We identified
12   it as an athletic field.  It's been there for a
13   hundred years.
14       You can see it at the farmer's market.
15   You can see it.  It's brand new.  It's got the
16   scoreboard, and -- and this type of -- treating
17   the athletic field and saying it can't be used as
18   an athletic contest or not knowing that Edgewood
19   has had it, that's the type of thing that brings
20   into play this Religious Land Use Act.  You cannot
21   treat a religious institution differently than a
22   nonreligious institution.
23       It's equal terms that must be applied,
24   and that's -- I just wanted to make that point,
25   and just on that point, this is not anything

Transcript of Proceedings, 7-11-19                                Page 150

1    exceptional.  This is -- it's an equal treatment
2    question.  We're not asking for preferential
3    treatment, as was alluded to earlier.  So --
4        **MR. OSTLIND:** I've got a couple of
5    questions for the City.  In -- in talking about
6    the upgrades that were made to the athletic field,
7    the new turf and the surface for the track and
8    replacement of the existing scoreboard, those were
9    treated as maintenance and repairs when they were
10   brought to the City?  Is that a reasonable
11   consideration?  It wasn't seen as changing what
12   they had; it was --
13       **MR. TUCKER:** That's correct.
14   "Maintenance" is a hard term to use when you
15   completely lift up the dirt and sod and whatever
16   the track was and put down there what they put
17   down, but it was an in-kind replacement, is how we
18   looked at it.  When they asked us -- when they
19   approached us about wanting to do that, we said --
20   we opened the master plan and said, "Oh, yes,
21   there's this open space, and there's a field.
22   Sure, you can replace that."
23       **MR. OSTLIND:** And that's fairly typical
24   of -- throughout much of zoning that if -- if you
25   want to change the shingles on your roof, unless

Transcript of Proceedings, 7-11-19                                Page 151

1    you're in a historic district, that's a simple --
2    you're not changing the structure.  You can do the
3    maintenance.  You may need a building permit for
4    it, but zoning looks at it as a simple
5    replacement, and that's the type of analysis that
6    was taking place at that point?
7        **MR. TUCKER:** Yeah.  Maybe a better
8    analogy would be repaving your driveway.  Say you
9    had a gravel driveway and you wanted to put
10   concrete in.  It was improving the surface, but it
11   was a driveway before, and it's a driveway after.
12       **MR. OSTLIND:** And then earlier, the
13   Edgewood representatives referred to the Special
14   Districts section of the zoning code and were
15   suggesting that -- if I remember that correctly,
16   that that's what makes the uses available by right
17   as opposed to simply looking at the
18   Campus-Institutional District language that we
19   should be looking at something beyond that in our
20   review of this.  So they were referring to the
21   special district section?
22       **MR. STRANGE:** I would dis --
23       **MR. OSTLIND:** Do you remember?
24       **MR. STRANGE:** I remember.  It's been a
25   while now.  I would disagree with that.  It -- it

Transcript of Proceedings, 7-11-19                                Page 152

1    talks about what's permitted in the special
2    districts except for the Campus-Institutional,
3    which says that those are listed in the
4    Campus-Institutional District ordinance.
5        The other thing it talked about was the
6    planned development and how the language in the
7    planned development ordinance is different than
8    the language in the C-I District ordinance.  Well,
9    I would submit that there's a good reason for
10   that, which is we -- in the planned development,
11   we don't know what kind of uses are going to be in
12   there either as permitted or conditional because
13   there is no prediction.
14       The whole purpose of a planned
15   development is when you have a proposal that
16   doesn't fit in any district.  And so it would make
17   sense to include specific language saying that in
18   that zoning test, you need to specifically state
19   what the permitted conditional uses are.  The
20   difference with the C-I District -- the difference
21   with the C-I District ordinance is that they knew
22   what those -- what those uses were going to be.
23   They were the kinds of uses that are -- are found
24   on a major medical or educational institution.
25   And so -- and so they listed them there, and there

Case: 3:19-cv-00683  Document #: 1-18  Filed: 08/21/19  Page 41 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

Transcript of Proceedings, 7-11-19                                    Page 153

1    was no need to further define them.  They felt
2    like they had further -- they had specifically
3    defined them far enough.
4         So I don't think -- I don't disagree
5    with the -- the analysis used to get to where they
6    want to go there.  And in terms of their argument
7    about the proposed use, I mean, again, coming back
8    to Section 10, no alteration of approved campus
9    master plan including changes of a proposed use of
10   an identified open space area.  It says right
11   there, "includes proposed use," and that's where
12   it is in the master plan.  The proposed use in
13   open space, open space used for practice and
14   classes.  It doesn't identify it as anything else,
15   and so that -- the description of how they want to
16   use it now, including the land contest, is a
17   fundamental change to that use that requires
18   Plan Commission approval.
19        MR. LEE:  Can I -- can I interject on
20   that?  I mean, I think you just heard a concession
21   from the City.  The Plan Development District
22   ordinance requires -- and I'm quoting in
23   Section 28.098(4)(a) -- "Planned Development
24   Districts shall identify the following
25   information:  All proposed land uses."

Transcript of Proceedings, 7-11-19                                    Page 154

1         There is no language in the C-I District
2    zoning ordinances that even approaches that.  It
3    just says that you have to include a description
4    of existing conditions.  It doesn't say, "all
5    proposed land uses."  It doesn't say, "List the
6    private quarterback camp."  It doesn't say, you
7    know, "List the -- the parochial school track meet
8    and parochial school football -- flag football
9    competitions."  It doesn't -- it doesn't say
10   "all."  It just says a description.
11        So I'm going to get back to a point that
12   I've made few times, and you're going to get tired
13   of hearing it, but we described the field as an
14   athletic field and a recreational space.  All
15   you've got to do to agree with us is -- is agree
16   that identifying the athletic field as a field for
17   athletics or a space -- as a space for
18   recreational encompasses competitive games.  And
19   the reason I'm making the comparison to UW-Madison
20   is because I think it's good enough for
21   UW-Madison.
22        Edgewood agrees with and endorses UW's
23   ability to use the nat, the Goodman's softball
24   complex, the Shell, the Kohl Center, the
25   University Bay Fields, any of it for competitive

Transcript of Proceedings, 7-11-19                                    Page 155

1    games; and all we're saying is we want to be
2    treated the same way because we described our
3    athletic field the same way in our master plan as
4    UW described their athletic facilities in their
5    master plan.
6         MR. COLLINS:  I understand today your
7    position.  I understand today your position is you
8    don't need to amend the master plan.  So explain
9    to me why you took steps to amend the master plan
10   to permit daytime and nighttime athletic games.
11   If today you're saying it wasn't needed, clearly
12   Edgewood either had a different objective purpose
13   or, maybe, even understanding of the code at the
14   time it pursued and attempted to amend the master
15   plan for daytime and nighttime games.
16        MR. WAUTIER:  I -- thank you for asking
17   that question.  So I guess what I got here was
18   sometime last year Edgewood proposed building
19   what's been called "the stadium."  That stadium
20   involved the building of a structure.  That
21   structure was not identified in the master plan.
22   By definition in the ordinance, it would require
23   an amendment to your master plan, and if you don't
24   have a master plan, you go through a conditional
25   use process.

Transcript of Proceedings, 7-11-19                                    Page 156

1         That was the application that was put
2    in.  During that process, there was concern
3    expressed from some neighbors in regards to the
4    stadium.  There was a neighborhood meeting held.
5    The zoning administrator attended that meeting.
6    Coming out of that meeting was an e-mail that
7    indicated, "Hey, I did not realize that you were
8    doing things on that field that were beyond gym
9    class and physical education.  So you need to
10   amend your application to include specific uses
11   that are going to be on that field, and those
12   specific uses can then be adopted in that master
13   plan amendment process.  Remember, it's expiring
14   in four years, so those go out the window again.
15        That's how those uses and limitations
16   came about.  We never went to the Plan Commission.
17   Once we looked at that and made the determination
18   that these master plans shouldn't have uses,
19   because they weren't included when the original
20   master plan was adopted or other master plans and
21   they weren't included when the parking lot was
22   included -- farmer's market's not listed as a use.
23   There's no exclusions, but now they're being
24   included?  We said, "No, that's not right.  We're
25   pulling out of that process," and that's when we

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 42 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                July 11, 2019

| Transcript of Proceedings, 7-11-19 | Page 157 |
| --- | --- |

1  stopped that application.
2        We're no longer asking for a structure.
3  We're no longer -- all we are asking right now is
4  that our existing uses be allowed like they have
5  been allowed prior to the zoning violation that
6  came out in the spring.  Prior to last November,
7  Edgewood had no idea that the City's
8  interpretation of the master plan limited their
9  field use to exclude athletic contests, and why
10  would they?  Because they've all been using it,
11  and the article that was linked by
12  Attorney Strange has one quote in it talking about
13  the primary use is for team practices, physical
14  education classes.  There is at least four other
15  quotes in that article talking about contests,
16  expansion of contests, more games, and community
17  use on the field.
18        It's -- it's an article.  So to call it
19  an official public statement is pushing the
20  boundaries, but to cherry pick the one quote that
21  references team practices and gym classes and not
22  four quotes that talk about other uses is unfair.
23        **MR. STERETT:**  And he has the exact
24  quotes.
25        **MR. WAUTIER:**  Do you want me to read the

| Transcript of Proceedings, 7-11-19 | Page 158 |
| --- | --- |

1  exact quotes?  So this is an article referenced in
2  the City's response to our appeal.
3        "The executive director of Goodman
4  Foundation is proud to step in as Edgewood's key
5  partner in the project."
6        "This is a game-changer for Edgewood and
7  the Madison community," this is from president
8  Michael Elliott, who had made the other quote.
9  "Our students will benefit greatly, with the best
10  possible conditions to train and compete on."
11        The quote I started reading is, "This
12  complex will continue their legacy by being a
13  community-wide venue that will serve all of
14  Madison, from children to seniors, through games,
15  camps, and other activities."
16        Mr. ZWETTLER admitted that, "The central
17  artificial turf area's full length will hold
18  competition fields for football, soccer, lacrosse
19  and softball."
20        And the last -- not quote but in the
21  article to conclude said, "The track area will
22  allow high school, college, and area youth
23  athletes to benefit from the engineered running
24  surface.  In the past, Edgewood has provided its
25  track-and-field facility to area parochial schools

| Transcript of Proceedings, 7-11-19 | Page 159 |
| --- | --- |

1  for practices and an annual meet."  I think that's
2  the gist of it.
3        **MS. BERENYI:**  So what's the date of that
4  article?
5        **MR. WAUTIER:**  Oh, that was 2015.  So
6  that was the article referenced -- it was
7  June 15th, 2015.  So that would have been a
8  year-ish after adoption of the master plan, a year
9  and a half after it was zoned
10  campus-institutional.
11        **MR. OSTLIND:**  Chair, it appears that the
12  board doesn't have any more questions for the --
13        **MR. COLLINS:**  I have one more.  I have
14  one more set of questions --
15        **MR. OSTLIND:**  Okay.
16        **MR. COLLINS:**  -- for the City.  I don't
17  know if we want to --
18        **MR. STRANGE:**  Matt is checking to make
19  sure the facilities person is not going to try to
20  close the room at 10:00.  So --
21        **MR. OSTLIND:**  I was going to propose
22  that when we finish questions for these two
23  parties that we take a 10-minute recess.
24        **MR. COLLINS:**  That will be fine.
25        **MR. OSTLIND:**  We may have to vote on

| Transcript of Proceedings, 7-11-19 | Page 160 |
| --- | --- |

1  that, but that --
2        **MR. COLLINS:**  So I wanted to ask the
3  zoning administrator or his representative:  There
4  was one point made by Edgewood.  I do want to
5  change the facts a little bit just to -- to
6  understand the City's position if the facts are
7  slightly different.  All right.  Right on cue.
8        So the purpose of the master plan as I
9  see it in the code -- so there's many purposes.
10  So I'm going to simplify it just for the purposes
11  of the question and not get into each dimension of
12  it, but it's to sort of provide this mutual
13  benefit.  It sort of allows the institution to
14  maybe create a package deal of development for the
15  next ten years, and that provides a sort of
16  truncated process because they're not going
17  through, you know, approval after approval after
18  approval; and it provides benefit to the
19  neighborhood to be able to see the long-term plan.
20        Let's say that Edgewood doesn't intend
21  to change or intensify its use of the field -- or
22  it doesn't have to be Edgewood.  It could be any
23  institution.  So let's say they're completely
24  focused on a different part of the campus.
25  They're going to be tearing down two or three

Transcript of Proceedings, 7-11-19                    Page 161

1   buildings, putting up four or five others, and so
2   they want to use this master plan process to lay
3   out to the City really the whole scope of this
4   master redevelopment in a different corner of the
5   property. I think it might be reasonable and
6   people would understand under those circumstances
7   they wouldn't really be focused on other parts.
8        So let's say that Edgewood had that
9   intent. They were going to tear down some
10  buildings, build some others, and there was no
11  intent to change the use or the intensification of
12  use of the stadium so that -- or the field.
13  Sorry. They just put in a few comments about
14  existing, and they, let's say, used the same
15  language they did here, "practice" and "phy-ed
16  classes." Would the City have issued notices if
17  they're continuing to just use the space as they
18  always have, meaning the 8th grade track, the JV
19  game; or would they have required them to amend
20  the master plan?
21       **MR. STRANGE:** The -- if the City was
22  under the impression that -- I mean, the master
23  plan -- with the master plan as it's written with
24  practices and class?
25       **MR. COLLINS:** Or let's say it was left

Transcript of Proceedings, 7-11-19                    Page 162

1   out. Let's say the field wasn't even mentioned,
2   if that makes this hypothetical --
3        **MR. TUCKER:** That never would have
4   happened, because when the -- when the idea behind
5   Campus-Institution plans was generated, the idea
6   behind this was you have to take your entire
7   holdings. So -- so if some of the other schools
8   are -- they actually have properties that are
9   separated by roads. UW is a good example.
10  There's many roads that chop that area. The
11  master plan covers all the lots that are -- that
12  are holdings across the roads. No master plan is
13  going to be approved that doesn't show the
14  entirety of the site, doesn't have development
15  or -- or identifications, restrictions, whatever
16  you want to call it, on every portion of the site
17  because it would be incomplete if that was the
18  case. The intent was to have a complete plan of
19  your site with all uses and buildings, if you
20  will, understood and known. So there are no
21  surprises.
22       **MR. COLLINS:** So let's go back to the
23  scenario then that the focus then is this other
24  area. So they're putting in the overhead map.
25  They put in the field. They put in a general

Transcript of Proceedings, 7-11-19                    Page 163

1   statement about its use. They identified -- if
2   there was no -- and to use the City's words,
3   intensification of use -- it's just using it as it
4   always has, but maybe they were careless or maybe
5   there was an oversight as to this area of the
6   project because they were focused on this area.
7   Would the City require amendment or issue notices
8   if all they're really continuing to do in that
9   portion is use it as they always have?
10       **MR. STRANGE:** I'm not quite sure I can
11  fully understand the hypothetical. I mean, I --
12  the -- the master plan that we have has this area
13  identified as an open space that's used for
14  practice and classes, and that's what we would
15  expect them to describe and to include in the
16  master plan, because that's what's required in the
17  section requiring the contents of the master plan,
18  that they describe the uses for the proposed open
19  space. And so regardless of whether they were
20  more focused on one area of the campus or another,
21  they still have an obligation as part of the
22  master plan process to describe the entire campus.
23       In that description, if something -- if
24  an action takes -- if something happens that's
25  contrary to what's described in there, then the --

Transcript of Proceedings, 7-11-19                    Page 164

1   and it -- and it constitutes the change -- change
2   of that area from an open space to a different
3   use, then Section 10 kicks in, and in here that --
4   that's what's going on. So if they had described
5   it as practices and classes, and all they were
6   doing is practices and classes, then of course
7   there wouldn't have been a notice of violation
8   sent.
9        But starting in '96, in the master plan
10  approved, it identified that as practice fields,
11  and 2014, it identified it as the same way. And
12  so from the City's perspective, the two things
13  that it had on file that had been adopted
14  regarding that particular area described it as
15  practice grounds.
16       **MR. COLLINS:** Yeah, I was trying to
17  create a hypothetical. You're going back to the
18  facts, which is a nice place to be. But what I'm
19  trying to understand is: There is a point
20  Edgewood makes, which is that at some point, a
21  master plan would get to be absurd, 10,000 pages.
22  So if I put in practice and I put in that's going
23  to be used for phy-ed, but now we have intramural
24  lacrosse, do I have to go back and amend the
25  master plan because intramural's not competition

Transcript of Proceedings, 7-11-19                                    Page 165

1    but it's not phy-ed; it's not practice?
2         So at what point do we sort of reach the
3    absurd that the master plans would have to have
4    every detail, especially if the focus might be on,
5    in the scenario, you know, really getting into the
6    weeds to notify the neighborhood of the buildings,
7    the construction?
8         MR. STRANGE: All right. So this comes
9    into play all the time with the zoning code. And
10   Matt, you can jump in if you want, but when we
11   have -- use is defined in the districts, whether
12   it be in the tables or anyplace else. They list
13   it. So -- so, for example, one of the uses listed
14   in campus-institutional is stadiums. We would
15   expect there to be contests in stadiums because
16   that's what stadiums are generally used for. And
17   so we would not expect the master plans to list
18   all the various kinds of contests that are in
19   there.
20        The difference here is that this is an
21   open space, and they specifically put in there
22   what it's used for just like the Oaks, just like
23   open space 3, and it's used for -- I think they
24   described it as a place they do snow removal. If
25   they wanted to turn that into a cornfield, we

Transcript of Proceedings, 7-11-19                                    Page 166

1    would think they would do a master plan to do
2    that.
3         So I don't think the argument that a
4    master plan would require the inclusion of -- of a
5    thousand specific uses flies because you would
6    have -- you would identify the uses as, for
7    example, lodging facility; fraternity or sorority.
8    You would expect us to include the kinds of things
9    that go on in those uses. That didn't happen
10   here. They didn't describe as a stadium or -- so
11   that -- we wouldn't get to that 10,000-page master
12   plan.
13        MR. COLLINS: So if we go to the
14   official notices the City issued -- so on
15   April 1st, it's a general statement about
16   discontinuing -- let me read it, discontinue
17   holding athletic contests on the athletic field.
18   May 15th gets into more detail that identifies
19   March 27th, March 29th, April 2nd, April 16th,
20   April 23rd, April 30th, and May 7th. They've been
21   provide -- stated kind of generally by Edgewood
22   as, I believe, soccer and lacrosse.
23        MR. WAUTIER: I think and one track
24   meet.
25        MR. COLLINS: And one track meet. Does

Transcript of Proceedings, 7-11-19                                    Page 167

1    the City agree that those were the events?
2         MR. TUCKER: Yes.
3         MR. COLLINS: Were those general events
4    the same sort of events that Edgewood was holding
5    in 2014 at the time it entered its master plan
6    either from the City's knowledge or from Edgewood?
7         MR. TUCKER: We don't know.
8         MR. COLLINS: Well, the -- but the City
9    identified an intensification of use. So I want
10   to kind of distinguish --
11        MR. STRANGE: That was that term
12   "practices" and "classes" to contests.
13        MR. COLLINS: So it wasn't the quantity;
14   it was --
15        MR. STRANGE: No. I mean, again what
16   the City has had before was the '96 master plan
17   and the 2014 master plan, is that it was an open
18   space with an athletic field used for practices
19   and classes. And I think one of the arguments
20   made in Edgewood's brief is that -- and I think
21   this is why they're focusing on historical use --
22   how could you not identify this? Well, there are
23   thousands of properties in the City of Madison,
24   and the zoning administrator is not required to
25   know what's going on on every single property all

Transcript of Proceedings, 7-11-19                                    Page 168

1    the time. What the zoning administrator does is
2    look at what -- what he or she knows -- what the
3    City knows and regulates on the basis of that.
4         So that's the information that the City
5    had at the time starting -- that's what the
6    Plan Commission adopted in '96 and again in 2014
7    with the new master plan. So signing this sort
8    of, "Well, you should have known about it," or
9    "How could you not have known about it," I don't
10   think, is consistent with the requirements under
11   the law that the property owner is required to
12   establish the legalized use of the property. If I
13   have a hive of bees in my yard and the zoning code
14   says I'm not allowed to have bees, just because I
15   have them for 20 years doesn't mean the zoning
16   administrator can't come in and tell me to take
17   them out.
18        MR. TUCKER: But I can't, because bees
19   are legal.
20        MR. STRANGE: Bees are legal in Madison.
21   So don't -- don't take it wrong. But unlike other
22   land use law, there is no theory of adverse
23   possession because -- or -- or you get it because
24   you've had it for so long and they haven't
25   enforced. It's the information that the zoning

Transcript of Proceedings, 7-11-19                    Page 169

1  administrator had at the time.
2       MR. LEE: Can I have brief -- just a
3  brief response? Because I think it goes to your
4  hypothetical. I don't know why an entity --
5  Edgewood, La Follette, UW, Madison College, any of
6  them -- I don't know why any of them would go
7  through the master plan process if all they were
8  interested in doing is preserving their existing
9  uses. There's just no reason to go through a
10 master plan for that.
11      You go through a master plan to
12 streamline your development plans. Okay? You
13 asked about the benefits. That's -- that's an
14 undoubted benefit, and it's a benefit to both
15 the -- the property owner and the neighborhood
16 because you're doing it in a very open and
17 transparent way. There's a ton of dialogue among
18 the neighborhood, among the neighborhoods of
19 Edgewood during that process when the master plan
20 was being prepared, and some stuff that Edgewood
21 wanted to do was left out, and some stuff that
22 Edgewood wanted to do, the neighbors said, "Okay.
23 That sounds pretty good." So they went through
24 it, a very transparent process, and now you know
25 for the next ten years, this is what -- this is

Transcript of Proceedings, 7-11-19                    Page 170

1  what -- this is how the property is going to
2  change.
3       If you're not changing your existing
4  uses, there was no reason to go into detail about
5  those existing using uses other than to just --
6  other than to do the description that, you know,
7  is -- is what's required under (5). An example in
8  the Edgewood master plan -- and I'm getting away
9  from the hypothetical and going back to the facts
10 at hand -- Edgewood described the uses for its
11 library. Okay? Edgewood is still allowing
12 students to study in the library. They still have
13 meetings in the library. They have their board
14 meetings in the library, but there wasn't any
15 plans to, you know, rip out the walls and windows
16 of the library and turn it into, like, a concert
17 stadium or something like that.
18      And similar to it would be the field.
19 You know, it was an open space before; it's an
20 open space now. It's -- when there was an
21 opportunity and a desire to turn it into a
22 stadium, they went to an amendment to the master
23 plan. They withdrew that amendment, and now all
24 we're talking about is the continued use, the
25 90-year use of this particular open space as an

Transcript of Proceedings, 7-11-19                    Page 171

1  athletic field and a recreational space, and
2  that's all.
3       So there's no proposed change. There's
4  no proposed changes to the use. What the City is
5  complaining about is an inexhaustive list of
6  activities in the master plan, and to the point
7  we've made before, at some point it becomes absurd
8  to have to list every single activity you're going
9  to engage in on something that was an open space
10 for 90 years and will continue to be an open space
11 for the next 90 years.
12      I mean, I should also point out that
13 there was no such -- there was no intensification
14 standards in the zoning code. Okay? And the
15 intensification isn't necessarily a subjective
16 thing. You could have a thousand practices in a
17 year. You're going to beat that field up. Or you
18 could have 20 practices and 20 games. What's the
19 more intense use, the thousand practices or the 20
20 practices and 20 games? That's not a standard
21 that this board even needs to consider because
22 it's nowhere in the zoning code, and it's
23 impossible to quantify. And I'm losing my voice.
24 I'm sorry.
25      MR. COLLINS: Are there any further

Transcript of Proceedings, 7-11-19                    Page 172

1  questions from the board?
2       Hearing none, we would move to the next
3  step, but there was a suggestion for a recess. We
4  would have to take a vote on that if there is a
5  motion.
6       MR. OSTLIND: I move that we take a
7  10-minute recess --
8       MR. COLLINS: There's a motion --
9       MR. OSTLIND: -- and a very prompt
10 return after ten minutes.
11      MR. COLLINS: There is a motion. Is
12 there a second?
13      MS. KLEHR: Second.
14      MR. COLLINS: There's been a motion and
15 a second. Any further discussion? All those in
16 favor, say, "Aye."
17      BOARD MEMBERS: Aye.
18      MR. COLLINS: Any opposed? That passes
19 4 to 0. As Chair, I'm abstaining as I have from
20 all previous votes. The one thing I would remind
21 board members is this is an open meeting. We do
22 not want a walking quorum or any potential even
23 appearance of such. So board members do not
24 discuss this case with anyone. Do not discuss it
25 with each other.

Transcript of Proceedings, 7-11-19     Page 173

1     (Recess taken.)
2     **MR. COLLINS:** If everyone would like to
3 take their seats. The ten minutes have lapsed.
4 Ten minutes having lapsed, we are back, and we are
5 now moving to the public comments and comments of
6 interested people. If we could just have a moment
7 as we organize.
8     **MS. KELSO:** Okay. We're back. Yeah.
9     **MR. COLLINS:** Do you want to call the
10 first person?
11     **MS. KELSO:** Sure.
12     **MR. COLLINS:** And why don't we actually
13 call them in groups of five so we can spare the
14 sort of transitioning of walking forward and back.
15     **MS. KELSO:** And do we have the
16 microphone?
17     **MR. COLLINS:** We have at least a
18 handheld microphone that seems to not be cutting
19 out. Let's use the handheld. I don't think the
20 handheld has cut out. So let's use the handheld.
21 Or maybe we can do -- we have three chairs. Let's
22 go with three at a time sort of to spare us sort
23 of from the transition of walking up and back.
24     **MS. KELSO:** Okay. I call to the floor
25 Marie Trest, Rachel Fields, and Shawn Schey.

Transcript of Proceedings, 7-11-19     Page 174

1     **MS. FIELDS:** Hello. I'm Rachel Fields.
2 I'm the president of the Dudgeon-Monroe
3 Neighborhood Association, and I'm here to
4 represent DMNA.
5     **MR. COLLINS:** Before you get too far,
6 people will have three minutes.
7     **MS. FIELDS:** Oh, that's fine. I won't
8 take three minutes.
9     The Dudgeon-Monroe Neighborhood
10 Association supported the 2014 campus master plan
11 when it was proposed to the Plan Commission, but
12 it is all but certain that such support would not
13 have occurred had the campus master plan described
14 usage of Edgewood High School's athletic field in
15 a way that was objectionable to neighbors.
16     Specifically, the description of the
17 athletic field as, quote, "Used for team
18 practices, physical education classes," raised no
19 concern with DMNA as that language was consistent
20 with neighbors' understanding that the plan was
21 not suggesting a change in use. Because of this,
22 we believe it will be wholly inappropriate to
23 allow changes in use without adequate public
24 input, regardless of the reasons why Edgewood
25 chose such language when they sought our

Transcript of Proceedings, 7-11-19     Page 175

1 association's support.
2     To allow expansive interpretation of the
3 campus master plan would be very troubling to our
4 association as it should be to the City, not only
5 because of the implications for usage of the
6 field, but also because it would represent a
7 significant departure from a system of public
8 comment in zoning that has allowed our
9 neighborhood to thrive for decades. Thank you.
10     **MS. SCHEY:** My name is Shawn Schey.
11 I've lived next to Edgewood for over 30 years, and
12 for 17 of them, I was a member of the Edgewood
13 Neighborhood Liaison Committee, and that was
14 formed so that plans for Edgewood's new
15 development could be brought to the table for
16 feedback from belonging to the neighborhood
17 association.
18     While I was on the committee,
19 Dudgeon-Monroe gave its support to ten Edgewood
20 campus land use and building improvements. Back
21 in 1996 when Edgewood was creating a first master
22 plan, DMNA informed them that they would not
23 support the addition of lights, sound, nor a
24 larger grandstand for their athletic field. As a
25 result, the high school removed lights, sound, and

Transcript of Proceedings, 7-11-19     Page 176

1 a larger grandstand from their conditional use
2 application. Their master plan got approved in
3 '97.
4     From 2010 to 2014, I participated in the
5 collaborative process of the second master plan.
6 When discussion of the athletic field came up,
7 neighborhood reps reminded Edgewood that a stadium
8 in this location was an incompatible land use and
9 would be a hard sell. Consequently, Edgewood
10 omitted the element of a stadium in its proposal,
11 and the master plan was submitted.
12     After that submittal, the high school
13 informed the liaison committee that the track and
14 field would be upgraded in the summer and not to
15 be concerned because no lighting or additional
16 seating would be installed. As recorded in the
17 minutes by the college on April 14, they confirmed
18 this facility would be for practice. This was
19 during that period when the master plan was still
20 moving through the City approval process. Wishing
21 to double check on this reassurance, I asked
22 the --
23     **MR. COLLINS:** If you could pause for
24 just a moment. We're having a technical
25 difficulty. I apologize for cutting you off

Case: 3:19-cv-00683  Document #: 1-18  Filed: 08/21/19  Page 47 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

Transcript of Proceedings, 7-11-19                    Page 177

1  midstream, but it's important to have everything
2  recorded.
3      **MS. KELSO:** Okay.  It's recording.
4      **MR. COLLINS:** Sorry.  Please continue.
5      **MS. SCHEY:** This was during a period
6  when the master plan was still moving through the
7  City approval process.  Wishing to double check on
8  this for reassurance, I asked again about lights
9  or additional seating at a subsequent liaison
10  meeting on May 27.  I was told in no uncertain
11  terms that the stadium idea was tabled.
12      I then concluded that Edgewood had
13  accepted the neighborhood's position for keeping
14  the field for practice and class purposes only.
15  My conclusion was reinforced two weeks later on
16  June 15th when the State Journal interviewed the
17  high school president, the athletic director, and
18  two coaches about the upgrade to their track and
19  field.  All four of them referred to it being
20  intended for practice.  In fact, in that very
21  article, Mike Elliott said that he knew that both
22  the neighborhood associations were both, quote,
23  "vehemently opposed to us having lights or playing
24  games here."
25      The master plan with its amendments did

Transcript of Proceedings, 7-11-19                    Page 178

1  seek final approval from the City in the fall
2  of 2015.  Six months later, on May 10th, 2016, the
3  high school unveiled to the liaison committee a
4  presentation that featured lights, a sound system
5  for a sportscaster, press spots, concessions,
6  restrooms, storage, and a grandstand to seat
7  1,200.  The high school said they wanted to host
8  25 to 40 night games per year.
9      No one could have been more surprised
10  than I was when Edgewood recently claimed in a
11  letter to the City zoning department the lack of
12  mention in the master plan of the field being used
13  for games was a drafting error.
14      **MS. TREST:** Hi.  My name is Marie Trest,
15  and my family and I live directly across the
16  street from the athletic field with this view from
17  our windows.  Our property is just 95 feet from
18  the track, and we have an unobstructed view of the
19  entire field.  We've lived there for nine years,
20  and we see and hear everything that happens on
21  this field.
22      Edgewood High School says their athletic
23  field has always been used at the current
24  intensity of games.  This is simply not true.  Our
25  own direct observation and that of many other

Transcript of Proceedings, 7-11-19                    Page 179

1  close neighbors is that the games on the field
2  were minimal until 2015.  We verified this by
3  researching a history of competitive uses of the
4  field.
5      We have documentation showing that for
6  most of the 30 years, Edgewood only used the field
7  for a handful of lower level games, and the few
8  lower level games that were played at Edgewood
9  prior to 2015 were more of a nature of practice,
10  low impact to neighbors, no siren or scoreboards,
11  no high decibel whistles, no large crowds.
12      According to data provided by Edgewood
13  from 1990 to 1998 only four to six lower level,
14  bench freshmen, and junior varsity level football
15  and girls soccer games were played on the
16  Monroe Street campus through the years.  From 1999
17  to 2006, Edgewood continued to use the field for
18  lower level football and girls soccer games and
19  played few boys and girls varsity soccer games.
20  It also held one track and field event for the
21  high school as well as the grade school and club
22  teams.
23      From 2007 to 2014, only lower level
24  football and girls soccer games were played on the
25  field.  We found from the official

Transcript of Proceedings, 7-11-19                    Page 180

1  Badger Conference online calendar sitting in some
2  of the museums were listed as having been played
3  at Houlihan (ph) Hills or Redden Field.  Less than
4  2014, for example, there were only four freshman
5  football games listed.  From 2007 to 2014, no
6  varsity games and no track and field event fields
7  take place at all.
8      After the 2015 upgrade to the practice
9  field surface, neighbors noticed a big change both
10  in the number of events and the noise with the
11  usage.  Field events since 2015 has included
12  varsity boys and girls soccer along with the lower
13  level games.  Lacrosse games and track and field
14  events were also added.
15      In this past spring season alone, I
16  documented 41 competitive events being held.  That
17  is ten times more in one season than for some
18  previous years.  Use has expanded to include games
19  between teams not associated with Edgewood at all,
20  including two regional lacrosse tournaments,
21  college lacrosse tournaments, one that lasted
22  seven hours.
23      In conclusion, Edgewood's claim that
24  it's always played its game on its field does not
25  stand up to scrutiny.  The fact is, up until 2015,

Transcript of Proceedings, 7-11-19                    Page 181

1   Edgewood teams, like West and East High School,
2   played almost all of their games at off-campus
3   holding fields, including Breitenbach Stadium,
4   Redden, and Breese Stevens Field; just as West
5   High School uses Mansfield Stadium at Memorial
6   High School as its own football field.
7        **MR. COLLINS:** The next speakers?
8        **MS. KELSO:** Tag Evers, Andrea Straus,
9   Ethan Brodsky.
10       **MR. COLLINS:** You have three minutes.
11       **MR. EVERS:** Thank you.  I think the most
12  important question that's been asked today is:
13  Why did Edgewood leave the particular definition
14  of use out of their master plan?  We just heard
15  from Shawn a description of the neighborhood
16  experience.  Over years going back since the
17  1990s, Edgewood has made it clear that their
18  long-term goal was a -- well, let's say it.  It's
19  the elephant in -- in the room -- a football
20  stadium, but when this would come up in
21  negotiations with the neighborhood, as in a master
22  plan agreement, it was resisted by the
23  neighborhood and then taken off the table in the
24  subsequent agreement.  This happened in the 19 --
25  in the master plan from -- the first master plan,

Transcript of Proceedings, 7-11-19                    Page 182

1   and it happened again in the second master plan.
2   The football stadium and the specificity of games
3   was taken off the table.
4        You can say what you want about that
5   newspaper article, but if you look it up online,
6   the headlines says, "Edgewood receives $1 million
7   grant to upgrade their practice field."  It speaks
8   of it as a practice field.  I've been an adie now
9   for a matter of a few months.  I'm learning about
10  how the City works, but one thing I appreciate
11  about Madison is the way it balances competing
12  interests so that public interest and a
13  development is balanced against private interests
14  of a neighborhood.  So that public benefit is
15  weighed against potential private harm.
16       That requires a negotiating process, and
17  whether it's one that's applied for a conditional
18  use or whether one is implementing a master plan,
19  it still requires that balancing of interests.
20  Edgewood says that -- responded to the concern
21  about the specificity of use that was lacking in
22  the master plan initially by saying it was a
23  drafting error, that they left it out.  And they
24  asked us to believe that attorneys working on this
25  and that residents who negotiated for a period of

Transcript of Proceedings, 7-11-19                    Page 183

1   four years could have missed that.  It could have
2   been left out and they simply missed it, and it
3   was an accident.  Now the suggestion is that it
4   was left out intentionally because why do we have
5   to list all the uses?
6        But why not list the obvious one?  I
7   want to hold out a third possibility that maybe
8   you leave out the obvious one because it makes it
9   easier to get it through the approval process.
10  Let's go back to the Plan Commission.  That's the
11  democratic process.  That's where we come together
12  and -- and discuss these things rather than taking
13  it in around the democratic process and trying to
14  get things approved piecemeal, I ask that --
15       **MR. COLLINS:** Your time has expired.
16       **MR. EVERS:** Thank you so much.
17       **MR. BRODSKY:** In 2013, the City revised
18  --
19       **MR. COLLINS:** Can you start by saying
20  your name?
21       **MR. BRODSKY:** Oh, sorry.  I'm Ethan
22  Brodsky.  I live on Woodrow Street.  In 2013, the
23  City reviewed its zoning code to allow
24  institutions the option of defining their zoning
25  with a master plan.  For institutions an improved

Transcript of Proceedings, 7-11-19                    Page 184

1   master plan, any development defined in the future
2   condition section can proceed at any time in the
3   ten-year period through a process which was
4   simpler for its much less opportunity for
5   neighborhood input than the existing process which
6   required a conditional use application and a due
7   process for every individual project.
8        A master plan creates clarity for all
9   parties.  The institution can be certain of its
10  right to proceed with the proposed development and
11  use unencumbered by neighborhoods.  The neighbors
12  can be certain that development uses are clearly
13  defined and won't be constrained over a ten-year
14  time frame.
15       Edgewood elected to take advantage of
16  this opportunity, and Edgewood has benefited
17  greatly from having the plan in place by being
18  able to construct a large addition to the high
19  school building.  The introduction to the City's
20  zoning ordinance states that this ordinance should
21  be interpreted as a permissive zoning ordinance,
22  which means the ordinance permits only those
23  principal and accessory uses for structures that
24  are specifically enumerated in the ordinance.  In
25  the absence of a variance or special exception,

Transcript of Proceedings, 7-11-19                     Page 185

1    any uses for structures not specifically permitted
2    by the ordinance are prohibited.
3         The ordinance defines what should be --
4    what shall be included in a master plan.  It
5    specifically calls out existing conditions, land
6    uses and buildings; proposed conditions, future
7    land uses and buildings, open space areas and
8    other open space uses.  The ordinance also states
9    that no alteration to improved campus master plans
10   including changes to the proposed use of an open
11   space area or other open space uses shall be
12   permitted unless approved by the Plan Commission.
13   To be absolutely certain that you understood this,
14   when the City informed Edgewood that their master
15   plan had been approved, the letter specified that
16   the approval was subject to conditions that had to
17   be satisfied prior to the master plan taking
18   effect.
19        In those conditions, no alteration of
20   the approved campus master plan, including changes
21   to the proposed use of identified open space areas
22   or other open spaces, shall be permitted unless
23   approved by the Plan Commission.  Edgewood
24   acknowledged this condition as noted on page 210
25   of document with, "Acknowledged, no changes to

Transcript of Proceedings, 7-11-19                     Page 186

1    master plan."
2         We all know what the master plan said.
3    Why was that language restricting use included?
4    Because use of that field has always been a
5    contentious issue, and that language was a process
6    of not months, not years, but decades of
7    negotiation between Edgewood and neighborhoods,
8    and it was essential to getting surrounding
9    neighborhoods to sign off on the plan.
10        Now Edgewood would like to expand the
11   use to include competitive athletic events day and
12   night with lights and amplified sound both for
13   Edgewood itself and for rental to outside parties.
14   The lawyers have given various reasons why this
15   should be allowed, and none of them are
16   reasonable.  Edgewood's argument that Edgewood
17   would automatically be free, by right, to use the
18   space as a structure-free prison camp because the
19   ordinance includes a correctional facility just
20   before stadiums are listed as potential secondary
21   uses of a C-I parcel.
22        There's an established mechanism for
23   expanding use, as Edgewood's been told over and
24   over, over and over.  They can do this by going to
25   the Plan Commission for a master plan amendment.

Transcript of Proceedings, 7-11-19                     Page 187

1    They started this process in January of last year,
2    but pulled out in January just before the hearing.
3    That's where this question belongs, not here.
4    This should be rejected, and they --
5         MR. COLLINS:  Thank you.  Your time has
6    expired.
7         MR. BRODSKY:  -- should be forced to
8    follow the rules like everyone else.  Thank you.
9         MS. KELSO:  Thomas -- I can't read the
10   last name -- from 2325 West Lawn Avenue -- Shaw?
11   Small?  Bill Orosz, Tracy Lewis, Michelle Horton.
12   John Regina?  Don?  300 State Terrace -- I'm
13   sorry.  I can't read the writing -- from Monona.
14   Chris Zwettler.
15        MR. ZWETTLER:  I already spoke.
16        MS. KELSO:  Okay.  Patric -- Patricia
17   Friday?
18        MR. LEE:  Can you all hear her?  Okay.
19        MS. KELSO:  Can you hear me?  Okay.
20   Anne Palzkill.
21        MR. COLLINS:  Please begin with your
22   name.
23        MS. PALZKILL:  Sure.  My name is
24   Anne Palzkill, and I'm the president and principal
25   at Edgewood Campus School.  I'm here on behalf of

Transcript of Proceedings, 7-11-19                     Page 188

1    myself.  I live in Madison.  I'm a resident here,
2    but I also enjoy working at the Edgewood campus
3    school working with the liaison committee,
4    Mike Elliott, and all the people involved in this
5    process.
6         There's three Edgewood schools; the
7    elementary school, and middle school, which is my
8    school, and high school and the college.  We are
9    separate, nonprofit organizations with individual
10   interests and programming; however, we are bound
11   by our shared land and the Dominican Sinsinawa.
12   So one of the reasons I think we're here is, yes,
13   the particulars.  We need to pull back a little
14   bit again, as the Sister indicated at the
15   beginning of the presentation, and consider the
16   people.
17        We are a faith-driven school community
18   fostering spirituality by developing a whole
19   student, and we are guided by the Catholic social
20   justice ideals.  Sports and faith have always been
21   connected at Edgewood ever since we began.  Two
22   years ago, I came to you as a council to talk
23   about Monroe Street construction.  At that time, I
24   shared that there was some social justice
25   concerns.  Catholic social teaching advocates for

| Transcript of Proceedings, 7-11-19 | Page 189 |
|---|---|

1   social justice. I presented to council, and I
2   said, "It cannot be two buildings. That would cut
3   off Allied Drive. It would eliminate handicap
4   busing," and you listened. And I call to you
5   tonight that this incident in itself is also
6   similar in a social justice way.
7       Part of social justice is the common
8   good, and with the common good -- and with the
9   common good, the idea is to welcome your
10   neighbors. Catholic social justice teaching
11   believes that we do not isolate ourselves as a
12   neighborhood or neighbors but we look at ourselves
13   as an entire community.
14       Sports and athletics at Edgewood campus
15   schools serve as unifying our community and a
16   broad community, people from all around our city;
17   and we are not just a private school serving
18   private students. We can't play games alone.
19   Other people come to us. All students, all
20   backgrounds have the opportunity to access the
21   common good of Goodman Field.
22       So I say to you with that, I was on the
23   WIAA website, and there are over 90,000 students
24   in the state of Wisconsin that get to participate
25   in athletic events on their home fields. Over

| Transcript of Proceedings, 7-11-19 | Page 190 |
|---|---|

1   350,000 students --
2      **MR. COLLINS:** Thank you. Your time has
3   expired.
4      **MR. OROSZ:** Hi. My name is Bill Orosz,
5   and I could not disagree more with the alder that
6   spoke previously. This type of question here is
7   not why two words were all that the people put in
8   there. This type of concept here is: This is the
9   government. Burden of proof. Where is burden of
10   proof generally speaking in our country? It's on
11   the government. Don't they have the onus? If
12   they were going to rely on something to limit,
13   shouldn't we be asking them why didn't they
14   specifically limit that?
15       If they were going to count on it to
16   limit it, why weren't they going to make sure that
17   it was very, very clear that they were going to
18   limit it? So then respectfully, what is your role
19   ultimately? It is not to side with them. It's to
20   do exactly what you did, ask probing questions,
21   understand what's going on; but ultimately, it is
22   your job to protect the people from the
23   government. Why? Because there are so many ways
24   our founders knew that the government can go
25   wrong. It can be misguided. They can take

| Transcript of Proceedings, 7-11-19 | Page 191 |
|---|---|

1   advantage of dated language. They can take
2   advantage of a situation where two reasonable
3   people can interpret something the same way.
4       That should never go in the government's
5   favor. If they want to give a citation and if
6   you're going to uphold it, they should be having
7   proof of that beyond any doubt whatsoever. We
8   should not be able to or have to walk down the
9   street and prove that we were able to do that.
10   The government has to give a completely
11   100 percent airtight reason why we didn't. Or
12   maybe your burden of proof is a preponderance of
13   the evidence. Whatever it is, I don't think
14   they've come anywhere near that here tonight.
15       All they've shown is for some reason,
16   they've chosen in this case to look for loopholes,
17   to look for innuendo, to look for whatever else,
18   but it has not been anything at all clear. So all
19   the questions should be directed at them because
20   our government has to be the one that has the
21   burden of proof. It has to be. That's the only
22   way our system works. That was my little last
23   minute rant. It wasn't what I originally wanted
24   to say. So until I run out of time, I'm just
25   going to simply say that I went to Madison. I

| Transcript of Proceedings, 7-11-19 | Page 192 |
|---|---|

1   went to public schools. I went to the University
2   of Wisconsin, and I bought a house in that
3   neighborhood, and I guarantee you I would have
4   supported it when I lived there and support what
5   Edgewood does now because Edgewood is a gem. This
6   City should be grateful for everything that
7   Edgewood brings to this city.
8       Businesses that want to relocate here
9   are going to look for the kind of amenities that
10   they bring. People that live here, some of them,
11   whether you like it or not, stay here and would
12   leave if they didn't have those sorts of
13   amenities. This has been a school longer than my
14   grandfather, who is 90 -- well, I guess about the
15   same amount of time. He's 90 -- has been alive.
16   To sit there and tell them that they can't act
17   like a school, to me, is insane. Even if there
18   was never a field there before, they're a high
19   school. If they have been a high school for a
20   hundred years, they should be able to have fields
21   like anyone else if they have the land to do it.
22   Thank you.
23      **MR. COLLINS:** Thank you.
24      **MS. GORTON:** Hi. I'm Michelle Gorton.
25   On the complexity of interpretation, well, I can't

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 51 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

Transcript of Proceedings, 7-11-19                    Page 193

1   really speak to that other than it's complex, but
2   I have lived in the Regent Neighborhood my entire
3   life. I grew up on Rowley, lived on Hollister,
4   went to West High School. So I consider myself in
5   that same neighborhood, and I, like the rest of
6   the other people here, at least at this table,
7   support Edgewood in what they're trying to do.
8         I've been to many games of my classmates
9   who went the Edgewood in the '70s. So I know
10  they've played a lot of activities on the field
11  over the years. Edgewood being able to have the
12  athletic field and being a school is very
13  important to Madison. We need both the public and
14  private education that draws people and makes your
15  community stronger.
16        And I know somebody mentioned the word
17  "livability." Is the neighborhood livable --
18  livable. Thank goodness I grew up in the
19  neighborhood because I couldn't afford to move
20  back into the neighborhood. Houses sell like
21  hotcakes. It's a place where people want to be.
22  So the school has been there for over 140 years.
23  Governor Washburn could not even give the land
24  away. It was so far out of town. Nobody wanted
25  it. Times have changed. Edgewood is now located

Transcript of Proceedings, 7-11-19                    Page 194

1   in the middle of a very vibrant, active city
2   filled with all kinds of noises from early morning
3   to late at night. As City people, we are always
4   adapting to activity and noise. It's just a part
5   of living in the city.
6         Edgewood and the capacity to be a full
7   school, meaning athletics and playing on that
8   field, is good for Madison. We need diversity in
9   our schools, in our education. Thank you.
10    MR. COLLINS: Thank you.
11    MS. KELSO: Fiona McTavish, Carol
12  Michalski, Tracy Schotzer, Kelly O'Driscoll, Bob
13  Foulz, Joseph Albright, and Bernie Albright.
14    MR. B. ALBRIGHT: Hi. I'm Bernie
15  Albright. Well, first of all, I'm going to start
16  by alleviating some of the concerns in the
17  audience that Edgewood might be building a
18  correctional facility in the near future, and I'm
19  not here paid by Edgewood, but I think I can
20  safely say that's not going to happen.
21  Mr. Elliott can correct me later if he would like
22  to think about that.
23        Mr. Strange, earlier tonight you said
24  it's not about playing games on the field. It's
25  about this master plan. I guarantee you every

Transcript of Proceedings, 7-11-19                    Page 195

1   guest that came in here tonight came here because
2   its about games at Edgewood. Everyone that's here
3   either strongly is in favor of it or strongly
4   opposes it, and that's why they're here. And
5   don't -- let's not kid ourselves here. That's
6   what this is about. So -- so don't -- don't tell
7   us that, please.
8         And the two of you seem to be hanging
9   your hat and your argument on a technicality. In
10  the language of the master plan, it used the words
11  "team practices" as opposed to "team event" or
12  "team game" or whatever else you would like to
13  say. Throughout this process over the last few
14  months reading articles on it and being here
15  tonight, I've really wanted to hear from somebody
16  in the neighborhood on how their quality of life
17  is affected by this, and I still haven't. And I
18  hope any of you that follow me from the
19  neighborhood here can somehow convince me, because
20  I haven't heard anything yet.
21        Mr. Tucker, the argument of a bus
22  bringing a Portage football team in here for a
23  game is not going to create a quality of life
24  issue. And if it does, you might want to get on
25  the phone with Madison Metro first thing tomorrow

Transcript of Proceedings, 7-11-19                    Page 196

1   morning and have them cancel their several hundred
2   buses that run up and down Monroe Street all day.
3   I still want to hear -- somebody convince me why
4   this is wrong, why this can't happen other than a
5   technicality in the language that another
6   institution nearby seems to have work for them.
7         We had some changes in our City
8   leadership this year. A lot of the buzzwords
9   thrown out there were equity, inclusiveness,
10  fairness. Isn't that kind of what this is about
11  here? That's what we're asking for. I think a
12  lot of people like Mayor Satya, and the voting
13  showed that. That's -- those are the words she
14  uses. We're asking to be treated equitable.
15  We're asking to be treated fairly. I almost got
16  the impression from you that if somebody just
17  crossed out the word "practice" on there and wrote
18  "games," we'd all be good. Let's do it. What's
19  the problem?
20        I still haven't heard why this doesn't
21  make sense. So I'll ask you to use your common
22  sense and think about what's fair here; games, no
23  games.
24    MR. COLLINS: Thanks. Your time
25  expired.

Zoning Board of Appeals Hearing vs.

Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

| Transcript of Proceedings, 7-11-19 | Page 197 |
|---|---|

1 　　　MR. B. ALBRIGHT: Thank you.

2 　　　MR. FOULKS: All right.  My name is

3 Bob Foulks.  I live on Monroe Street.  I've lived

4 in the Dudgeon-Monroe neighborhood for 37 of the

5 last 40 years, including my first home being on

6 Woodrow Street right across from the stadium, my

7 second home being West Lawn, not quite in the

8 eyesight of the stadium but pretty close by.  And

9 I -- at a different perspective, the use of that

10 stadium and -- and noise that it will make having

11 been a football officiant for the last 40 years,

12 and noise and disruption that is being talked

13 about in all the different forums, the

14 neighborhood forums especially, is, in my opinion,

15 greatly exaggerated.

16 　　　It will not be that disruptive to the

17 neighborhood.  If I still had my house on Woodrow,

18 I'd be still in favor of having those games being

19 played there, but that's really not the point.

20 It's kind of rehashing what was all discussed at

21 the town meeting.  And City proposal for Edgewood

22 on the table here is about playing games.  And I

23 support Edgewood, and I come here to support

24 Edgewood from three standpoints:  One, Edgewood is

25 a good neighbor.  They've always been a good

| Transcript of Proceedings, 7-11-19 | Page 198 |
|---|---|

1 neighbor.  I lived there when Edgefest went on.

2 Talk about disruption, but they always

3 communicated with us and cleaned up after it was

4 over.  Everything was good.

5 　　　Secondly, I come as a supporter of the

6 student athletes, many of whom hopefully have gone

7 home because it's past their curfew, but they

8 deserve the ability to play on their home field,

9 to play on probably the finest athletic surface in

10 Dane County and maybe in south central Wisconsin.

11 　　　And thirdly, the group that's really not

12 been mentioned here at all and one I'm in support

13 of are our Monroe Street merchants.  They went

14 through a horrible year.  I live on Monroe Street.

15 I've had both lakefront and mountain property at

16 the same time, but what really has really

17 disturbed me is our merchants suffered through

18 that year and have not recovered.  We have eight

19 to ten open storefronts on that street.  We have a

20 restaurant, a beloved restaurant, Jacks, that has

21 never returned, and the other -- an ice cream

22 business went out of business, for goodness sakes.

23 　　　So I'm really concerned.  The addition

24 of these people coming to these games would be an

25 economic boom.  The University's always doing,

| Transcript of Proceedings, 7-11-19 | Page 199 |
|---|---|

1 "Here's our multiplier.  Here's our multiplier."

2 Edgewood has had a multiplier too.  Bringing these

3 people into our neighborhood, which is the

4 vibrancy of this neighborhood, will add to the

5 quality of life for all of those people and

6 frankly increase the value of homes, not decrease

7 them.

8 　　　And so for that purpose, I also support

9 Edgewood's continuing to play the games that have

10 always been played there.  By the way, the game

11 that is in dispute, and I'm reminding the

12 attorney, it was played in 1995 against

13 Darlington.  Edgewood got slaughtered.  Darlington

14 was the state champion at that time, and Edgewood

15 was kind of a fledgling program.  So my -- my time

16 is up.

17 　　　MR. J. ALBRIGHT: Good evening to all in

18 attendance and good evening board members.  My

19 name is Joseph Albright, and I will be a junior at

20 Edgewood High School this fall.  I'm also a third

21 generation Edgewood High School student.  I would

22 really like to provide an average student opinion

23 on this issue.  The fall is a very busy time of

24 year for me.  School starts, which always places a

25 little stress on everyday life, and I'm trying to

| Transcript of Proceedings, 7-11-19 | Page 200 |
|---|---|

1 wrap up my summer's list, which I sometimes need

2 help with.  I also start playing soccer.  Soccer

3 is very important to me and is a huge part of my

4 life.  In fact, our turf field doubles as both a

5 football field and soccer field, and I have to

6 say, it's really nice.

7 　　　Finished just a couple years ago, it

8 feels fantastic to play on.  The turf is just the

9 right length.  The goals are perfect, and it still

10 feels brand new; however, when I first started

11 playing soccer for Edgewood my freshman year, we

12 weren't going to be having our home games there,

13 and I -- well, as you might think, I was pretty

14 confused.  I looked up, and I didn't see any

15 lights.  I thought that was a little odd, but I

16 got over it and played my game, but then I

17 realized we had to drive 10 or 15 minutes away at

18 Redden Soccer Park, and that upset me quite a bit.

19 　　　I was a freshman, so I couldn't drive

20 myself, to those to my events.  Luckily, my dad, a

21 police officer at Madison, worked the night shift

22 so he could bring his big car and drive students

23 to the games after school.  That kind of helped

24 out the car pool situation quite a bit, but all

25 year I kept thinking to myself, "This just isn't

Zoning Board of Appeals Hearing vs.

Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

Transcript of Proceedings, 7-11-19                                    Page 201

1    necessary." Every time we leave the parking lot
2    and see our beautiful field sitting right in front
3    that the football team is starting practice on,
4    and every time I thought to myself, "When they are
5    done, why can't we have our games there? It makes
6    no sense. And why aren't there lights on the
7    field?"
8           After my freshman and sophomore season
9    went by with no change, I finally noticed
10   something happen: The proposed Goodman athletic
11   complex. I was overjoyed. Finally, we can have
12   our home games actually at home, but as we all
13   know, that hasn't quite happened. And my question
14   to you is why? We are not asking for special
15   treatment. We're simply just asking to be treated
16   the same as all of the other schools in the same
17   type of zone that are allowed to have facilities
18   that are extremely similar, if not the same, to
19   what President Elliott has proposed to the City.
20          Participating in sports is fantastic
21   opportunity to have as a high schooler. So why
22   can't we have that experience at our high school?
23   Edgewood had been here for more than 130 years.
24   We have maintained a wonderful relationship with
25   our surrounding neighbors, so much to the extent

Transcript of Proceedings, 7-11-19                                    Page 202

1    that I would say we are good neighbors. Nobody is
2    being hurt by this proposal. We are just asking
3    to be treated fairly and equally. I know I'm
4    nearing my three minutes, but I would like to
5    conclude by saying that my friends at Memorial
6    High School do not have to drive away from home to
7    play at home. Thank you for listening to my
8    thoughts on this topic that is so close to my
9    heart.
10          MS. KELSO: Jon Standridge, Dennis
11   McKinley, Tanya Cunningham, Chris Caulum, Jennifer
12   Kushner, Char Thompson, Yael Gen, Ann Clark, John
13   Nicol, Eric Brodsky, Amy Davis, Landry Ndahayo,
14   Heidi Eckstein, Hiam Garner, Matthew Lee.
15          MR. LEE: That's me.
16          MS. KELSO: Yeah, I know.
17          MR. LEE: Nobody wants to hear me saying
18   anything else.
19          MS. KELSO: And Gwendolyn Jones already
20   spoke? And Madeline Cruz spoke. Noel Sterett.
21          MR. STERETT: Already spoke as well.
22          MS. KELSO: You -- okay. Thank you.
23   James Van Gemert?
24          MR. COLLINS: All right. Each will have
25   three minutes. We'll take you -- oh, what's --

Transcript of Proceedings, 7-11-19                                    Page 203

1           MR. CAULUM: I'm diverting to him.
2           MR. COLLINS: Okay.
3           MR. NDAHAYO: Good evening, or I guess
4    good night. My name is Landry Ndahayo, and I was
5    an Edgewood graduate within the last couple years
6    here. I played varsity soccer for three years,
7    varsity basketball for two years. I captained
8    both teams my senior year, and I also won the
9    spirit award for both the programs, which is an
10   award given to a person in each program. And when
11   I graduated, I was awarded the leadership award,
12   which is given to an athlete by athletes for
13   highest success and excellence on the field,
14   court, what have you, and as a leader.
15          And the reason why I say that isn't to
16   boast or brag, but Edgewood gave me the
17   opportunity, the platform to become a leader, grow
18   as a leader, and also become a modern person with
19   the quality academics. Being a person of color in
20   high school, that's a critical part of growth, and
21   going to high school in this area, to be quite
22   frank, sometimes can be a little daunting, because
23   not everyone's like you. The majority people of
24   aren't, but going to a high school that gave me
25   great academics, great athletics, and the

Transcript of Proceedings, 7-11-19                                    Page 204

1    community that's fostered by sports, that
2    community was amazing, and because of that I was
3    able to go to UW-Madison, graduate in four years
4    with a full-ride scholarship academically and
5    become a consultant at SVA, and I carry that
6    leadership trait back there in my leadership and
7    continue to grow that for my consulting job. But
8    I say that because Edgewood has the opportunity to
9    make that community involvement in the community
10   with this field, being able to play home games.
11   Being a person of color, that is important because
12   as you see behind me, everyone from different
13   backgrounds, ages, experiences, all ages, coaches,
14   fans, and players, when we are competing, we are
15   all Crusaders. And in that moment, that's
16   important because we feel -- I feel like I matter
17   and I'm part of the community and I made something
18   happen, and I bring joy and life to this
19   community. And then being able to do that at home
20   on -- on your own soil and having that pride to do
21   that is -- is amazing.
22          And Edgewood is getting used as a
23   vehicle, as an opportunity to attract more people
24   of color, and I think that is important because I
25   think that faith and being involved in the

Case: 3:19-cv-00683  Document #: 1-18  Filed: 08/21/19  Page 54 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

Transcript of Proceedings, 7-11-19                                Page 205

1    community and our environment for people to attend
2    a school academically and athletically creates
3    more leaders and can create more diverse leaders
4    in Edgewood and in the community.  That's all I
5    have.  Thank you.
6        MR. VAN GEMERT: My name is Jim Van
7    Gemert, and my wife and I have lived in the
8    neighborhood for 32 years.  Actually, we're a
9    block away from the Dudgeon-Monroe neighborhood.
10   I went to Edgewood and played football there in
11   the '70s, as did my two brothers.  My boys played
12   football there too, and unfortunately none of us
13   got to play on a home field, and I believe a home
14   team should play on a home field.
15       I think if you ask any one of these boys
16   over here, they'd love to play on their own field
17   with their locker room.  As a side note, I have
18   helped out and volunteered at the Edgewood games
19   for the last 32 years, and I've been to every
20   single home game, and I don't believe that the
21   number of people that are at these games would
22   cause a problem after the game.  I don't think
23   they're being disruptive.  I think everything
24   would be fine, and I think Edgewood deserves to at
25   least have home games.  Thank you very much.

Transcript of Proceedings, 7-11-19                                Page 206

1        MR. CAULUM: I'm Chris Caulum.  I'm a
2    resident of the city of Madison, have been all my
3    life.  I attended EHS in the mid-'80s, early '90s
4    where my classmates played games on that field.  A
5    couple of my kids now attend EHS, and my daughter
6    will in a couple years.  We're certainly hoping
7    that they will be able to play varsity games on
8    that field as well.
9        In my professional role, I work in
10   commercial real estate and routinely deal with
11   planning, zoning issues, and dealing with City
12   ordinances.  I've have had quite a few e-mails
13   with Mr. Tucker and maybe a few meetings.  He has
14   a hard job.  I'm sure he got a lot of complaints,
15   and sometimes when you get complaints, you feel
16   you need to act.  I just think he got it wrong in
17   this case.
18       I've never heard from any of my
19   corporate clients that they've been approved for a
20   certain zoning or use being accused of
21   intensifying that use.  That doesn't even register
22   in anything I've ever heard in any professional
23   life.  There's been a lot of municipalities around
24   the area that have changed their zoning recently.
25   Dane County just did it.  They just adopted a

Transcript of Proceedings, 7-11-19                                Page 207

1    whole new zoning code.  Fitchburg has done it, and
2    obviously City of Madison did it six years ago.
3    When this happened, many of my clients said, "What
4    if they change my zoning to something that doesn't
5    allow my current use?"  And my answer is, "Don't
6    worry about it.  You're grandfathered."
7        So even if you sustain the City's
8    position here, I still think we've had this use.
9    This use hasn't changed, and nothing that
10   Edgewood's done has done anything to change it.
11   And finally, I notice in the arguments back and
12   forth when the City issued a violation, and they
13   said that they were holding athletic games on the
14   athletic field, they did not say they were holding
15   athletic games in an open space, and I think
16   that's a key thing, because in the master plan,
17   they're relying on the fact that it's open space
18   and not an athletic field, but yet the violation
19   says something different.  Thank you.
20       MS. KELSO: Davis Leeper, Andrew Cusick,
21   Maura MacDonald, Ellie Trudgeon.
22       MR. LEEPER: Does this work?  My name is
23   Dave Leeper.  I've lived in Madison since 1958 and
24   have been a close Edgewood -- Edgewood neighbor
25   for over 25 years.  I consider Edgewood a positive

Transcript of Proceedings, 7-11-19                                Page 208

1    asset to our City and our neighborhood.  That's
2    not at dispute here.  We've been talking to
3    Edgewood about the development of its campus ever
4    since I moved to the neighborhood.  In most cases,
5    including the 2015 improvements to the practice
6    field, the neighborhood has been supportive;
7    however, the neighborhood has consistently opposed
8    building a stadium at the site of the practice
9    field or playing competitive games.
10       Until recently, Edgewood respected our
11   wishes, and we have worked well together.  The
12   master plan was created cooperatively, and as has
13   been pointed out, many development projects were
14   accepted by the neighborhood, and Edgewood has
15   pursued this development through the streamlined
16   process provided by the master plan.
17       As a compromise, the practice field was
18   designated to be used only for practice and
19   physical education classes.  The institutional
20   master plan process is relatively new to our
21   zoning laws.  If master plans and the planning
22   process are to have any legitimacy and respect, we
23   need to be able to rely on what we created
24   together and what the City approved.  No one likes
25   to give a citation to a school for playing games,

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

Transcript of Proceedings, 7-11-19                                        Page 209

1     but the City had no choice but to issue citations
2     in this case or ignore the master planning
3     process.
4              Edgewood knows perfectly well how to
5     amend the master plan.  They started the process,
6     and they dropped it.  If they want to play games
7     or build a stadium where the practice field is,
8     they should amend the master plan.  I'm asking you
9     to deny the appeal and to uphold the City's
10    citation in this case.
11            MR. CUSICK: My name is Andrew Cusick.
12    I own a property at 836 Woodrow Street.  Last
13    summer at this exact time, I went before the City
14    Planning Commission to ask for a conditional land
15    use permit to build a very small residential
16    structure called an auxiliary dwelling unit, ADU,
17    on my property.  ADUs, if one follows the rules
18    exactly, are currently allow -- allowable under
19    Madison zoning ordinance.
20            The ADU was designed by a well-known
21    Madison architect under careful advisement from
22    both City planning and City zoning employees
23    including the director of zoning, Matt Tucker, and
24    it was a fun process.  I enjoyed it very much.
25    The City Planning Commission with input from

Transcript of Proceedings, 7-11-19                                        Page 210

1     neighborhood people and through the public process
2     unanimously voted against my plan.  Several months
3     ago, Edgewood was at a point where they were going
4     to go through the exact process -- public process
5     where City officials -- City Planning elected
6     officials would vote on their plan for lights,
7     sound, and stadium-style seating.  At the very
8     last minute, Edgewood withdrew their request,
9     probably fearing they would lose in the same
10    fashion that I lost in the democratic process.
11            Now they are asking for changes that a
12    normal person like me can't understand because
13    there's so much legalese going on.  I suspect that
14    the eventual plan is to build lights, stadium, and
15    seating, and all of that.  My question is: What
16    kind of public process is that?  The zoning
17    process allows for a democratic process, and I
18    echo our newly elected alder to have Edgewood go
19    through that process, whatever it is, and I thank
20    you for your consideration.
21            MS. TRUDGEON: Hello.  My name is
22    Ellie Trudgeon, and I'm a recent graduate of
23    Edgewood High School in the class of 2019.  I have
24    played varsity soccer for Edgewood since my
25    freshman year.  I have a younger brother, Jackson,

Transcript of Proceedings, 7-11-19                                        Page 211

1     who will be a sophomore at Edgewood next year.  He
2     plays football, basketball, and baseball; and I
3     also have a ten-year old sister, Avery, who has
4     been counting down the years until she, herself,
5     gets to play soccer at Edgewood.
6              My experience on the soccer team has
7     been nothing but extraordinary; however there have
8     been some difficulties as well.  These challenges
9     regarding our ability to feel welcome on our home
10    field were feelings that could usually be present;
11    however, there was one incident that is hard to
12    forget.  Our team was warming up for an exciting
13    game on Edgewood turf when we noticed that the
14    police had arrived due to us being on the field.
15    This left us feeling confused and inattentive to
16    the task at hand, which was our upcoming game.
17    Our coaches urged us to stay focused on the game,
18    but it was clear this was a huge distraction.
19            Although this lack of focus was
20    frustrating, it was nothing compared to the
21    confusion, fear, and guilt we felt at that time.
22    My teammates and I have felt guilty for trying to
23    play a game of soccer.  We were doing what all
24    high school athletes love to do, compete on our
25    home field.

Transcript of Proceedings, 7-11-19                                        Page 212

1              I never experienced feeling unwelcome at
2     Edgewood High School before this moment.  In fact,
3     Edgewood is the place where I feel most welcomed
4     by everyone.  I questioned why we were being
5     treated like unwelcome prisoners because
6     Edgewood's a place that welcomes all.
7              Since my first day at Edgewood four
8     years ago, I was introduced to a place that values
9     every person that walks into the school but that
10    also values the surrounding community.  Not only
11    does every student have at least 100 service
12    hours, but also every sports team volunteers
13    throughout the city of Madison throughout their
14    season by choice.
15            Throughout my years on the soccer team,
16    I participated in various service projects,
17    including the Eight Miles For Charity Walk,
18    Millennium Soccer, where we coached
19    underprivileged youth in the Madison area,
20    Second Harvest Food Bank, and we raised money for
21    breast cancer awareness, mental health awareness,
22    and more.
23            We go out of our way to help the city of
24    Madison thrive and prosper, and it is not
25    reciprocated whatsoever.  Being a part of the

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 56 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

Transcript of Proceedings, 7-11-19                    Page 213

1    girl's soccer team has shaped me into the person
2    that I am today.  I was introduced to teammates
3    who became family and coaches that turned into
4    mentors.  From praying as a team before every game
5    to bible readings in the chapel, this team has
6    influenced spiritual life in an extremely positive
7    way.
8         By being on this team, I have learned
9    the importance of teamwork, how to be a leader,
10   that hard work is necessary for success, and to
11   fight for what I believe in.  Although it will be
12   strange this year not having soccer to look
13   forward to, I will have something new to excite
14   me, and that is hopefully getting the chance to
15   cheer on my younger siblings and former teammates
16   on Edgewood turf for many years to come.  Thank
17   you.
18        **MS. KELSO:** That's it.
19        **MR. COLLINS:** That is all the slips we
20   have.  I understand that some were handwritten and
21   names to pronounce would be difficult.  Is there
22   anyone who had filled out a slip and intended to
23   speak but whose name has not been called?  I see
24   two hands up, if they want to come forward.  We
25   have a large packet of papers.  It might frankly

Transcript of Proceedings, 7-11-19                    Page 214

1    be a quicker process if you just fill out a blue
2    form again -- or white, I think, at this point.
3         **MR. BITTNER:** I filled out a white one.
4    Good evening.  I hate to prolong things.  My name
5    is Jason Bittner.  I live on the 2200 block of
6    Keyes Avenue, so in the Dudgeon-Monroe
7    neighborhood.  I moved to the neighborhood in
8    2012, and I strongly support the Edgewood appeal
9    of this zoning matter.
10        I have -- I have three daughters.  My
11   girls go to Madison public schools.  I have two at
12   West, one who recently graduated, and one who is
13   attending Franklin, and they play lacrosse, and
14   the field improvements to -- to put in a word,
15   have simplified my life tremendously in allowing
16   my daughters to play a game that they enjoy.
17        And to clarify something that a previous
18   speaker said about lacrosse has no affiliation --
19   lacrosse students have no affiliation.  West Side
20   Lacrosse Program is a collective of Edgewood,
21   Madison West, Madison Memorial, and home schooled
22   kids on the west side.  So it's -- it's kind of
23   wrong to say that we shouldn't -- or we should
24   accept that fact that there is no affiliation to
25   Edgewood with their lacrosse tournament that

Transcript of Proceedings, 7-11-19                    Page 215

1    happened there.
2         So my support is driven somewhat by some
3    selfish opinions.  I'll admit that.  Before the
4    stadium -- or before the field improvements were
5    made, the closest fields in the spring would be
6    Keva in Middleton or down in Fitchburg because the
7    City of Madison Parks oftentimes don't allow the
8    lacrosse kids to practice on them in spring time
9    for fear of tearing them up.  I understand the
10   problems with keeping sod in place.
11        But I do believe that what is going on
12   now is really a misinterpretation of the zoning
13   law.  The use hasn't changed.  Since I moved to
14   the neighborhood in 2012, there have been games
15   going on there.  Like Bob Foulks, who spoke before
16   me, I worked as a high school sports official and
17   worked junior level games on those fields.  I know
18   that they have -- have been used.  So I think that
19   that use hasn't really changed.
20        I also believe that a lot of the concern
21   and opposition to this particular appeal is based
22   on the fact that we live in the shadow of Camp
23   Randall stadium, which has a tremendous number of
24   visitors and some real issues on game day, noise
25   and disruption included.  So I wanted to just

Transcript of Proceedings, 7-11-19                    Page 216

1    raise that as a resident of -- of the neighborhood
2    association.  I also believe that we need to
3    support the Edgewood campus, that we need to
4    support the opportunity to host additional events
5    that will bring more people into the neighborhood
6    and help them have them support our businesses.
7         I also do not believe this has any
8    impact on home values in the area, nor does it
9    have negative impact on our quality of life.  So I
10   appreciate you listening to me on this issue.
11        **MR. LANDGRAF:** Thank you.  My name is
12   Mark Landgraf.  I am a longtime Madisonian my
13   whole life.  I grew up in the West Lawn area.
14   With the exception of maybe a few years living in
15   West Moorland, my wife and I raised four kids on
16   West Lawn.  I'm a West High School graduate.  I
17   played on a championship team, and the one regret
18   that I always had is the fact that we didn't play
19   on our home field.  We took home a home trophy on
20   somebody else's field, and it's still a feeling
21   that, if I look to these gentlemen to my right, I
22   hope that they can play on their own field and
23   bring home a playoff game.
24        On a personal level, I sent my kids with
25   my wife, all of our four kids to Edgewood.  Great

Case: 3:19-cv-00683 Document #: 1-18 Filed: 08/21/19 Page 57 of 99

Zoning Board of Appeals Hearing vs.    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

| Transcript of Proceedings, 7-11-19 | Page 217 |
|---|---|

1 experience. It's a great neighborhood. There's
2 wonderful people in this neighborhood, but one of
3 the beauties in this neighborhood is there's
4 differences, and those differences can be
5 overcome. I've personally been a
6 developer/general contractor in the
7 Madison/Milwaukee area for over 34 years. Until
8 recently, I started a different business, but
9 I'm -- I'm involved in a lot of things that have
10 happened in Madison and with projects on
11 Monroe Street, specifically the Parman Place
12 project. We have a great City staff, and I've
13 mentioned this in the past, that I applaud them
14 their work. But we also have the neighborhoods,
15 and those neighborhoods can adapt. There's no
16 difference between adaptability in this issue
17 because of the merits of what's been played on
18 those placards through the years is just a
19 continuation of what can happen today.
20     If it's miswording in a master plan, it
21 happens. I've been involved with over 300
22 different master plans. Not every one is perfect,
23 but they all have flexibility. It's not set in
24 stone. Master plans have flexibility. There's no
25 difference between this one and other ones that

| Transcript of Proceedings, 7-11-19 | Page 218 |
|---|---|

1 are out there in the city of Madison as of right
2 now.
3     Things change. Things move forward. I
4 remember when back in the '60s, I grew up with
5 nine kids in our family, and we used to go over to
6 Edgewood at West High and play, and one of the
7 things I remember on Monroe Street was all the
8 semitrucks that used to go up and down to
9 Oscar Mayer; hogs and cows making tons of noise in
10 the middle of the night because they weren't
11 allowed to go in the daytime. Nobody sat there
12 and complained because it put people to work at
13 Oscar Mayer up and down Monroe Street. How times
14 have changed.
15     All we're asking for here is a game or
16 two to be played a Edgewood High School since
17 they've been doing that for a long time. Give
18 kids an opportunity to be kids and become
19 productive adults in our society. That's all it
20 is, thinking about kids.
21     **MR. COLLINS:** Thank you.
22     Is there anyone else wishing to speak in
23 favor or against or for information? Hear -- only
24 one person has come forward, so we'll begin by
25 filling out the form. No one else has identified

| Transcript of Proceedings, 7-11-19 | Page 219 |
|---|---|

1 themselves, so this will be our last speaker
2 before we move to Edgewood's response.
3     **MS. STACEY:** Hello. I had no intention
4 of speaking tonight. My name is Marla Stacey. I
5 have a son who is a senior, and he's a soccer
6 player. I'm speaking on behalf of parents as a
7 safety -- from a safety standpoint.
8     As Joseph mentioned earlier, the boys
9 have to get in carpools and drive to a field
10 that's 20 minutes away. They're not racing
11 hopefully. I think you guys are all great
12 drivers, but you've got 14-years-olds hopping in
13 cars with 16-, 17-, and 18-year-olds. And
14 frankly, it is a safety issue. We rely on these
15 kids to get to those games. We rely on students
16 to drive our students because we, ourselves, can't
17 get there to get them to their games.
18     I hope and pray every time that they
19 make it there safely, that they're not racing to
20 get to their games. I just want you to take into
21 consideration that if they were at home, we
22 wouldn't have to worry about this. They could go
23 right to their field. We could go to their game,
24 watch their game, everything could be calm and I
25 just -- I would hope that you could take that into

| Transcript of Proceedings, 7-11-19 | Page 220 |
|---|---|

1 consideration. It's not just playing games. It's
2 a safety issue. I know other teams -- I know West
3 probably has the same issue as well, but they
4 don't have the luxury of being able to have a
5 field on their home site, and we do. Just from a
6 parent's standpoint, I hope you take that into
7 consideration as well. Thank you.
8     **MR. COLLINS:** Thank you. Before -- we
9 do have Edgewood's response. I do recall we had
10 one person in the beginning who wrote to speak but
11 then left. We had a second as well. We had some
12 written comments submitted early today as well.
13 One is a combination of printed and handwritten.
14 So I'm a little afraid to read that out loud, but
15 what I will do is treat them like written
16 comments, which we do have those. We, in fact,
17 have several here. We'll pass those around to the
18 board. We'll take a moment before we continue.
19     And for the purposes of the public, one
20 is from Brad Boyce, who lives on Woodrow. His
21 comments speak in opposition to Edgewood in favor
22 of the City. All of these will be part of the
23 public record, and if Edgewood or the City wants
24 to look at it in terms of its rebuttal, they're
25 certainly welcome to. I just want to make sure we

| Transcript of Proceedings, 7-11-19 | Page 221 |
|---|---|

1  have the copy back because it's the sole copy.
2      **MR. LEE:** I understand.  Commissioner
3  Collins, Edgewood has one written statement to put
4  into the record in favor of Edgewood's position.
5  I have one copy.  Would you like me to pass that
6  around?
7      **MR. COLLINS:** Why don't you do that as
8  well, Matt.
9      **MR. LEE:** Should I start with
10  Ms. Jenkins?
11      **MR. COLLINS:** Yes.  We'll just take
12  moment.  We won't recess.  We'll just take a
13  moment.
14      **MR. LEE:** Would you like a second copy,
15  or is one copy okay?
16      **MR. COLLINS:** One copy is sufficient.
17      **MR. LEE:** Okay.
18      **MR. COLLINS:** While we're continuing
19  that process, I would just note for Edgewood's and
20  the City's benefit -- although I think it's
21  self-evident, we had many people fill out forms
22  for or in opposition who didn't speak.  Either
23  they left or did not intend to speak.  We're
24  obviously here on a legal interpretation question,
25  and so certainly if any board members or Edgewood

| Transcript of Proceedings, 7-11-19 | Page 222 |
|---|---|

1  or the City would like to see those, they're more
2  than welcome to.  They're quite voluminous,
3  though, and since they don't go into the analysis
4  and reasoning, I don't intend to read each one and
5  state its precise position.  Does Edgewood or the
6  City have any objection?
7      **MR. LEE:** No.
8      **MR. STRANGE:** No.
9      **MR. COLLINS:** The second one was from
10  Char Thompson, who I would generally describe as
11  speaking in favor of Edgewood against the City.
12      The ones that were submitted prior to
13  the meeting by e-mail, one was from Ray Roby, who
14  couldn't be present tonight, in support of
15  Edgewood.  And then we had one from Tag Evers in
16  opposition.  And then one Edgewood just provided
17  is from Raymond and Deborah and Roby speaking in
18  support -- actually, that might be -- that's the
19  one we actually just referred to.  So I guess we
20  have a copy of that.
21      **MR. LEE:** I guess so.  I'm sorry.
22      **MR. COLLINS:** We're now at the part of
23  the process where Edgewood has up to ten minutes
24  to respond to public comments, but they can
25  reserve a portion of that for rebuttal after the

| Transcript of Proceedings, 7-11-19 | Page 223 |
|---|---|

1  City's ten-minute comment period.  Do you know how
2  much you want to reserve at this time?
3      **MR. LEE:** So --
4      **MR. STRANGE:** We talked about the
5  prospect of an additional 30 minutes, and I think
6  we agreed that I'll just go, and he can respond,
7  and hopefully we'll be finished rather soon, if
8  that's okay with --
9      **MR. COLLINS:** So there's a stipulation
10  to amend the process?
11      **MR. STRANGE:** Yes.
12      **MR. COLLINS:** All right.  And what is
13  that stipulation?
14      **MR. STRANGE:** I'll go first.
15      **MR. STERETT:** Here's the handheld mic.
16      **MR. COLLINS:** Let's use the handheld for
17  the remainder of the night.
18      **MR. STRANGE:** The City will go first.
19  They'll be allowed ten minutes, and then Edgewood
20  will have an opportunity to respond.  They'll have
21  ten minutes too, but I won't take ten minutes.
22      **MR. COLLINS:** Is there a motion from the
23  board to amend the procedure consistent with the
24  stipulation?
25      **MS. BERENYI:** So moved.

| Transcript of Proceedings, 7-11-19 | Page 224 |
|---|---|

1      **MR. OSTLIND:** Second.
2      **MR. COLLINS:** There's a motion and a
3  second.  Any discussion?  All those in favor, say,
4  "Aye."
5      **BOARD MEMBERS:** Aye.
6      **MR. COLLINS:** Any opposed?  The motion
7  carries 4 to 0.
8      **MR. STRANGE:** All right.  So first of
9  all, thanks to everyone who made comments, and we
10  appreciate -- as I said at the outset, appreciate
11  the participation from the public, and only -- the
12  only thing I really have to respond to is just to
13  ask the board to consider only those comments that
14  are prohibitive of the ordinance interpretation at
15  issue here today, which is:  Is -- is a master
16  plan amendment required?  Is a Plan Commission
17  approval required for the change of an open space
18  area?
19      And one of the comments that sort of
20  stuck out to me was someone said -- I think it
21  was -- it was someone who was in support of the
22  appeal said it seems like if we could just scratch
23  out and add the word "games," that everything
24  would be okay.  I just want to say that when the
25  master plan was adopted, it was adopted as part of

Transcript of Proceedings, 7-11-19     Page 225

1  the map amendment, and that means -- that means it
2  became part of the City law, and sometimes as
3  staff, we wish we could do stuff like that because
4  it would make things a lot easier.  I wish we
5  could strike out a word here or there, but I
6  wasn't elected, and neither was Matt.  And so the
7  process that's required here is to go through this
8  master plan amendment process before the
9  Plan Commission that would then have approved and
10 be adopted by the council as part of the map
11 amendment.
12      That's the process that was set up here,
13 so that staff employees like me and Matt can't
14 just go in and strike out words or add in words to
15 make things a little bit easier.  My hope is that
16 you'll affirm the decision of the zoning
17 administrator.  We'll proceed to the Plan
18 Commission, and we can all work together in a way
19 that makes everybody happy, because that was the
20 intention of the campus master plan to begin with,
21 to balance the needs of the institutions against
22 the -- the needs of the neighborhoods.
23      Again, thank you for everybody's
24 comments, and I will pass the mic over.
25      **MR. WAUTIER:** All right.  I'll give this

Transcript of Proceedings, 7-11-19     Page 226

1  a shot.  This is a matter of first impression.  We
2  talked about the Campus-Institutional District
3  being a new district.  You're a body that often
4  sets a precedent.  We have to think about the
5  precedent that you would be setting here if you
6  agree with the City's interpretation.  The
7  precedent that you would be setting is that these
8  voluntary master plans that expire control
9  existing uses, and they will be able to be parsed.
10 I think Mr. Orosz said it best.  They will be able
11 to be parsed for whichever intent is desired by
12 the City.
13      Nobody's going to adopt these master
14 plans because that was not the intention when we
15 went into them.  It was never an expectation that
16 it would be controlling existing use, and that was
17 something that came in after the fact, and the
18 evidence that we're hearing six and a half years
19 later, this is the first time it's arose.
20      **MR. STERETT:** And with the balance of
21 time, I have to stand up because I've been
22 sitting.  But I want just everybody to recognize
23 that this is wonderful, and one of the comments
24 that's not submitted on the blue sheet is the
25 comment that the Edgewood team has provided, the

Transcript of Proceedings, 7-11-19     Page 227

1  Edgewood community has provided.  One of the
2  Dominican values is that community.
3      And now I heard opposing counsel speak
4  of, "Well, this is just exclusively a gymnasium or
5  exclusively a game."  One of the things I want to
6  remind this board and everybody is the fact that
7  Edgewood, it's not just the athletics in the
8  athletic sense.  Athletics is very much a part of
9  the religious mission of the school just as much
10 as athletics -- or academics.  If you go tell the
11 history teacher that you have no -- "Your job has
12 nothing to do with our religious mission," she
13 would disagree.  Tell Coach Zwettler that his job
14 has nothing to do with the religious mission of
15 the school, he would disagree.
16      The sincerely held religious beliefs of
17 this school calls them to engage in athletics and
18 athletics on that facility which they identified
19 on their plan.  I think we heard talk of stadiums
20 and all that.  That's not -- and I agree with
21 Counsel.  This is not why we're here tonight.
22 We're not here to talk about a stadium.  We're
23 here to talk about out master plan, which we don't
24 have to cut out any words.  We don't have to cross
25 anything out.  We identified it on the master plan

Transcript of Proceedings, 7-11-19     Page 228

1  as an athletic field.
2      If you talk to anybody on the street --
3  my wife wondered, "Why are you still up?  Why
4  aren't you home?  Is this a case where they're
5  saying you can't have athletic contests on the
6  athletic field?"  I mean, frankly this is fairly
7  absurd for most people that aren't, I guess,
8  lawyers, but that's all we're asking you.
9      All this board needs to agree with in
10 order to rescind the notices, which we ask you to
11 do tonight and on an expedited basis so that these
12 teams can have assurance that come this fall
13 season, they're not going to have policemen
14 surveilling their games, people taking pictures of
15 every activity.
16      All you need to recognize is that when
17 we identified the athletic field on our master
18 plan, just like when we identified the
19 recreational space, what that entails is athletic
20 contests, athletic games.  The City is faulting us
21 for not including a term that they didn't even
22 include in their zoning ordinance.
23      You can look throughout the zoning code.
24 It doesn't even use the term "athletic contest."
25 What is that use?  So what I'm asking you not only

Case: 3:19-cv-00683  Document #: 1-18  Filed: 08/21/19  Page 60 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                    July 11, 2019

Transcript of Proceedings, 7-11-19                    Page 229

1    is just to harken all of the points we made with
2    respect to the interpretation of the zoning
3    ordinance, but also to remind this board that the
4    reason why the federal law was put in place -- and
5    I've heard a lot about this democratic process.
6    It's oftentimes the democratic process tramples
7    the rights of the minority or the liberty
8    interests of the person that's involved.  The
9    reason why it's difficult to have a mosque put up
10   is because the neighbors don't want it, and if
11   it's just because it's a popular thing where the
12   neighborhoods wanted it or didn't want it, the
13   Congress unanimously recognized that, no, we can't
14   have it subject to that.  We have to remind
15   everybody in this country that the religious
16   liberty interests of institutions is paramount.
17        You can't -- the government has to be
18   the compelling interest.  The government does not
19   have one here, and the proof in the pudding is the
20   fact that under the existing uses identified in
21   the Campus-Institutional District, these uses are
22   allowed uses.  The zoning code spells that out.
23   The government can't be arguing that it has a
24   compelling government interest to prohibit
25   athletic contests on an athletic field.

Transcript of Proceedings, 7-11-19                    Page 230

1         This board not only has the
2    precedent-setting authority tonight saying how
3    they're going to interpret the master plan, but it
4    also has an obligation under the federal law.
5    Tonight, there's going to a final decision which
6    is going to impact the religious mission and
7    exercise of this school.  It's going to create
8    irreparable harm to this school and its mission
9    and the formation of these students.
10        You heard tonight several people speak
11   about how athletics was critical and instrumental
12   to their formation as a whole person.  That's what
13   Edgewood is about, the formation of the whole
14   student.  Some students grow and learn leadership,
15   the value of community, partnership, all these
16   things through athletics.  Athletics is a need.
17   Plus it's -- as seen tonight, it's a way in which
18   the community -- Edgewood communicates its values
19   to the community.
20        One of the other things I just want to
21   tie this up in, you've had several of the students
22   say that part of the activities that they engage
23   in duration their competitions and practices is
24   prayer.  One of the things that's not identified
25   in our campus master plan is the fact that our

Transcript of Proceedings, 7-11-19                    Page 231

1    students also pray as part of the game.  If under
2    the City's interpretation tonight our students are
3    then prohibited from praying because we didn't
4    identify that as an activity -- and I think this
5    board can make that distinction between what a use
6    is and what an activity is -- all these activities
7    we've talked about, athletic contests, praying
8    before a game, singing the National Anthem -- if
9    you've seen the notices of violation, that was one
10   thing the inspector noted, "Oh, they sang the
11   national anthem."  Is that allowed?  Is that an
12   activity that we should have identified in the
13   master plan?  Again, we're getting past the place
14   of zoning, and now we're micromanaging, and if the
15   -- the City is not being true to the equal terms
16   provision of the Religious Land Use Act by
17   allowing University of Wisconsin to identify all
18   their fields as recreational as athletic fields
19   and yet they're using it for competitive games and
20   yet, with respect to Edgewood and Edgewood alone,
21   they are saying we have to go beyond and identify
22   quarterback camps.  You even heard from opposing
23   counsel tonight, quarterback camps and powderpuff
24   football.  It's going to be an endless list, and
25   that's not the purpose of it.

Transcript of Proceedings, 7-11-19                    Page 232

1         So I would just encourage the board to
2    rescind the notices tonight.  We expect and
3    request respectfully an expedited decision.
4    There's concerned parents.  There's concerned
5    students.  It's affecting enrollment, and it's
6    creating irreparable harm to the religious mission
7    of this school, and I thank you for all your time,
8    and I thank everyone for your time for listening
9    to all of us, and God bless you, and God bless the
10   City of Madison.
11        MR. COLLINS:  Before we move into the
12   final part of this agenda item, which would be the
13   Zoning Board of Appeals discussion, deliberation,
14   and decision, do either party have any objection
15   to the process or procedure we used here today?
16        MR. STRANGE:  No.
17        MR. LEE:  No.
18        MR. COLLINS:  Do you have any objections
19   to the comments or statements of the board thus
20   far?
21        MR. LEE:  Do I have any objections to
22   the comments or statements of the board thus far?
23        MR. COLLINS:  In terms of the
24   questioning and the like throughout the process?
25        MR. LEE:  No.

Transcript of Proceedings, 7-11-19                    Page 233

1    **MR. STRANGE:** No.
2        **MR. COLLINS:** We'll now move to zoning
3    board discussion, deliberation, and decision.  As
4    I stated at the onset as Chair, I have a more
5    limited role at this stage in the process.  I will
6    turn to the board members to begin the discussion,
7    and when they are ready, they can make me a
8    motion.
9        **MR. OSTLIND:** I'll start with
10   discussion, if you've got a mic.
11       We've heard lots of discussion about
12   what Edgewood's mission is and what they provide,
13   and it's certainly clear that they do a good job.
14   We've heard from several students here, and they
15   represent a -- the school very well in how they
16   presented that, and we've heard from many
17   residents about their concerns about the uses of
18   the facilities on the Edgewood campus.
19       But what we're here for tonight, the
20   charge for the Zoning Board of Appeals is to
21   determine if the zoning administrator properly
22   interpreted the zoning ordinance, which is a
23   different question than whether or not sporting
24   events are great activities for young people or
25   whether or not it's part of a mission of any given

Transcript of Proceedings, 7-11-19                    Page 234

1    entity.
2        So that's where I want to focus my
3    comments, and it starts in some ways with what
4    I've heard several times, is that Edgewood wants
5    to be treated just like other Madison high
6    schools, and if we aren't treating them the same,
7    then there's some prejudice involved.  And I think
8    there's a very specific difference between the
9    Madison high schools and Edgewood.  They are both
10   in a Campus-Institutional Zoning District.
11   Edgewood has chosen to submit a master plan, and
12   the other campuses have not.  And we're here to
13   assess the zoning administrator's interpretation
14   of that campus plan.  And so there is nothing in
15   my consideration of this issue that is based on
16   any sort of religious content or affiliation of
17   any of the parties, and I just want to make that
18   clear for the record, that in my consideration of
19   this, it's simply based on the -- the difference
20   is based on the fact that Edgewood has submitted a
21   master plan and the other high schools haven't,
22   and that in -- from my perspective from what we're
23   considering here tonight, this is a singular
24   difference between the entities.
25       And the discussion has really come down

Transcript of Proceedings, 7-11-19                    Page 235

1    to the ability to hold interscholastic contests,
2    which is what the City high schools are able to do
3    and what the zoning administrator has indicated is
4    not included as a use within the master plan.  And
5    Edgewood's representatives have suggested that the
6    uses really aren't restricted within the master
7    plan concept and that it's ongoing and perhaps it
8    was an oversight that we didn't list it or maybe
9    we wouldn't list everything that's possible there,
10   but when I look at this, I go to the -- I start
11   with the statement of purpose.  Why were we doing
12   a master plan?
13       It's been said that there's certainly
14   benefits for those entities that submit a master
15   plan in the development and review process for
16   them going forward, but each of the first three
17   subcategories under the statement talk about
18   minimizing adverse impacts, need to protect the
19   livability and vitality of adjacent neighborhoods,
20   and being able to understand the levels of
21   development that are likely being passed, and
22   appropriate mitigation measures.
23       So this suggests to me that -- that
24   clearly whatever is in this part of the zoning
25   ordinance is not strictly by right and cannot be

Transcript of Proceedings, 7-11-19                    Page 236

1    use -- be done simply because there's a listing of
2    items there.  The intent here was to allow for the
3    development process on a larger scale and to allow
4    for a dialogue to look through that, and then
5    there are discussions about things that should --
6    that are required to be in a master plan, if one
7    decides to do that.
8        And really that's what we come down to;
9    was interscholastic athletic contests included as
10   part of the proposal for the -- included in the
11   master plan as a use on -- on the site?  And I
12   have not heard from the applicant that -- a
13   rationale that suggests they had that in there or
14   there was some other reason that we would
15   automatically understand that that would be the
16   case.  Because it's an athletic field doesn't mean
17   that there's necessarily the interscholastic
18   contests.
19       There certainly are all kinds of
20   activities that fall within athletics from
21   intramurals to practices and physical education,
22   but in and of itself, that term, in my mind, does
23   not suggest what -- what I hear is being asked
24   for.
25       And -- and there's been comparisons to

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 62 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

Transcript of Proceedings, 7-11-19                                    Page 237

1    the University of Wisconsin's plan, and both of
2    these plans came forward and they're early ones in
3    the process, and it's -- it's certainly
4    conceivable with this new process that not
5    everything went perfect on the first round, but
6    there is a process within the Campus-Institutional
7    District to address that and that plans can be
8    amended as Edgewood has done already.  So it's
9    certainly -- when there's something in there
10   that's not what was intended or didn't fully
11   convey an intent, there's certainly an opportunity
12   to come forward through the process and make those
13   changes.
14          Someone suggested during testimony that
15   the burden is on the government in this case, and
16   in this particular case, the -- the applicant,
17   Edgewood, chose to prepare a master plan because
18   it imparted at least several benefits to them for
19   that.  And in that regard, the burden is on the
20   applicant to provide to the City and to the
21   Plan Commission their vision of what they want to
22   do and convey that.  And what we have is a product
23   that was developed by the applicant in
24   consultation with the neighborhoods or at least
25   the liaison, as I understand it, but brought to

Transcript of Proceedings, 7-11-19                                    Page 238

1    and submitted to the Plan Commission by the
2    applicant.  And that's what was reviewed by the
3    Plan Commission and approved there.  So that's the
4    document we're working with.
5          And the question then becomes:  Did the
6    zoning administrator properly interpret that
7    document and the overlying zoning ordinance when
8    he made his decision?
9          MS. BERENYI:  What I find myself
10   pondering right now is -- is that there is a
11   process by which Edgewood could amend their master
12   plan to reflect this use of their athletic field,
13   and I believe the purpose of -- of that process is
14   because the master plan was supposed to represent
15   sort of a -- a blueprint for the ten -- ten years
16   forward of how that campus would be used or how
17   any -- anyone in this zoning district would use
18   their -- their facilities if they -- if they
19   choose to go through the master plan process.
20          But then there's, you know, this
21   opportunity to say, "Oh, you know, actually, you
22   run into this issue.  We didn't -- our master plan
23   doesn't fairly reflect what we -- what we want,"
24   and so the process, it would seem to me, to change
25   that, is to follow amendment process.  And I -- I

Transcript of Proceedings, 7-11-19                                    Page 239

1    guess I don't see where -- where the harm comes
2    from having to do that, where the harm is created
3    by -- by following -- by going and amending the
4    master plan.
5          And it's clear by the number of people
6    who spoke in favor of -- of Edgewood college and
7    their place in that community and that
8    neighborhood and Madison in general that they have
9    a tremendous amount of support for their mission
10   and for what -- what happens at that campus.  And
11   so given that, isn't the -- sort of the most
12   appropriate thing to do this very transparent
13   process, amend your master plan, get the support
14   that's clear that exists here, and then move
15   forward from there?
16          And I guess that's where -- where I'm
17   sitting right now, is that I don't see the harm
18   caused by following the process of amending the
19   master plan, but do I see the benefit.  The
20   benefit is everything's right there on the table.
21   Everybody gets to come to the table and -- and
22   have the conversation.  I think that it's in -- it
23   sounds like Edgewood has been a good neighbor, and
24   I would think that in the interest of continuing
25   that, that this would be part of that being a good

Transcript of Proceedings, 7-11-19                                    Page 240

1    neighbor.  "Hey, you know what would be cool?  If
2    we could have -- if we could have -- what would be
3    cool is if we could have our home games here."
4          And I -- I -- I think that the -- I
5    honestly think that they would have great success
6    following that -- following that process because
7    people love Edgewood.  This -- this audience has
8    made that clear.  So I guess that's -- that's
9    where -- where I'm sitting right now is -- is
10   let's -- let's have this be a -- a super
11   transparent process and get everybody at the table
12   and get everybody on board.
13          MS. JENKINS:  I don't even know what the
14   time is, but I do want to thank everyone who is
15   still here with us and for really being a part of
16   the heartfelt -- heartfelt testimonies.
17          I do want to acknowledge three things
18   that, you know, from the testimonies that we heard
19   or that were shared with us, which is, you know,
20   regarding potential harm in the area of economic
21   growth or revitalization of Monroe Street.  You
22   know, there was a theme of surrounding fairness in
23   terms of are we holding Edgewood to a different
24   standard than we do other C-I Districts?  And --
25   and then really more of a -- maybe a terminology,

Transcript of Proceedings, 7-11-19                      Page 241

1    if I'm interpreting that correctly, between what
2    "games" means, competitive versus just competition
3    between groups of students playing sports.
4           That said, I do want to echo some of the
5    sentiments that were shared previously from board
6    members here in that this isn't a case of whether
7    or not we support Edgewood or not.  It's really
8    about the -- the code -- the zoning code itself,
9    the interpretation of that and us reviewing that
10   against the -- really, the Edgewood campus master
11   plan and what it's laid out and set out to do.
12          So I -- I'm also in that predicament
13   where I am going to be focusing my positions based
14   on those two materials formally.
15          MR. COLLINS:  Is there any further
16   discussion from the board?
17          MR. OSTLIND:  I'd just make one comment.
18   It's not so much discussion, but there's been many
19   evenings when I've sat in the audience at hours to
20   this level or well beyond, and I think it's the
21   participation of people in Madison that makes this
22   city a great place to be, and so the fact that
23   you're willing to put in the effort to be here and
24   to sit through this and hear all of the testimony
25   and discussion, I commend you for that.

Transcript of Proceedings, 7-11-19                      Page 242

1           MS. JENKINS:  Question.  First meeting.
2    So the discussion portion, are we allowed to have
3    a discussion amongst ourselves?
4           MR. COLLINS:  The discussion will be in
5    open session.
6           MS. JENKINS:  Okay.  I mean -- that's
7    what I mean --
8           MR. COLLINS:  Yeah.
9           MS. JENKINS:  Okay.
10          MR. OSTLIND:  So you -- any other
11   comments or questions you want directed to the
12   rest of us, certainly.  It's not all just
13   statements, if we have them.
14          MS. JENKINS:  Well, I -- I mean, I spent
15   the last whatever minutes here going through the
16   master plan and reviewing that, the one that was
17   dated in 2014, and, you know, I -- I mean, I did
18   see the language early on in the plan itself that
19   Edgewood talks about the challenges with not
20   having athletic -- or the ability to have
21   competitive athletic activities on the campus, but
22   what I'm really struggling with is that that --
23   that problem statement was introduced; however, if
24   you look at the rest of the content within the
25   master plan itself, it didn't really propose any

Transcript of Proceedings, 7-11-19                      Page 243

1    sort of solution in terms of how they would intend
2    to remediate that challenge or that, you know,
3    issue.
4           And the only place where I saw that they
5    had talked about the use of the athletic field is
6    really in the park and open space section.  So
7    I'm -- I just wanted to share that because, I
8    mean, I was really looking for, like, the next
9    section.  Like, there's got to be something,
10   right?  But I'm just not seeing it.  So I just
11   kind of want to share that.
12          MR. OSTLIND:  I had forgotten about that
13   aspect where they had talked about the problems
14   with holding the events.  As you say, there was no
15   indication that they were intending to have them
16   anywhere in the document.
17          MS. JENKINS:  I mean, in contrast, I
18   scanned over the UW plan as well, and, you know,
19   they laid out the -- basically what a master plan
20   is intended to do, which is what I believe it's
21   intended to do, which is "Within the next ten-year
22   period, we intend to do the following development
23   of facility changes or improvements, and this is
24   what we think that would look like."
25          So I was really looking for something

Transcript of Proceedings, 7-11-19                      Page 244

1    similar in the Edgewood plan that would outline
2    essentially some plan addressing, you know, that
3    particular challenge, which is the topic at hand.
4    I don't know what page, but being a speed reader,
5    it happens that I saw it.
6           Page 15 of the 2014 master plan.  It's
7    in the last paragraph in Section 3.1 -- oh, sorry.
8    It's paragraph 4.  It's the third paragraph, the
9    last sentence here where it talks about
10   understanding its challenges and opportunities
11   with regard to using its current athletic
12   facilities.
13          And then if you proceed to page 17 under
14   the title Athletics, it will go into further
15   description of those challenges.
16          MS. BERENYI:  Yeah, I kind of see what
17   you mean when -- sorry.  I see what you mean.
18   They make a pretty -- they make a strong statement
19   about those challenges of finding places to have
20   their games, their competitions; and yet the
21   master plan -- they don't have a proposal for what
22   that's going to be really, and it certainly
23   doesn't mention, "Well, we're just going to do it
24   at home."  You know?  So --
25          MS. JENKINS:  Yeah, you know, I was sort

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 64 of 99

Zoning Board of Appeals Hearing vs.
Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

Transcript of Proceedings, 7-11-19 — Page 245

1  of expecting to see it maybe under the Building
2  section perhaps under the -- the code, but I --
3  but there's really not a section under the
4  Proposed Planning for open space in particular.
5  So it really just went from -- I forgot where it
6  was.  It went from Transportation, I believe,
7  to -- yeah, so it went from Stormwater Management
8  to Transportation, and it really just skipped over
9  the development or the proposed development for
10  the open space.
11      **MR. OSTLIND:** If I can, in the Table of
12  Contents, Section 3.8 is the open space.
13      **MS. JENKINS:** Right.  So the 3.8 was
14  exactly the page that I had shared --
15      **MR. OSTLIND:** Okay.
16      **MS. JENKINS:** -- which lists the two
17  specific briefs in that section, 3.8.1, I believe,
18  was the very first item.
19      **MR. WAUTIER:** I'm sorry.  The section
20  you're --
21      **MR. COLLINS:** We're in deliberation.
22      **MR. WAUTIER:** Understood.
23      **MR. COLLINS:** Does the board need more
24  time to review materials?
25      **MS. JENKINS:** No.

Transcript of Proceedings, 7-11-19 — Page 246

1      **MR. COLLINS:** Is there further
2  discussion or deliberation?  Is there a motion?
3      And just to clarify, as I started with
4  at the beginning, I cited the statute in full and
5  the ordinance in full.  They are substantially
6  similar.  I'll go with the ordinance, which states
7  that, "The board upon a concurring vote of a
8  majority of a quorum may reverse or affirm wholly
9  or partly or may modify the order, requirements,
10  decisions, or determinations appealed from.
11      **MR. OSTLIND:** I'll make a motion.  The
12  motion would be that the Zoning Board of Appeals
13  fully affirms the decision of the zoning
14  administrator with regards to this appeal.
15      **MS. BERENYI:** I'll second.
16      **MR. COLLINS:** There's been a motion and
17  a second.  I know there has already been some
18  discussion and deliberation, but since we now have
19  a motion, is there any additional discussion?
20      Hearing none, all those in favor of
21  fully affirming the zoning administrator's
22  decision, signify by saying, "Aye."
23      **BOARD MEMBERS:** Aye.
24      **MR. COLLINS:** Opposed, say, "Nay" --
25  "no" or "Nay."

Transcript of Proceedings, 7-11-19 — Page 247

1      By a vote of 4 to 0, the motion carries.
2      The next item on the agenda is
3  adjournment.  We are -- we are adjourned.
4      (Adjourning at 11:47 p.m.)

Transcript of Proceedings, 7-11-19 — Page 248

1  STATE OF WISCONSIN)
                      )SS
2  COUNTY OF DANE     )
3    I, JESSICA BOLANOS, a Notary Public in and for the
4  State of Wisconsin, do hereby certify that the
5  foregoing Zoning Board of Appeals Hearing was taken
6  before me at the Madison Municipal Building, 215
7  Martin Luther King, Jr., Boulevard, City of Madison,
8  County of Dane, and State of Wisconsin, on the 11th
9  day of July 2019; that it was taken in shorthand by
10  me, a competent court reporter and disinterested
11  person, approved by all parties in interest and
12  thereafter converted to typewriting using
13  computer-aided transcription; that said transcript is
14  a true record of the hearing; that the appearances
15  were as shown on Pages 3 and 4 of the transcript;
16  Dated July 14, 2019.
17
18      _Jessica Bolanos_
19      Notary Public, State of Wisconsin
20
21
22
23
24
25

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 65 of 99

Zoning Board of Appeals Hearing vs.                                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                                    July 11, 2019

**$**

**$1 (1)**
182:6

**$200,000 (1)**
139:4

**$35,000 (1)**
47:25

**A**

**ability (10)**
54:14;64:9;73:25;
108:18;119:19;154:23;
198:8;211:9;235:1;
242:20

**able (41)**
41:8;21;42:10;43:13,
21;46:13,21;55:5;
68:14,23;71:3;79:20;
85:4;88:13;106:22;
108:20,24;110:16;
120:19;121:1,4;
123:19,23;124:6,13;
160:19;184:18;191:8,
9;192:20;193:11;
204:3,10,19;206:7;
208:23;220:4;226:9,
10;235:2,20

**above (1)**
136:1

**absence (1)**
184:25

**absent (2)**
87:24,25

**absolutely (10)**
36:17;39:25;88:22;
98:10,16;105:21;
106:2;113:3;148:19;
185:13

**abstaining (1)**
172:19

**absurd (5)**
88:23;164:21;165:3;
171:7;228:7

**abundantly (1)**
85:16

**academic (8)**
28:4;50:18;51:4,5,
11,24;52:4,13

**academically (4)**
41:4;50:23;204:4;
205:2

**academics (5)**
60:3;87:7;203:19,25;
227:10

**accept (1)**
214:24

**acceptable (2)**
17:15;46:25

**accepted (2)**
177:13;208:14

**access (1)**
189:20

**accessory (3)**
64:25;95:11;184:23

**accident (1)**
183:3

**accommodate (1)**
64:4

**accompanies (1)**
33:3

**accomplishing (1)**
31:15

**according (2)**
105:10;179:12

**accordingly (1)**
48:6

**account (1)**
73:25

**accurate (2)**
24:21;134:1

**accused (1)**
206:20

**achieve (1)**
41:2

**achievement (1)**
51:15

**acknowledge (1)**
240:17

**acknowledged (2)**
185:24,25

**across (7)**
53:8,17;144:23;
145:6;162:12;178:15;
197:6

**Act (9)**
27:8;52:21;81:20;
82:4;149:5,20;192:16;
206:16;231:16

**action (2)**
119:24;163:24

**actions (4)**
27:5,18;31:25;71:7

**active (2)**
72:21;194:1

**activities (29)**
34:12;37:21;38:11,
14;39:1,14;40:4,5;
75:10,15,22;76:22;
77:9;83:7;86:13;106:6;
135:13;136:21;137:2,
9;139:18;158:15;
171:6;193:10;230:22;
231:6;233:24;236:20;
242:21

**activity (13)**
36:23;37:7;76:19;
101:6,10,15;149:7;
171:8;194:4;228:15;
231:4,6,12

**actual (4)**
10:3;15:19;16:16;
138:23

**actually (20)**

**9:25;44:15;49:9;**
50:14;53:1,12;70:22;
102:15;117:5;128:23;
130:20;137:1;146:8;
162:8;173:12;201:12;
205:8;222:18,19;
238:21

**adapt (1)**
217:15

**adaptability (1)**
217:16

**adapting (1)**
194:4

**add (16)**
18:11;37:13;93:17;
100:13;108:7;109:11;
110:22,23,24,25;116:1;
127:1;135:1;199:4;
224:23;225:14

**added (10)**
29:25;33:16,24;
54:17;72:23;73:3;
122:3,4;126:1;180:14

**adding (1)**
20:6

**addition (4)**
54:17;175:23;
184:18;198:23

**additional (9)**
24:9;75:22;128:24;
134:6;176:15;177:9;
216:4;223:5;246:19

**address (7)**
10:17;11:18;19:20;
21:13;53:24;75:19;
237:7

**addressed (1)**
19:11

**addressing (1)**
244:2

**adequate (2)**
134:4;174:23

**adjacent (5)**
36:8;64:12,14;65:14;
235:19

**adjoining (1)**
18:15

**adjourned (1)**
247:3

**Adjourning (1)**
247:4

**adjournment (1)**
247:3

**administration (1)**
51:22

**administrative (2)**
7:5;112:9

**administrator (27)**
6:15;7:11;21:7,15;
25:25;26:20,25;58:8;
70:14;75:3,4;86:9;
106:8;108:9;141:15,
25;156:5;160:3;

**167:24;168:1,16;**
169:1;225:17;233:21;
235:3;238:6;246:14

**administrator's (9)**
63:11;66:10;82:1;
84:24;85:5;138:4,17;
234:13;246:21

**admit (1)**
215:3

**admitted (1)**
158:16

**adopt (7)**
16:22;92:1,4,9;99:5;
107:1;226:13

**adopted (26)**
30:23;34:2;66:23,24;
67:8;69:11;70:25;78:8;
89:25;92:16;93:7;
99:11;104:10,11;
106:16;114:2,10,10;
156:12,20;164:13;
168:6;206:25;224:25,
25;225:10

**adopting (3)**
68:16;69:14;92:20

**adoption (1)**
159:8

**ADU (2)**
209:16,20

**adults (1)**
218:19

**ADUs (1)**
209:17

**advantage (5)**
124:1;146:16;
184:15;191:1,2

**adverse (5)**
31:21;64:8;76:15;
168:22;235:18

**advisement (1)**
209:21

**Advisory (1)**
78:3

**advocates (1)**
188:25

**affect (1)**
5:13

**affected (2)**
7:4;195:17

**affecting (1)**
232:5

**affiliated (1)**
56:18

**affiliation (4)**
214:18,19,24;234:16

**affirm (5)**
8:8,17;86:8;225:16;
246:8

**affirming (1)**
246:21

**affirms (1)**
246:13

**afford (1)**

**193:19**

**affordable (1)**
51:23

**afraid (2)**
104:19;220:14

**African (3)**
49:21;50:18;51:12

**afternoon (2)**
26:10;42:21

**again (34)**
6:1;7:19,24;14:2;
19:2;20:14;21:12;
27:14;85:6;92:10;
93:22,22;99:4;103:18;
105:25;109:20;113:24;
117:12;121:7;122:3;
128:10;135:8;143:3;
148:25;153:7;156:14;
167:15;168:6;177:8;
182:1;188:14;214:2;
225:23;231:13

**against (14)**
26:1;31:7;47:7;52:6;
131:19;142:1;182:13,
15;199:12;210:2;
218:23;222:11;225:21;
241:10

**agenda (26)**
6:5,8;9:15,18,25;
10:2,19;11:4,21,21;
13:8,11;15:1,3,5,16,25;
16:3,16,25;17:8;18:8;
19:3,6;232:12;247:2

**ages (2)**
204:13,13

**ago (12)**
5:9;26:14;29:10;
56:22;58:10;104:12;
141:14;188:22;200:7;
207:2;210:3;212:8

**agree (23)**
6:16,21;7:13,19;8:2;
14:1,18;20:1;72:17;
97:18;99:23;105:1;
112:4,12;113:3;
135:20;144:9;154:15,
15;167:1;226:6;
227:20;228:9

**agreed (5)**
7:3;21:23;60:23;
116:7;223:6

**agreement (2)**
181:22,24

**agrees (7)**
6:19,20;7:15,16;
8:20,21;154:22

**agricultural (4)**
65:8;74:6;88:6,8

**ahead (2)**
121:10;122:25

**airtight (1)**
191:11

**Albright (7)**

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 66 of 99

Zoning Board of Appeals Hearing vs.                                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                                July 11, 2019

194:13,13,14,15;
197:1;199:17,19
**alder (4)**
69:19;182:8;190:5;
210:18
**alderman (1)**
80:1
**alderperson (1)**
81:4
**alders (1)**
79:25
**alive (2)**
32:14;192:15
**alleged (2)**
7:9;104:13
**allegedly (2)**
26:2;131:9
**alleging (2)**
104:16;128:14
**alleviating (1)**
194:16
**Allie (3)**
5:5;17:22;132:4
**Allied (1)**
189:3
**allotted (2)**
20:10,24
**allow (19)**
47:20;50:25;57:5;
79:21;91:12;92:23;
115:4;121:1;123:21,
23;158:22;174:23;
175:2;183:23;207:5;
209:18;215:7;236:2,3
**allowable (8)**
64:20;65:5;74:6,18;
139:20,21,22;209:18
**allowance (1)**
76:11
**allowed (25)**
34:18,20,21;35:3;
61:20;87:3;88:22;
89:19;90:23;91:1,15;
124:15;126:23;134:22;
157:4,5;168:14;175:8;
186:15;201:17;218:11;
223:19;229:22;231:11;
242:2
**allowing (5)**
44:3;77:16;170:11;
214:15;231:17
**allows (2)**
160:13;210:17
**alluded (4)**
75:21;125:4;132:5;
150:3
**almost (7)**
39:23;102:1;104:15;
130:10;133:18;181:2;
196:15
**alone (3)**
180:15;189:18;
231:20

**along (2)**
51:4;180:12
**alongside (1)**
41:19
**alter (1)**
62:16
**alteration (9)**
62:25;66:4;69:23;
81:3,3;111:23;153:8;
185:9,19
**alterations (1)**
80:24
**although (6)**
13:10;50:17;51:1;
211:19;213:11;221:20
**always (23)**
15:7,11;49:24;50:22;
120:2;123:16,21;
129:16;130:17;161:18;
163:4,9;178:23;
180:24;186:4;188:20;
194:3;197:25;198:2,
25;199:10,24;216:18
**amazing (2)**
204:2,21
**ambiguity (1)**
55:12
**amend (18)**
13:11;56:12,24;57:5;
70:2;75:11;155:8,9,14;
156:10;161:19;164:24;
209:5,8;223:10,23;
238:11;239:13
**amended (2)**
114:13;237:8
**amending (3)**
115:20;239:3,18
**amendment (31)**
19:13;63:18;69:25;
70:17;93:8,13;111:10;
113:17;114:9,13;
115:3,6,7,11;116:1;
127:2;128:22;147:11,
13;148:24;155:23;
156:13;163:7;170:22,
23;186:25;224:16;
225:1,8,11;238:25
**amendments (1)**
177:25
**amenities (2)**
192:9,13
**American (3)**
49:22;50:19;51:12
**among (3)**
37:1;169:17,18
**amongst (1)**
242:3
**amount (8)**
11:16;20:17;68:25;
76:10;124:23;127:25;
192:15;239:9
**amped (1)**
124:2

**amplification (1)**
77:19
**amplified (1)**
186:12
**Amy (1)**
202:13
**analogous (1)**
98:25
**analogy (1)**
151:8
**analysis (3)**
151:5;153:5;222:3
**and/or (3)**
48:25;125:17,23
**Andrea (1)**
181:8
**Andrew (2)**
207:20;209:11
**Angela (1)**
5:4
**angle (1)**
81:16
**Ann (1)**
202:12
**Anne (2)**
187:20,24
**announcing (2)**
59:2,5
**annual (1)**
159:1
**answered (1)**
62:19
**anthem (4)**
125:15,24;231:8,11
**anticipated (1)**
92:24
**anymore (1)**
146:11
**anyplace (1)**
165:12
**apartment (1)**
115:13
**Apologies (1)**
32:14
**apologize (1)**
176:25
**apparently (3)**
26:11;69:15;99:12
**appeal (15)**
6:22;8:1,13,24;10:5;
13:18;19:7;21:5,14;
158:2;209:9;214:8;
215:21;224:22;246:14
**appealed (3)**
8:10,19;246:10
**Appeals (16)**
5:2;7:1,2,7,8;9:13;
21:6,15,20;44:3;60:21;
81:21,22;232:13;
233:20;246:12
**Appeals' (1)**
12:13
**appearance (1)**

172:23
**appeared (1)**
104:2
**appears (2)**
24:12;159:11
**applaud (1)**
217:13
**applicant (7)**
86:21;112:14;
236:12;237:16,20,23;
238:2
**application (9)**
18:13;70:2;75:11;
108:23;156:1,10;
157:1;176:2;184:6
**applications (1)**
71:7
**applied (3)**
142:20;149:23;
182:17
**applies (1)**
85:13
**apply (8)**
34:8;37:24;54:1;
82:18;84:13;109:1,3;
111:20
**appointed (2)**
6:7;59:4
**appreciate (5)**
57:9;182:10;216:10;
224:10,10
**approach (1)**
18:24
**approached (2)**
42:17;150:19
**approaches (1)**
154:2
**appropriate (6)**
64:6,7;85:14;86:2;
235:22;239:12
**approval (37)**
6:8;9:3,16;15:13;
32:4;34:5;63:3,14;
67:23;74:5,13;75:1;
86:15;94:4,10,14;
95:19;108:2;111:4;
112:16,23;119:15;
120:9;127:2,3;138:13;
143:22;153:18;160:17,
17,18;176:20;177:7;
178:1;183:9;185:16;
224:17
**approvals (2)**
79:1;146:7
**approve (6)**
47:23,25;62:16;
63:17;68:15;128:20
**approved (29)**
30:24;36:15,25;
62:25;66:4,7;73:13;
81:2;84:12;98:4;
126:21;127:7;128:11,
13,21,24;153:8;
**art (3)**
13:16;59:16;60:5

162:13;164:10;176:2;
183:14;185:12,15,20,
23;206:19;208:24;
225:9;238:3
**approving (1)**
36:20
**approximately (2)**
5:3;45:6
**April (9)**
7:20;21:21;30:23;
166:15,19,19,20,20;
176:17
**architect (1)**
209:21
**architectural (3)**
80:22;93:1;113:6
**area (35)**
19:7;31:9;32:5;
62:17;63:2,5;67:3;
74:8;81:1;83:19;
110:15;130:17;138:2;
146:6;153:10;158:21,
22,25;162:10,24;163:5,
6,12,20;164:2,14;
185:11;203:21;206:24;
212:19;216:8,13;
217:7;224:18;240:20
**area's (1)**
158:17
**areas (10)**
62:24;63:23;65:22;
66:6;71:10;73:9;98:3;
130:19;185:7,21
**arenas (3)**
34:24;35:7;65:10
**argue (3)**
72:13;73:15;100:9
**arguing (1)**
229:23
**argument (18)**
36:2;71:21;74:4;
90:9;92:12;97:9,9;
103:14;106:12,13;
129:20,21,22;153:6;
166:3;186:16;195:9,21
**argumentative (1)**
100:4
**arguments (2)**
167:19;207:11
**arms (2)**
53:19,22
**arose (1)**
226:19
**around (16)**
29:2;33:9;43:1;48:7;
49:1;50:10;78:12;
101:25;121:10;130:15;
135:19;183:13;189:16;
206:23;220:17;221:6
**arrived (1)**
211:14

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 67 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                      July 11, 2019

article (10)
68:21;157:11,15,18;
158:1,21;159:4,6;
177:21;182:5
articles (1)
195:14
artificial (1)
158:17
arts (1)
60:5
aside (1)
12:15
aspect (2)
134:14;243:13
assess (1)
234:13
asset (1)
208:1
associated (2)
64:8;180:19
association (12)
23:25;24:1;42:19;
174:3,10;175:4,17;
216:2
associations (1)
177:22
association's (1)
175:1
assume (2)
20:12;129:4
assurance (1)
228:12
astroturf (2)
114:16;126:24
athlete (4)
43:13,16;50:23;
203:12
athletes (12)
40:24;42:4;46:3,18;
48:18;58:24;68:24;
117:11;158:23;198:6;
203:12;211:24
athletic (147)
26:6,6;28:22;29:15,
25;30:8,11,20,25;31:1,
3,8;32:18;33:6,13,15,
19,20,21,23,25;34:5,6;
35:16,17,18,20;37:19,
19,20;39:9;43:25;
44:11,12;47:24;48:2;
50:17;52:4,13;58:23;
63:6;66:14;67:4,6,11;
70:7;75:8;77:9,14;
80:8;86:25;88:12;
99:19,24;100:14,18,21,
23;101:19,19,20;102:1,
16;103:2,9,10,12;
105:14,15,16;106:3,4;
107:22,24;110:1,1;
115:24;116:1,22,25;
117:24;118:10,14;
127:5;130:10;132:18,
18;133:8,13;134:17;

135:24;136:22,25;
138:8;139:16;140:22;
147:8;149:11,12,17,18;
150:6;154:14,16;
155:3,4,10;157:9;
166:17,17;167:18;
171:1;174:14,17;
175:24;176:6;177:17;
178:16,22;186:11;
189:25;193:12;198:9;
201:10;207:13,14,15,
18;227:8;228:1,5,6,17,
19,20,24;229:25,25;
231:7,18;236:9,16;
238:12;242:20,21;
243:5;244:11
Athletically (2)
41:4;205:2
athletics (37)
29:7;30:14;35:25;
45:20,24;46:12;48:7,8,
13;58:20;59:16;87:8,9;
88:5;100:7;114:7;
133:14,23;134:14;
135:7,9,9,9;154:17;
189:14;194:7;203:25;
227:7,8,10,17,18;
230:11,16,16;236:20;
244:14
atmosphere (1)
46:11
attached (1)
71:24
attempt (1)
47:20
attempted (1)
155:14
attend (4)
43:20;50:14;205:1;
206:5
attendance (2)
7:25;199:18
attended (3)
18:16;156:5;206:3
attending (2)
41:11;214:13
attention (5)
15:4;22:20,23;24:6;
50:20
attest (1)
24:23
Attorney (10)
14:1,18;25:11;27:17;
88:17;98:13;99:6;
116:10;157:12;199:12
attorneys (1)
182:24
attract (1)
204:23
attractive (1)
52:17
audibles (1)
145:12

audience (8)
5:19;9:14;15:21;
76:13;145:22;194:17;
240:7;241:19
audio (5)
34:25;110:25;
125:10,13,21
auditoriums (3)
34:24;35:7;65:10
authorities (2)
27:11,14
authority (3)
7:8;13:10;230:2
automatically (5)
94:12;96:20,23;
186:17;236:15
auxiliary (1)
209:16
available (1)
151:16
Avenue (2)
187:10;214:6
average (1)
199:22
Avery (1)
211:3
avoid (2)
84:20;94:6
award (3)
203:9,10,11
awarded (1)
203:11
aware (1)
76:22
awareness (2)
212:21,21
away (11)
58:24,25;92:13;
93:21;105:5;170:8;
193:24;200:17;202:6;
205:9;219:10
awkward (1)
102:2
Aye (10)
17:23,24;57:16,17;
172:16,17;224:4,5;
246:22,23

## B

B5 (1)
65:7
back (48)
21:10,11;24:17;
26:13;49:10,16;53:2;
59:1;61:12;71:12,13,
24;73:22;78:11;84:14;
90:3;91:23;94:1;105:9;
109:1;116:18;119:18;
121:15;123:4;125:8;
135:14;142:9,9,17;
153:7;154:11;162:22;
164:17,24;170:9;

173:4,8,14,23;175:20;
181:16;183:10;188:13;
193:20;204:6;207:11;
218:4;221:1
backgrounds (2)
189:20;204:13
backyard (1)
46:10
Badger (4)
124:7,8,12;180:1
balance (5)
62:7;64:9;77:23;
225:21;226:20
balanced (1)
182:13
balances (1)
182:11
balancing (1)
182:19
Balistreri-Clark (1)
78:12
ball (1)
47:6
Bank (1)
212:20
banned (1)
39:3
banner (1)
61:17
bar (1)
83:14
barred (1)
38:14
baseball (5)
44:19,20;106:5;
117:18;211:2
based (13)
10:19;11:20;72:10;
87:14;92:12;94:17;
112:3;134:22;215:21;
234:15,19,20;241:13
baseless (1)
27:4
basic (2)
35:14;142:18
basically (3)
120:25;127:22;
243:19
basis (10)
21:23;66:9;84:21,24;
123:20;126:10;130:9;
138:17;168:3;228:11
basketball (3)
61:14;203:7;211:2
bathrooms (1)
48:4
battles (1)
79:7
Bay (3)
39:5,8;154:25
beat (1)
171:17
beauties (1)

217:3
beautiful (1)
201:2
became (6)
29:9;51:2,5;67:9;
213:3;225:2
become (10)
27:23;51:22;52:11,
16;60:23;117:10;
203:17,18;204:5;
218:18
becomes (2)
171:7;238:5
becoming (2)
94:7;144:11
beer (1)
40:3
bees (3)
168:13,14,18,20
began (1)
188:21
begin (6)
25:8;138:7;187:21;
218:24;225:20;233:6
beginning (5)
55:9;78:10;188:15;
220:10;246:4
begun (1)
18:2
behalf (3)
40:23;187:25;219:6
behind (7)
24:18;116:17;
143:24;147:15;162:4,
6;204:12
beliefs (1)
227:16
believes (5)
66:13;67:14,20;71:9;
189:11
belonging (1)
175:16
belongs (1)
187:3
beloved (1)
198:20
bench (1)
179:14
benedicere (1)
60:16
beneficial (2)
84:12;146:8
benefit (19)
6:10,25;7:24;8:5;
51:24;59:19;77:24;
112:14;144:20;158:9,
23;160:13,18;169:14,
14;182:14;221:20;
239:19,20
benefited (1)
184:16
benefits (9)
64:10;84:10,19;

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 68 of 99

Zoning Board of Appeals Hearing vs.                     Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                July 11, 2019

85:18;107:15,17;
  169:13;235:14;237:18
**Berenyi (13)**
  5:5;17:20;101:23;
  102:7,10;105:8,13;
  143:20;159:3;223:25;
  238:9;244:16;246:15
**Bernie (2)**
  194:13,14
**best (8)**
  41:19;43:6;68:25;
  88:19;119:19;120:11;
  158:9;226:10
**better (5)**
  84:17;109:2;119:17;
  129:13;151:7
**beyond (9)**
  14:16;59:17;86:14;
  138:1;151:19;156:8;
  191:7;231:21;241:20
**bible (1)**
  213:5
**big (8)**
  16:17;89:13;100:14;
  103:1,4,11;180:9;
  200:22
**bigger (1)**
  147:12
**Bill (2)**
  187:11;190:4
**binder (7)**
  22:25;23:9,21;24:21;
  29:5;32:20,21
**binders (1)**
  24:17
**bit (11)**
  9:18;66:16;75:18,19;
  81:15;144:5;160:5;
  188:14;200:18,24;
  225:15
**BITTNER (2)**
  214:3,5
**blanket (1)**
  82:7
**blare (1)**
  59:2
**blast (1)**
  59:6
**bleachers (12)**
  29:24;30:4;33:24;
  45:5;110:23;122:2;
  123:4,5;124:17,20,23,
  25
**bless (3)**
  60:17;232:9,9
**blind (1)**
  149:8
**blindness (1)**
  149:8
**block (2)**
  205:9;214:5
**blocks (1)**
  62:3

**blue (4)**
  5:25;10:9;214:1;
  226:24
**blueprint (1)**
  238:15
**Board (86)**
  5:2,4;6:11;7:2,3,7;
  8:2,7,15,23;9:5,8,10,
  11;11:3,6;12:13;14:17,
  22;15:4;16:1,19;17:13,
  24;19:9;20:22;22:4,9,
  21;24:8;27:11,15;
  40:12;44:2;49:19;50:2;
  51:20;53:25;54:2,13,
  24;55:16;56:9,11;
  57:17;58:12;60:21,24;
  64:22;78:4;81:20,22;
  86:19;132:15;159:12;
  170:13;171:21;172:1,
  17,21,23;199:18;
  220:18;221:25;223:23;
  224:5,13;227:6;228:9;
  229:3;230:1;231:5;
  232:1,13,19,22;233:3,
  6,20;240:12;241:5,16;
  245:23;246:7,12,23
**board's (2)**
  19:15;57:10
**boast (1)**
  203:16
**Bob (3)**
  194:12;197:3;215:15
**body (3)**
  29:19;52:1;226:3
**Boerner (1)**
  25:19
**bones (1)**
  58:14
**book (1)**
  134:21
**books (1)**
  40:2
**boom (1)**
  198:25
**Both (43)**
  6:10,16,21;7:19;8:1;
  12:17;16:21;17:15;
  19:16;22:4;34:1;40:10;
  41:2;49:25;51:25;61:3;
  79:25,25;84:3,19;
  85:17;86:19;92:22;
  93:7;114:7;119:8;
  120:20;126:12;128:16;
  130:25;169:14;177:21,
  22;180:9;186:12;
  193:13;198:15;200:4;
  203:8,9;209:22;234:9;
  237:1
**bought (1)**
  192:2
**bound (1)**
  188:10
**boundaries (2)**

130:1;157:20
**Boyce (1)**
  220:20
**boys (6)**
  30:6;179:19;180:12;
  205:11,15;219:8
**Brad (1)**
  220:20
**brag (1)**
  203:16
**brand (3)**
  89:4;149:15;200:10
**break (4)**
  109:5;117:9;119:24;
  127:6
**breaking (1)**
  119:11
**breast (1)**
  212:21
**breed (2)**
  46:6,7
**Breese (1)**
  181:4
**Breitenbach (1)**
  181:3
**brief (18)**
  23:24;32:1;63:8;
  68:21;71:20;72:5,6,13;
  75:11;81:16,17;83:13;
  86:21;99:17;114:11;
  167:20;169:2,3
**briefly (1)**
  34:15
**briefs (1)**
  245:17
**bring (8)**
  125:14;126:4;138:9;
  192:10;200:22;204:18;
  216:5,23
**bringing (3)**
  126:6;195:22;199:2
**brings (9)**
  7:14;9:6;10:4,15;
  17:2;21:24;149:5,19;
  192:7
**broad (4)**
  13:13;66:3;116:19;
  189:16
**broadcasting (2)**
  108:8;125:11
**broader (1)**
  64:14
**broadly (2)**
  16:6;136:19
**Brodsky (6)**
  181:9;183:17,21,22;
  187:7;202:13
**brother (1)**
  210:25
**brothers (1)**
  205:11
**brought (5)**
  15:3;55:7;150:10;

175:15;237:25
**Brown (1)**
  50:1
**build (11)**
  46:16;68:5;74:14;
  83:6;85:21;90:22;94:3;
  161:10;209:7,15;
  210:14
**building (25)**
  58:17,18;62:3;67:5;
  71:10;74:8,14,17;79:5;
  85:20;94:13;97:13;
  108:18;135:7;139:1,2,
  3;151:3;155:18,20;
  175:20;184:19;194:17;
  208:8;245:1
**buildings (20)**
  37:4,5;65:20;67:16;
  71:15,17;73:15;74:16,
  22;84:12;95:5;108:19;
  140:2;161:1,10;
  162:19;165:6;185:6,7;
  189:2
**built (5)**
  9:24;80:8,9,11;93:6
**burden (12)**
  27:16;54:8,11;83:2,
  10;149:7;190:9,9;
  191:12,21;237:15,19
**bureau (1)**
  7:4
**bus (2)**
  59:2;195:21
**buses (2)**
  76:9;196:2
**business (4)**
  59:15;198:22,22;
  217:8
**Businesses (2)**
  192:8;216:6
**busing (1)**
  189:4
**busy (1)**
  199:23
**buzzwords (1)**
  196:8

**C**

**calculations (1)**
  114:17
**calendar (1)**
  180:1
**call (12)**
  5:1;6:3;14:5;112:1,
  2;119:18;157:18;
  162:16;173:9,13,24;
  189:4
**called (13)**
  60:22;66:19;77:12;
  82:13;99:21;100:7;
  102:18;134:15;137:2,
  14;155:19;209:16;

213:23
**calling (1)**
  6:4
**Calls (3)**
  38:19;185:5;227:17
**calm (1)**
  219:24
**came (3)**
  41:15;42:16;60:8;
  61:2;86:22;89:3;93:17;
  96:25;104:9;119:20;
  156:16;157:6;176:6;
  188:22;195:1,1;
  226:17;237:2
**camp (4)**
  101:14;154:6;
  186:18;215:22
**camps (3)**
  158:15;231:22,23
**campus (63)**
  26:23;28:25;31:9;
  32:6,17;33:1;34:14;
  36:7;37:2;44:21;45:19;
  46:2,4,13,21;47:21;
  48:15;49:1;58:5,25;
  60:1;62:6;63:1;66:4;
  67:2,8;72:13;78:23;
  98:1;103:24;107:8;
  117:20,21;126:10;
  130:12;133:4,7;
  141:20;146:10;153:8;
  160:24;163:20,22;
  174:10,13;175:3,20;
  179:16;185:9,20;
  187:25;188:2;189:14;
  208:3;216:3;225:20;
  230:25;233:18;234:14;
  238:16;239:10;241:10;
  242:21
**campuses (2)**
  101:9;234:12
**Campus-Institution (1)**
  162:5
**campus-institutional (34)**
  30:20;34:10,18;
  71:22;83:20;84:5;89:2,
  14;90:10;91:11,12,15,
  18,20;92:1,5,18;96:10;
  104:14;108:5;109:9;
  110:11;111:2;112:7;
  113:20;151:18;152:2,
  4;159:10;165:14;
  226:2;229:21;234:10;
  237:6
**can (113)**
  11:5;12:1;14:14;
  16:11;20:1;21:10;23:4;
  24:6;29:8,15;31:5;
  33:18;34:3;36:2,25;
  43:15;48:8,13;49:12,
  15;50:13;53:1;54:21;
  55:19,21;58:16;61:5,6,
  7,11;62:4;63:10;69:1;

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 69 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

73:14;74:16;76:18;
82:12;84:4,13,19;
86:24;87:19;89:22,23,
23,24;92:8,8,14,15;
94:12;96:19;97:19;
99:8,13,19;105:17;
109:18,18;118:22;
119:19;120:12;132:17;
135:5;140:17;145:25;
148:13,15;149:7,14,15;
150:22;151:2;153:19,
19;156:12;163:10;
165:10;169:2;173:13,
21;182:4;183:19;
184:2,9,12;186:24;
187:18,19;190:24,25,
25;191:1,3;194:19,21;
195:19;201:11;203:22;
205:3;216:22;217:4,
15,19;222:24;223:6;
225:18;228:12,23;
231:5;233:7;237:7;
245:11
**cancel (1)**
196:1
**cancer (1)**
212:21
**capacities (1)**
59:15
**capacity (1)**
194:6
**captained (1)**
203:7
**car (2)**
200:22,24
**care (1)**
77:22
**careers (1)**
59:17
**careful (1)**
209:21
**careless (1)**
163:4
**Carol (1)**
194:11
**carpools (1)**
219:9
**carries (3)**
18:1;224:7;247:1
**carry (1)**
204:5
**carrying (1)**
49:4
**cars (1)**
219:13
**cart (1)**
126:4
**carte (1)**
111:7
**case (29)**
11:14;21:25;25:21;
39:7;40:12;63:4;82:11,
24;84:2;86:5,11;88:4;

93:3;107:19;130:2;
137:22;141:23,24;
162:18;172:24;191:16;
206:17;209:2,10;
228:4;236:16;237:15,
16;241:6
**cases (1)**
208:4
**catch-all (1)**
74:18
**Catholic (6)**
44:7;51:1;59:20;
188:19,25;189:10
**Caulum (4)**
202:11;203:1;206:1,
1
**cause (1)**
205:22
**caused (1)**
239:18
**cede (1)**
86:16
**celebrate (1)**
46:1
**celebrating (1)**
58:20
**celebration (1)**
59:8
**celebrations (1)**
60:6
**cell (1)**
5:21
**center (4)**
29:1;33:12;74:17;
154:24
**centers (1)**
64:4
**central (4)**
28:8,21;158:16;
198:10
**centuries (1)**
97:22
**century (1)**
54:9
**certain (6)**
127:25;174:12;
184:9,12;185:13;
206:20
**certainly (15)**
84:22;142:11;
145:10,14;206:6;
220:25;221:25;233:13;
235:13;236:19;237:3,
9,11;242:12;244:22
**certainty (1)**
85:19
**chair (14)**
5:8,9,9;6:5,7;26:25;
27:1;60:20;81:25;96:6;
112:8;159:11;172:19;
233:4
**chairs (1)**
173:21

**challenge (2)**
243:2;244:3
**challenges (5)**
211:8;242:19;
244:10,15,19
**challenging (1)**
78:25
**champion (1)**
199:14
**championship (1)**
216:17
**chance (4)**
75:6;83:11;147:25;
213:14
**change (43)**
32:5,10;34:8;64:10,
11;66:1,2;67:21,22;
73:12;80:12;94:15;
96:4;109:10,13,16,22,
22;110:9,21;113:21;
128:12;129:13;137:5;
138:12;147:6;150:25;
153:17;160:5,21;
161:11;164:1,1;170:2;
171:3;174:21;180:9;
201:9;207:4,10;218:3;
224:17;238:24
**changed (14)**
28:1;31:4;33:18;
66:14;68:13;69:15;
81:11;112:18;193:25;
206:24;207:9;215:13,
19;218:14
**changes (17)**
63:1;66:5;85:24,25;
98:2;99:3;123:11;
153:9;171:4;174:23;
185:10,20,25;196:7;
210:11;237:13;243:23
**changing (7)**
74:11;94:18;97:13,
24;150:11;151:2;170:3
**chapel (1)**
213:5
**chapter (2)**
7:12,18
**Char (2)**
202:12;222:10
**charge (1)**
233:20
**Charity (1)**
212:17
**check (2)**
176:21;177:7
**check-in (2)**
22:11,15
**checking (2)**
40:2;159:18
**cheer (1)**
213:15
**cheered (1)**
59:3
**chef (1)**

139:5
**cherry (1)**
157:20
**chewing (1)**
101:15
**chief (1)**
11:14
**child (1)**
50:3
**children (2)**
28:13;158:14
**choice (2)**
209:1;212:14
**choose (1)**
238:19
**chop (1)**
162:10
**chose (4)**
31:20;65:1,2,2;
174:25;237:17
**chosen (4)**
31:12;52:3;191:16;
234:11
**Chris (5)**
30:10;43:25;187:14;
202:11;206:1
**C-I (25)**
34:11;35:4,4,12;
36:6,11;37:12;38:23,
24;62:15;63:21;64:19;
65:5;67:9;72:8;78:1;
84:14;96:8;146:21;
152:8,20,21;154:1;
186:21;240:24
**cinder (2)**
120:14,24
**circumstances (2)**
71:5;161:6
**citation (3)**
191:5;208:25;209:10
**citations (2)**
38:2;209:1
**cite (1)**
91:9
**cited (3)**
7:6;8:7;246:4
**City (170)**
6:20;7:4,16;8:21;
11:8;12:6,10;17:4,10;
21:1,18,20;22:5,7;
23:11,21;25:24;26:20;
27:14;28:11,17;30:24;
42:18;47:23;52:9;54:2;
55:1,5,24;56:2,9;
59:13;60:19;61:4,25;
62:2,3,5,9,19;63:15;
67:7,14,20;68:4;69:9,
10,12,18;70:3;71:9;
74:9;75:1;77:25;78:7;
82:6,8,10;83:11;84:25;
85:2;86:4,5;89:5;92:6,
7;93:16;94:19;95:4,4,

15;97:2,20,22;101:4;
105:3,4;108:10;
109:16;111:4;112:21;
114:24;116:10;118:10;
121:17;126:13;127:3,
7,22;128:11,13,23;
137:4;145:13;146:22;
147:21,24;149:8,10;
150:5,10;153:21;
159:16;161:3,16,21;
163:7;166:14;167:1,8,
16,23;168:3,4;171:4;
175:4;176:20;177:7;
178:1,11;182:10;
183:17,23;185:14;
189:16;192:6,7;194:1,
3,5;196:7;197:21;
201:19;206:2,11;
207:2,12;208:1,24;
209:1,13,22,22,25;
210:5,5;212:13,23;
215:7;217:12;218:1;
220:22,23;222:1,6,11;
223:18;225:2;226:12;
228:20;231:15;232:10;
235:2;237:20;241:22
**City's (40)**
26:3;27:5,18;31:12;
32:1,24;34:3;36:1;
37:23;38:12,13;39:3;
40:5;55:7;61:21;64:3;
73:20;78:5;84:2,9;
90:9;92:12;103:14;
114:11;129:2;134:22;
144:17;157:7;158:2;
160:6;163:2;164:12;
167:6;184:19;207:7;
209:9;221:20;223:1;
226:6;231:2
**civil (1)**
50:2
**claim (5)**
75:20;82:13,18;
84:21;180:23
**claimed (1)**
178:10
**claims (2)**
82:12;83:24
**clarification (6)**
11:1;19:15;23:20;
100:5;129:11;130:23
**clarify (15)**
6:11,12;7:19;8:1;
9:17;12:25;20:2,16;
69:3;70:17,21;127:16;
145:18;214:17;246:3
**clarifying (1)**
117:23
**clarity (1)**
184:8
**Clark (1)**
202:12
**class (10)**

Case: 3:19-cv-00683  Document #: 1-18  Filed: 08/21/19  Page 70 of 99

Zoning Board of Appeals Hearing vs.                                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                            July 11, 2019

33:17;37:22;51:6;
102:4;130:16;148:12;
156:9;161:24;177:14;
210:23
**classes (26)**
60:5;63:7;67:13;
69:8,13;70:6;75:7;
107:24;109:14;127:14;
134:10;137:17,20;
138:4;139:13;153:14;
157:14,21;161:16;
163:14;164:5,6;
167:12,19;174:18;
208:19
**classes' (1)**
70:19
**classified (2)**
136:7;139:10
**classify (2)**
65:3;140:11
**classmates (2)**
193:8;206:4
**classroom (1)**
70:6
**cleaned (1)**
198:3
**clear (17)**
56:15;85:15,16;
86:12;96:25;112:5;
129:14;130:2;181:17;
190:17;191:18;211:18;
233:13;234:18;239:5,
14;240:8
**clearer (1)**
35:11
**clearly (11)**
73:17;90:7,15;91:18;
92:7;134:24;143:16;
144:15;155:11;184:12;
235:24
**clicked (1)**
68:2
**clients (2)**
206:19;207:3
**clipped (2)**
66:20,22
**clock (2)**
20:5,25
**close (6)**
76:16;159:20;179:1;
197:8;202:8;207:24
**closest (1)**
215:5
**club (6)**
39:21;45:2,3;47:13,
14;179:21
**Coach (6)**
32:9;67:24,24;
118:23;119:18;227:13
**coached (1)**
212:18
**coaches (9)**
41:1,10;43:6;46:18;

58:25;177:18;204:13;
211:17;213:3
**code (38)**
13:15;25:21;30:21;
38:13,23,24;40:6;
54:16;78:2;89:6;90:1;
91:9;92:17;94:24;
96:24,25;100:18,19,25;
101:17,17;144:10,12,
18;151:14;155:13;
160:9;165:9;168:13;
171:14,22;183:23;
207:1;228:23;229:22;
241:8,8;245:2
**collaborative (1)**
176:5
**colleagues (1)**
25:15
**collective (1)**
214:20
**College (12)**
46:23;58:6;78:13,25;
79:16;89:23;158:22;
169:5;176:17;180:21;
188:8;239:6
**colleges (2)**
89:1;97:3
**COLLINS (167)**
5:1,7,8;6:21;7:17,24;
8:22;9:2;10:25;12:20;
13:5,8,25;14:3,22;15:9,
22;16:18;17:18,21,25;
18:25;19:19;20:14;
21:3,9;22:13;23:1,7,16,
19;24:3,20,24;25:5,8;
49:7,14;53:1;54:19,23;
55:8,23;56:1,8,24;57:2,
14,18,21;60:10,19;
86:17;89:20;90:19;
91:2;93:25;106:7,11,
24;108:3;109:5,21;
110:2,17;111:6,14;
116:13;117:2;118:6,
12,17;119:5,10,20;
120:4;121:9,15,24;
122:8,13,25;123:8,10;
124:19,25;125:3,10,25;
126:5,11,19;127:6,11,
16;128:4,8,14,18;
129:2;142:5;145:9;
155:6;159:13,16,24;
160:2;161:25;162:22;
164:16;166:13,25;
167:3,8,13;171:25;
172:8,11,14,18;173:2,
9,12,17;174:5;176:23;
177:4;181:7,10;
183:15,19;187:5,21;
190:2;192:23;194:10;
196:24;202:24;203:2;
213:19;218:21;220:8;
221:3,7,11,16,18;
222:9,22;223:9,12,16,

22;224:2,6;232:11,18,
23;233:2;241:15;
242:4,8;245:21,23;
246:1,16,24
**color (5)**
51:13,23;203:19;
204:11,24
**colors (1)**
42:8
**com (1)**
148:16
**combination (2)**
26:11;220:13
**combined (1)**
51:3
**comfort (2)**
46:5;79:22
**comfortability (1)**
46:5
**comfortable (2)**
46:4,5
**coming (8)**
41:25;43:3;48:15;
50:12;76:9;153:7;
156:6;198:24
**commend (1)**
241:25
**comment (41)**
9:14,19,19,21;10:8,
11,17;11:20,21,25;
12:16,21;13:9,12;14:5,
14,20,23,25;15:17,24;
16:4,23;17:7;19:1;
22:11,14,16;23:23,24;
49:12;55:21;56:2,5,13,
25;145:16;175:8;
223:1;226:25;241:17
**commentary (1)**
16:8
**commenting (1)**
16:10
**comments (28)**
12:4,5,6;15:14,20;
18:23;19:2,3,5,23;
145:11,16;161:13;
173:5,5;220:12,16,21;
222:24;224:9,13,19;
225:24;226:23;232:19,
22;234:3;242:11
**commercial (1)**
206:10
**Commission (43)**
32:4;36:16,20;62:16;
63:3,13,17;66:8,23;
67:23;68:15;69:12;
73:14;74:2,5,13;75:1;
78:5;79:3;80:7;86:1,
15;93:2;98:5,9;108:2;
138:13;153:18;156:16;
168:6;174:11;183:10;
185:12,23;186:25;
209:14,25;224:16;
225:9,18;237:21;

238:1,3
**Commissioner (3)**
12:18;34:5;221:2
**Commissioners (3)**
24:19;25:10,20
**commissions' (1)**
15:6
**committee (9)**
47:19,20;78:3;81:6;
175:13,18;176:13;
178:3;188:3
**commodore's (1)**
42:16
**Common (7)**
93:2;146:22;189:7,8,
9,21;196:21
**commons (1)**
48:4
**communicated (1)**
198:3
**communicates (1)**
230:18
**communities (2)**
28:18;50:1
**community (33)**
28:6;42:2,3;45:22;
46:1,15;49:22;51:11;
59:9,19;64:15;157:16;
158:7;188:17;189:13,
15,16;193:15;204:1,2,
9,9,17,19;205:1,4;
212:10;227:1,2;
230:15,18,19;239:7
**community-wide (1)**
158:13
**comparative (1)**
84:1
**compared (1)**
211:20
**comparison (1)**
154:19
**comparisons (1)**
236:25
**compassion (1)**
28:5
**compelling (5)**
83:12,16,21;229:18,
24
**compete (4)**
35:19;118:3;158:10;
211:24
**competing (4)**
47:6;48:19;182:11;
204:14
**competition (8)**
42:5;87:10,11;104:1;
122:22;158:18;164:25;
241:2
**competitions (14)**
38:10;39:9;45:9;
116:22;117:1;122:17,
18,20;147:22;148:1,
16;154:9;230:23;

244:20
**competitive (30)**
34:6;38:8;99:24;
108:15;109:15;131:13,
18;132:1,6,7;134:10;
137:8;141:3,8,12,17,
21;142:2,15,23;
144:15;154:18,25;
179:3;180:16;186:11;
208:9;231:19;241:2;
242:21
**competitively (1)**
31:7
**complained (1)**
218:12
**complaining (2)**
77:10;171:5
**complaint (3)**
45:14;76:25;77:3
**complaints (6)**
45:12;76:19,21;77:9;
206:14,15
**complete (6)**
22:3;24:4,15;112:6;
113:17;162:18
**completed (2)**
50:4;51:7
**completely (8)**
37:14;105:1;114:6;
133:17;143:1;150:15;
160:23;191:10
**Complex (10)**
38:17;67:18;123:19,
20;141:10;144:12;
154:24;158:12;193:1;
201:11
**complexes (1)**
133:18
**complexity (1)**
192:25
**complicated (3)**
82:5;111:18;146:25
**complies (2)**
6:17;37:16
**comply (1)**
63:24
**component (1)**
116:16
**components (1)**
95:16
**comports (1)**
87:4
**comprehensive (1)**
62:1
**compromise (1)**
208:17
**conceivable (1)**
237:4
**concept (2)**
190:8;235:7
**concepts (1)**
90:2
**concern (5)**

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 71 of 99

Zoning Board of Appeals Hearing vs.                                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

50:22;156:2;174:19;
182:20;215:20
**concerned (5)**
14:21;176:15;
198:23;232:4,4
**concerns (4)**
38:1;188:25;194:16;
233:17
**concert (1)**
170:16
**concerts (1)**
39:24
**concession (1)**
153:20
**concessions (1)**
178:5
**conclude (2)**
158:21;202:5
**concluded (1)**
177:12
**conclusion (4)**
81:16;85:6;177:15;
180:23
**conclusive (1)**
137:9
**concrete (1)**
151:10
**concurring (2)**
8:16;246:7
**condemned (1)**
97:7
**condition (4)**
37:3;121:22;184:2;
185:24
**conditional (25)**
64:25;79:3;80:21;
89:8;90:15;91:9,14;
93:10,14;94:10,16,21;
95:19;96:16;105:3;
113:9,14,15;152:12,19;
155:24;176:1;182:17;
184:6;209:14
**conditions (22)**
37:2;62:23;65:20,21;
73:8;133:4,5,6,9;
134:2;135:5,6,7;143:8,
9,19;154:4;158:10;
185:5,6,16,19
**conducted (2)**
34:13;117:7
**conference (4)**
124:8,12,14;180:1
**confident (1)**
97:23
**confirmed (1)**
176:17
**conflict (1)**
18:18
**confused (3)**
95:20;200:14;211:15
**confusion (2)**
42:23;211:21
**congratulate (1)**

132:14
**congregate (1)**
45:25
**Congregation (2)**
58:3,12
**Congress (4)**
53:12,13,23;229:13
**conjunction (3)**
102:21;134:16;
143:11
**connect (1)**
45:21
**connected (1)**
188:21
**consecrated (1)**
29:18
**Consequently (1)**
176:9
**consider (7)**
9:16;11:7;171:21;
188:15;193:4;207:25;
224:13
**consideration (8)**
57:10;150:11;
210:20;219:21;220:1,
7;234:15,18
**considered (1)**
138:20
**considering (4)**
14:17;140:24,25;
234:23
**consistent (10)**
5:10;6:23;122:9;
123:20;126:22;127:8;
130:9;168:10;174:19;
223:23
**consistently (1)**
208:7
**constant (1)**
48:19
**constantly (1)**
47:5
**constitute (1)**
83:8
**constitutes (1)**
164:1
**constrained (1)**
184:13
**construct (1)**
184:18
**construction (4)**
80:17,19;165:7;
188:23
**construction-related (1)**
128:2
**consultant (1)**
204:5
**consultation (1)**
237:24
**consulting (1)**
204:7
**contain (1)**
71:5

**contains (1)**
63:6
**contend (1)**
120:16
**content (2)**
234:16;242:24
**contention (2)**
69:6,6
**contentious (2)**
89:9;186:5
**contents (5)**
65:16;73:4;133:3;
163:17;245:12
**contest (10)**
47:21;48:2;100:19;
104:3;117:24;118:11;
125:16;149:18;153:16;
228:24
**contests (49)**
26:6;30:20,25;31:3;
35:20;44:12;45:12,18;
63:10;66:15;68:6;75:9;
86:25;88:12;99:20;
100:21,23;101:12,19;
102:1;103:10;105:15;
115:24;116:2;118:14;
121:7;124:4;126:9;
127:5;130:10;136:23;
137:1;138:9;140:16,
22;157:9,15,16;165:15,
18;166:17;167:12;
228:5,20;229:25;
231:7;235:1;236:9,18
**context (3)**
73:22;90:4;96:6
**continuation (1)**
217:19
**continue (14)**
20:20;32:25;45:18;
48:24;96:2,2;104:23;
110:18;148:22;158:12;
171:10;177:4;204:7;
220:18
**continued (6)**
44:6,14,18,24;
170:24;179:17
**continues (3)**
31:3;34:2;119:9
**continuing (7)**
12:1;56:13;161:17;
163:8;199:9;221:18;
239:24
**contractor (1)**
217:6
**contradicted (1)**
71:6
**contrary (3)**
27:6;82:2;163:25
**contrast (2)**
81:11;243:17
**contribute (1)**
59:21
**control (6)**

77:6;86:10;90:11;
93:24;128:2;226:8
**controlled (1)**
90:8
**controlling (3)**
5:14;143:18;226:16
**controls (3)**
52:22;104:24;105:2
**controversial (1)**
31:6
**controversy (2)**
29:1;33:12
**convenience (1)**
46:17
**convent (4)**
58:18,23;59:2,5
**conversation (2)**
50:9;239:22
**convey (2)**
237:11,22
**convince (2)**
195:19;196:3
**convinced (2)**
47:19,22
**cool (3)**
61:18;240:1,3
**cooperatively (1)**
208:12
**copies (1)**
22:8
**copy (10)**
22:11;23:8;24:22;
221:1,1,5,14,15,16;
222:20
**core (1)**
142:9
**corner (3)**
44:21;117:19;161:4
**cornfield (4)**
74:5,9,12;165:25
**corporate (2)**
58:12;206:19
**correcting (1)**
139:19
**correction (1)**
115:17
**correctional (4)**
90:22;94:4;186:19;
194:18
**correctly (5)**
12:16;83:13;137:24;
151:15;241:1
**council (10)**
58:11;66:24;78:7;
93:2;111:22;146:22,
22;188:22;189:1;
225:10
**counsel (4)**
54:17;227:3,21;
231:23
**count (1)**
190:15
**counties (1)**

28:19
**counting (1)**
211:4
**country (4)**
53:8,17;190:10;
229:15
**County (3)**
21:18;198:10;206:25
**couple (6)**
86:21;150:4;200:7;
203:5;206:5,6
**course (4)**
97:24;116:15;147:6;
164:6
**court (4)**
23:17;27:4;85:1;
203:14
**courts (1)**
83:3
**cover (2)**
72:15;136:20
**covered (1)**
93:25
**covers (1)**
162:11
**cows (1)**
218:9
**cream (1)**
198:21
**create (9)**
60:8;68:6;80:15;
135:17;160:14;164:17;
195:23;205:3;230:7
**created (7)**
29:17;78:23;79:18;
89:4;208:12,23;239:2
**creates (6)**
54:11,12;87:20;
111:19;184:8;205:2
**creating (3)**
36:11;175:21;232:6
**creation (3)**
36:6,13;78:1
**critical (8)**
16:18;20:14;29:6;
55:9;79:24;149:4;
203:20;230:11
**cross (1)**
227:24
**Crosse (1)**
51:8
**crossed (1)**
196:17
**crowded (1)**
60:12
**crowds (1)**
179:11
**Crusaders (2)**
49:6;204:15
**crux (2)**
13:17;117:24
**Cruz (4)**
40:14,19,20;202:20

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 72 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                       July 11, 2019

cue (1)
    160:7
culture (1)
    132:8
Cunningham (1)
    202:11
Cup (1)
    26:16
curb (1)
    35:14
curfew (1)
    198:7
curious (1)
    132:3
current (15)
    27:21;29:11;33:4;
    52:5;67:10;71:24;
    90:24;125:11,13;
    126:18;137:5;140:12;
    178:23;207:5;244:11
currently (3)
    131:13;137:14;
    209:18
curriculum (1)
    28:4
Cusick (3)
    207:20;209:11,11
cut (4)
    20:9;173:20;189:2;
    227:24
cutting (2)
    173:18;176:25

                D

dad (1)
    200:20
daily (3)
    47:3,8;130:11
Dalton (1)
    25:17
Dane (3)
    21:18;198:10;206:25
dangerous (1)
    117:11
Darlington (2)
    199:13,13
data (1)
    179:12
date (3)
    44:15;91:20;159:3
dated (5)
    7:20;21:21;72:4;
    191:1;242:17
daughter (1)
    206:5
daughters (2)
    214:10,16
daunting (1)
    203:22
Dave (1)
    207:23
Davis (2)

202:13;207:20
day (8)
    44:19;83:5;130:7,15;
    186:11;196:2;212:7;
    215:24
days (1)
    26:14
daytime (3)
    155:10,15;218:11
deal (5)
    16:17;146:5,13;
    160:14;206:10
dealing (1)
    206:11
Deborah (1)
    222:17
decades (4)
    29:11;97:22;175:9;
    186:6
decibel (1)
    179:11
decide (3)
    7:8;81:21,22
decided (2)
    97:15;105:23
decides (1)
    236:7
decision (22)
    7:4,10,18;8:9,11,18;
    12:14;17:14;21:6,15;
    84:24;85:4,5;86:8;
    225:16;230:5;232:3,
    14;233:3;238:8;
    246:13,22
decisions (1)
    246:10
decrease (1)
    199:6
dedicated (1)
    135:17
deeming (1)
    26:21
deeper (2)
    9:18;58:20
deeply (1)
    59:17
defend (1)
    43:16
define (2)
    92:18;153:1
defined (8)
    13:15;72:8,10;98:7;
    153:3;165:11;184:1,13
defines (2)
    134:10;185:3
defining (2)
    15:19;183:24
definition (9)
    36:5;38:12;94:24;
    118:9;135:19;140:18,
    23;155:22;181:13
degree (1)
    51:7

deleted (1)
    98:18
deliberation (7)
    12:14;17:13;232:13;
    233:3;245:21;246:2,18
delineate (2)
    89:18;93:18
democratic (5)
    183:11,13;210:10,
    17;229:5,6
demonstrated (1)
    32:7
demonstration (1)
    83:8
demonstrative (1)
    32:8
Demonstratives (1)
    24:14
denied (1)
    53:21
Dennis (1)
    202:10
deny (1)
    209:9
department (2)
    7:3;178:11
departure (1)
    175:7
depending (1)
    85:1
depends (2)
    108:12,12
derived (1)
    64:11
describe (11)
    70:5;103:19;107:20;
    113:2;119:13;133:17;
    163:15,18,22;166:10;
    222:10
described (27)
    39:17,21;67:19;
    68:11;75:10;98:11,15;
    100:10;103:12,24;
    107:20;110:3,7;
    129:12;131:16;133:19;
    136:7;141:5;154:13;
    155:2,4;163:25;164:4,
    14;165:24;170:10;
    174:13
describes (4)
    33:4;67:10,14;69:7
describing (4)
    103:13;107:10,23;
    128:23
description (20)
    37:1;70:11;132:16;
    133:4,6,12,14;134:1,4;
    140:4;141:21;143:10;
    153:15;154:3,10;
    163:23;170:6;174:16;
    181:15;244:15
descriptions (1)
    40:9

deserve (1)
    198:8
deserves (1)
    205:24
design (1)
    80:22
designate (1)
    13:23
designated (2)
    5:9;208:18
designation (3)
    6:5;12:21;92:3
designed (2)
    113:4;209:20
desire (1)
    170:21
desired (2)
    115:25;226:11
destroying (1)
    49:1
detail (6)
    80:14;124:17;
    132:10;165:4;166:18;
    170:4
deteriorated (1)
    122:12
deteriorating (1)
    120:15
determination (7)
    7:10;8:9,11,19;
    10:12;66:10;156:17
determinations (1)
    246:10
determine (1)
    233:21
determined (2)
    50:10,16
detrimental (1)
    48:25
Deuren (1)
    25:19
develop (5)
    37:12;40:25;119:13;
    126:3;147:5
developed (2)
    237:23
developer/general (1)
    217:6
developing (1)
    188:18
development (67)
    36:4;64:5,8,15;
    78:17,22;79:8,10,20,
    23;87:8;90:5,14;95:3,
    3,9,12,13,21,25;96:15;
    97:12;98:20,23;
    102:18;109:6,22;
    110:9,21;112:15,22;
    113:23,25;114:5;
    119:12,13,15;120:5,9;
    121:19,25;123:2,11;
    132:4;152:6,7,10,15;
    153:21,23;160:14;

162:14;169:12;175:15;
    182:13;184:1,10,12;
    208:3,13,15;235:15,21;
    236:3;243:22;245:9,9
developmental (2)
    109:12;126:13
developments (6)
    36:9;95:15;96:12;
    113:2;115:23;126:1
device (1)
    21:10
diagram (5)
    33:4,10;37:18;
    102:22;143:11
dialogue (2)
    169:17;236:4
diamond (1)
    44:20
Diane (1)
    78:4
difference (13)
    13:2,3;82:11;98:14;
    109:6;152:20,20;
    165:20;217:16,25;
    234:8,19,24
differences (2)
    217:4,4
different (28)
    52:8;63:12,13;65:2,
    2;68:10,10;70:12;75:8;
    84:6;107:13;108:23;
    112:15;144:24;152:7;
    155:12;160:7,24;
    161:4;164:2;197:9,13;
    204:12;207:19;217:8,
    22;233:23;240:23
differently (5)
    65:3;82:15,20;88:10;
    149:21
difficult (7)
    18:4;24:18;79:6;
    89:9;145:20;213:21;
    229:9
difficulties (3)
    15:11;105:20;211:8
difficulty (1)
    176:25
dime (1)
    120:25
dimension (1)
    160:11
direct (2)
    8:14;178:25
directed (2)
    191:19;242:11
directly (1)
    178:15
director (6)
    30:11;43:25;44:11;
    158:3;177:17;209:23
dirt (1)
    127:25;150:15
dis (1)

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 73 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

151:22
**disagree (6)**
129:21;151:25;
153:4;190:5;227:13,15
**disagreement (1)**
112:25
**disbelief (1)**
143:17
**disciplining (1)**
48:11
**disclose (1)**
18:12
**disclosure (2)**
10:18;147:2
**disclosures (2)**
18:3,9
**discontinue (1)**
166:16
**discontinuing (1)**
166:16
**discover (1)**
18:7
**discretion (1)**
20:22
**discriminated (1)**
52:6
**discrimination (1)**
81:15
**discriminatory (1)**
31:24
**discuss (4)**
40:16;172:24,24;
183:12
**discussed (4)**
67:16;69:23;128:19;
197:20
**discussing (1)**
57:4
**discussion (26)**
12:14;17:13,23;
54:25;57:15;99:16;
104:20;145:24;172:15;
176:6;224:3;232:13;
233:3,6,10,11;234:25;
241:16,18,25;242:2,3,
4;246:2,18,19
**discussions (4)**
5:12;115:14;124:16;
236:5
**dismal (1)**
50:20
**disparate (2)**
82:18;112:11
**display (2)**
36:13;46:14
**dispute (3)**
31:19;199:11;208:2
**disruption (3)**
197:12;198:2;215:25
**disruptive (2)**
197:16;205:23
**dissimilar (1)**
138:25

**distinction (2)**
16:4;231:5
**distinguish (1)**
167:10
**distracting (1)**
145:12
**distraction (1)**
211:18
**distractions (1)**
43:7
**District (64)**
34:10,11,19;35:4,12;
36:6,11;37:12;38:23,
24;50:8,13;62:15;
63:21;64:6,19;65:5;
67:9;71:22;78:1,23;
79:12,18;83:20;84:14;
89:3,4;90:6,7,14;
91:16;94:18;97:4;
98:20,20;104:9,14;
105:21;108:5;109:9;
110:11;111:2;145:19;
146:5,8,11,14,21;
151:1,18,21;152:4,8,
16,20,21;153:21;
154:1;226:2,3;229:21;
234:10;237:7;238:17
**districts (16)**
64:24;72:8;80:1;
89:11;90:10;91:7,14;
98:23;105:4,4,5;
151:14;152:2;153:24;
165:11;240:24
**District's (1)**
50:16
**disturb (1)**
127:25
**disturbed (2)**
128:1;198:17
**disturbing (1)**
42:25
**diverse (3)**
27:24;52:12;205:3
**diversion (1)**
142:6
**diversity (1)**
194:8
**diverting (1)**
203:1
**diving (2)**
38:9;101:12
**DMNA (3)**
174:4,19;175:22
**DNR (1)**
114:22
**document (11)**
67:1;114:3;143:3;
144:14;147:4;148:13,
17;185:25;238:4,7;
243:16
**documentation (3)**
69:9,10;179:5
**documented (1)**

180:16
**documents (1)**
23:12
**dodgeball (1)**
117:25
**Dominican (10)**
27:22;28:5;29:8;
42:3;45:22;56:23;58:3,
11;188:11;227:2
**Dominicans (1)**
55:17
**Don (1)**
187:12
**done (15)**
21:1;28:24;48:3;
93:9,20;99:6;114:24;
121:5;124:1;201:5;
207:1,10,10;236:1;
237:8
**door (1)**
60:15
**double (2)**
176:21;177:7
**doubles (1)**
200:4
**doubt (1)**
191:7
**down (21)**
30:1;33:2;34:20;
65:6,16;77:19;79:5;
129:17;145:3;150:16,
17;160:25;161:9;
191:8;196:2;211:4;
215:6;218:8,13;
234:25;236:8
**downplay (1)**
144:1
**draft (11)**
71:21,25;72:4,14;
73:1,5,6,10,11;78:6,6
**drafted (1)**
80:3
**drafting (2)**
178:13;182:23
**drafts (5)**
72:7,22;78:1;79:13;
98:19
**draw (2)**
46:13;76:5
**draws (1)**
193:14
**dream (2)**
123:17;124:3
**Dreams (1)**
68:3
**drink (1)**
40:3
**Drive (7)**
189:3;200:17,19,22;
202:6;219:9,16
**driven (2)**
130:13;215:2
**drivers (1)**

219:12
**driveway (4)**
151:8,9,11,11
**driving (1)**
116:17
**dropped (1)**
209:6
**Dudgeon-Monroe (8)**
28:15;79:8;174:2,9;
175:19;197:4;205:9;
214:6
**due (7)**
16:20;20:15;55:10;
99:20;115:11;184:6;
211:14
**duration (2)**
19:23;230:23
**during (17)**
9:10;22:16;23:23;
43:2;45:15;50:2;70:9;
92:16;120:21;127:5;
148:8,15;156:2;
169:19;176:19;177:5;
237:14
**dusk (1)**
47:9
**dwelling (1)**
209:16

**E**

**Earl (1)**
29:21
**earlier (14)**
7:6;14:7;20:16;
25:24;26:19;76:24;
81:25;82:17;122:15;
132:5;150:3;151:12;
194:23;219:8
**early (14)**
15:1;44:23;45:15;
47:8;55:18,22;117:16,
16;124:10;194:2;
206:3;220:12;237:2;
242:18
**early- (1)**
45:7
**easier (4)**
37:11;183:9;225:4,
15
**East (5)**
39:4;141:19,23;
142:3;181:1
**easy (1)**
78:17
**echo (2)**
210:18;241:4
**Eckstein (1)**
202:14
**economic (2)**
198:25;240:20
**Edge (1)**
105:16

**Edgefest (1)**
60:7;198:1
**edges (1)**
59:20
**Edgewood (309)**
6:14,19;7:15;8:20;
11:4,6,12,17;12:3;
14:21;17:3,5,9,11;
18:20;21:5,6,14,14,20;
22:4,22;24:12,14;25:5,
14;26:2,23;27:12,20;
28:12,19,22;29:7,10,
13;30:19,22;31:11,13,
14,16;32:22;33:1,6,19;
34:4;35:14,24,25;
36:14;40:7,9,16,17,20,
23,24;41:8,16,21;42:1,
4,7;43:18,20;44:1,10;
45:20,24;46:13,13,15;
49:7,19,20;50:21;51:2,
6,18,22;52:3,8,10,14;
54:4;56:19,21;58:5,14,
16,21,24;59:13;60:1;
61:3,12,21,24;62:8;
65:11;66:11,20;67:12,
16;69:4,17;70:5,7,16,
20;74:4;76:1;78:11,13,
24;79:15,17;80:4;81:7,
18;82:10;84:3,10,25;
85:18,18;86:24;87:22;
88:10;89:25;92:22;
93:3;95:25;96:1,6;
99:8,19;102:23;104:7,
10,24;106:11;108:25;
111:14;114:2;116:21;
119:21;120:1;126:13;
127:2;128:9;129:18;
133:19;143:5,15;
144:20;145:12;146:17,
18,24;148:5,20,25;
149:18;151:13;154:22;
155:12,18;157:7;
158:6,24;160:4,20,22;
161:8;164:20;166:21;
167:4,6;169:5,19,20,
22;170:8,10,11;174:14,
24;175:11,12,19,21;
176:7,9;177:12;
178:10,22;179:6,8,12,
17;180:19;181:1,13,
17;182:6,20;184:15,
16;185:14,23;186:7,10,
13,16;187:25;188:2,6,
21;189:14;192:5,5,7;
193:7,9,11,25;194:6,
17,19;195:2;197:21,23,
24,24;199:2,13,14,20,
21;200:11;201:23;
203:5,16;204:8,22;
205:4,10,18,24;207:24,
24,25;208:3,10,14;
209:4;210:3,8,18,23,
24;211:1,5,13;212:2,3,

Case: 3:19-cv-00683  Document #: 1-18  Filed: 08/21/19  Page 74 of 99

Zoning Board of Appeals Hearing vs.  Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

7;213:16;214:8,20,25;
216:3,25;218:6,16;
220:21,23;221:3,25;
222:5,11,15,16,23;
223:19;226:25;227:1,
7;230:13,18;231:20,
20;233:18;234:4,9,11,
20;237:8,17;238:11;
239:6,23;240:7,23;
241:7,10;242:19;244:1
**Edgewood's (1)**
158:4
**Edgewood's (40)**
11:11;12:9;18:12;
22:1,19,24;26:4;28:7,
21;32:9,11;35:21;36:3;
37:16;40:25;56:3;63:4,
8;66:18;70:8;71:20;
74:3;83:13;105:17;
140:24;149:10;167:20;
175:14;180:23;186:16,
23;199:9;207:10;
212:6;219:2;220:9;
221:4,19;233:12;235:5
**educate (4)**
28:1;35:22;45:25;
87:6
**educated (1)**
28:13
**education (25)**
27:25;33:7;49:25;
50:2,4;51:2,14;52:4;
59:15;65:15;67:13;
70:6;107:24;127:13;
133:23;134:9;137:17;
139:13;156:9;157:14;
174:18;193:14;194:9;
208:19;236:21
**educational (5)**
46:22;64:3;89:16;
102:4;152:24
**effect (3)**
30:21;104:9;185:18
**effectively (1)**
79:12;97:7;138:11
**effort (1)**
241:23
**eg (2)**
137:7,20
**EHS (2)**
206:3,5
**eight (3)**
70:24;198:18;212:17
**either (15)**
8:22;15:22;20:9,13;
34:21;40:7;55:11;72:8;
124:10;152:12;155:12;
167:6;195:3;221:22;
232:14
**elected (4)**
184:15;210:5,18;
225:6
**electrical (3)**

114:23;128:24;129:5
**element (2)**
56:14;176:10
**Elementary (2)**
50:5;188:7
**elements (2)**
65:18;82:21
**elephant (1)**
181:19
**eliminate (3)**
114:6;143:6;189:3
**eliminated (1)**
72:23
**Elite (1)**
45:2
**Ellie (2)**
207:21;210:22
**Elliott (7)**
42:16;78:14;158:8;
177:21;188:4;194:21;
201:19
**else (17)**
21:3;35:17;47:4;
61:2;103:16;112:2;
134:18;143:14;153:14;
165:12;187:8;191:17;
192:21;195:12;202:18;
218:22,25
**else's (2)**
46:9;216:20
**e-mail (3)**
59:6;156:6;222:13
**e-mails (3)**
22:7;24:1;206:12
**embedding (2)**
13:11;14:5
**embraces (1)**
28:4
**emphasize (1)**
52:21
**employed (1)**
100:24
**employees (2)**
209:22;225:13
**enable (2)**
36:8;64:14
**enacted (2)**
72:25;148:24
**enclosed (2)**
35:7;65:10
**encompass (2)**
133:13,15
**encompasses (1)**
154:18
**encompassing (1)**
133:24
**encounters (1)**
59:24
**encourage (4)**
36:7;62:5;64:13;
232:1
**encouraged (1)**
146:22

**encourages (2)**
41:5;146:24
**encouraging (1)**
106:25
**end (7)**
8:12;25:2;47:17;
48:14;52:15;60:15;
144:9
**endeavors (1)**
59:18
**ending (3)**
70:24,24;117:16
**endless (1)**
231:24
**endorses (1)**
154:22
**energies (1)**
59:23
**enforce (1)**
71:3
**enforced (1)**
168:25
**enforcement (2)**
7:11,18
**engage (3)**
171:9;227:17;230:22
**engineered (1)**
158:23
**engineering (1)**
127:23
**enhances (1)**
45:23
**enjoy (2)**
188:2;214:16
**enjoyed (1)**
209:24
**enough (6)**
64:22;82:22;84:23;
120:19;153:3;154:20
**enrollment (2)**
50:12;232:5
**ensure (2)**
52:2;80:2
**entails (1)**
228:19
**enter (1)**
50:5
**entered (3)**
49:25;84:8;167:5
**entertain (2)**
15:14;16:22
**entire (10)**
59:19;73:23;77:23;
108:12;148:8;162:6;
163:22;178:19;189:13;
193:2
**entirely (2)**
35:15;98:24
**entirety (1)**
162:14
**entities (3)**
79:15;234:24;235:14
**entitled (1)**

49:14
**entity (4)**
35:12;37:12;169:4;
234:1
**entrance (1)**
42:16
**enumerated (1)**
184:24
**environment (2)**
41:5;205:1
**equal (7)**
27:12;46:20;52:14;
54:3;149:23;150:1;
231:15
**equality (1)**
25:22
**equally (2)**
54:1;202:3
**equitable (1)**
196:14
**equity (4)**
25:23;52:2;106:12;
196:9
**era (1)**
50:3
**Eric (1)**
202:13
**erosion (1)**
128:1
**error (3)**
7:9;178:13;182:23
**Eskrich (1)**
69:20
**especially (5)**
50:19;69:1;101:9;
165:4;197:14
**essential (2)**
87:13;186:8
**essentially (5)**
12:10;15:23;106:12;
142:5;244:2
**establish (4)**
74:25;78:20;83:11;
168:12
**established (3)**
27:20;64:2;186:22
**estate (1)**
206:10
**etc (1)**
30:8
**Ethan (2)**
181:9;183:21
**ethics (1)**
51:3
**ethnically (1)**
52:12
**ethnicities (1)**
52:18
**even (35)**
28:18;41:15,25;
42:25;43:18;44:19;
47:6;48:4;51:9;54:13;
72:9;80:10;83:10;

93:11;100:18,19;
103:18;113:10,14;
118:10;122:19;135:6;
154:2;155:13;162:1;
171:21;172:22;192:17;
193:23;206:21;207:7;
228:21,24;231:22;
240:13
**evening (14)**
5:3;25:9;43:24;
49:17;52:1;58:1;81:25;
124:7,10,11;199:17,18;
203:3;214:4
**evenings (2)**
124:14;241:19
**event (4)**
24:17;179:20;180:6;
195:11
**events (27)**
58:23;67:6;99:25;
103:16;107:22;109:15;
110:1;116:20;121:8;
124:7,9,13;132:2;
142:24;167:1,3,4;
180:10,11,14,16;
186:11;189:25;200:20;
216:4;233:24;243:14
**eventual (1)**
210:14
**eventually (3)**
122:18;123:19;124:3
**Evers (4)**
181:8,11;183:16;
222:15
**everybody (10)**
61:2;63:25;72:3;
225:19;226:22;227:6;
229:15;239:21;240:11,
12
**everybody's (1)**
225:23
**everyday (1)**
199:25
**everyone (12)**
6:25;22:3,13;24:5;
173:2;187:8;195:2;
204:12;212:4;224:9;
232:8;240:14
**everyone's (2)**
32:25;203:23
**everything's (2)**
92:14;239:20
**evidence (2)**
191:13;226:18
**exact (4)**
157:23;158:1;
209:13;210:4
**exactly (8)**
35:24;60:25;91:1;
97:16;102:9;190:20;
209:18;245:14
**exaggerated (1)**
197:15

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 75 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

**example (13)**
  11:15;39:15;83:2,4;
  97:15;115:9;136:10;
  137:7;162:9;165:13;
  166:7;170:7;180:4
**examples (4)**
  118:23;133:10;
  139:18;142:11
**excel (2)**
  41:6,8
**excelled (2)**
  28:23;50:24
**excellence (2)**
  28:22;203:13
**excellent (1)**
  134:13
**Except (4)**
  91:10,14;144:21;
  152:2
**exception (3)**
  19:7;184:25;216:14
**exceptional (1)**
  150:1
**excess (1)**
  96:15
**exchange (2)**
  39:20;107:17
**excite (1)**
  213:13
**excited (1)**
  124:15
**exciting (2)**
  61:13;211:12
**exclude (1)**
  157:9
**excluded (2)**
  140:21,23
**exclusions (1)**
  156:23
**exclusively (3)**
  83:7;227:4,5
**Excuse (3)**
  96:5;97:6;125:19
**executed (1)**
  80:19
**executive (1)**
  158:3
**exemption (1)**
  82:7
**exercise (4)**
  27:16;83:3,9;230:7
**exhaustive (2)**
  34:12;37:7
**exhibit (7)**
  33:10;66:18,21;67:7;
  69:18;70:3;114:15
**exhibits (3)**
  114:10,14;115:18
**existed (1)**
  129:16
**existence (1)**
  54:9
**existing (36)**

37:2,4;62:22;65:20;
  70:5;72:12;92:4;96:3;
  97:6;101:9;102:16;
  103:19;114:1;115:2;
  129:18;133:4,6;134:2,
  2;135:7;143:7,8,18;
  149:9;150:8;154:4;
  157:4;161:14;169:8;
  170:3,5;184:5;185:5;
  226:9,16;229:20
**exists (1)**
  239:14
**expand (5)**
  68:25;79:2;129:25,
  25;186:10
**expanded (4)**
  115:13,15;132:24;
  180:18
**expanding (3)**
  52:12;59:21;186:23
**expansion (6)**
  64:9;80:25;115:11;
  130:4,7;157:16
**expansive (1)**
  175:2
**expect (10)**
  20:7;74:25;81:10;
  136:21;140:16;163:15;
  165:15,17;166:8;232:2
**expectation (1)**
  226:15
**expectations (2)**
  78:20;85:22
**expected (1)**
  71:3
**expecting (1)**
  245:1
**expedited (2)**
  228:11;232:3
**experience (9)**
  42:11;43:14;45:21,
  23;49:5;181:16;
  201:22;211:6;217:1
**experienced (1)**
  212:1
**experiences (2)**
  76:8;204:13
**expire (5)**
  90:13,17;92:11;
  99:10;226:8
**expired (6)**
  15:9;60:11;183:15;
  187:6;190:3;196:25
**expires (4)**
  93:21,23;107:11;
  129:25
**expiring (1)**
  156:13
**explain (6)**
  5:17;27:1;75:6;
  101:10;123:10;155:8
**explained (1)**
  99:7

**expressed (1)**
  156:3
**extend (2)**
  19:21;20:20
**extent (2)**
  49:11;201:25
**extra (2)**
  23:9;54:22
**extraordinary (1)**
  211:7
**extremely (3)**
  89:9;201:18;213:6
**eyesight (1)**
  197:8

**F**

**face (1)**
  147:6
**facial (1)**
  82:13
**facilities (30)**
  27:24;31:8;34:23;
  35:6;44:5,6;48:6;
  52:13;65:8,19;68:24;
  100:1,2;112:19;115:5,
  9,25;120:6,15;121:12,
  18;125:11;130:11,12;
  155:4;159:19;201:17;
  233:18;238:18;244:12
**facility (34)**
  38:7,19,20,21;47:1,
  3;63:10;76:10,17;80:7,
  9,11,11;87:23;90:22;
  94:4;103:21,22,23,23,
  25;109:9;122:6;
  126:25;141:6,11,18;
  158:25;166:7;176:18;
  186:19;194:18;227:18;
  243:23
**fact (32)**
  30:14;44:15;87:18;
  99:20;106:22;107:11,
  11,12;138:14;139:10;
  142:16,20;144:1;
  146:6,14;148:5,23;
  177:20;180:25;200:4;
  207:17;212:2;214:24;
  215:22;216:18;220:16;
  226:17;227:6;229:20;
  230:25;234:20;241:22
**facts (7)**
  44:4,9;149:9;160:5,
  6;164:18;170:9
**factual (1)**
  116:16
**faculty (2)**
  29:19;41:1
**failure (1)**
  51:14
**fair (4)**
  16:20;55:10;86:4;
  196:22

**fairly (6)**
  14:9;150:23;196:15;
  202:3;228:6;238:23
**fairness (3)**
  25:22;196:10;240:22
**faith (4)**
  45:19;60:9;188:20;
  204:25
**faith-driven (1)**
  188:17
**fall (7)**
  41:13;121:6;178:1;
  199:20,23;228:12;
  236:20
**falls (1)**
  10:10
**familiar (1)**
  46:4
**familiarity (1)**
  46:6
**Families (4)**
  28:17;50:13;52:2,17
**family (6)**
  50:6,11;51:2;178:15;
  213:3;218:5
**fans (3)**
  46:3,18;204:14
**fantastic (2)**
  200:8;201:20
**far (12)**
  14:21;29:3;30:15;
  52:16;93:2;117:19;
  144:1;153:3;174:5;
  193:24;232:20,22
**Farmer's (5)**
  18:14,17;134:21;
  149:14;156:22
**fashion (1)**
  210:10
**Father (1)**
  29:18
**faulting (1)**
  228:20
**favor (13)**
  17:23;57:16;172:16;
  191:5;195:3;197:18;
  218:23;220:21;221:4;
  222:11;224:3;239:6;
  246:20
**favored (1)**
  147:1
**fear (2)**
  211:21;215:9
**fearing (1)**
  210:9
**feature (1)**
  128:3
**featured (1)**
  178:4
**February (1)**
  125:8
**Federal (9)**
  14:12;27:7;53:9,11;

54:2,15;82:2;229:4;
  230:4
**feedback (1)**
  175:16
**feel (16)**
  15:3;43:21;45:10;
  46:25;48:21;49:3,4;
  100:4;133:12,16;
  134:8;204:16,16;
  206:15;211:9;212:3
**feeling (3)**
  211:15;212:1;216:20
**feelings (1)**
  211:10
**feels (3)**
  43:16;200:8,10
**feet (12)**
  94:15,22,22,25;
  95:10;96:15;97:14;
  108:19;110:15;115:10;
  128:1;178:17
**felt (10)**
  43:21;57:24;120:19;
  121:3;122:16,18;
  124:15;153:1;211:21,
  22
**few (22)**
  5:9,16;6:12;26:24;
  31:5;32:9;42:16;44:19;
  45:3,17;47:16;79:10;
  108:4;154:12;161:13;
  179:7,19;182:9;
  195:13;206:12,13;
  216:14
**field (275)**
  26:7,23;27:3;29:1,
  15,18,21,25;30:2,8,13,
  18,19,25;31:1,2,3,8,17,
  18;32:11,18;33:6,11,
  11,15,19,20,22,23,25;
  34:6,6;35:6,8,9,16,18;
  37:19,19,20;41:3,18,
  23;42:9,12,15,20,25;
  43:5,11,12,17,22;
  44:17;45:5,9,13,19;
  46:12;47:7,8,10,24;
  48:20;61:14;63:7;
  67:11;68:3,6,17,18,19;
  69:5,7;70:7,18,21;75:9,
  23;77:9,15;80:8;85:8;
  86:13,14;87:12;96:3;
  99:20;100:14;101:19,
  21;102:17;103:2,2,4,
  17;105:24;106:6,16;
  108:6,15,15;114:16,20;
  117:1,4,6,6,7,15,20;
  119:1,14;120:13,19,22;
  121:14,22,22,24;122:5,
  22;123:3,12,24;126:16,
  17,18,21,23,24,25;
  127:7,10,12,13,15;
  129:16;130:8,23,24,25;
  131:2,7,11,12,20;

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 76 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                    July 11, 2019

132:2,18,18;133:7,8,
  12,13;134:17,19,20;
  135:24;137:15;138:7,
  21,24,24;139:10,17;
  140:12;142:4;145:3,4;
  147:8,8;148:4,6,7,9,21,
  21,22;149:11,12,17;
  150:6,21;154:13,14,16,
  16;155:3;156:8,11;
  157:9,17;160:21;
  161:12;162:1,25;
  166:17;167:18;170:18;
  171:1,17;174:14,17;
  175:6,24;176:6,14;
  177:14,19;178:12,16,
  19,21,23;179:1,4,6,17,
  20,25;180:3,6,9,11,13,
  24;181:4,6;182:7,8;
  186:4;189:21;192:18;
  193:10,12;194:8,24;
  198:8;200:4,5,5;201:2,
  7;203:13;204:10;
  205:13,14,16;206:4,8;
  207:14,18;208:6,9,17;
  209:7;211:10,14,25;
  214:14;215:4;216:19,
  20,22;219:9,23;220:5;
  228:1,6,17;229:25;
  236:16;238:12;243:5
field' (1)
  144:15
fields (38)
  33:13;39:4,5,5,6,8,9,
  13;44:13;67:4;100:7;
  103:9;105:14;106:3;
  119:3,4;132:6,19;
  141:19,20,23;142:3,20;
  154:25;158:18;164:10;
  173:25;174:1,1,7;
  180:6;181:3;189:25;
  192:20;215:5,17;
  231:18,18
field's (3)
  29:20;141:23,24
fight (2)
  77:4;213:11
file (2)
  111:24;164:13
filed (3)
  70:1;81:17;99:18
fill (4)
  5:24;10:9;214:1;
  221:21
filled (3)
  194:2;213:22;214:3
filling (1)
  218:25
final (9)
  72:14;73:2,6,11,16;
  104:8;178:1;230:5;
  232:12
finalized (1)
  78:6

finally (5)
  10:18;48:21;201:9,
  11;207:11
find (3)
  70:2;140:20;238:9
finding (2)
  91:10;244:19
fine (15)
  13:22;16:13;20:13,
  22;21:2;29:5;59:16;
  60:4;92:14;104:16;
  119:21;146:1;159:24;
  174:7;205:24
finest (1)
  198:9
finish (2)
  20:18;159:22
finished (4)
  44:1;86:17;200:7;
  223:7
Fiona (1)
  194:11
firm (1)
  25:11
firmly (1)
  51:16
first (45)
  5:19;7:1;12:23;
  14:14;26:8;29:4,22,25;
  40:14,24;47:3;49:2;
  57:14;58:6,19;59:25;
  60:3;70:4;86:20;
  102:19;104:13;114:13;
  118:17,18;120:6;
  132:13,14;143:7;
  173:10;175:21;181:25;
  194:15;195:25;197:5;
  200:10;212:7;223:14,
  18;224:8;226:1,19;
  235:16;237:5;242:1;
  245:18
fit (2)
  135:19;152:16
Fitchburg (2)
  207:1;215:6
five (8)
  11:15;18:23;25:3,5;
  49:10,16;161:1;173:13
flag (2)
  118:24;154:8
flashing (2)
  15:8;21:8
fledgling (1)
  199:15
flexibility (2)
  217:23,24
flies (1)
  166:5
flip (1)
  102:25
floor (3)
  61:17;110:15;173:24
focal (1)

69:2
focus (10)
  39:20;79:17;116:14;
  119:5;135:2;142:10;
  162:23;165:4;211:19;
  234:2
focused (8)
  42:22;48:12;51:25;
  160:24;161:7;163:6,
  20;211:17
focusing (2)
  167:21;241:13
Foley (2)
  25:11,16
folks (1)
  79:14
Follette (1)
  169:5
follow (9)
  5:17;10:22;15:18;
  17:2;113:7;135:15;
  187:8;195:18;238:25
following (14)
  33:3;34:22;39:18;
  58:25;65:18;95:24;
  102:22;131:23;153:24;
  239:3,18;240:6,6;
  243:22
follows (2)
  72:8;209:17
follow-up (1)
  137:4
food (2)
  40:1;212:20
foot (1)
  96:4
football (38)
  29:18;30:6,17;44:12;
  103:15;105:18;106:5;
  110:8;117:3,5;118:23,
  24;119:24;120:3,21;
  121:8;124:6,9;131:16;
  148:15;154:8,8;
  158:18;179:14,18,24;
  180:5;181:6,19;182:2;
  195:22;197:11;200:5;
  201:3;205:10,12;
  211:2;231:24
footing (2)
  84:15,17
force (2)
  66:25;116:17
forced (1)
  187:7
foremost (1)
  40:24
forfeited (1)
  54:10
forfeiture (1)
  143:15
forget (2)
  42:7;60:7;61:18;
  211:12

forgot (1)
  245:5
forgotten (1)
  243:12
form (3)
  56:19;214:2;218:25
formally (1)
  241:14
formation (3)
  230:9,12,13
formed (1)
  175:14
former (2)
  49:20;213:15
forms (2)
  18:23;221:21
forth (1)
  207:12
forums (2)
  197:13,14
forward (14)
  19:5;41:15;79:23;
  96:11;173:14;213:13,
  24;218:3,24;235:16;
  237:2,12;238:16;
  239:15
forwarded (1)
  78:6
fostered (1)
  204:1
fostering (1)
  188:18
FOULKS (3)
  197:2,3;215:15
Foulz (1)
  194:13
found (4)
  32:2;126:22;152:23;
  179:25
Foundation (3)
  123:15,23;158:4
founded (1)
  29:9
founders (1)
  190:24
Four (20)
  26:14;46:24;89:15;
  92:12;93:20;99:9;
  116:10;131:4;156:14;
  157:14,22;161:1;
  177:19;179:13;180:4;
  183:1;204:3;212:7;
  216:15,25
fourth (4)
  17:7;26:17;30:15,16
four-year (1)
  40:21
fragment (2)
  114:3;143:12
fragmented (2)
  103:13,17
frame (1)
  184:14

framework (3)
  79:21;80:16;81:9
frank (1)
  203:22
Franklin (1)
  214:13
frankly (9)
  8:5;14:15;89:10;
  101:22;102:3;199:6;
  213:25;219:14;228:6
fraternity (1)
  166:7
free (2)
  103:15;186:17
freshman (7)
  43:3;117:5;180:4;
  200:11,19;201:8;
  210:25
freshmen (2)
  122:23;179:14
Friday (3)
  39:25;110:8;187:17
friends (3)
  40:3;41:19;202:5
Frisbee (7)
  39:12;45:8;118:1,1;
  119:2,7;131:17
front (4)
  19:8;29:19;60:15;
  201:2
frustrate (1)
  37:14
frustrating (2)
  61:7;211:20
full (10)
  20:4,17;22:20,23;
  33:8;49:15;158:17;
  194:6;246:4,5
full-ride (1)
  204:4
fully (4)
  163:11;237:10;
  246:13,21
fun (1)
  209:24
functions (1)
  95:11
fundamental (3)
  112:25;138:12;
  153:17
fundamentally (7)
  66:13;67:22;68:10;
  74:11;75:7;84:18;
  108:24
fundraising (1)
  67:6
funds (1)
  123:20
further (12)
  17:23;72:9;103:3;
  107:3;111:3;153:1,2;
  171:25;172:15;241:15;
  244:14;246:1

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 77 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

**furthers (1)**
87:5
**future (11)**
37:5;43:20;50:21;
52:5;65:21;99:16;
102:17;132:23;184:1;
185:6;194:18
**futures (1)**
51:24

## G

**gallons (1)**
40:3
**game (39)**
26:9,22;27:2;30:17;
41:22;42:7;43:2,10;
59:1,10;104:3;117:6;
120:17;125:24;130:5,
16;131:5;161:19;
180:24;195:12,23;
199:10;200:16;205:20,
22;211:13,16,17,23;
213:4;214:16;215:24;
216:23;218:15;219:23,
24;227:5;231:1,8
**game-changer (1)**
158:6
**gameday (1)**
125:15
**games (147)**
26:12;30:6,7,7;
31:16,18;34:7;35:16,
19;38:21,22;39:11,11,
12;44:16,19,23;45:15;
47:11;61:21;63:16;
69:5,18,21;70:8,9,24,
24;75:15;76:5,5;77:16,
17;85:8;86:12;92:14;
96:2;99:13;100:17;
103:16;104:17;105:18;
108:16,25;110:8,9;
111:16;116:8,9,11,17;
117:4,14,19;118:24;
120:3,16,20;122:23,24;
124:8,9;130:6;131:5,
13,18,20;132:12;
134:10;135:11;138:23;
141:12,17,21;142:3,18;
148:6,6,20,21,22;
149:1;154:18;155:1,
10,15;157:16;158:14;
171:18,20;177:24;
178:8,13,24;179:1,7,8,
15,18,19,24;180:5,6,
13,13,18;181:2;182:2;
189:18;193:8;194:24;
195:2;196:18,22,23;
197:18,22;198:24;
199:9;200:12,23;
201:5,12;204:10;
205:18,21,25;206:4,7;
207:13,15;208:9,25;

**209:6;215:14,17;**
219:15,17,20;220:1;
224:23;228:14,20;
231:19;240:3;241:2;
244:20
**gap (1)**
51:15
**Garner (1)**
202:14
**gate (1)**
43:5
**gather (1)**
39:19
**gathering (2)**
46:8,8
**gave (5)**
54:22;123:15;
175:19;203:16,24
**gem (1)**
192:5
**Gemert (3)**
202:23;205:6,7
**Gen (1)**
202:12
**General (22)**
5:10;6:24;8:4;10:10;
15:17,18;21:7,16;32:3;
40:8;48:14;61:4;66:17;
100:25;101:4,17;
135:9;136:4;162:25;
166:15;167:3;239:8
**generally (5)**
13:12;165:16;
166:21;190:10;222:10
**generated (1)**
162:5
**generation (1)**
199:21
**generations (2)**
28:12,20
**generosity (1)**
60:9
**gentlemen (1)**
216:21
**geographic (1)**
64:9
**gets (10)**
16:20;35:12;72:25;
80:9;85:18,19;117:23;
166:18;211:5;239:21
**girl (1)**
27:2
**girls (11)**
26:9,11,22;30:7;
75:13;179:15,18,19,24;
180:12;214:11
**girl's (2)**
118:24;213:1
**gist (1)**
159:2
**given (7)**
16:3;54:16;186:14;
203:10,12;233:25;

**239:11**
**gives (2)**
107:15;143:21
**globally (1)**
59:21
**glory (1)**
87:12
**goal (3)**
79:19;125:23;181:18
**goals (3)**
41:2,10;200:9
**God (2)**
232:9,9
**goes (11)**
17:13;43:17;73:24;
74:15,17;91:19;92:13;
94:18;101:6;108:23;
169:3
**Good (31)**
25:9;43:24;49:17;
50:17,25;58:1;85:17;
124:12;130:20;152:9;
154:20;162:9;169:23;
189:8,8,9,21;194:8;
196:18;197:25,25;
198:4;199:17,18;
202:1;203:3,4;214:4;
233:13;239:23,25
**Goodman (14)**
38:17,18,21;103:21,
22,22,25;123:14,23;
141:10,11;158:3;
189:21;201:10
**Goodman's (1)**
154:23
**goodness (3)**
146:13;193:18;
198:22
**Gorton (2)**
192:24,24
**govern (2)**
36:2,4,22;71:10
**governed (1)**
107:17
**government (12)**
83:16;190:9,11,23,
24;191:10,20;229:17,
18,23,24;237:15
**governmental (1)**
83:12
**government's (1)**
191:4
**Governor (1)**
193:23
**GPA (1)**
40:22
**grade (7)**
44:25;45:1;50:4;
121:3;122:19;161:18;
179:21
**graduate (5)**
40:20;203:5;204:3;
210:22;216:16

**graduated (4)**
40:22;43:18;203:11;
214:12
**graduates (2)**
59:13,24
**graduating (1)**
51:6
**grammatically (1)**
137:18
**grandfather (1)**
192:14
**grandfathered (1)**
207:6
**grandstand (3)**
175:24;176:1;178:6
**grant (5)**
123:14,22;142:20,
21;182:7
**grass (8)**
103:1;120:13,22,24;
121:22,24;122:5,22
**grateful (1)**
192:6
**grave (1)**
26:4
**gravel (1)**
151:9
**great (16)**
43:9;50:13;61:24,25;
62:8;68:1;85:9;203:25,
25;216:25;217:1,12;
219:11;233:24;240:5;
241:22
**greater (3)**
41:16;49:21;124:17
**greatly (4)**
57:9;158:9;184:17;
197:15
**green (5)**
30:18;119:1,8;
135:17,17
**Greenwich (1)**
28:13
**Greg (2)**
49:23;50:9
**grew (4)**
193:3,18;216:13;
218:4
**grim (1)**
51:10
**groomed (1)**
44:22
**ground (2)**
94:1;110:15
**grounds (2)**
18:22;164:15
**group (3)**
79:17;81:6;198:11
**groups (4)**
40:1;45:1;47:2;
59:22;173:13;241:3
**grow (3)**
203:17;204:7;230:14

**grown (1)**
27:23
**growth (4)**
64:4,7;203:20;
240:21
**guarantee (2)**
192:3;194:25
**guess (22)**
13:1;16:14;21:11;
23:5;38:22,23;56:11;
95:20;101:23;134:7,
11;143:20,20;155:17;
192:14;203:3;222:19,
21;228:7;239:1,16;
240:8
**guest (1)**
195:1
**guided (1)**
188:19
**guilt (1)**
211:21
**guilty (1)**
211:22
**gum (1)**
101:15
**guy (1)**
48:22
**guys (4)**
20:15;61:11;91:10;
219:11
**Gwendolyn (2)**
49:18;202:19
**gym (3)**
61:16;156:8;157:21
**gymnasium (4)**
29:21,21;83:6;227:4

## H

**half (5)**
55:7;104:12,15;
159:9;226:18
**halfway (1)**
33:2
**Hall (1)**
101:11
**hand (6)**
23:4,6;79:14;170:10;
211:16;244:3
**handful (1)**
179:7
**handheld (6)**
173:18,19,20,20;
223:15,16
**handicap (1)**
189:3
**handle (1)**
88:20
**handout (1)**
32:24
**hands (2)**
143:1;213:24
**handwritten (2)**

213:20;220:13

**hanging (2)**
40:2;195:8
**happen (12)**
48:25;63:19;68:4;
83:1,1;101:11;166:9;
194:20;196:4;201:10;
204:18;217:19
**happened (10)**
59:10;77:23;118:9;
162:4;181:24;182:1;
201:13;207:3;215:1;
217:10
**happening (4)**
48:24;68:7,7;85:23
**happens (6)**
134:18;163:24;
178:20;217:21;239:10;
244:5
**happily (1)**
86:16
**happiness (2)**
46:6,6
**happy (4)**
33:9;49:9;58:4;
225:19
**hard (5)**
150:14;176:9;
206:14;211:11;213:10
**harder (1)**
37:11
**harken (1)**
229:1
**harm (7)**
182:15;230:8;232:6;
239:1,2,17;240:20
**Harvest (1)**
212:20
**hat (1)**
195:9
**hate (1)**
214:4
**hazard (1)**
16:14
**head (2)**
58:8;128:8
**headlines (1)**
182:6
**health (1)**
212:21
**hear (17)**
7:8;8:24;21:10;
22:14;32:8;35:23;55:4;
145:22;178:20;187:18,
19;195:15;196:3;
202:17;218:23;236:23;
241:24
**heard (20)**
11:25;45:12;99:7;
153:20;181:14;195:20;
196:20;206:18,22;
227:3,19;229:5;
230:10;231:22;233:11,

14,16;234:4;236:12;
240:18
**hearing (17)**
8:1;19:4;21:5,14;
24:10;52:22;56:1,10;
99:18;130:22;133:20;
145:9;154:13;172:2;
187:2;226:18;246:20
**Heart (8)**
25:14;28:7;29:13;
48:22;58:18,22;
146:13;202:9
**heartfelt (2)**
240:16,16
**Heidi (1)**
202:14
**held (19)**
38:25;39:9,23;44:15;
47:21;70:9;80:4;
122:17;124:10;125:17,
18,20;134:21;144:17;
145:24;156:4;179:20;
180:16;227:16
**Hello (4)**
75:21;174:1;210:21;
219:3
**helmets (1)**
30:18
**help (7)**
41:9;48:13;81:7;
146:9;200:2;212:23;
216:6
**helped (3)**
41:1;200:23;205:18
**helping (1)**
53:7
**helps (3)**
46:6,10;146:5
**Here's (3)**
199:1,1;223:15
**herself (1)**
211:4
**Hey (3)**
70:16;156:7;240:1
**Hi (5)**
40:19;178:14;190:4;
192:24;194:14
**Hiam (1)**
202:14
**High (108)**
6:14;21:5,14;25:14;
26:2,23;27:20;29:10,
12,13;31:6,9,18,21;
33:6;40:16,20,23;41:8,
14;42:2;43:10,14,18;
44:1,10,11;45:23;
47:11,11,12,12;49:5,
19;50:6,16,21;51:18;
52:3,8,9;56:21;58:7,9,
13;60:1;67:3,12;79:2,
17;80:17;83:14;84:7,
16;87:10;89:1,7,11,21;
90:21;92:15;94:3;97:3,

14,17;99:13;102:23;
104:2;105:23;131:19;
135:25;158:22;174:14;
175:25;176:12;177:17;
178:3,7,22;179:11,21;
181:1,5,6;184:18;
188:8;192:18,19;
193:4;199:20,21;
201:21,22;202:6;
203:20,21,24;210:23;
211:24;212:2;215:16;
216:16;218:6,16;
234:5,9,21;235:2
**highest (1)**
203:13
**hill (1)**
30:1
**Hills (1)**
180:3
**historic (1)**
151:1
**historical (2)**
104:24;167:21
**historically (3)**
75:17;131:13,15
**history (11)**
26:14,17;29:7;72:20;
114:7;116:20;143:6;
146:25;149:10;179:3;
227:11
**hive (1)**
168:13
**hogs (1)**
218:9
**hold (12)**
19:21;52:7;60:13;
69:1;122:17,19;124:7,
13;125:9;158:17;
183:7;235:1
**Holding (10)**
26:5;108:16;141:8;
166:17;167:4;181:3;
207:13,14;240:23;
243:14
**holdings (2)**
162:7,12
**holds (2)**
141:2,3
**Hollister (1)**
193:3
**home (41)**
41:18,23;42:9,12,20,
25;43:11,12,16;50:8;
61:14;189:25;197:5,7;
198:7,8;200:12;
201:12,12;202:6,7;
204:10,19;205:13,13,
14,20,25;211:9,25;
214:21;216:8,19,19,19,
23;219:21;220:5;
228:4;240:3;244:24
**homecoming (1)**
45:15

**homes (2)**
59:25;199:6
**honest (1)**
35:17
**honestly (1)**
240:5
**hoops (1)**
54:5
**hope (9)**
42:9;43:19;83:1;
195:18;216:22;219:18,
25;220:6;225:15
**hopefully (4)**
198:6;213:14;
219:11;223:7
**hoping (2)**
14:13;206:6
**hopping (1)**
219:12
**Horeb (1)**
47:12
**horns (1)**
59:2
**horrible (1)**
198:14
**Horton (1)**
187:11
**hospital (1)**
97:17
**hospitals (4)**
88:25;89:16,23;97:3
**host (6)**
41:21;46:7,9;87:9;
178:7;216:4
**hostage (1)**
80:4
**hosted (2)**
44:12,23
**hosting (1)**
46:12
**hotcakes (1)**
193:21
**Houlihan (1)**
180:3
**hours (5)**
60:2;70:10;180:22;
212:12;241:19
**house (3)**
46:10;192:2;197:17
**houses (3)**
144:24;145:7;193:20
**huge (3)**
53:23;200:3;211:18
**hundred (3)**
149:13;192:20;196:1
**hung (1)**
144:5
**hurt (1)**
202:2
**husband (1)**
49:23
**hypothetical (6)**
109:19;162:2;

163:11;164:17;169:4;
170:9

# I

**ice (1)**
198:21
**idea (9)**
37:10;80:15;104:23;
124:20;157:7;162:4,5;
177:11;189:9
**Ideally (1)**
77:21
**ideals (1)**
188:20
**ideas (1)**
39:20
**identically (1)**
133:19
**identification (1)**
66:3
**identifications (1)**
162:15
**identified (44)**
9:8;11:19;12:2;
18:13;32:6,17;62:17;
65:12;66:6,11;67:1;
73:13;74:24;80:18,20;
88:4;94:3;98:3;99:22,
25;100:14;127:13;
135:10;138:15;139:12,
16;140:14;149:11;
153:10;155:21;163:1,
13;164:10,11;167:9;
185:21;218:25;227:18,
25;228:17,18;229:20;
230:24;231:12
**identifies (10)**
33:11;37:18;62:2;
63:5;91:4,19;102:19;
103:1;138:2;166:18
**identify (17)**
10:6;65:14;88:2,3,6;
92:23;93:18;101:14;
135:10,12;153:14,24;
166:6;167:22;231:4,
17,21
**identifying (3)**
79:20;101:20;154:16
**identity (2)**
28:8,21
**ignore (1)**
209:2
**ignored (1)**
211:10
**IKEA (1)**
139:4
**illegal (2)**
26:22;27:3
**illustrations (1)**
142:12
**illustrative (2)**
34:12;37:21

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 79 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                July 11, 2019

imagine (2)
  61:11;148:10
immediately (1)
  29:16
impact (7)
  40:16;82:18;138:10;
  179:10;216:8,9;230:6
impacts (9)
  64:8,16;74:1;75:24;
  76:3,16;83:18;85:12;
  235:18
imparted (1)
  237:18
impede (1)
  107:14
impermeable (2)
  114:19;115:16
implementation (1)
  126:21
implementing (2)
  128:3;182:18
implications (1)
  175:5
implies (3)
  87:9,10;105:14
importance (1)
  213:9
important (18)
  6:2;9:5;44:6;45:10,
  18;48:16;51:4;53:14;
  61:7;62:4;64:4;177:1;
  181:12;193:13;200:3;
  204:11,16,24
imposing (1)
  27:15
impossible (2)
  42:23;171:23
impressing (1)
  51:21
impression (3)
  161:22;196:16;226:1
improved (3)
  98:1;183:25;185:9
improvements (10)
  126:14,15;129:13,
  15;143:24;175:20;
  208:5;214:14;215:4;
  243:23
improving (2)
  52:13;151:10
inadvertently (1)
  107:4
inappropriate (1)
  174:22
inattentive (1)
  211:15
incident (2)
  189:5;211:11
include (29)
  11:5;34:22;37:6;
  47:11;65:18;72:11;
  76:4;95:5,10,15;99:1;
  114:12;117:25,25;

118:2;133:3;140:1,2,3;
  142:25;144:7;152:17;
  154:3;156:10;163:15;
  166:8;180:18;186:11;
  228:22
Included (29)
  9:9;24:13;29:5;45:5;
  65:24,25;71:18;76:13;
  78:4;81:18;98:19;
  102:13;114:12,17;
  137:7,19;140:7;
  144:14;156:19,21,22,
  24;180:11;185:4;
  186:3;215:25;235:4;
  236:9,10
includes (5)
  37:1,4,5;95:6;120:1;
  153:11;186:19
including (25)
  11:9;27:11,14;35:4;
  44:25;45:2;54:6;62:23;
  63:1;66:5;85:24;98:2;
  107:9;136:22;153:9,
  16;180:20;181:3;
  185:10,20;197:5;
  208:5;209:23;212:17;
  228:21
inclusion (1)
  166:4
inclusiveness (1)
  196:9
incompatible (1)
  176:8
incomplete (1)
  162:17
incorporates (2)
  132:20,21
increase (2)
  124:23;199:6
increased (2)
  76:4,10
increasing (2)
  125:5;130:3
incurred (1)
  149:8
independent (4)
  17:1;47:14;127:17,
  20
independently (1)
  47:15
indicate (1)
  143:4
indicated (9)
  86:24;98:13;112:9;
  115:12;116:10;129:15;
  156:7;188:14;235:3
indicating (2)
  97:10;98:16
indication (2)
  138:22;243:15
indications (1)
  27:18
individual (5)

11:9;112:20;113:9;
  184:7;188:9
individuals (2)
  11:6;42:6
Indoor (4)
  34:22;35:5;39:19;
  80:10
inevitable (1)
  43:7
inexhaustive (1)
  171:5
infers (1)
  98:6
influenced (1)
  213:6
information (6)
  22:25;84:23;153:25;
  168:4,25;218:23
informed (6)
  42:18;77:7,10;
  175:22;176:13;185:14
inherently (2)
  72:20,24
initial (3)
  20:4;78:9;88:20
initially (2)
  36:14;182:22
in-kind (1)
  150:17
innate (1)
  132:7
inner (1)
  144:21
innuendo (1)
  191:17
input (5)
  109:16;111:4;
  174:24;184:5;209:25
inquire (1)
  11:22
ins (1)
  35:1
insane (1)
  192:17
inside (1)
  87:11
inspection (1)
  139:3
inspector (1)
  231:10
Instagram (1)
  59:7
install (2)
  31:2;139:4
installation (2)
  127:4;138:20
installed (2)
  125:12;176:16
instance (2)
  130:5;137:6
instances (1)
  9:12
instead (3)

93:3;97:16;99:9
institution (24)
  27:19;28:9,10,12;
  44:8;61:24,25;62:8;
  72:11;79:22;82:9,15,
  16;107:16;108:4;
  112:7;114:6;149:21,
  22;152:24;160:13,23;
  184:9;196:6
institutional (3)
  64:7;89:13;208:19
Institutionalized (3)
  27:8;81:19;82:4
institutions (24)
  27:12,13;35:1;46:22;
  47:9;52:15;53:16,17;
  54:6;64:3,5,10;89:17;
  92:5;97:21,21,23;99:6;
  107:7;135:2;183:24,
  25;225:21;229:16
institution's (3)
  35:9;65:9;74:20
instruction (1)
  125:22
instrumental (1)
  230:11
integrity (1)
  60:9
intend (10)
  5:25;11:3;19:25;
  93:24;107:9;160:20;
  221:23;222:4;243:1,22
intended (13)
  36:22;62:7;64:6;
  78:16;114:5;134:25;
  140:12;148:6;177:20;
  213:22;237:10;243:20,
  21
intending (3)
  142:21,23;243:15
intense (1)
  171:19
intensification (14)
  66:14;68:8;110:4,6,
  10;138:8,21,23;139:6;
  161:11;163:3;167:9;
  171:13,15
intensified (1)
  81:11
intensify (2)
  107:25;160:21
intensifying (1)
  206:21
intensity (3)
  68:7;130:3;178:24
intent (10)
  47:23;97:20;107:3;
  109:11;161:9,11;
  162:18;226:11;236:2;
  237:11
intention (3)
  92:19;100:5;219:3;
  225:20;226:14

intentional (1)
  143:14
intentionally (5)
  102:2;107:4;143:5,
  21;183:4
intentions (1)
  147:2
interest (8)
  18:19;83:12,16,21;
  182:12;229:18,24;
  239:24
interested (15)
  9:14,25;10:1,6,13;
  11:24;12:5,7,22;13:14;
  14:19;16:5;17:8;169:8;
  173:6
interesting (1)
  140:20
interests (8)
  53:15;83:21;182:12,
  13,19;188:10;229:8,16
interject (1)
  153:19
interpret (5)
  16:5;25:21;191:3;
  230:3;238:6
interpretation (33)
  14:10;37:24;38:13;
  39:3;40:5;52:7;61:19;
  63:11;72:1,2,19;75:5;
  82:1;86:9;103:15;
  104:6;112:3;118:14;
  133:22;134:23;137:5;
  138:5,18;157:8;175:2;
  192:25;221:24;224:14;
  226:6;229:2;231:2;
  234:13;241:9
interpretations (1)
  14:11
interpreted (2)
  184:21;233:22
interpreting (1)
  241:1
interscholastic (4)
  28:23;235:1;236:9,
  17
interviewed (1)
  177:16
into (56)
  9:18;17:13;20:9;
  21:4;22:17;23:8;30:21;
  45:7;50:12;73:24,25;
  74:4,9;84:8;90:16;
  91:25;97:4,14;99:4;
  101:3,21;104:9;
  107:25;108:15;115:11;
  123:19;124:10,18;
  138:11;139:7;145:7;
  149:4,20;160:11;
  165:5,9,25;166:18;
  170:4,16,21;193:20;
  199:3;212:9;213:1,3;
  216:5;219:20,25;

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 80 of 99

Zoning Board of Appeals Hearing vs.       Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

220:6;221:4;222:3;
226:15;232:11;238:22;
244:14
**intramural (3)**
60:4;131:19;164:23
**intramurals (1)**
236:21
**intramural's (1)**
164:25
**introduce (1)**
75:23
**introduced (5)**
111:22;118:18;
212:8;213:2;242:23
**introduction (1)**
184:19
**investigation (1)**
76:25
**invite (1)**
29:2
**invited (1)**
47:3
**involved (16)**
59:17;67:15;77:24;
78:9,14,15;95:14;
113:16;146:19;155:20;
188:4;204:25;217:9,
21;229:8;234:7
**involvement (2)**
109:16;204:9
**ironically (1)**
103:21
**irreparable (2)**
230:8;232:6
**isolate (1)**
189:11
**issuance (2)**
8:14;138:25
**issue (40)**
6:6;8:14;10:3,14;
14:9;19:19;20:1,15;
27:17;32:16;34:7,9;
61:19;62:13,14;81:23;
83:23,25;84:25;99:12;
137:21;139:9;141:7,
15;142:1,9;163:7;
186:5;195:24;199:23;
209:1;216:10;217:16;
219:14;220:2,3;
224:15;234:15;238:22;
243:3
**issued (7)**
25:25;26:8,21;115:1;
161:16;166:14;207:12
**issues (9)**
6:11;16:19;34:25;
61:5;81:8;106:1;
108:13;206:11;215:24
**item (30)**
6:4,8;9:15;10:1,2,19;
11:4,18,22;13:9,11;
15:5,13,15,19,20,25;
16:3,25;17:7,9;18:8,

11;19:3,6;21:4,13;
232:12;245:18;247:2
**items (5)**
15:25;16:16,25;
96:12;236:2

## J

**Jacks (1)**
198:20
**Jackson (1)**
210:25
**James (2)**
50:5;202:23
**January (10)**
30:21;66:20;70:21;
88:24;91:21,24;104:9;
125:8;187:1,2
**Jason (1)**
214:5
**Jenkins (37)**
5:4;24:19;57:1,3,8,
13;111:10;130:20;
131:3,7,12,23;133:20;
134:7;135:14;136:1,9,
12,15,18,24;137:12;
139:9;140:6,11,19;
221:10;240:13;242:1,
6,9,14;243:17;244:25;
245:13,16,25
**Jennifer (1)**
202:11
**jersey (2)**
41:17;43:23
**jerseys (1)**
61:12
**Jessica (1)**
5:5
**Jim (1)**
205:6
**job (6)**
190:22;204:7;
206:14;227:11,13;
233:13
**John (4)**
75:21;129:12;
187:12;202:12
**joined (1)**
51:20
**Jon (1)**
202:10
**JONES (3)**
49:17,18;202:19
**Joseph (3)**
194:13;199:19;219:8
**jot (1)**
101:5
**Journal (1)**
177:16
**joy (1)**
204:18
**July (1)**
5:2

**jump (3)**
121:9;122:25;165:10
**June (2)**
159:7;177:16
**junior (5)**
70:8;117:4;179:14;
199:19;215:17
**jurisdiction (1)**
7:7
**justice (8)**
28:5;59:18;188:20,
24;189:1,6,7,10
**justification (2)**
31:24;34:4
**justify (1)**
31:24
**JV (3)**
122:23;135:11;
161:18

## K

**Kathleen (3)**
55:16;56:17;58:2
**Katie (1)**
25:15
**keep (10)**
48:2;52:23;54:21;
97:16;108:13;127:4;
130:22;145:14,15;
148:15
**keeping (6)**
13:4;23:14,22;48:11;
177:13;215:10
**Kelly (1)**
194:12
**Kelso (20)**
18:24;22:10;24:2;
25:7;173:8,11,15,24;
177:3;181:8;187:9,16,
19;194:11;202:10,16,
19,22;207:20;213:18
**kept (1)**
200:25
**Keva (1)**
215:6
**Kevin (1)**
25:15
**key (6)**
100:12,12;114:14;
129:17;158:4;207:16
**Keyes (1)**
214:6
**kicked (1)**
80:6
**kicking (1)**
47:5
**kickoff (1)**
78:10
**kicks (2)**
66:1;164:3
**kid (2)**
61:15;195:5

**kids (15)**
28:19;31:17;42:24;
43:10;206:5;214:22;
215:8;216:15,24,25;
218:5,18,18,20;219:15
**kind (23)**
14:5;46:7;48:22;
58:17;63:23;77:17;
83:8;110:3;116:19;
119:11;134:11;152:11;
166:21;167:10;192:9;
196:10;197:20;199:15;
200:23;210:16;214:22;
243:11;244:16
**kinds (8)**
75:9,9;82:12;152:23;
165:18;166:8;194:2;
236:19
**kitchen (4)**
139:2,4,5,5
**KLEHR (15)**
5:6,6,7;24:19;144:9;
145:2,6,18,25;146:2;
147:14,19;148:3,18;
172:13
**knew (3)**
152:21;177:21;
190:24
**knowing (3)**
10:5;132:5;149:18
**knowledge (3)**
30:13;104:12;167:6
**known (6)**
27:9,19;29:9;162:20;
168:8,9
**knows (3)**
40:12;72:22;168:2,3;
209:4
**Kohl (1)**
154:24
**Kushner (1)**
202:12

## L

**la (2)**
111:7;169:5
**lack (3)**
129:13;178:11;
211:19
**lacking (1)**
182:21
**lacrosse (19)**
30:7;39:11;45:7;
103:16;106:5;119:3;
131:5;158:18;164:24;
166:22;180:13,20,21;
214:13,18,19,20,25;
215:2
**laid (2)**
241:11;243:19
**Lake (1)**
39:20

**lakefront (1)**
198:15
**Land (30)**
27:8,15;37:4,5;
52:21;53:18,21;62:23;
65:20,21;71:15;81:19;
82:3;95:6;140:2;149:5,
20;153:16,25;154:5;
168:22;175:20;176:8;
185:5,7;188:11;
192:21;193:23;209:14;
231:16
**LANDGRAF (2)**
216:11,12
**landmarks (1)**
114:22
**Landry (2)**
202:13;203:4
**language (31)**
66:4;70:21;72:6,14;
73:12,21;74:10;94:6;
98:16,18;102:20;
104:5;105:7;137:6,13;
143:4,13;151:18;
152:6,8,17;154:1;
161:15;174:19,25;
186:3,5;191:1;195:10;
196:5;242:18
**lapsed (2)**
173:3,4
**Lardner (2)**
25:11,16
**large (8)**
24:12;33:11;80:7;
127:4;130:12;179:11;
184:18;213:25
**largely (3)**
9:20;10:21;87:17
**larger (4)**
76:8;175:24;176:1;
236:3
**last (22)**
39:15;42:9;53:13;
136:2,3;155:18;157:6;
158:20;187:1,10;
191:22;195:13;197:5,
11;203:5;205:19;
209:12;210:8;219:1;
242:15;244:7,9
**lasted (1)**
180:21
**late (5)**
44:22,24;58:21;
104:11;194:3
**later (11)**
16:11;18:7;29:17;
42:17;51:7;58:8;
124:10;177:15;178:2;
192:21;226:19
**Latin (1)**
60:17
**latitude (1)**
9:20

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 81 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

Laudare (1)
60:16
laundry (1)
142:13
law (22)
14:12;25:11;27:10;
53:9,12,24;54:2,15;
66:25;68:4;72:21;82:2,
5;129:24;130:2,2;
168:11,22;215:13;
225:2;229:4;230:4
Lawn (4)
187:10;197:7;
216:13,16
laws (2)
6:18;208:21
lawyers (3)
72:18;186:14;228:8
lay (2)
11:2;161:2
layer (1)
120:23
laying (1)
9:3
lead (2)
78:13;88:23
leader (4)
203:14,17,18;213:9
leaders (2)
205:3,3
leadership (6)
58:11;196:8;203:11;
204:6,6;230:14
leading (1)
104:25
League (1)
47:15
learn (1)
230:14
learned (1)
213:8
learning (2)
28:2;182:9
least (14)
28:23;32:12;89:7;
117:8;120:2;123:17;
131:21;157:14;173:17;
193:6;205:25;212:11;
237:18,24
Leather (1)
30:17
leave (6)
16:23;102:10;
181:13;183:8;192:12;
201:1
Leaving (1)
12:15
LEE (77)
6:19;7:15,22;8:20,
25;10:24;12:18;14:1;
16:7;17:16;18:20;
19:17;20:21;22:24;
23:4;24:16,23;25:3,9,

10;49:9;54:21;55:13,
15;56:4,17,20;57:6,9,
20;87:1,17,24;88:15;
100:11;116:25;117:3;
118:22;119:7,17,22;
127:1;128:10,17,21;
131:9,15;132:13;
133:25;139:16,23;
140:17,20;145:1,4;
146:1,17;147:18;
148:2,5,19;153:19;
169:2;187:18;202:14,
15,17;221:2,9,14,17;
222:7,21;223:3;
232:17,21,25
Leeper (3)
207:20,22,23
left (15)
29:16;30:15;49:8;
102:1;103:3;137:3;
143:22;161:25;169:21;
182:23;183:2,4;
211:15;220:11;221:23
legacy (1)
158:12
legal (8)
97:6;102:15;116:15;
129:23,24;168:19,20;
221:24
legalese (1)
210:13
legalized (1)
168:12
legislative (1)
72:19
legitimacy (1)
208:22
length (2)
158:17;200:9
lengths (1)
43:9
Leo (1)
29:18
LeRoy (1)
25:15
less (7)
31:6;49:7;52:16;
112:4;113:16;180:3;
184:4
letter (3)
70:20;178:11;185:15
letting (1)
20:23
level (24)
44:23;53:11;79:22;
101:1,4,18;119:25;
120:2,18,20;121:2,7;
135:12;139:5;179:7,8,
13,14,18,23;180:13;
215:17;216:24;241:20
levels (4)
36:9;64:15;122:22;
235:20

Lewis (1)
187:11
liaison (7)
81:5;175:13;176:13;
177:9;178:3;188:3;
237:25
liberty (4)
25:23;53:15;229:7,
16
library (6)
48:4;170:11,12,13,
14,16
life (17)
28:2;48:8,9;49:1;
193:3;195:16,23;
199:5,25;200:4;
204:18;206:3,23;
213:6;214:15;216:9,13
lift (1)
150:15
light (1)
15:7
lighting (5)
108:7;125:4,6,7;
176:15
lights (17)
16:9;69:23;70:23;
108:22;110:24;116:8;
124:18;175:23,25;
177:8,23;178:4;
186:12;200:15;201:6;
210:6,14
likely (2)
64:16;235:21
likes (1)
208:24
limit (7)
98:17;113:1;143:5;
190:12,14,16,18
limitations (1)
156:15
limited (4)
102:25;115:2;157:8;
233:5
limiting (3)
102:13;104:5;143:13
limits (1)
95:17
line (1)
113:24
lined (1)
118:4
link (1)
68:21
linked (1)
157:11
list (21)
33:3;34:12;37:7;
38:8;47:2;62:22;72:11;
138:16;142:13;154:5,
7;165:12,17;171:5,8;
183:5,6;200:1;231:24;
235:8,9

listed (24)
34:19;38:17;39:2,6,
7,22;65:3;87:18,22;
88:14;91:16;96:20;
105:13,16;133:10;
141:10;147:7;152:3,
25;156:22;165:13;
180:2,5;186:20
listened (1)
189:4
listening (4)
49:6;202:7;216:10;
232:8
listing (3)
93:10;139:21;236:1
lists (10)
34:20;35:3;37:21;
38:6;64:19;87:15;
91:13;132:24;137:7;
245:16
litigated (1)
82:24
little (20)
9:18;14:12;54:22;
66:16;75:18,19;81:15;
103:3;111:17;117:17;
144:3,4;160:5;188:13;
191:22;199:25;200:15;
203:22;220:14;225:15
livability (6)
62:5,9;64:12;83:22;
193:17;235:19
livable (2)
193:17,18
live (10)
39:24;51:10;178:15;
183:22;188:1;192:10;
197:3;198:14;214:5;
215:22
lived (14)
50:6;58:19,22;71:1;
130:13;175:11;178:19;
192:4;193:2,3;197:3;
198:1;205:7;207:23
lives (1)
220:20
living (3)
76:16;194:5;216:14
local (1)
27:10
located (2)
129:15;193:25
location (3)
27:21;130:1;176:8
lock (1)
47:8
locker (1)
205:17
lodging (1)
166:7
Logan (1)
78:4
logical (1)

90:18
logistical (1)
125:22
long (12)
13:20,21;16:7;37:10,
10;58:10;64:21,22;
110:14,24;168:24;
218:17
longer (11)
29:20;32:12;49:3;
55:19;57:24;97:8;
99:14;138:6;157:2,3;
192:13
long-term (2)
160:19;181:18
longtime (1)
216:12
look (33)
29:3,4;36:4,5;67:9;
69:18;70:3;73:1,1,4,
22;82:14;84:2;90:6;
94:23;103:3,7;119:12;
168:2;182:5;189:12;
191:16,17,17;192:9;
213:12;216:21;220:24;
228:23;235:10;236:4;
242:24;243:24
looked (5)
41:15;138:24;
150:18;156:17;200:14
Looking (12)
58:15;96:13;102:17,
20;123:16;135:23;
142:19;143:4;151:17,
19;243:8,25
looks (1)
151:4
loopholes (1)
191:16
lose (1)
210:9
losing (1)
171:23
lost (2)
59:10;210:10
lot (24)
14:8;18:15;30:4;
50:9;76:6;89:5;93:25;
105:1,25;106:1;
115:12;116:13;147:12;
156:21;193:10;196:8,
12;201:1;206:14,23;
215:20;217:9;225:4;
229:5
lots (2)
162:11;233:11
loud (1)
220:14
loudly (1)
145:25
love (3)
205:16;211:24;240:7
low (1)

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 82 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                            July 11, 2019

**179**:10
**lower (13)**
  44:22;119:25;120:2,
  20;121:2,6;122:22;
  179:7,8,13,18,23;
  180:12
**Luckily (1)**
  200:20
**luxury (1)**
  220:4

## M

**MacDonald (1)**
  207:21
**Madeline (3)**
  40:14,19;202:20
**Madison (70)**
  5:10;6:24;8:4;9:22;
  21:7,16,18;25:12;
  26:21;27:3;28:7,8,9,
  11;29:12;40:7;45:2;
  46:22,23,24;47:14;
  49:22;50:10,12,14,15;
  51:13;54:3,6;59:14;
  61:25;62:2;78:25;
  79:16;84:3;85:18;
  88:11;89:23;101:4;
  158:7,14;167:23;
  168:20;169:5;182:11;
  188:1;191:25;193:13;
  194:8;195:25;200:21;
  206:2;207:2,23;
  209:19,21;212:13,19,
  24;214:11,21,21;
  215:7;217:10;218:1;
  232:10;234:5,9;239:8;
  241:21
**Madison/Milwaukee (1)**
  217:7
**Madisonian (1)**
  216:12
**Madison's (5)**
  21:20;22:5;25:24;
  50:4;54:14
**Maggie (1)**
  78:12
**main (4)**
  14:6;50:22;95:12;
  135:16
**maintain (1)**
  145:14
**maintained (1)**
  201:24
**maintenance (3)**
  150:9,14;151:3
**MAISL (1)**
  47:14
**major (5)**
  29:23;64:3,9;67:3;
  152:24
**majority (3)**
  8:16;203:23;246:8

**makes (11)**
  38:20;107:1;144:2;
  151:16;162:2;164:20;
  183:8;193:14;201:5;
  225:19;241:21
**making (8)**
  5:11;11:23;69:6,7;
  106:12;143:25;154:19;
  218:9
**males (1)**
  50:19
**Mamaroneck (1)**
  83:5
**man (3)**
  43:1;4;48:22
**management (2)**
  136:5;245:7
**Mansfield (1)**
  181:5
**many (28)**
  39:12;41:2,24;42:6;
  43:7,8;48:16;53:9;
  56:21;58:18,21;59:14;
  76:20,21;104:19;
  123:17;130:9;160:9;
  162:10;178:25;190:23;
  193:8;198:6;208:13;
  213:16;221:21;233:16;
  241:18
**map (6)**
  103:4;105:10,10;
  162:24;225:1,10
**March (7)**
  26:4;31:22;36:18;
  148:25;149:2;166:19,
  19
**Marie (2)**
  173:25;178:14
**Mark (1)**
  216:12
**Market (4)**
  18:14,17;134:21;
  149:14
**market's (1)**
  156:22
**Marla (1)**
  219:4
**master (377)**
  30:23;32:6,17,19,21,
  22;33:2,8,10,14;34:1,
  11;36:2,3,7,13,14,20,
  21,25;37:3,9,11,16,24;
  38:4,15,16,18;39:2,18,
  22;40:11;47:18;48:3;
  62:6,18,22;63:1,4,18;
  64:13;65:17,17,25;
  66:5,11,16,18,20,22;
  67:8,19;68:11,16;69:7,
  11,13,15,24;70:2,13,
  15,18;71:1,2,4,9,14,15,
  16;72:10,11;73:4,7,16;
  75:12;76:3;77:22;
  78:10,17,19;79:19;

  80:3,12,13,18,20,25;
  81:9,12;83:19;84:6,8,
  11,20;85:19;86:10,14;
  87:25;88:1,7;89:25,25;
  90:2,4,8,9,16,16,21;
  92:1,4,9,11,13,16,20,
  21;93:13,14,16,20,23,
  24;94:2,9,17;95:18;
  98:2,7,8,11,11,15,17,
  21,25;99:3,5,14,22,25;
  101:8,24;102:15;
  103:20,24;104:10,11,
  22;106:13,17,23;107:1,
  3,7,15,15,18;108:6;
  109:1,3,8,10,23;
  110:12;111:3,7,8,12,
  15,19;112:4,13,15,17,
  19,22,25;113:4,10,18;
  114:1,9,12,13,14,25;
  115:2,4,8,12,16,20;
  116:3,6,9,12,21,23,24;
  118:18;119:6,16;
  120:6,7,10;121:11,16,
  17;122:10;123:1,11;
  126:14,22;127:8,8,18,
  18,21;132:4,16,20;
  133:2,3,5,16;134:3,24;
  137:6,14;138:2;
  139:21;140:1,4,24;
  141:1,5,22;142:10,25;
  144:2,12,13,20;146:4,
  12,16,17,18;148:8,24;
  150:20;153:9,12;
  155:3,5,8,9,14,21,23,
  24;156:12,18,20,20;
  157:8;159:8;160:8;
  161:2,4,20,22,23;
  162:11,12;163:12,16,
  17,22;164:9,21,25;
  165:3,17;166:1,4,11;
  167:5,16,17;168:7;
  169:7,10,11,19;170:8,
  22;171:6;174:10,13;
  175:3,21;176:2,5,11,
  19;177:6,25;178:12;
  181:14,21,25,25;182:1,
  18,22;183:25;184:1,8;
  185:4,9,14,17,20;
  186:1,2,25;194:25;
  195:10;207:16;208:12,
  16,20,21;209:2,5,8;
  217:20,22,24;224:15,
  25;225:8,20;226:8,13;
  227:23,25;228:17;
  230:3,25;231:13;
  234:11,21,23;246:1,6,
  14;236:6,11;237:17;
  238:11,14,19,22;239:4,
  13,19;241:10;242:16,
  25;243:19;244:6,21
**material (1)**
  79:13
**materials (7)**

  22:6,21;23:8;24:21;
  79:4;241:14;245:24
**Matt (15)**
  25:25;50:22;68:9;
  69:22;75:3;89:5;93:8;
  129:15;141:7;159:18;
  165:10;209:23;221:8;
  225:6,13
**matter (9)**
  9:6;16:17;52:9;
  106:23;139:6;182:9;
  204:16;214:9;226:1
**matters (3)**
  6:13;80:5;132:10
**Matthew (3)**
  25:10;50:3;202:14
**Matt's (2)**
  50:21;75:17
**Maura (1)**
  207:21
**may (34)**
  7:2,21;8:2,7,8,10,13,
  16,17;9:10;10:6,10;
  15:2;18:6,24;19:22;
  21:22;25:8;26:4;31:22;
  55:6;76:5,5;77:4;
  107:12;117:22;151:3;
  159:25;166:18,20;
  177:10;178:2;246:8,9
**maybe (23)**
  22:16;27:1;76:14;
  85:13;104:11;136:2;
  137:25;139:24;144:21;
  151:7;155:13;160:14;
  163:4,4;173:21;183:7;
  191:12;198:10;206:13;
  216:14;235:8;240:25;
  245:1
**Mayer (2)**
  218:9,13
**Mayor (1)**
  196:12
**MAYSA (1)**
  47:13
**McClain (1)**
  135:4
**McKinley (1)**
  202:11
**McTavish (1)**
  194:11
**mean (36)**
  63:15;67:20;80:5;
  82:8;98:13;100:17;
  105:22;108:12;111:21;
  121:21;122:11;131:25;
  132:9;136:12;137:4;
  142:9;146:10;147:20;
  148:2;153:7,20;
  161:22;163:11;167:15;
  168:15;171:12;228:6;
  236:16;242:6,7,14,17;
  243:8,17;244:17,17
**meaning (2)**

  161:18;194:7
**means (7)**
  63:16;72:15;73:21;
  184:22;225:1,1;241:2
**meant (7)**
  78:18,19;113:1;
  134:11;136:18;143:16;
  144:16
**measure (1)**
  86:2
**measures (3)**
  64:17;85:14;235:22
**mechanism (2)**
  19:20;186:22
**media (1)**
  59:16
**medical (2)**
  64:3;152:24
**medicine (1)**
  59:16
**Meet (10)**
  38:9;59:12;125:19,
  20;131:6;141:4;154:7;
  159:1;166:24,25
**meeting (20)**
  5:2;6:4,9,18;9:4;
  36:20;40:2;60:22,22;
  79:17;111:22;145:14;
  156:4,5,6;172:21;
  177:10;197:21;222:13;
  242:1
**meetings (7)**
  78:2;79:3,16;89:5;
  170:13,14;206:13
**meeting's (1)**
  6:17
**meets (9)**
  26:12;30:7;38:8,9;
  44:24;117:7;125:17,
  19;141:3
**member (12)**
  10:7;49:19,21;56:22;
  58:2;60:24;78:4;124:8,
  12;132:15;145:22;
  175:12
**members (15)**
  5:4,20;9:21;17:24;
  57:17;61:3;172:17,21,
  23;199:18;221:25;
  224:5;233:6;241:6;
  246:23
**Memorial (7)**
  39:16,17;101:11;
  105:23;181:5;202:5;
  214:21
**memories (1)**
  58:19
**memory (1)**
  42:13
**men (1)**
  60:9
**Mendota (1)**
  39:20

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 83 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

**mental (1)**
212:21
**mention (16)**
36:10,12,17;38:11,
20;39:8,10,10,14,22,
24;40:1,4;45:10;
178:12;244:23
**mentioned (13)**
76:24;82:17;101:13;
118:23;122:15;123:4;
127:7;132:9;162:1;
193:16;198:12;217:13;
219:8
**mentions (1)**
38:5
**mentors (1)**
213:4
**merchants (2)**
198:13,17
**merits (1)**
217:17
**Metro (1)**
195:25
**Metropolitan (1)**
50:15
**mic (6)**
52:23;106:10;
135:21;223:15;225:24;
233:10
**Michael (1)**
158:8
**Michalski (1)**
194:12
**Michelle (2)**
187:11;192:24
**micromanaging (2)**
101:5;231:14
**microphone (2)**
173:16,18
**microphones (2)**
5:22;53:4
**mid-2000s (1)**
45:7
**mid-'80s (1)**
206:3
**middle (6)**
26:9;41:18;131:5;
188:7;194:1;218:10
**Middleton (1)**
215:6
**midstream (1)**
177:1
**might (13)**
20:20;39:13;58:13;
76:7;119:17;129:6;
161:5;165:4;194:17;
195:24;200:13;213:25;
222:18
**Mike (4)**
42:15;78:14;177:21;
188:4
**Miles (1)**
212:17

**Millennium (1)**
212:18
**million (1)**
182:6
**min (1)**
64:7
**mind (5)**
52:1;88:16;90:12;
142:24;236:22
**minds (1)**
42:23
**mine (2)**
23:6;123:17
**minimal (1)**
179:2
**minimizing (2)**
64:7;235:18
**ministry (1)**
58:5
**minor (3)**
69:23;81:3;132:10
**minority (1)**
229:7
**minute (8)**
49:8;52:20;62:12,21;
68:9;70:14;191:23;
210:8
**minutes (48)**
5:16;11:5,9,13,14,15,
25;12:8,12;13:4,21;
17:3,5,12;20:10,19;
22:1;24:25;25:3,6,6;
26:24;32:9;42:17;
49:10,16;57:22,23,25;
60:13,19;172:10;
173:3,4;174:6,8;
176:17;181:10;200:17;
202:4,25;219:10;
222:23;223:5,19,21,21;
242:15
**misguided (1)**
190:25
**misinterpretation (1)**
215:12
**misinterpreting (1)**
86:23
**missed (3)**
95:23;183:1,2
**missing (3)**
73:10;102:7;118:13
**mission (21)**
27:25;35:9,21,22;
44:7;51:21;54:12;65:9;
87:5,6,6,13;227:9,12,
14;230:6,8;232:6;
233:12,25;239:9
**misspoke (1)**
94:11
**miswording (1)**
217:20
**mitigation (4)**
64:17;85:14;86:2;
235:22

**Mm-hmm (4)**
95:7;96:9;136:11;
140:19
**model (1)**
27:25
**modern (2)**
123:25;203:18
**modernized (1)**
27:24
**modifications (1)**
94:13
**modified (1)**
137:18
**modify (3)**
8:8,17;246:9
**moment (16)**
6:12;12:1,15;22:12,
18;24:5,8;26:14;53:2;
173:6;176:24;204:15;
212:2;220:18;221:12,
13
**moments (1)**
29:6
**money (1)**
212:20
**Monona (1)**
187:13
**Monroe (15)**
18:13;21:18;27:21;
28:25;81:1;179:16;
188:23;196:2;197:3;
198:13,14;217:11;
218:7,13;240:21
**months (7)**
120:21;130:6;178:2;
182:9;186:6;195:14;
210:2
**Moorland (1)**
216:15
**more (47)**
13:16;27:23;35:18;
42:1,25;46:11;48:16;
51:9,22;52:12,17;
60:11;61:13;94:15;
108:19;110:16;111:17;
118:22;124:3,17,19;
126:7,9;143:23;144:3,
12;157:16;159:12,13,
14;163:20;166:18;
171:19;178:9;179:9;
180:17;190:5;201:23;
204:23;205:3,3;
212:22;216:5;222:1;
233:4;240:25;245:23
**morning (6)**
14:16;45:15;47:8;
55:18;194:2;196:1
**mosque (1)**
229:9
**mosques (1)**
53:20
**most (10)**
16:18;20:14;55:9;

62:4;179:6;181:11;
208:4;212:3;228:7;
239:11
**motion (25)**
16:22;17:18,21;18:1;
54:25;56:11,14,24;
57:4,18,24;172:5,8,11,
14;223:22;224:2,6;
233:8;246:2,11,12,16,
19;247:1
**motions (1)**
5:12
**motto (1)**
60:15
**mountain (1)**
198:15
**move (19)**
15:20;17:19;18:3,25;
19:6;21:1,4,24;57:12;
86:18;122:21;172:2,6;
193:19;218:3;219:2;
232:11;233:2;239:14
**moved (7)**
45:7;117:20;122:20;
208:4;214:7;215:13;
223:25
**moves (1)**
6:7
**movie (1)**
68:3
**moving (4)**
79:22;173:5;176:20;
177:6
**Mt (1)**
47:12
**much (19)**
19:14,23;28:11;
46:11;55:19;113:15;
127:15;149:6;150:24;
183:16;184:4;201:25;
205:25;209:24;210:13;
223:2;227:8,9;241:18
**multiple (2)**
26:3;30:6
**multiplier (3)**
199:1,1,2
**municipalities (2)**
53:7;206:23
**museums (1)**
180:2
**music (1)**
39:25
**musicals (1)**
60:5
**must (5)**
10:13;36:24;39:3;
72:11;149:23
**mutual (1)**
160:12
**myriad (1)**
60:6
**myself (7)**
5:7;188:1;193:4;

200:20,25;201:4;238:9

---

### N

**Nakoma (1)**
28:15
**name (24)**
40:19;43:24;45:3;
47:16;49:18;106:6;
175:10;178:14;183:20;
187:10,22,23;190:4;
197:2;199:19;203:4;
205:6;207:22;209:11;
210:21;213:23;214:4;
216:11;219:4
**names (2)**
6:2;213:21
**name's (1)**
25:10
**naming (1)**
144:23
**Nancy (3)**
23:14,20;24:3
**narrow (2)**
10:14;14:10
**narrower (1)**
10:2
**nat (1)**
154:23
**natatorium (7)**
38:5,6;67:18;101:12;
141:1,5,9
**Nathan (4)**
25:18;88:15;132:22;
141:14
**national (5)**
26:15;125:15,23;
231:8,11
**naturally (1)**
99:10
**nature (1)**
179:9
**Nay (3)**
17:25;246:24,25
**Ndahayo (3)**
202:13;203:3,4
**Near (11)**
39:4,4;53:4;141:19,
19,22,23;142:3,3;
191:14;194:18
**nearby (1)**
196:6
**nearing (1)**
202:4
**nearly (5)**
42:22;54:9;58:4
**near-west (1)**
28:16
**necessarily (9)**
13:23;66:25;72:15;
74:7,22;107:14;
142:12;171:15;236:17
**necessary (3)**

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 84 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                          July 11, 2019

85:14;201:1;213:10
**need (42)**
  22:22;24:8;48:14,15,
  17,17;51:17,22;59:22;
  64:11;67:22;69:20,21;
  71:12,13;74:13;77:6;
  79:4;86:15;92:4;93:17;
  109:15;112:20;142:13;
  148:11;151:3;152:18;
  153:1;155:8;156:9;
  188:13;193:13;194:8;
  200:1;206:16;208:23;
  216:2,3;228:16;
  230:16;235:18;245:23
**needed (4)**
  77:12;79:23;115:8;
  155:11
**needs (9)**
  62:7,9;90:16;92:1;
  108:2;171:21;225:21,
  22;228:9
**negative (1)**
  216:9
**negotiated (1)**
  182:25
**negotiating (1)**
  182:16
**negotiation (1)**
  186:7
**negotiations (1)**
  181:21
**neighbor (6)**
  134:19;197:25;
  198:1;207:24;239:23;
  240:1
**Neighborhood (64)**
  28:14,14,15;42:19;
  49:2;62:10;74:1;76:2;
  79:8,9;83:18;115:14;
  138:10;143:23;144:22;
  146:25;156:4;160:19;
  165:6;169:15,18;
  174:3,9;175:9,13,16;
  176:7;177:22;181:15,
  21,23;182:14;184:5;
  189:12;192:3;193:2,5,
  17,19,20;195:16,19;
  197:4,14,17;199:3,4;
  205:8,9;208:1,4,6,7,14;
  210:1;214:7,7;215:14;
  216:1,5;217:1,2,3;
  239:8
**neighborhoods (18)**
  36:8;62:1,2,6;64:12,
  14;83:23;85:22;
  169:18;184:11;186:7,
  9;217:14,15;225:22;
  229:12;235:19;237:24
**neighborhood's (1)**
  177:13
**neighboring (1)**
  83:16
**neighbors (20)**

41:25;47:4;48:20;
  53:19,22;79:24;80:5;
  81:6;156:3;169:22;
  174:15;179:1,10;
  180:9;184:11;189:10,
  12;201:25;202:1;
  229:10
**neighbors' (1)**
  174:20
**neighbor's (3)**
  23:25,25;83:17
**neither (1)**
  225:6
**new (37)**
  29:17;31:2;73:24;
  74:25;89:4,6;92:2;
  97:4;113:23,25;
  114:15,16,16,17;
  115:22;122:3,6,7;
  126:17,24;134:5;
  146:8;147:9,9,16;
  148:11,14;149:15;
  150:7;168:7;175:14;
  200:10;207:1;208:20;
  213:13;226:3;237:4
**newer (1)**
  129:8
**newly (1)**
  210:18
**newspaper (2)**
  68:22;182:5
**next (28)**
  6:4,7;18:3,15;19:6;
  25:16;41:12;60:23;
  63:5;90:5;92:24;98:20;
  103:1;111:22;113:6;
  142:8;145:5;147:7;
  160:15;169:25;171:11;
  172:2;175:11;181:7;
  211:1;243:8,21;247:2
**nice (2)**
  164:18;200:6
**nicer (1)**
  127:15
**nickel (1)**
  120:25
**Nicol (1)**
  202:13
**Nielsen (1)**
  135:4
**night (11)**
  18:2;116:8,9,11;
  178:8;186:12;194:3;
  200:21;203:4;218:10;
  223:17
**nights (1)**
  39:25
**nighttime (3)**
  70:10;155:10,15
**nine (2)**
  178:19;218:5
**Nobody (8)**
  72:21,22;104:16;

115:1;193:24;202:1,
  17;218:11
**Nobody's (1)**
  226:13
**nodding (1)**
  128:8
**Noel (2)**
  25:17;202:20
**noise (14)**
  76:10,12,25;77:3,5,8,
  17,19;180:10;194:4;
  197:10,12;215:24;
  218:9
**noises (1)**
  194:2
**nomenclature (1)**
  64:23
**nonbuilding (1)**
  95:16
**nonconforming (5)**
  97:5,6;129:19,23,24
**none (13)**
  19:4;24:10;53:4;
  54:5;56:10;65:1;89:24;
  93:9;134:22;172:2;
  186:15;205:12;246:20
**nongrammatical (1)**
  102:3
**nonissue (1)**
  137:22
**non-master (1)**
  107:13
**nonprofit (1)**
  188:9
**nonreligious (2)**
  27:13;149:22
**nonwhite (1)**
  51:16
**nor (2)**
  175:23;216:8
**normal (3)**
  49:1,5;210:12
**normally (2)**
  81:21;136:15
**north (1)**
  67:5
**northwest (1)**
  117:19
**note (7)**
  30:5;56:6;103:20;
  114:11;132:17;205:17;
  221:19
**noted (2)**
  185:24;231:10
**notes (1)**
  33:2
**nothing's (1)**
  33:18
**notice (7)**
  16:2;26:8;141:8;
  142:1;149:1;164:7;
  207:11
**noticed (4)**

6:17;180:9;201:9;
  211:13
**notices (18)**
  7:20;10:5;21:21;
  22:8;23:22;25:25;26:1,
  21;27:4;40:17;106:19;
  116:18;161:16;163:7;
  166:14;228:10;231:9;
  232:2
**notify (1)**
  165:6
**notion (1)**
  71:4
**November (1)**
  157:6
**nowhere (1)**
  171:22
**null (1)**
  137:21
**number (19)**
  21:4,17;103:8,10;
  105:13,15;130:24,25;
  131:2,7,11,12;133:7,
  12;135:23;180:10;
  205:21;215:23;239:5
**numerous (2)**
  40:10,11

─────────

# O

**oak (1)**
  103:11
**Oaks (4)**
  74:4,8,23;165:22
**object (1)**
  55:11
**objection (13)**
  8:23;9:1;11:23;
  15:23;18:20;55:13,14,
  23;56:1,8,9;222:6;
  232:14
**objectionable (1)**
  174:15
**objections (3)**
  21:25;232:18,21
**objective (1)**
  155:12
**obligation (5)**
  53:25;54:3;88:2;
  163:21;230:4
**obligations (2)**
  53:8;54:15
**observation (1)**
  178:25
**obtain (1)**
  34:11
**obtained (1)**
  127:3
**obtaining (1)**
  124:18
**obvious (3)**
  144:5;183:6,8
**obviously (11)**

14:8;55:12;74:7;
  82:14;90:11;94:13;
  108:23;121:13;124:2;
  207:2;221:24
**occur (2)**
  77:16;78:23
**occurred (9)**
  58:21;76:20,23;78:2,
  11;119:15;120:9;
  121:25;174:13
**occurring (2)**
  75:23;132:2
**odd (1)**
  200:15
**O'Driscoll (1)**
  194:12
**off (16)**
  5:21;41:3;58:17;
  61:10;69:22;117:20;
  122:20,21;139:23;
  144:1;145:24;176:25;
  181:23;182:3;186:9;
  189:3
**off-campus (1)**
  181:2
**offer (2)**
  8:3;18:18
**offered (1)**
  19:24
**officer (4)**
  7:3,5,8:13;200:21
**official (13)**
  7:20;21:21;22:8;
  23:9,15,22;69:9;
  106:18;116:18;157:19;
  166:14;179:25;215:16
**officially (1)**
  29:14
**officials (2)**
  210:5,6
**officiant (1)**
  197:11
**offsite (1)**
  122:21
**often (3)**
  59:19;95:12;226:3
**oftentimes (2)**
  215:7;229:6
**old (3)**
  58:22;72:7;211:3
**older (3)**
  32:15;43:4;58:16
**oldest (2)**
  29:11;50:3
**omitted (1)**
  176:10
**once (6)**
  11:3;45:14;88:1;
  104:21;124:3;156:17
**one (133)**
  10:25;11:18;13:11,
  20,23;14:6;16:18;18:4,
  11;19:4,8;22:5,11,14;

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 85 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                    July 11, 2019

28:24;29:23;30:9;32:2;
36:18;40:12;42:9,14;
43:2;47:7;48:23;55:15;
56:25;57:6;58:19;
61:11,12;62:3;72:7;
73:3,6;82:5,5,13;83:1,
15,24;85:2;88:11;
89:17;90:12,21;92:25;
93:3;94:2,4;99:16;
100:1;105:13;109:7;
112:20;114:14;118:3;
120:8;125:18,20;
130:5;131:5;132:10;
135:21;136:4,21;
137:15;138:15;146:2,
4;149:6;157:12,20;
159:13,14;160:4;
163:20;165:13;166:23,
25;167:19;172:20;
178:9;179:20;180:17,
21;182:10,17,18;183:6,
8;188:12;191:20;
197:24;198:12;205:15;
208:24;209:17;211:11;
214:3,12,12;216:17;
217:2,22,25;218:6,24,
25;220:10,13,19;221:3,
5,15,16;222:4,9,13,15,
16,19;224:19;226:23;
227:1,5;229:19;
230:20,24;231:9;
236:6;241:17;242:16

**ones (5)**
76:6;100:3;217:25;
222:12;237:2

**one's (1)**
43:12

**one-sentence (1)**
143:10

**one-shot (1)**
113:4

**one-time (1)**
112:23

**ongoing (2)**
51:11;235:7

**online (2)**
180:1;182:5

**only (39)**
22:11;27:6;30:8;
31:20;36:3;46:18;57:3,
6;59:10;70:18;73:15;
95:19;99:4;100:13;
102:13,25;104:6;
109:22;125:16,21;
135:2;143:13;175:4;
177:14;179:6,13,23;
180:4;184:22;191:21;
208:18;212:10;218:23;
224:11,12,13;228:25;
230:1;243:4

**onset (2)**
10:8;233:4

**on-the-ground (1)**

**97:1**

**onto (2)**
43:22;61:17

**onus (1)**
190:11

**open (118)**
6:18;14:14;32:5,16;
33:3,4,5,9;34:13;35:7,
12;37:18;47:1,7;50:11;
54:23;62:17,17,23,24;
63:2,6;65:10,12,13,22,
22;66:3,6,6,11;67:2,3,
5,10,10,15,17,19;
68:12;71:10,11,19;
73:6,8,9,13,18,25;
74:12,24;75:6;85:25;
86:11;87:19;95:10,15;
98:3,3,6,6;100:6;101:7,
25;102:18,22;105:11;
107:10,20,21,23,23;
108:6;114:4;135:18;
136:4;138:2,6,15;
139:8,10,12;140:14;
143:9;145:9,14;
150:21;153:10,13,13;
163:13,18;164:2;
165:21,23;167:17;
169:16;170:19,20,25;
171:9,10;172:21;
185:7,8,10,11,21,22;
198:19;207:15,17;
224:17;242:5;243:6;
245:4,10,12

**opened (2)**
29:14;150:20

**opening (1)**
20:24

**openly (3)**
148:8,9;149:1

**openness (1)**
147:1

**operable (1)**
53:11

**operates (1)**
129:1

**operating (1)**
9:7

**operation (3)**
82:19;98:1;128:25

**operations (1)**
112:19

**operative (1)**
74:10

**opinion (2)**
197:14;199:22

**opinions (1)**
215:3

**opponents (2)**
46:19;104:19

**opportunities (3)**
60:3,7;244:10

**opportunity (25)**
9:20;11:24;15:24;

42:8;45:25;46:20;
123:15,24;124:2,16;
142:14,15;170:21;
184:4,16;189:20;
201:21;203:17;204:8,
23;216:4;218:18;
223:20;237:11;238:21

**opposed (11)**
9:13;15:4;17:25;
57:18;151:17;172:18;
177:23;195:11;208:7;
224:6;246:24

**opposes (1)**
195:4

**opposing (2)**
227:3;231:22

**opposite (1)**
88:23

**opposition (5)**
8:23;215:21;220:21;
221:22;222:16

**option (9)**
50:11;51:2,18,18,23;
52:4,17;112:18;183:24

**order (17)**
5:1;6:4;7:9;8:9,10,
18;18:22;24:5;27:22;
56:23;63:18;86:12,13;
107:25;127:24;228:10;
246:9

**Ordinance (70)**
5:10;6:24;7:6;8:4,
15;9:22;21:16;32:3;
35:11;37:13;52:25;
53:11;54:1;62:12,13,
15,20;63:21;65:5;
71:12,22,25;73:2,16,
23,23;84:13,14;85:13;
86:6;87:3;88:19;90:6,
7;91:21;97:18;98:12;
106:25;107:13;110:14;
111:19,20;116:14;
133:1;146:21,23;
152:4,7,8,21;153:22;
155:22;184:20,20,21,
22,24;185:2,3,8;
186:19;209:19;224:14;
228:22;229:3;233:22;
235:25;238:7;246:5,6

**ordinances (9)**
14:11;26:3;27:6;
34:15;54:14;82:19;
84:3;154:2;206:12

**Oregon (1)**
47:12

**organization (1)**
59:20

**organizations (2)**
82:20;188:9

**organize (1)**
173:7

**original (3)**
148:23,23;156:19

**originally (1)**
191:23

**Orosz (2)**
187:11;190:4,4;
226:10

**Oscar (2)**
218:9,13

**Ostlind (50)**
5:4;14:24;15:10;
17:19;20:2;21:8;24:19;
55:3;56:15,18;57:12;
86:20;87:2,14,21;88:9;
95:1,8,23;96:5,10,19;
97:25;98:22;99:15,24;
100:8;112:12;113:19;
115:3,19,24;150:4,23;
151:12,23;159:11,15,
21,25;172:6,9;224:1;
233:9;241:17;242:10;
243:12;245:11,15;
246:11

**others (4)**
41:2;129:12;161:1,
10

**ought (1)**
8:11

**ours (2)**
50:13;123:17

**ourselves (5)**
189:11,12;195:5;
219:16;242:3

**out (111)**
5:24;9:3;10:9;11:2;
22:21,25;23:4,6;31:13,
20;34:7;38:15;40:2,2;
41:25;44:16;45:14;
47:10;48:10;52:23;
59:4;61:8,13,17;63:20,
23;66:22;72:1;79:24;
80:14;81:8;83:13;84:1;
85:1;86:2;97:17;98:25;
99:3,21;101:24;102:2,
11;109:23;115:15;
116:5;118:3;126:4,6;
128:12;130:14,16;
131:20;132:22;134:15,
18;137:2,8,14;141:14;
143:12,22;144:10;
145:23;146:12;156:6,
14,25;157:6;161:3;
162:1;168:17;169:21;
170:15;171:12;173:19,
20;181:14;182:23;
183:2,4,7,8;185:5;
187:2;191:24;193:24;
196:9,17;198:22;
200:24;205:18;208:13;
212:23;213:22;214:1,
3;218:1,25;220:14;
221:21;224:20,23;
225:5,14;227:23,24,25;
229:22;241:11,11;
243:19

**outcome (1)**
5:13

**outcomes (1)**
50:18

**outcry (1)**
104:18

**outdoor (8)**
34:23;35:5;39:19;
63:9;65:7;69:1;70:6;
100:1

**outline (1)**
244:1

**outlying (2)**
28:18,18

**outset (1)**
224:10

**outside (4)**
109:7;127:18,21;
186:13

**over (36)**
20:1;27:22;28:17;
35:2;40:13;47:5;52:24;
59:13;92:24;95:9,14;
121:5;127:25;147:6;
175:11;181:16;184:13;
186:23,24,24,24;
189:23,25;193:11,22;
195:13;198:4;200:16;
205:16;207:25;217:7,
21;218:5;225:24;
243:18;245:8

**overcome (1)**
217:5

**overhead (1)**
162:24

**overjoyed (1)**
201:11

**overlying (1)**
238:7

**oversight (3)**
47:22;163:5;235:8

**own (17)**
11:21;18:22;28:25;
30:12;31:8,9;46:1,10;
54:14;71:7;87:12;
178:25;181:6;204:20;
205:16;209:12;216:22

**owned (4)**
33:6;67:11;102:23;
135:24

**owner (2)**
168:11;169:15

**P**

**package (1)**
160:14

**packet (3)**
63:20;71:23;213:25

**page (21)**
29:4;30:16;32:24;
38:6,18;66:21,22;67:1;
70:4,4;72:5,6;101:25;

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 86 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

102:19;103:1;143:3;
185:24;244:4,6,13;
245:14
**pages (6)**
18:12;37:10,10;
81:18;102:19;164:21
**paid (1)**
194:19
**Palzkill (3)**
187:20,23,24
**papers (1)**
213:25
**paperwork (1)**
24:5
**paragraph (9)**
91:3,5,6;94:8;
135:16;136:1;244:7,8,
8
**paramount (2)**
53:16;229:16
**parcel (1)**
186:21
**parens (1)**
137:7
**parent (1)**
49:20
**parentheses (1)**
137:19
**parents (5)**
41:24;46:3;51:17;
219:6;232:4
**parent's (1)**
220:6
**Park (2)**
200:18;243:6
**parking (8)**
18:14;30:4;81:1;
105:25;115:12;147:11;
156:21;201:1
**parks (2)**
136:12;215:7
**Parman (1)**
217:11
**parochial (6)**
45:1;121:3;125:18;
154:7,8;158:25
**parsed (2)**
226:9,11
**parsing (1)**
144:10
**part (46)**
11:7;12:2;18:4;
47:19;51:6;71:2;76:2,
13;77:6,22;94:6;95:12;
98:7,10;104:20;
112:13;116:15;127:1;
128:7,22;132:7;133:2,
2;145:19;160:24;
163:21;189:7;194:4;
200:3;203:20;204:17;
212:25;220:22;222:22;
224:25;225:2,10;
227:8;230:22;231:1;

232:12;233:25;235:24;
236:10;239:25;240:15
**partially (1)**
72:18
**participate (4)**
5:11,14;61:8;189:24
**participated (2)**
176:4;212:16
**participating (2)**
18:21;201:20
**participation (3)**
60:4;224:11;241:21
**particular (16)**
15:15;26:14;36:23;
82:11;88:4;95:1,17;
97:20;107:19;164:14;
170:25;181:13;215:21;
237:16;244:3;245:4
**particularly (1)**
73:18
**particulars (1)**
188:13
**parties (35)**
6:13,16,21;7:13,19,
25;8:2,6;9:15,25;
10:21;11:2,19,22,24;
12:5,17,22;14:13,19;
15:22;16:12,21;17:8;
19:16;20:4;21:22;22:9;
24:7;55:10;86:19;
159:23;184:9;186:13;
234:17
**parties' (1)**
14:6
**partly (3)**
8:8,17;246:9
**partner (1)**
158:5
**partnership (3)**
28:6;45:22;230:15
**parts (1)**
161:7
**party (11)**
8:22;10:1,6,13;12:7;
13:14;15:12;16:5,20;
55:6;232:14
**pass (7)**
22:21,24;33:9;
135:22;220:17;221:5;
225:24
**passed (2)**
63:20;235:21
**passes (2)**
57:19;172:18
**passions (1)**
59:23
**past (6)**
104:15;158:24;
180:15;198:7;217:13;
231:13
**Patric (1)**
187:16
**Patricia (1)**

187:16
**pause (2)**
143:21;176:23
**pay (1)**
142:7
**PE (1)**
137:20
**peer (1)**
52:15
**penalized (2)**
52:6;106:15
**people (68)**
10:8;13:13;14:9;
15:1,4,24;21:10;39:12,
19;42:24;43:9;46:13;
47:1;48:10,11;59:22;
61:8,15;76:6,16;77:10;
78:15;81:7;107:1;
110:22;118:4;127:23;
130:13,14;135:19;
136:10,15;138:9;
161:6;173:6;174:6;
188:4,16;189:16,19;
190:7,22;191:3;
192:10;193:6,14,21;
194:3;196:12;198:24;
199:3,5;203:23;
204:23;205:1,21;
210:1;216:5;217:2;
218:12;221:21;228:7,
14;230:10;233:24;
239:5;240:7;241:21
**per (1)**
178:8
**percent (4)**
68:2,3;143:24;
191:11
**perfect (5)**
115:9;144:18;200:9;
217:22;237:5
**perfectly (2)**
104:16;209:4
**performance (1)**
50:18
**perhaps (4)**
19:19;136:2;235:7;
245:2
**period (15)**
23:24;49:12;85:20;
107:8;117:9,17;
121:25;131:21;145:17;
176:19;177:5;182:25;
184:3;223:1;243:22
**permeable (1)**
114:18
**permissive (1)**
184:21
**permit (15)**
8:14;56:25;69:17,21;
114:23,23;125:8;
128:24;129:5;134:25;
139:1,2;151:3;155:10;
209:15

**permits (3)**
80:23;145:20;184:22
**permitted (17)**
64:24;66:7;90:15;
91:4,5,8,13;93:10;
97:5;98:4;129:20;
152:1,12,19;185:1,12,
22
**person (17)**
7:2;35:23;40:25;
87:7;159:19;173:10;
203:10,18,19;204:11;
210:12;212:9;213:1;
218:24;220:10;229:8;
230:12
**personal (5)**
28:3;30:12;48:9;
51:21;216:24
**personally (2)**
13:19;217:5
**Persons (3)**
27:8;81:19;82:4
**perspective (10)**
61:21;73:20;106:2;
108:9;118:19,20;
129:3;164:12;197:9;
234:22
**perspectives (1)**
128:16
**Peter (2)**
5:4;17:22
**Peter's (1)**
15:23
**petition (2)**
17:1;19:6
**ph (2)**
78:4;180:3
**Phelan (5)**
55:16;56:17;57:23;
58:2;60:14
**philanthropic (1)**
59:18
**phone (2)**
5:21;195:25
**photos (2)**
43:1,4
**phrase (3)**
46:16;95:17;144:13
**phy-ed (12)**
37:22;109:14;110:5,
20;132:24,25;133:10;
142:22;148:12;161:15;
164:23;165:1
**physical (15)**
33:7;67:13;70:6;
71:17;102:4;107:24;
127:13;133:23;134:9;
139:13;156:9;157:13;
174:18;208:19;236:21
**physically (1)**
124:21
**physician (1)**
137:17

**pick (1)**
157:20
**picked (1)**
117:12
**picture (2)**
30:14;58:15
**pictures (3)**
48:17;130:18;228:14
**piece (2)**
116:16;119:10
**piecemeal (1)**
183:14
**placard (1)**
29:16
**placards (5)**
24:18,20,22;29:3;
217:18
**place (27)**
16:24;28:7;36:23;
94:2;107:22,23;109:7;
111:1,6;117:21;141:2;
151:6;164:18;165:24;
180:7;184:17;193:21;
212:3,6,8;215:10;
217:11;229:4;231:13;
239:7;241:22;243:4
**placed (1)**
104:24
**places (5)**
28:24;39:19;144:22;
199:24;244:19
**plain (1)**
94:6
**plainly (3)**
62:25;71:13;86:12
**plaintiff (1)**
104:19
**plan (410)**
30:23;32:4,6,17,19,
21,22;33:2,5,8,10,14;
34:1,5,11;36:14,16,20,
20,25;37:3,7,9,11,16,
24;38:5,15,16,18;39:2,
18,22;40:11;47:18;
48:3;62:1,7,18;63:1,3,
4,13,17,18;65:17,18,
25;66:5,8,11,18,20,23,
23;67:8,19,23;68:11,
15,16;69:7,11,12,13,
15,24;70:2,13,15,18;
71:1,2,4,14,16;74:2,5,
13;75:1,12;76:3;77:22;
78:5,11,17,19;79:3,19;
80:3,7,12,13,18,20,25;
81:9,12;83:19;84:6,8,
11,20;85:19;86:1,10,
14,15;87:25;88:1,7,17;
90:2,4,5,14,16,21;92:2,
4,9,13,16,20,21;93:2,
13,14,16,20,23,24;
94:2,9,17;95:18;98:2,5,
7,8,9,11,12,15,25;99:4,

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 87 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

5,14,22,25;101:8,24;
102:15;103:20,24;
104:10,11,22;106:13,
17,23;107:1,3,7,13,15,
15,18;108:2,6;109:1,4,
8,10,24;110:12;111:3,
7,8,13,15,19;112:4,13,
15,17,20,22;113:1,4,
11,18;114:2,9,12,13,
14,25;115:2,4,8,12,17,
20;116:3,6,9,12,23,24;
118:18;119:6,16;
120:7,7,10;121:11,16,
17;122:10;123:1,11;
126:14,22;127:8,18,19,
21;132:4,16,20;133:2,
3,5,16;134:3,24;137:6,
14;138:2,13;139:21;
140:1,5,24;141:1,5,22;
142:10,16,25;144:2,12,
13,20;146:4,12,16,18,
19;148:9,24;150:20;
153:9,12,18,21;155:3,
5,8,9,15,21,23,24;
156:13,16,20;157:8;
159:8;160:8,19;161:2,
20,23,23;162:11,12,18;
163:12,16,17,22;164:9,
21,25;166:1,4,12;
167:5,16,17;168:6,7;
169:7,10,11,19;170:8,
23;171:6;174:10,11,13,
20;175:3,22;176:2,5,
11,19;177:6,25;
178:12;181:14,22,25,
25;182:1,18,22;183:10,
25;184:1,8,17;185:4,
12,15,17,20,23;186:1,
2,9,25,25;194:25;
195:10;207:16;208:12,
16,20;209:5,8;210:2,6,
14;217:20;224:16,16,
25;225:8,9,17,20;
227:19,23,25;228:18;
230:3,25;231:13;
234:11,14,21;235:4,7,
12,15;236:6,11;237:1,
17,21;238:1,3,12,14,
19,22;239:4,13,19;
241:11;242:16,18,25;
243:18,19;244:1,2,6,21
**planned (7)**
98:20,23;152:6,7,10,
14;153:23
**planning (10)**
62:15;147:5;206:11;
208:21;209:2,14,22,25;
210:5;245:4
**plans (39)**
36:2,3,8,13,21;
62:22;64:13;65:19;
66:17;71:10,15;83:18;
89:25;90:1,8,9,17;

92:11;98:17,21;
115:14;116:22;127:22;
156:18,20;162:5;
165:3,17;169:12;
170:15;175:14;185:9;
208:21;217:22,24;
226:8,14;237:2,7
**plan's (1)**
127:9
**platform (1)**
203:17
**play (62)**
26:22;31:16;34:6;
35:15,18;38:20;41:12,
22;42:5,8,10,24;45:8;
46:21;50:25;61:20;
69:18,21;86:12;89:22;
92:14;99:4,13,19;
100:17,22;103:15;
104:4,17;105:24,25;
108:24;115:11;116:5;
117:21;120:16,17,19;
130:6;141:12;148:6;
149:20;165:9;189:18;
198:8,9;199:9;200:8;
202:7;204:10;205:13,
14,16;206:7;209:6;
211:5,23;214:13,16;
216:18,22;218:6
**played (51)**
26:9;28:22;30:8,17;
39:13;41:22;44:19,22;
45:13;61:14;63:10;
69:5;115:25;117:4,6,
14,19;118:25,25;119:1,
2,3,7;120:17;122:23;
130:6,17;131:20;
140:16;141:13;148:5;
179:8,15,19,24;180:2,
24;181:2;193:10;
197:19;199:10,12;
200:16;203:6;205:10,
11;206:4;210:24;
216:17;217:17;218:16
**player (4)**
40:15,15,21;219:6
**players (2)**
43:3;204:14
**playing (39)**
27:2;30:18;31:7,17;
41:14;42:12,20;43:10,
12;44:13,17;45:18;
96:2;111:16;114:7;
124:4;126:9;138:7;
141:16;142:2,18;
148:7,9,20,21,22;
149:1;177:23;194:7,
24;197:22;200:2,11;
208:9,25;220:1;241:3
**playoff (1)**
216:23
**plays (1)**
211:2

**Pleasant (1)**
50:7
**please (8)**
5:20,22;23:7;48:20;
145:15;177:4;187:21;
195:7
**plenty (1)**
82:23
**Plus (1)**
230:17
**pm (1)**
247:4
**point (46)**
10:25;18:22;19:14;
20:16;44:10;49:11;
63:23;69:2;71:8;72:1;
83:15,25;84:1;99:7;
100:13;104:8,22;
106:3;111:25;115:20;
118:13;122:15;125:7;
134:14,17;135:15;
136:6;138:1,5;148:13,
17;149:4,24,25;151:6;
154:11;160:4;164:19,
20;165:2;171:6,7,12;
197:19;210:3;214:2
**pointed (7)**
83:13;132:22;
141:14;143:12,14,18;
208:13
**pointing (2)**
98:25;99:3
**points (1)**
229:1
**police (7)**
42:17;48:15;76:22,
23,25;200:21;211:14
**policemen (1)**
228:13
**policy (1)**
96:25
**pondering (1)**
238:10
**pool (1)**
200:24
**poor (1)**
31:13
**poorly (1)**
97:18
**popular (1)**
229:11
**population (1)**
76:7
**Portage (1)**
195:22
**portion (12)**
14:20;17:3;19:1;
20:24;36:23;56:2,3;
86:18;162:16;163:9;
222:25;242:2
**Portland (1)**
28:15
**position (18)**

31:15,16;34:16;36:3;
77:25;84:9;88:3,19;
90:20;105:17;129:10;
155:7,7;160:6;177:13;
207:8;221:4;222:5
**positions (1)**
241:13
**positive (3)**
81:5;207:25;213:6
**possession (1)**
168:23
**possibility (1)**
183:7
**possible (4)**
18:6;68:25;158:10;
235:9
**possibly (2)**
34:13;101:11
**post (1)**
65:15
**post-2014 (1)**
126:19
**posting (1)**
59:7
**post-season (1)**
41:22
**potential (8)**
36:22;75:20,24;
76:15;172:22;182:15;
186:20;240:20
**potentially (5)**
18:4;57:4;65:4;
140:21,22
**powderpuff (4)**
45:15;118:23;
131:16;231:23
**power (1)**
142:25
**powers (1)**
8:12
**practical (2)**
13:3;16:16
**practice (44)**
19:12;33:17;37:21;
38:19,19;67:4,6;68:20,
24;100:20;103:25;
104:6;110:5,21,25;
132:24,25;133:11,11;
141:11,17;142:22;
153:13;161:15;163:14;
164:10,15,22;165:1;
176:18;177:14,20;
179:9;180:8;182:7,8;
196:17;201:3;208:5,8,
17,18;209:7;215:8
**practices (45)**
33:7;39:10;47:10;
63:7;65:15;67:12;69:1,
8,12;70:8,9,19;75:7;
100:21;102:4;107:24;
109:14;110:23,24;
121:2;127:14;132:11;
134:9;135:25;137:16,

20;138:3;139:14;
147:19;157:13,21;
159:1;161:24;164:5,6;
167:12,18;171:16,18,
19,20;174:18;195:11;
230:23;236:21
**practicing (2)**
48:18;148:12
**praedicare (1)**
60:16
**praise (1)**
60:17
**pray (2)**
219:18;231:1
**prayer (2)**
41:18;230:24
**praying (3)**
213:4;231:3,7
**preach (1)**
60:18
**precedent (3)**
226:4,5,7
**precedent-setting (1)**
230:2
**precise (1)**
222:5
**precursor (1)**
59:6
**predicament (1)**
241:12
**prediction (1)**
152:13
**pre-existing (1)**
109:21
**prefer (1)**
29:4
**preferential (1)**
150:2
**prejudice (1)**
234:7
**preliminary (2)**
5:24;6:13
**preparation (3)**
36:7;64:13;76:2
**prepare (3)**
78:10;79:4;237:17
**prepared (5)**
55:20,20;134:3;
147:3;169:20
**preponderance (1)**
191:12
**presence (1)**
28:10
**Present (10)**
5:3,20;6:10;11:5,9,
24;15:13;44:14,18;
222:14
**presentation (9)**
11:7,14;15:19;20:4,
10;22:19;23:3;178:4;
188:15
**presentations (1)**
14:6

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 88 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                    July 11, 2019

**presented (9)**
11:3;16:12;21:25;
22:23;24:13;131:24;
147:21;189:1;233:16
**presenting (1)**
24:7
**presently (1)**
124:25
**presents (2)**
8:5;55:2
**preserving (1)**
169:8
**president (6)**
42:15;158:7;174:2;
177:17;187:24;201:19
**press (1)**
178:5
**pretty (9)**
48:21;62:20;83:14;
104:4;122:9;169:23;
197:8;200:13;244:18
**prevent (2)**
42:19;43:9
**preventing (1)**
31:17
**previous (5)**
71:21;72:22;172:20;
180:18;214:17
**previously (3)**
21:23;190:6;241:5
**pride (5)**
41:16;42:11;43:17,
21;204:20
**primarily (4)**
35:18;68:20;72:17;
79:12
**primary (15)**
28:24;34:21;35:9;
36:1,1;45:20;64:20;
65:9;87:15;88:21;
89:15,17;91:17;101:1;
157:13
**principal (7)**
56:21;58:9;64:25;
72:9,12;184:23;187:24
**printed (3)**
30:16;32:20;220:13
**printouts (1)**
24:12
**prior (10)**
45:11;89:6;98:18;
116:2;125:24;157:5,6;
179:9;185:17;222:12
**prison (1)**
186:18
**prisoners (1)**
212:5
**private (8)**
43:15;75:14;154:6;
182:13,15;189:17,18;
193:14
**privilege (1)**
53:7

**probably (6)**
18:23;60:23;126:7;
198:9;210:9;220:3
**probing (1)**
190:20
**problem (7)**
53:23;92:21;93:19;
101:13;196:19;205:22;
242:23
**problems (2)**
215:10;243:13
**procedural (1)**
19:8
**procedure (15)**
5:17;6:9;9:4,11;
10:21;14:25;15:18;
16:1,21;19:14;56:12,
13,25;223:23;232:15
**procedures (5)**
9:7,9,16;10:17;82:7
**proceed (9)**
12:13;24:11;56:12;
80:16;111:23;184:2,
10;225:17;244:13
**proceeding (5)**
8:24;18:21;19:10;
53:3;57:5
**proceedings (7)**
5:15,18,23;6:1;
14:20;19:1;86:18
**process (130)**
9:11,23,24;13:13;
16:20;20:15;55:4,10;
61:9,22;77:22;78:16;
80:21;82:9;85:11,15,
16,17;86:6;92:17,25;
93:4,11,16,18;94:14,
19;97:12;106:14,19;
107:2;108:8,12;109:2;
112:6,10,16,18,21,23;
113:4,5,9,10,13,14,15,
16;114:21;115:19;
116:6;126:12;127:17,
17,21;128:5,15,20;
129:3;135:3;143:22;
144:3;146:20;147:13;
148:9;155:25;156:2,
13,25;160:16;161:2;
163:22;169:7,19,24;
176:5,20;177:7;
182:16;183:9,11,13;
184:3,5,7;186:5;187:1;
188:5;195:13;208:16,
20,22;209:3,5,24;
210:1,4,4,10,16,17,17,
19;214:1;221:19;
222:23;223:10;225:7,
8,12;229:5,6;232:15,
24;233:5;235:15;
236:3;237:3,4,6,12;
238:11,13,19,24,25;
239:13,18;240:6,11
**processes (2)**

**95:4;128:2**
**product (1)**
237:22
**productive (1)**
218:19
**professional (3)**
59:15;206:9,22
**program (3)**
199:15;203:10;
214:20
**programming (1)**
188:10
**programs (5)**
50:17;51:5;119:25,
25;203:9
**prohibit (2)**
27:14;229:24
**prohibited (2)**
185:2;231:3
**prohibitive (1)**
224:14
**project (5)**
113:5;158:5;163:6;
184:7;217:12
**projects (10)**
80:18;84:12;85:20;
92:24;93:5,6,8;208:13;
212:16;217:10
**prolong (1)**
214:4
**promote (1)**
64:6
**prompt (1)**
172:9
**pronounce (1)**
213:21
**proof (6)**
190:9,10;191:7,12,
21;229:19
**proper (2)**
56:10;84:1
**properly (4)**
6:17;140:11;233:21;
238:6
**properties (4)**
96:7;97:7;162:8;
167:23
**property (23)**
21:17;26:7;35:4;
36:24;37:8,12;53:21;
80:2;86:25;87:23;
134:3;147:5,6;161:5;
167:25;168:11,12;
169:15;170:1;178:17;
198:15;209:12,17
**proponents (1)**
49:24
**proposal (7)**
75:14;152:15;
176:10;197:21;202:2;
236:10;244:21
**proposals (1)**
85:21

**propose (4)**
65:11;107:9;159:21;
242:25
**proposed (45)**
20:23;32:5;34:8;
36:10;37:3;62:16,22;
63:2;64:16;65:21;66:5;
70:22;73:8;85:25;98:2;
104:18;114:5;132:23;
133:5,9;134:5,5,6;
143:9,19;147:10;
153:7,9,11,12,25;
154:5;155:18;163:18;
171:3,4;174:11;
184:10;185:6,10,21;
201:10,19;245:4,9
**proposing (4)**
13:7;14:3;15:23;
32:10
**prospect (1)**
223:5
**prosper (1)**
212:24
**protect (5)**
53:16;62:9;64:11;
190:22;235:18
**protecting (1)**
83:22
**proud (3)**
28:9;59:12;158:4
**prove (1)**
191:9
**provide (13)**
9:19;18:10,18;46:11;
48:13;54:3;68:24;
112:14;160:12;166:21;
199:22;233:12;237:20
**provided (13)**
22:4;32:23;37:25,25;
48:9;66:19;71:23;
158:24;179:12;208:16;
222:16;226:25;227:1
**provides (9)**
7:6;8:6,15;45:24;
46:17;52:24;74:2;
160:15,18
**providing (3)**
33:17;136:6;142:12
**provision (2)**
32:3;231:16
**provisions (4)**
6:25;38:23,25;40:11
**proximity (1)**
76:17
**public (69)**
9:14,19,19,21;10:7,
11,16;11:19,21,25;
12:4,6,15,21;13:9,12;
14:5,14,20,25;15:24;
16:4,8,23;17:7;19:1,3,
5,23;22:10,14,16;
23:23,24;43:15;44:25;
46:24;49:25;51:13;

**54:5;55:21;56:2,5,12;
61:3;64:10;84:7,16;
88:11;145:10,11,16;
147:1;157:19;173:5;
174:23;175:7;182:12,
14;192:1;193:13;
210:1,4,16;214:11;
220:19,23;222:24;
224:11**
**publicized (1)**
51:14
**publicly (2)**
68:19;69:24
**pudding (1)**
229:19
**pull (1)**
188:13
**pulled (1)**
187:2
**pulling (1)**
156:25
**pure (1)**
106:2
**purpose (29)**
8:1;12:25;36:5,11,
12;37:15;44:4;48:1;
64:1;73:23;74:20;
85:15,17;87:4,4;
100:15;101:16;107:6,
14;146:3,15;147:15;
152:14;155:12;160:8;
199:8;231:25;235:11;
238:13
**purposes (11)**
35:13;37:20;84:21;
87:20;88:5,8;130:24;
160:9,10;177:14;
220:19
**pursue (2)**
41:6;123:24
**pursued (3)**
41:7;155:14;208:15
**pursuing (1)**
124:17
**pushback (1)**
146:15
**pushing (1)**
157:19
**put (39)**
13:23;18:23;24:16;
32:20;47:25;68:17,18,
19,21;88:1;90:16;
93:22;97:20;104:7;
116:12;120:25;122:6,
7;123:24,25;142:14,
15;150:16,16;151:9;
156:1;161:13;162:25,
25;164:22,22;165:21;
190:7;214:14;218:12;
221:3;229:4,9;241:23
**putting (3)**
41:17;161:1;162:24

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 89 of 99

Zoning Board of Appeals Hearing vs.                                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                       July 11, 2019

## Q

**qualifiers (1)**
35:13
**quality (6)**
47:6;195:16,23;
199:5;203:19;216:9
**quantifiably (1)**
70:11
**quantify (2)**
12:25;171:23
**quantity (1)**
167:13
**quarterback (5)**
75:14;101:14;154:6;
231:22,23
**quicker (1)**
214:1
**quickly (1)**
38:2
**quite (13)**
18:6;62:14;99:7;
132:2;149:1;163:10;
197:7;200:18,24;
201:13;203:21;206:12;
222:2
**quorum (3)**
8:16;172:22;246:8
**quote (8)**
26:5;157:12,20;
158:8,11,20;174:17;
177:22
**quotes (4)**
157:15,22,24;158:1
**quoting (1)**
153:22

## R

**raced (1)**
42:23
**races (1)**
52:18
**Rachel (2)**
173:25;174:1
**racing (2)**
219:10,19
**raise (1)**
216:1
**raised (3)**
174:18;212:20;
216:15
**ramping (1)**
76:13
**ran (1)**
61:16
**Randall (1)**
215:23
**rant (1)**
191:23
**rather (7)**
22:9;23:25;24:21;

34:9;121:12;183:12;
223:7
**rationale (2)**
112:13;236:13
**Ray (1)**
222:13
**Raymond (1)**
222:17
**reach (2)**
41:10;165:2
**reached (1)**
122:14
**read (18)**
22:17;23:23;32:1;
81:25;90:25;102:21;
104:5;134:20;157:25;
166:16;187:9,13;
220:14;222:4
**reader (1)**
244:4
**reading (5)**
40:2;86:21;95:8;
158:11;195:14
**readings (1)**
213:5
**reads (1)**
105:7
**ready (3)**
24:11;42:14;233:7
**real (3)**
146:15;206:10;
215:24
**reality (1)**
124:3
**realize (1)**
156:7
**realized (1)**
200:17
**really (50)**
10:2;13:17;31:14;
50:19;61:7,18;62:12;
68:23;102:2;110:22;
123:1;126:12;132:3;
133:20;136:24;139:9;
142:17;144:10;161:3,
7;163:8;165:5;193:1;
195:15;197:19;198:11,
16,16,23;199:22;
200:6;215:12,19;
224:12;234:25;235:6;
236:8;240:15,25;
241:7,10;242:22,25;
243:6,8,25;244:22;
245:3,5,8
**reason (16)**
30:9;36:21;48:5;
98:8;105:6,6;152:9;
154:19;169:9;170:4;
191:11,15;203:15;
229:4,9;236:14
**reasonable (5)**
48:22;150:10;161:5;
186:16;191:2

**reasonably (1)**
85:12
**reasoning (2)**
33:16;222:4
**reasons (5)**
44:5;45:17;174:24;
186:14;188:12
**reassumed (1)**
121:6
**reassurance (2)**
176:21;177:8
**rebuttal (13)**
11:11,16;12:11;17:4,
5,11;19:25;25:1,4,6;
49:12;220:24;222:25
**rec (3)**
38:7;74:17;141:6
**recall (3)**
120:12;129:9;220:9
**recalling (1)**
129:6
**receive (1)**
22:10
**received (4)**
76:18;123:14,22;
131:10
**receives (1)**
182:6
**recent (3)**
40:14,15;210:22
**recently (5)**
178:10;206:24;
208:10;214:12;217:8
**receptions (1)**
39:23
**recess (5)**
159:23;172:3,7;
173:1;221:12
**reciprocated (1)**
212:25
**recognize (5)**
53:14;54:15;64:2;
226:22;228:16
**recognized (2)**
118:2;229:13
**recognizes (1)**
85:12
**recommendation (2)**
81:4,5
**reconcile (2)**
94:8;106:25
**record (10)**
22:3,17;23:9,15;
24:4;139:19;145:24;
220:23;221:4;234:18
**recorded (4)**
5:23;6:2;30:6;53:3;
176:16;177:2
**recording (2)**
21:10;177:3
**record's (1)**
24:15
**recovered (1)**

198:18
**recreate (1)**
45:25
**recreation (14)**
33:13;39:6;103:12;
133:16;135:18,20;
136:5,8,19;139:17;
140:18,23;141:23,24
**recreational (30)**
32:18;33:15,20,22,
23,25;34:23;35:5;
37:20;38:7;63:9;65:8;
80:10;88:5;103:2;
130:12;131:17;132:19;
133:8,15;140:18,21;
141:6;142:14;147:20;
154:14,18;171:1;
228:19;231:18
**recusals (3)**
10:18;18:4,9
**red (1)**
100:12
**Redden (3)**
180:3;181:4;200:18
**redevelopment (2)**
122:4;161:4
**redo (1)**
31:1
**reference (2)**
73:5;130:23
**referenced (4)**
89:6;143:3;158:1;
159:6
**references (1)**
157:21
**referencing (1)**
94:20
**referred (4)**
93:9;151:13;177:19;
222:19
**referring (2)**
100:6;151:20
**reflect (2)**
238:12,23
**regard (2)**
237:19;244:11
**Regarding (5)**
47:17;123:12;
164:14;211:9;240:20
**regardless (4)**
43:14;74:13;163:19;
174:24
**regards (8)**
21:7,16;88:20;97:11;
105:20;114:18;156:3;
246:14
**Regent (1)**
193:2
**Regina (1)**
187:12
**regional (1)**
180:20
**register (1)**

206:21
**regret (1)**
216:17
**regular (2)**
84:14;126:9
**regularly (2)**
117:7;131:20
**regulate (5)**
72:16;98:17;100:16,
17;113:1
**regulated (1)**
73:15
**regulates (3)**
100:25;101:17;168:3
**regulations (2)**
27:15;52:7
**rehashing (1)**
197:20
**reinforced (1)**
177:15
**Reinhart (1)**
25:18;88:16
**reiterate (1)**
85:7
**rejected (1)**
187:4
**related (6)**
34:25;35:8,21;65:9;
71:17;74:19
**relationship (2)**
59:8;201:24
**relatively (1)**
208:20
**relatives (1)**
41:24
**relevant (1)**
21:17
**reliable (1)**
72:25
**religious (33)**
25:23;27:7,11,16;
31:21;52:11,21;53:15,
16,17,18,20;54:12;
60:6;81:15,19;82:3,16;
83:3,6,9;149:5,20,21;
227:9,12,14,16;229:15;
230:6;231:16;232:6;
234:16
**relocate (1)**
192:8
**rely (5)**
71:20;190:12;
208:23;219:14,15
**relying (1)**
207:17
**remainder (2)**
81:14;223:17
**remained (1)**
122:5
**remaining (1)**
52:20
**remains (1)**
45:6

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 90 of 99

Zoning Board of Appeals Hearing vs.                                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

**remediate (1)**
243:2
**remedy (1)**
8:2
**remember (12)**
41:24;42:14;43:2;
59:9,10;88:24;151:15,
23,24;156:13;218:4,7
**remind (4)**
172:20;227:6;229:3,
14
**reminded (1)**
176:7
**reminding (1)**
199:11
**removal (1)**
165:24
**removed (5)**
72:14;104:21;
120:22,24;175:25
**removing (1)**
54:10
**rendering (1)**
94:6
**renovate (1)**
139:2
**renovated (1)**
29:23
**renovation (2)**
45:4;47:24
**renovations (2)**
29:22;115:4
**rental (1)**
186:13
**repairs (1)**
150:9
**repaving (1)**
151:8
**repeal (4)**
84:13;99:11;109:3;
111:20
**repeat (2)**
16:23;137:10
**repeats (1)**
132:20
**replace (3)**
43:15;126:24;150:22
**replacement (3)**
150:8,17;151:5
**report (1)**
36:18
**REPORTER (2)**
23:12,17
**represent (4)**
174:4;175:6;233:15;
238:14
**representative (2)**
119:21;160:3
**representatives (3)**
139:18;151:13;235:5
**representing (2)**
25:13;79:25
**reps (1)**

176:7
**request (5)**
55:15;57:11;69:16;
210:8;232:3
**requested (2)**
78:24;80:24
**requesting (1)**
52:1
**require (13)**
37:14;74:7,15,22;
77:18;80:12;92:10;
93:9,12;112:10;
155:22;163:7;166:4
**required (16)**
32:4;61:22;71:14;
73:7;96:16;115:16;
161:19;163:16;167:24;
168:11;170:7;184:6;
224:16,17;225:7;236:6
**requirement (7)**
7:10;8:9,11;37:13;
95:18;96:14,17
**requirements (5)**
8:18;71:16;139:25;
168:10;246:9
**requires (21)**
19:13;27:10;34:11;
62:15,21;63:2,13;
69:24;73:12;86:7;
93:14;94:16,25;128:1;
133:2;138:12;139:21;
153:17,22;182:16,19
**requiring (3)**
34:4;54:4;163:17
**rescind (4)**
27:5;111:15;228:10;
232:2
**rescinded (1)**
54:18
**researching (1)**
179:3
**reservation (2)**
13:10;14:4
**reserve (5)**
24:25;25:3;49:15;
222:25;223:2
**reserved (6)**
11:12;12:11;17:6,12;
25:5;56:5
**resident (3)**
188:1;206:2;216:1
**residential (10)**
79:1;89:8,11;105:2;
144:22;145:20;146:6,
11,14;209:15
**residents (2)**
182:25;233:17
**resisted (1)**
181:22
**resolved (1)**
6:6
**resounding (1)**
34:14

**respect (9)**
12:20;67:16;72:3;
73:18,18;113:2;
208:22;229:2;231:20
**respected (1)**
208:10
**respectfully (2)**
190:18;232:3
**respective (1)**
50:1
**respectively (1)**
20:17
**respond (6)**
12:6;147:25;222:24;
223:6,20;224:12
**responded (2)**
69:20;182:20
**responding (1)**
77:8
**response (11)**
12:4,9;17:9,10;
19:25;22:5;114:11;
158:2;169:3;219:2;
220:9
**responsibility (1)**
28:3
**rest (5)**
12:2;86:16;193:5;
242:12,24
**restaurant (2)**
198:20,20
**restrict (2)**
107:4;143:6
**restricted (1)**
235:6
**restricting (1)**
186:3
**restrictions (6)**
70:23,25;71:6;84:20;
93:21;162:15
**restrooms (1)**
178:6
**result (2)**
96:23;175:25
**resulted (1)**
51:15
**results (1)**
88:23
**resurface (1)**
117:10
**re-surfaced (2)**
117:12;120:23
**return (3)**
59:3;77:13;172:10
**returned (2)**
58:25;198:21
**returning (1)**
58:8
**reverse (5)**
8:8,17;84:23;85:4;
246:8
**revert (1)**
109:1

**review (10)**
80:22;93:1;98:9;
112:15,18,21;113:7;
151:20;235:15;245:24
**reviewed (6)**
126:20;128:11,12,
23;183:23;238:2
**reviewing (2)**
241:9;242:16
**revised (1)**
183:17
**revitalization (1)**
240:21
**Rewrite (2)**
78:3;92:17
**rezone (1)**
112:6
**rezoned (5)**
91:25;92:5,7;97:2;
105:3
**rezoning (1)**
113:17
**right (83)**
19:24;21:3;23:7,16;
24:24;28:25;29:3;
33:14;35:14,15,22;
45:11;53:15;54:10;
60:2;63:8;65:1;66:21;
81:13;82:16;86:24;
87:2,22,25;88:8,13,22;
89:19,22;90:23;92:15;
93:11;95:22;96:1,11,
20,23;97:8;99:19;
102:14;103:11;104:7;
108:1,21;112:9;
113:11;126:5;129:21;
132:10,17;137:3,13;
145:4,6,8;146:2;
151:16;153:10;156:24;
157:3;160:7,7;165:8;
184:10;186:17;197:2,
6;200:9;201:2;202:24;
216:21;218:1;219:23;
223:12;224:8;225:25;
235:25;238:10;239:17,
20;240:9;243:10;
245:13
**rightfully (1)**
116:14
**rights (3)**
50:2;53:21;229:7
**rigor (2)**
51:4,24
**rigorous (1)**
28:3
**rip (1)**
170:15
**risible (1)**
149:9
**risk (1)**
52:16
**Rist (1)**
25:15

**rituals (1)**
60:6
**RLUIPA (5)**
27:9,18;82:22;83:9;
84:21
**roads (2)**
162:9,10,12
**Roby (2)**
222:13,17
**Rockford (1)**
25:17
**role (5)**
12:25;58:20;190:18;
206:9;233:5
**roll (1)**
6:3
**roof (2)**
94:25;150:25
**room (9)**
32:13,15;39:13;
59:14;60:12;72:18;
159:20;181:19;205:17
**round (1)**
237:5
**route (1)**
12:6
**routinely (1)**
206:10
**row (1)**
26:16
**Rowley (1)**
193:3
**rugby (1)**
39:11
**rules (7)**
6:8;9:3,16;10:17;
85:1;187:8;209:17
**run (11)**
61:13;97:14,17;
110:24;121:2,8;
124:10;130:19;191:24;
196:2;238:22
**running (2)**
47:5;158:23

### S

**Sacred (4)**
25:14;29:13;58:18,
22
**safe (1)**
120:19
**safely (2)**
194:20;219:19
**safety (6)**
46:17;105:20;219:7,
7,14;220:2
**sakes (1)**
198:22
**same (32)**
11:9;13:20;27:13;
29:14;32:11;42:11;
43:21;69:14;74:14,17;

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 91 of 99

Zoning Board of Appeals Hearing vs.                                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                              July 11, 2019

84:15;97:16;110:19;
123:5;125:1;128:5;
135:4;155:2,3;161:14;
164:11;167:4;191:3;
192:15;193:5;198:16;
201:16,16,18;210:9;
220:3;234:6
**sang (1)**
231:10
**Sara (1)**
69:20
**sat (2)**
218:11;241:19
**satisfied (1)**
185:17
**Saturday (3)**
39:24,25;110:8
**Satya (1)**
196:12
**save (1)**
11:15
**saved (1)**
17:4
**saw (4)**
70:14;99:18;243:4;
244:5
**saying (25)**
41:18;69:4;90:20;
105:10;115:1;121:21;
133:21,25;134:1,15;
140:7,14;142:6;
149:17;152:17;155:1,
11;182:22;183:19;
202:5,17;228:5;230:2;
231:21;246:22
**scale (1)**
236:3
**scanned (1)**
243:18
**scenario (5)**
94:1;109:7;110:18;
162:23;165:5
**scenarios (1)**
108:4
**Schey (4)**
173:25;175:10,10;
177:5
**scholarship (1)**
204:4
**School (132)**
6:14;21:14;25:14;
26:2;27:20;29:10,13;
31:6,18,21;33:6;40:16,
21,23;41:8,14,17;42:2,
8,25;43:10,14,17,19,
22;44:1,7,10,11;45:23;
46:1;47:11,12,12,12;
49:5,19;50:1,5,6,14,16,
21,25;51:19;52:3,8,9;
54:12;56:21;58:7,9,13;
59:1;60:1;67:4,12;
70:5;79:17;80:17;83:5,
6;85:10;87:10,12;

97:15,17;102:23;
104:2;112:6;121:3;
125:18;131:5;132:8;
133:11;135:25;154:7,
8;158:22;175:25;
176:12;177:17;178:3,
7,22;179:21,21;181:1,
5,6;184:19;187:25;
188:3,7,7,8,8,17;
189:17;192:13,17,19,
19;193:4,12,22;194:7;
199:20,21,24;200:23;
201:22;202:6;203:20,
21,24;205:2;208:25;
210:23;211:24;212:2,
9;215:16;216:16;
218:16;227:9,15,17;
230:7,8;232:7;233:15
**schooled (1)**
214:21
**schooler (1)**
201:21
**schools (38)**
29:12;31:7,9;44:25;
45:1;46:24;47:15;
50:16;51:14;53:20;
84:7,16;87:11;88:11;
89:1,7,11,22;90:21;
92:15;94:3;97:4;99:13;
105:23;124:14;131:19;
158:25;162:7;188:6;
189:15;192:1;194:9;
201:16;214:11;234:6,
9,21;235:2
**School's (8)**
21:5;26:23;47:24;
87:5,5,6,13;174:14
**Schotzer (1)**
194:12
**scope (5)**
9:5;10:3,14;14:16;
161:3
**score (6)**
48:2;59:5;76:14;
127:5;129:8;148:15
**scoreboard (20)**
31:2;47:25;48:1;
127:4;128:18,20,25,25;
129:3,7,8,10,10;
147:15,16;148:4,11,14;
149:16;150:8
**scoreboards (1)**
179:10
**scored (1)**
125:23
**scratch (1)**
224:22
**scrimmages (1)**
100:20
**scrutiny (1)**
180:25
**searching (1)**
31:23

**season (6)**
42:13;180:15,17;
201:8;212:14;228:13
**seat (1)**
178:6
**seated (1)**
61:16
**seating (5)**
108:7;176:16;177:9;
210:7,15
**Seats (2)**
123:9;173:3
**Second (25)**
11:8;17:20;21:9;
26:16;48:23;57:13,15;
105:9;120:7;136:2;
137:16;172:12,13,15;
176:5;182:1;197:7;
212:20;220:11;221:14;
222:9;224:1,3;246:15,
17
**secondary (14)**
34:21,22;53:4;64:20;
65:6;72:9,12;87:16;
88:21;89:18;91:17;
101:2;108:21;186:20
**seconded (1)**
17:22
**Secondly (1)**
198:5
**seconds (2)**
54:20,21
**secret (1)**
148:7,20
**Section (52)**
9:8;21:16;32:19,22;
33:1,16;34:17,19;35:3;
36:24;37:17,18;62:21,
24;64:2,19;65:17,19,
22;67:9;87:15;94:20;
95:1;96:20;97:25;99:2;
102:15,18;103:18;
114:4;132:21,23;
135:16;137:1;140:8;
143:7,19;151:14,21;
153:8,23;163:17;
164:3;184:2;243:6,9;
244:7;245:2,3,12,17,19
**secular (1)**
82:15
**seeing (4)**
19:4;101:7;128:8;
243:10
**seek (2)**
42:4;178:1
**seeks (1)**
40:25
**seem (2)**
195:8;238:24
**seems (5)**
102:1;132:9;173:18;
196:6;224:22
**segue (1)**

130:21
**self-evident (1)**
221:21
**selfish (1)**
215:3
**sell (2)**
176:9;193:20
**semitrucks (1)**
218:8
**senior (2)**
203:8;219:5
**seniors (1)**
158:14
**sense (14)**
41:16;42:11;43:17,
21;89:10;93:22;99:1;
116:11;136:20;152:17;
196:21,22;201:6;227:8
**sent (4)**
28:19;131:2;164:8;
216:24
**sentence (9)**
102:3;103:13,18;
114:3;136:2,3;137:18;
143:12;244:9
**sentiments (1)**
241:5
**separate (5)**
15:16;17:1;93:4;
128:5;188:9
**separated (1)**
162:9
**separately (2)**
34:19;91:16
**seriously (2)**
82:6;85:3
**serve (3)**
12:10;158:13;189:15
**served (1)**
58:12
**service (5)**
28:2;59:18;60:7;
212:11,16
**serving (2)**
58:10;189:17
**session (2)**
20:3;242:5
**set (9)**
38:15;50:5;54:5;
79:21;146:21;159:14;
217:23;225:12;241:11
**sets (2)**
85:21;226:4
**setting (3)**
51:25;226:5,7
**settled (1)**
32:2
**seven (1)**
180:22
**seventh (1)**
32:24
**several (11)**
29:11,22;81:18;

196:1;210:2;220:17;
230:10,21;233:14;
234:4;237:18
**shadow (1)**
215:22
**shall (1)**
5:12;8:12;65:18;
66:7;73:13;91:3,5;
98:4;153:24;185:4,11,
22
**shaped (1)**
213:1
**share (3)**
44:4;243:7,11
**shared (5)**
188:11,24;240:19;
241:5;245:14
**Shaw (1)**
187:10
**Shawn (3)**
173:25;175:10;
181:15
**sheet (1)**
226:24
**Shell (1)**
154:24
**shield (1)**
43:6
**shift (1)**
200:21
**shingles (1)**
150:25
**shirts (1)**
100:22
**Shorewood (1)**
145:5
**short (2)**
29:6;52:19
**Shortly (1)**
70:1
**shot (1)**
226:1
**shout (1)**
59:4
**show (6)**
46:14;77:1,2;114:19;
130:18;162:13
**showed (4)**
42:17;114:15;
126:23;196:13
**showing (1)**
179:5
**shown (3)**
33:5;83:10;191:15
**shows (1)**
91:8
**siblings (1)**
213:15
**side (10)**
28:16;45:2;55:11;
79:9,10;109:12;
190:19;205:17;214:19,
22

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 92 of 99

Zoning Board of Appeals Hearing vs.      Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

**sides (3)**
17:15;79:25;126:12
**sides' (1)**
128:16
**sign (4)**
60:24;69:22;139:24;
186:9
**significant (5)**
76:7;79:4;85:24,25;
175:7
**significantly (1)**
70:12
**signify (1)**
246:22
**signing (1)**
168:7
**silent (1)**
5:21
**similar (6)**
65:14;170:18;189:6;
201:18;244:1;246:6
**simple (3)**
62:14;151:1,4
**simpler (1)**
184:4
**simplified (1)**
214:15
**simplify (2)**
119:12;160:10
**simply (13)**
18:18;62:20;71:16;
86:7;95:5;130:2;
151:17;178:24;183:2;
191:25;201:15;234:19;
236:1
**sin (1)**
26:4
**sincerely (1)**
227:16
**sing (1)**
100:16
**singing (2)**
101:16;231:8
**single (12)**
31:13,20;36:22;97:5;
101:5,6,7,8,10;167:25;
171:8;205:20
**singular (2)**
130:22;234:23
**Sinsinawa (8)**
27:22;28:4;29:9;
55:17;56:23;58:3,11;
188:11
**siren (1)**
179:10
**Sister (7)**
55:16;56:17;57:23;
58:2;60:14;188:14;
211:3
**Sisters (4)**
27:22;29:8;58:19,22
**sit (6)**
26:25;30:1,3;134:20;

192:16;241:24
**site (10)**
33:5;72:6;77:24;
113:19;162:14,16,19;
208:8;220:5;236:11
**Sitting (8)**
25:16;69:4;130:16;
180:1;201:2;226:22;
239:17;240:9
**situation (6)**
51:9;77:4,5;99:1;
191:2;200:24
**situations (1)**
144:25
**six (6)**
104:15,15;178:2;
179:13;207:2;226:18
**size (2)**
18:6;130:1
**skins (2)**
100:22,23
**skipped (1)**
245:8
**slaughtered (1)**
199:13
**slightly (2)**
137:18;160:7
**slip (3)**
5:25;10:9;213:22
**slips (1)**
213:19
**sloping (1)**
30:1
**Small (2)**
187:11;209:15
**smaller (1)**
9:14
**smoothly (2)**
143:23;144:3
**snapshot (1)**
107:8
**snow (1)**
165:24
**soccer (56)**
26:9,12,22,22;27:2,
2;30:7;40:15,15,17,21;
41:7,12,14;42:24;
43:10;44:17;47:13,13,
13;75:13;106:5;110:9;
117:14;119:24;120:2,
20;121:7;124:8;
125:16,23;126:9;
131:4;148:15;158:18;
166:22;179:15,18,19,
24;180:12;200:2,2,5,
11,18;203:6;210:24;
211:5,6,23;212:15,18;
213:1,12;219:5
**social (9)**
39:21;58:7;188:19,
24,25;189:1,6,7,10
**society (1)**
218:19

**sod (3)**
120:23;150:15;
215:10
**Softball (17)**
38:17,19,21,22,25;
67:18;103:23,25;
104:1,3;141:10,11,17;
145:3,4;154:23;158:19
**soil (1)**
204:20
**sole (1)**
221:1
**solely (1)**
109:13
**solid (1)**
50:23
**solution (1)**
243:1
**somebody (11)**
46:9;92:2;102:10;
130:15;139:1;142:8;
193:16;195:15;196:3,
16;216:20
**somehow (4)**
60:1;82:19;115:2;
195:19
**someone (5)**
10:12;13:17;224:20,
21;237:14
**sometime (1)**
155:18
**Sometimes (8)**
61:5,6,6;144:10;
200:1;203:22;206:15;
225:2
**somewhat (1)**
215:2
**somewhere (3)**
59:25;60:2,8
**son (1)**
219:5
**songs (1)**
100:16
**soon (2)**
16:2;223:7
**sophomore (2)**
201:8;211:1
**sorority (1)**
166:7
**Sorry (15)**
18:2;23:19;32:20;
95:23;135:21;137:11;
161:13;171:24;177:4;
183:21;187:13;222:21;
244:7,17;245:19
**sort (24)**
13:11;29:6;68:2;
81:8;111:7;131:19;
132:4;142:6;143:25;
160:12,13,15;165:2;
167:4;168:7;173:14,
22,22;224:19;234:16;
238:15;239:11;243:1;

244:25
**sorts (1)**
192:12
**sought (2)**
127:2;174:25
**sound (9)**
16:9;76:12;124:5;
125:14;175:23,25;
178:4;186:12;210:7
**sounds (5)**
105:9;131:25,25;
169:23;239:23
**south (2)**
80:8;198:10
**southwest (1)**
44:21
**space (105)**
32:5,16,18;33:13,15,
21,22,24;34:1,13;
35:12;62:17,17,23,24;
63:2,6;65:12,12,13,22,
23;66:3,6,6,12;67:5,15;
68:12;71:10,11,19;
73:8,9,13,25;74:12,12;
75:6;81:10;85:25;
86:11;87:19;95:11,15;
98:3,3,6,7;101:7,25;
103:2,13;107:20,21,23;
114:4;119:2;132:19;
133:8,15;135:17;
136:5;138:2,6,15;
139:8,10,13,17;140:15;
150:21;153:10,13,13;
154:14,17,17;161:17;
163:13,19;164:2;
165:21,23;167:18;
170:19,20,25;171:1,9,
10;185:7,8,11,11,21;
186:18;207:15,17;
224:17;228:19;243:6;
245:4,10,12
**spaces (22)**
33:4,4,5,9;37:18;
67:2,10,11,17,19;73:6,
19;74:25;100:6;
102:19,22;105:11;
107:10;119:8;135:18;
143:9;185:22
**spare (2)**
173:13,22
**speak (29)**
5:25;9:21,25;10:9;
13:13;14:19;15:2,5,13,
15,25;17:8;27:16,17;
40:23;44:3;55:20;
137:22;140:17;145:25;
193:1;213:23;218:22;
220:10,21;221:22,23;
227:3;230:10
**speaker (4)**
56:16;57:3;214:18;
219:1
**speakers (4)**

18:5,7;22:6;181:7
**speaking (11)**
5:22;10:2,13;13:17;
130:24;131:14;190:10;
219:4,6;222:11,17
**speaks (1)**
182:7
**special (9)**
57:10;60:21;91:7,14;
151:13,21;152:1;
184:25;201:14
**specific (20)**
15:5;63:23;73:3;
83:15;88:18;113:20;
130:1;131:2;135:11;
137:2,14;140:7;
144:11;148:13;152:17;
156:10,12;166:5;
234:8;245:17
**specifically (32)**
10:4;35:20;38:15;
63:23;66:17;71:18;
73:17;84:4,5;86:11;
92:18;94:21;98:18,19;
107:10;121:7;123:18;
124:5,6;126:8;132:22;
134:15;137:2;152:18;
153:2;165:21;174:16;
184:24;185:1,5;
190:14;217:11
**specificity (2)**
182:2,21
**specified (1)**
185:15
**specify (1)**
48:3
**spectators (3)**
29:24;30:3;45:6
**speed (1)**
244:4
**speeding (2)**
142:7,8
**spells (1)**
229:22
**spending (1)**
47:6
**spent (1)**
242:14
**spirit (1)**
203:9
**spiritual (2)**
87:7;213:6
**spirituality (1)**
188:18
**split (1)**
13:7
**spoke (10)**
59:8;78:3;119:20;
187:15;190:6;202:20,
20,21;215:15;239:6
**sport (2)**
41:7;118:2
**sporting (5)**

83:7;116:20;132:1;
142:23;233:23
**sports (25)**
28:23;31:7;34:23;
35:5;38:7;50:24,25;
60:3;65:7;77:16,18;
89:22;132:7;133:18;
141:7,9;142:14,15;
188:20;189:14;201:20;
204:1;212:12;215:16;
241:3
**sportscaster (1)**
178:5
**spots (1)**
178:5
**spring (7)**
69:2;76:20;114:25;
157:6;180:15;215:5,8
**Springs (1)**
50:7
**sprinkled (1)**
14:12
**spur (1)**
76:22
**squad (1)**
125:20
**square (13)**
10:11;94:15,22,22,
25;95:10;96:4,15;
97:14;108:19;110:15;
115:10;128:1
**squarely (1)**
19:11
**St (1)**
50:4
**STACEY (2)**
219:3,4
**stadium (39)**
18:15;63:9;69:22;
74:15,16;107:21;
108:1,7;109:11,22;
113:11;135:5;138:11;
140:15;143:24,25;
155:19,19;156:4;
161:12;166:10;170:17,
22;176:7,10;177:11;
181:3,5,20;182:2;
197:6,8,10;208:8;
209:7;210:14;215:4,
23;227:22
**stadiums (9)**
34:24;35:6;65:10;
74:15;165:14,15,16;
186:20;227:19
**stadium-style (1)**
210:7
**staff (6)**
36:16,18;41:1;
217:12;225:3,13
**staff-approved (1)**
81:3
**stage (1)**
233:5

**stakes (1)**
79:2
**stalls (2)**
115:13,15
**stand (2)**
180:25;226:21
**standard (6)**
9:7;52:8;81:24;
112:21;171:20;240:24
**standards (2)**
27:13;171:14
**standing (2)**
41:17;101:24
**standpoint (2)**
219:7;220:6
**standpoints (1)**
197:24
**Standridge (1)**
202:10
**staple (1)**
28:11
**start (23)**
9:2;20:6;21:12;23:2;
35:2;49:23;61:10;
63:24,25;105:17;
110:6;111:15;120:11;
124:4,11;125:24;
126:6;183:19;194:15;
200:2;221:9;233:9;
235:10
**started (12)**
30:12;44:12,17;45:8;
124:16;126:8;158:11;
187:1;200:10;209:5;
217:8;246:3
**starting (5)**
8:6;100:4;164:9;
168:5;201:3
**starts (2)**
199:24;234:3
**state (18)**
7:1;12:16;38:9,25;
41:23;101:12;104:1,2;
119:14;129:24;130:2;
141:13;152:18;177:16;
187:12;189:24;199:14;
222:5
**stated (8)**
10:8;35:22;36:5;
44:13;68:19;99:18;
166:21;233:4
**statement (17)**
10:10;22:15;35:22;
55:20,22;63:25;68:1,
22;97:10;157:19;
163:1;166:15;221:3;
235:11,17;242:23;
244:18
**statements (6)**
11:5,10;12:7;232:19,
22;242:13
**States (9)**
26:15;32:4;33:2;

34:17;36:24;87:2;
184:20;185:8;246:6
**status (1)**
72:10
**Statute (8)**
6:23;7:1;8:3,7;
13:15;82:13,14;246:4
**statutory (1)**
72:19
**stay (4)**
42:22;55:19;192:11;
211:17
**stayed (1)**
122:8
**step (5)**
5:24;26:13;73:21;
158:4;172:3
**stepped (1)**
43:22
**steps (3)**
78:10;145:15;155:9
**STERETT (19)**
20:8;25:17;27:17;
52:19;53:6;103:5;
106:9;117:22;118:7,
16,20;135:1,21;149:3;
157:23;202:20,21;
223:15;226:20
**Stevens (1)**
181:4
**stick (1)**
19:25
**sticky (1)**
61:6
**still (31)**
13:3;30:24;41:23;
93:1;109:25;110:25;
112:24;119:9;120:18;
121:1;122:23;124:20;
134:8;143:17;146:10;
163:21;170:11,12;
176:19;177:6;182:19;
195:17;196:3,20;
197:17,18;200:9;
207:8;216:20;228:3;
240:15
**stipulating (1)**
16:21
**stipulation (7)**
10:20;12:3,16,24;
223:9,13,24
**stone (1)**
217:24
**stop (5)**
20:25;40:13;48:15,
20;118:4
**stopped (2)**
20:5;157:1
**stopping (1)**
59:20
**storage (1)**
178:6
**storefronts (1)**

198:19
**stormwater (6)**
114:15,17;115:18;
127:23;136:5;245:7
**Stoughton (2)**
50:7,10
**STRANGE (62)**
6:20;7:16,23;8:21;
9:1;10:23;12:19;13:1,
6,19;14:1,7,18;16:13;
17:17;19:18;20:12;
23:5,14,17;55:14,25;
60:20;81:13;98:13;
106:21;107:6;108:11;
109:18,25;110:13;
111:5,9,12,17;137:23;
139:12,20,24;140:9,13;
145:23;151:22,24;
157:12;159:18;161:21;
163:10;165:8;167:11,
15;168:20;194:23;
213:12;222:8;223:4,
11,14,18;224:8;
232:16;233:1
**Strange's (1)**
99:6
**Straus (1)**
181:8
**streamline (1)**
169:12
**streamlined (1)**
208:15
**Street (25)**
18:13;21:18;27:21;
28:25;63:5;81:1;
144:24;145:6;178:16;
179:16;183:22;188:23;
191:9;196:2;197:3,6;
198:13,14,19;209:12;
217:11;218:7,13;
228:2;240:21
**strengthens (1)**
45:19
**strengths (1)**
46:14
**strenuous (1)**
113:16
**stress (1)**
199:25
**strictly (1)**
235:25
**strike (2)**
225:5,14
**striving (1)**
52:11
**strokes (1)**
116:19
**strong (3)**
28:10;49:24;244:18
**stronger (1)**
193:15
**strongly (3)**
195:3,3;214:8

**structural (1)**
94:15
**structure (13)**
11:20;93:11,15;
94:18;95:11;104:17,
21;115:10;151:2;
155:20,21;157:2;
209:16
**structure-free (1)**
186:18
**structures (9)**
71:17;94:23;95:2,5,
19;113:3;147:10;
184:23;185:1
**struggling (1)**
242:22
**stuck (1)**
224:20
**student (22)**
28:1,2;29:19;40:1,
24;41:4;42:4;43:13,16;
49:21;50:23;51:18,25;
52:4;58:6;59:4;188:19;
198:6;199:21,22;
212:11;230:14
**students (33)**
31:6;41:24;43:20;
45:21;50:19;51:12,13,
16,17,23;52:2,5;59:3;
85:10;118:2;158:9;
170:12;189:18,19,23;
190:1;200:22;214:19;
219:15,16;230:9,14,21;
231:1,2;232:5;233:14;
241:3
**studies (1)**
58:7
**studio (1)**
60:5
**study (1)**
170:12
**studying (1)**
40:1
**stuff (8)**
14:16;16:10;114:24,
25;121:3;169:20,21;
225:3
**subcategories (1)**
235:17
**subject (5)**
9:6;10:3;106:18;
185:16;229:14
**subjective (1)**
171:15
**submission (2)**
23:10,21
**submissions (1)**
116:13
**submit (7)**
22:6;76:3;82:2;
146:16;152:9;234:11;
235:14
**submittal (1)**

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 94 of 99

Zoning Board of Appeals Hearing vs.                                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                                    July 11, 2019

176:12
**submitted (17)**
22:14;70:20;116:21,
23,24;129:5;142:16;
144:19;146:12,17,18;
176:11;220:12;222:12;
226:24;234:20;238:1
**submitting (4)**
121:11,17;127:22;
146:3
**Subsection (8)**
34:7;66:1;73:11;
74:10;102:18;114:4;
133:1;143:9
**subsequent (2)**
177:9;181:24
**substantial (5)**
54:8,11;83:2,10;
149:7
**substantially (2)**
70:12;246:5
**subtract (1)**
109:12
**suburbs (1)**
28:18
**succeed (2)**
41:6;42:6
**success (5)**
46:7;50:22;203:13;
213:10;240:5
**succinctly (1)**
99:8
**suffered (1)**
198:17
**sufficient (3)**
133:13,15;221:16
**suggest (2)**
15:17;236:23
**suggested (4)**
55:3;88:9;235:5;
237:14
**suggesting (2)**
151:15;174:21
**suggestion (2)**
172:3;183:3
**suggests (2)**
235:23;236:13
**summer (4)**
120:21;121:5;
176:14;209:13
**summer's (1)**
200:1
**super (1)**
240:10
**supercede (1)**
54:16
**support (24)**
34:15;41:10;42:1;
174:12;175:1,19,23;
192:4;193:7;197:23,
23;198:12;199:8;
214:8;215:2;216:3,4,6;
222:14,18;224:21;

239:9,13;241:7
**supported (2)**
174:10;192:4
**supporter (1)**
198:5
**supporting (1)**
109:15
**supportive (1)**
208:6
**supports (1)**
133:17
**suppose (1)**
138:19
**supposed (5)**
70:19;90:10;102:21;
140:1;238:14
**sure (27)**
5:20,22;14:2;16:14,
19;20:19;22:3,19;23:8;
47:21;73:24;90:19;
95:24;103:5;104:4;
109:21;119:9;121:20;
146:3;150:22;159:19;
163:10;173:11;187:23;
190:16;206:14;220:25
**surface (7)**
115:16;122:3;150:7;
151:10;158:24;180:9;
198:9
**surfaces (2)**
68:25;114:19
**surprised (1)**
178:9
**surprises (1)**
162:21
**surprising (1)**
57:11
**surrounding (7)**
43:5,5;59:1;186:8;
201:25;212:10;240:22
**surveillance (1)**
48:19
**surveilling (1)**
228:14
**surveyed (1)**
50:15
**suspect (1)**
210:13
**sustain (1)**
207:7
**SVA (1)**
204:5
**swim (5)**
38:8,8,9;141:3,4
**synagogues (1)**
53:20
**synonymous (1)**
134:11
**system (10)**
76:12,12;77:19;
108:8;125:14;126:4,6;
175:7;178:4;191:22
**systems (1)**

16:9

---

**T**

---

**tab (1)**
24:13
**table (15)**
91:8,13;99:17;
114:18;135:6;144:2;
175:15;181:23;182:3;
193:6;197:22;239:20,
21;240:11;245:11
**tabled (1)**
177:11
**tables (1)**
165:12
**Tag (2)**
181:8;222:15
**talk (28)**
7:17;16:2,8,11,15,
25;26:17;44:4;66:16,
17;68:9;69:21;70:16;
75:18,19;76:1;81:14;
95:2,3;132:12;157:22;
188:22;198:2;227:19,
22,23;228:2;235:17
**talked (15)**
14:7;75:25;77:1;
85:9;116:19;123:2;
132:11;149:6;152:5;
197:12;223:4;226:2;
231:7;243:5,13
**talking (23)**
13:3;52:23;95:21;
96:6;98:22;102:14;
103:8;104:22;113:5,
12,12,23,25,25;114:20;
117:18;131:22;135:8;
150:5;157:12,15;
170:24;208:2
**talks (13)**
64:18;73:17;81:25;
83:20,21;94:21;95:2;
101:25;138:3;143:7;
152:1;242:19;244:9
**Tanya (1)**
202:11
**task (1)**
211:16
**teacher (2)**
58:7;227:11
**teachers (3)**
41:1,9,25
**teaching (2)**
188:25;189:10
**team (34)**
26:15;33:7;40:18;
67:12;70:7,9;100:21;
102:3;127:14;132:11;
134:9;135:25;137:16,
20;139:13;157:13,21;
174:17;195:11,11,12,
22;201:3;205:14;

211:6,12;212:12,15;
213:1,4,5,8;216:17;
226:25
**teammates (4)**
41:20;211:22;213:2,
15
**teams (8)**
42:6;46:18;179:22;
180:19;181:1;203:8;
220:2;228:12
**teamwork (1)**
213:9
**tear (1)**
161:9
**tearing (2)**
160:25;215:9
**technical (2)**
15:10;176:24
**technicality (3)**
136:25;195:9;196:5
**temporary (6)**
69:17,21;106:14;
107:2;125:14;126:3
**ten (28)**
12:8,12;17:12;54:19,
21;79:21;84:11;92:11,
24;113:6;116:8,9;
143:15;147:7;160:15;
169:25;172:10;173:3,
4;175:19;180:17;
198:19;222:23;223:19,
21,21;238:15,15
**ten-minute (5)**
12:3;17:9,10;19:24;
223:1
**tennis (1)**
135:5
**tenure (1)**
44:10
**ten-year (8)**
84:11;85:20;106:14;
107:8;184:3,13;211:3;
243:21
**term (11)**
13:15,16;100:20;
106:4;133:22;134:9;
150:14;167:11;228:21,
24;236:22
**terminate (1)**
109:1
**terminology (1)**
240:25
**terms (19)**
12:24;13:2;20:10;
27:12;64:24;100:24;
108:22;118:8;132:3;
135:18;136:25;149:23;
153:6;177:11;220:24;
231:15;232:23;240:23;
243:1
**Terrace (4)**
39:16,17;40:4;
187:12

**test (1)**
152:18
**testimonies (3)**
131:25;240:16,18
**testimony (5)**
57:5;83:17,17;
237:14;241:24
**Thanks (3)**
81:13;196:24;224:9
**theme (1)**
240:22
**theoretically (1)**
138:19
**theory (3)**
99:8;116:4;168:22
**thereabouts (1)**
123:14
**therefore (4)**
31:11;35:15;105:14;
137:8
**there'll (1)**
99:14
**thinking (3)**
55:4;200:25;218:20
**third (5)**
11:11;120:8;183:7;
199:20;244:8
**thirdly (1)**
198:11
**Thomas (1)**
187:9
**Thompson (2)**
202:12;222:10
**though (6)**
10:19;21:11;43:18;
56:11;80:10;222:3
**thought (7)**
9:4;48:23;50:12;
53:14;89:12;200:15;
201:4
**thoughts (3)**
12:23;43:8;202:8
**thousand (4)**
37:10;166:5;171:16,
19
**thousands (1)**
167:23
**three (25)**
11:25;13:4,21;29:17;
57:22,23,25;60:13;
79:14,15;125:17;
160:25;173:21,22;
174:6,8;181:10;188:6;
197:24;202:4,25;
203:6;214:10;235:16;
240:17
**three-minute (1)**
9:23
**thrive (2)**
175:9;212:24
**throughout (8)**
19:10;150:24;
195:13;212:13,13,15;

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 95 of 99

Zoning Board of Appeals Hearing vs.                                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                                    July 11, 2019

228:23;232:24
**throw (1)**
    46:8
**thrown (1)**
    196:9
**Thus (3)**
    124:16;232:19,22
**ticket (1)**
    142:7
**tiddle (1)**
    101:5
**tie (2)**
    149:3;230:21
**tight (2)**
    19:22;60:13
**Tim (1)**
    69:22
**timeline (4)**
    29:6,16;32:8;131:24
**times (10)**
    26:3;48:10,11;93:4;
    145:8;154:12;180:17;
    193:25;218:13;234:4
**time's (1)**
    15:9
**tired (1)**
    154:12
**title (2)**
    70:4;244:14
**titled (1)**
    99:3
**toast (1)**
    26:18
**today (34)**
    5:18;10:4,15,22;
    14:7;17:2;21:24;25:13,
    18;30:6,9;31:4;34:2,9;
    40:23;45:6;80:20;
    88:25;99:8;104:25;
    112:1;123:5;129:1,9;
    132:10;155:6,7,11;
    181:12;213:2;217:19;
    220:12;224:15;232:15
**Today's (1)**
    51:9
**together (6)**
    60:8;81:7;183:11;
    208:11,24;225:18
**told (4)**
    103:9;112:3;177:10;
    186:23
**Tomich (1)**
    25:17
**tomorrow (3)**
    55:18;111:16;195:25
**ton (1)**
    169:17
**tonight (32)**
    7:14;22:5;27:5;44:3;
    55:17;61:1,2;84:22;
    85:2,4,5;99:17;104:20;
    111:15;189:5;191:14;
    194:23;195:1,15;

219:4;222:14;227:21;
228:11;230:2,5,10,17;
231:2,23;232:2;
233:19;234:23
**tons (1)**
    218:9
**took (3)**
    123:25;155:9;216:19
**top (2)**
    26:19;63:21
**topic (2)**
    202:8;244:3
**total (1)**
    45:23
**tough (3)**
    48:9,10,11
**tournament (5)**
    39:1;104:2;118:25;
    141:13;214:25
**tournaments (3)**
    101:12;180:20,21
**toward (1)**
    30:2
**towards (1)**
    81:1
**town (4)**
    50:7;61:15;193:24;
    197:21
**track (52)**
    26:12;29:24;30:7;
    31:1;44:24;45:2;
    103:16;114:16,20;
    117:6,10,10,12;118:4;
    120:14,24,25;121:4,8;
    122:3,7,8;123:3,12,25;
    124:9;125:17,19,19,20;
    126:15,25;128:4,6;
    129:16,17;130:16;
    131:6;135:4;150:7,16;
    154:7;158:21;161:18;
    166:23,25;176:13;
    177:18;178:18;179:20;
    180:6,13
**track-and-field (1)**
    158:25
**Tracy (2)**
    187:11;194:12
**trade (1)**
    88:18
**tradeoff (1)**
    112:17
**tradition (2)**
    15:6,11
**traditional (1)**
    64:23
**traditions (1)**
    15:7
**traffic (2)**
    76:4,4
**train (1)**
    158:10
**trait (1)**
    204:6

**tramples (1)**
    229:6
**transformational (1)**
    96:24
**transition (1)**
    173:23
**transitioning (1)**
    173:14
**transparency (2)**
    18:19;147:1
**transparent (4)**
    169:17,24;239:12;
    240:11
**Transportation (2)**
    245:6,8
**travel (2)**
    55:18;58:23
**treat (3)**
    27:11;149:21;220:15
**treated (12)**
    52:14;53:18;88:10;
    135:3;150:9;155:2;
    196:14,15;201:15;
    202:3;212:5;234:5
**treating (4)**
    82:15,20;149:16;
    234:6
**treatment (9)**
    31:13,22;54:4,7,13;
    112:11;150:1,3;201:15
**trees (2)**
    58:17;103:11
**tremendous (2)**
    215:23;239:9
**tremendously (1)**
    214:15
**Trest (3)**
    173:25;178:14,14
**tricky (1)**
    61:5
**tried (2)**
    43:6;143:5
**trophy (1)**
    216:19
**trouble (1)**
    146:7
**troubling (2)**
    31:12;175:3
**truck (1)**
    129:14
**Trudgeon (3)**
    207:21;210:21,22
**true (3)**
    45:13;178:24;231:15
**truly (2)**
    42:5;47:22
**truncated (2)**
    109:19;160:16
**Trustees (1)**
    49:20
**truth (1)**
    28:5
**try (3)**

27:1;119:12;159:19
**trying (9)**
    42:19,22;147:20;
    164:16,19;183:13;
    193:7;199:25;211:22
**Tucker (22)**
    25:25;75:3,21;91:23;
    126:17,20;127:10,12,
    20;128:6,22;129:4;
    137:10;141:7;150:13;
    151:7;162:3;167:2,7;
    168:18;195:21;206:13;
    209:23
**turf (15)**
    31:2;68:17,18,19;
    121:14;122:6;123:24;
    126:15;129:14;150:7;
    158:17;200:4,8;
    211:13;213:16
**turn (12)**
    29:2;32:18;40:13;
    74:4,8;107:25;108:14;
    123:19;165:25;170:16,
    21;233:6
**turned (7)**
    5:21,22;50:20;77:19;
    101:3;139:7;213:3
**turning (3)**
    75:6;101:21;138:11
**two (44)**
    10:5;22:7,8;23:22;
    24:1;26:1;63:12,12;
    73:3;80:17;82:20;
    90:11,13;93:6;102:19;
    103:25;106:18;114:14;
    118:4;125:19;133:10;
    135:2;137:2,8,14;
    141:13;159:22;160:25;
    164:12;177:15,18;
    180:20;188:21;189:2;
    190:7;191:2;195:8;
    203:7;205:11;213:24;
    214:11;218:16;241:14;
    245:16
**two-part (1)**
    143:10
**type (8)**
    100:16;116:2;
    149:16,19;151:5;
    190:6,8;201:17
**types (7)**
    75:22,25;76:21;
    78:22,22;100:17;
    127:24
**typical (4)**
    19:11;125:15;
    136:21;150:23
**typically (8)**
    9:12,13,22;19:9;
    75:24;90:3,4;124:9

                   **U**

**Ultimate (1)**
    39:12;45:8;118:1,1;
    119:2,7;131:17
**ultimately (6)**
    9:3;12:12;78:7;
    80:15;190:19,21
**unanimous (1)**
    53:12
**unanimously (3)**
    53:13;210:2;229:13
**unaware (1)**
    149:10
**uncertain (1)**
    177:10
**unconstitutional (1)**
    101:22
**under (51)**
    18:8;39:2;53:9;54:2,
    13,15;65:7;71:5;73:8;
    74:3,3;77:6;79:14;
    80:19;82:12;83:9;
    85:19;87:19;88:7;
    90:24;94:25;96:13;
    97:9;103:14;104:14;
    105:21;107:13;108:20,
    21;109:6;110:13;
    115:10;127:7;129:24;
    132:21;133:5;135:20;
    161:6,22;168:10;
    170:7;209:18,21;
    229:20;230:4;231:1;
    235:17;244:13;245:1,
    2,3
**underclassmen (2)**
    42:10;43:19
**undergraduate (1)**
    51:7
**underperformance (1)**
    51:12
**underprivileged (1)**
    212:19
**understood (5)**
    16:7;128:17;162:20;
    185:13;245:22
**undivided (2)**
    22:20;24:6
**undoubtably (1)**
    35:10
**undoubted (1)**
    169:14
**undoubtedly (1)**
    35:21
**unduly (1)**
    27:16
**unencumbered (1)**
    184:11
**unequal (3)**
    52:17;54:7,13
**unequally (1)**
    53:18
**unfair (2)**
    31:12;157:22
**unfortunate (1)**

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 96 of 99

Zoning Board of Appeals Hearing vs.                                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

42:14
**unfortunately (1)**
205:12
**unifying (1)**
189:15
**Union (4)**
39:16,16,17,17
**unique (1)**
45:24
**unit (1)**
209:16
**United (1)**
26:15
**University (14)**
38:4;39:5,8;41:11;
52:10;54:6;140:25;
141:2,16;142:2;
154:25;192:1;231:17;
237:1
**University's (1)**
198:25
**unless (8)**
5:12;20:1;66:7;98:4;
118:9;150:25;185:12,
22
**unlike (1)**
168:21
**unnecessary (2)**
76:12;94:7
**unobstructed (1)**
178:18
**unrelated (2)**
15:25;19:2
**unreliable (2)**
72:20,24
**unresolvable (1)**
80:6
**unusable (1)**
117:11
**unveiled (1)**
178:3
**unwelcome (2)**
212:1,5
**up (71)**
5:20;11:16;12:7;
13:7;14:14;15:11;20:6;
42:15,17;43:3;47:9;
48:1;53:19,22;54:24;
55:7,18;59:12;60:24;
70:23;71:7;76:13;77:1,
2;79:5;80:6;82:12;
103:10;105:9;109:5;
117:12;118:4;119:11,
18;121:15,23;122:5;
123:4;124:2;135:15;
144:5;146:21;150:15;
161:1;171:17;173:23;
176:6;180:25,25;
181:20;182:5;193:3,
18;196:2;198:3;
199:16;200:1,14;
211:12;213:24;215:9;
216:13;218:4,8,13;

222:23;225:12;226:21;
228:3;229:9;230:21
**upcoming (1)**
211:16
**update (1)**
115:17
**updated (2)**
114:14,19
**upgrade (6)**
108:7;115:8;142:19;
177:18;180:8;182:7
**upgraded (2)**
30:25;176:14
**upgrades (2)**
115:5;150:6
**upgrading (1)**
125:5
**uphold (4)**
42:4;52:11;191:6;
209:9
**upon (6)**
8:16;10:20;11:20;
50:11;51:21;246:7
**upset (1)**
200:18
**urged (1)**
211:17
**urgency (1)**
56:6
**usage (4)**
70:23;174:14;175:5;
180:11
**use (215)**
11:13;27:8,15;31:3;
32:5,10;33:14;34:5,9;
35:12,14,17;36:2,4;
39:6,7,18;44:6;47:3;
48:6;52:21;54:8;62:16,
17;63:2,9;64:23,24,24,
25,25,25;66:5,13;
67:22;68:9,12;70:5,6,
7,17,21;71:6;73:13,24;
74:6,6,11,25;75:6,8;
77:15;79:3;80:21;
81:10,19;82:3;85:24,
25;87:3,21,22;88:4,5,8,
13,17;89:9,18;90:15;
91:7;93:14;94:10,16,
17;95:6,10,19;96:2,3,
16;97:5,6,8;98:2;
100:19,19;104:13;
105:3;106:4,16,17,19;
107:5,25;109:6,10,13,
17,23;110:4,10,19,19,
19,20;113:9,14,15;
114:18;119:11;125:13,
15;127:9;129:19,21,23,
25,25;130:3,3,4,8,11;
132:6;135:7,9;138:12,
21;139:7;140:12,12;
142:21,23;144:5,21;
147:20;149:5,20;
150:14;153:7,9,11,12,

16,17;154:23;155:25;
156:22;157:9,13,17;
160:21;161:2,11,12,17;
163:1,2,3,9;164:3;
165:11;167:9,21;
168:12,22;170:24,25;
171:4,19;173:19,20;
174:21,23;175:20;
176:1,8;179:17;
180:18;181:14;182:18,
21;184:6,11;185:10,
21;186:3,4,11,17,23;
196:21;197:9;206:20,
21;207:5,8,9;209:15;
215:13,19;223:16;
226:16;228:24,25;
231:5,16;235:4;236:1,
11;238:12,17;243:5
**used (77)**
9:11;16:8;30:1,13;
33:6,12;37:19;40:9,10;
44:20;47:10;63:7;65:1,
13,15;66:12;67:4,5,12;
68:20;69:8;70:7,19;
75:9;83:7;87:19;90:5;
102:3,16,24;107:21,23;
109:25;110:5;125:21;
126:13;128:15,20;
130:8,18;131:12,16,18;
132:18;133:7,22;
135:25;136:9,19;
138:3;139:13,15;
141:6,20;144:6;
149:17;153:5,13;
161:14;163:13;164:23;
165:16,22,23;167:18;
174:17;178:12,23;
179:6;195:10;204:22;
208:18;215:18;218:5,
8;232:15;238:16
**user (1)**
101:15
**uses (148)**
18:14;34:18,20,22,
25;35:3,8;36:10,12,17,
19;37:4,5;38:5;40:9;
53:18,21;62:23,23,24;
63:12,13;64:18,20;
65:6,8,9,20,21,23;66:6;
67:15;71:10,11,15,18,
19;72:7,12,16;73:9,17;
74:6,18,19;78:22;
79:20;86:10,11;87:15,
16;88:3,6,13,21;89:13,
16,18,24;90:8,11;91:3,
4,9,11,12,14,15;93:10,
17,24;94:21,23;95:6;
96:13,19;97:1,24;98:4,
7,17;99:21;100:1,25;
101:1,2;102:16;
103:19;108:21;110:7;
113:1;114:1;115:2;
132:23;133:18;134:2,

5,5,6;137:14;138:8,16;
139:20,22;140:2;
143:7,18;151:16;
152:11,19,22,23;
153:25;154:5;156:10,
12,15,18;157:4,22;
162:19;163:18;165:13;
166:5,6,9;169:9;170:4,
5,10;179:3;181:5;
183:5;184:12,23;
185:1,6,7,8,11;186:21;
196:14;226:9;229:20,
21,22;233:17;235:6
**using (21)**
30:19,22,24;32:11;
33:19,20,21,23,25;
40:8;47:1;100:24;
101:20;109:14;112:17;
149:11;157:10;163:3;
170:5;231:19;244:11
**usually (10)**
211:10
**utilized (1)**
77:20
**UW (25)**
32:21;37:24;38:22;
39:18;40:7;67:17;
78:24;79:15;89:25;
92:22;101:9;103:20,
23;104:3,11;133:16;
135:4;141:8,22;
142:16;144:23;155:4;
162:9;169:5;243:18
**UW-La (1)**
51:8
**UW-Madison (4)**
31:10;154:19,21;
204:3
**UW-Madison's (2)**
38:16;141:20
**UW's (3)**
40:9;141:5;154:22

**V**

**value (5)**
42:3;45:22;48:8;
199:6;230:15
**values (10)**
28:5;46:1,14;51:3;
52:11;212:8,10;216:8;
227:2;230:18
**Van (4)**
25:19;202:23;205:6,
6
**variance (2)**
19:7;112:1;184:25
**variances (1)**
9:12
**various (4)**
59:14;165:18;
186:14;212:16
**varsity (24)**

40:21;44:16;60:4;
70:8;117:4,6;120:16,
18;122:17;123:20;
124:4;125:16,20,22;
126:9;135:11;179:14,
19;180:6,12;203:6,7;
206:7;210:24
**vehemently (1)**
177:23
**vehicle (1)**
204:23
**vehicles (1)**
76:8
**ventured (1)**
124:18
**venue (1)**
158:13
**verified (1)**
179:2
**Verona (1)**
47:11
**version (4)**
30:16;73:2;109:19;
111:8
**versus (4)**
10:7;12:21;83:5;
241:2
**viable (1)**
51:17
**vibrancy (1)**
199:4
**vibrant (1)**
194:1
**view (3)**
13:19;14:3;178:16,
18
**viewed (1)**
13:13
**Vilas (2)**
28:14;79:9
**Village (1)**
83:5
**violate (3)**
27:7;38:22;40:6
**violated (1)**
38:24
**violating (1)**
26:2
**violation (23)**
26:1,1,8,21;27:4;
40:8,10,17;104:13,14;
115:1;131:1,8,10;
141:8,15;142:1;149:2;
157:5;164:7;207:12,
18;231:9
**violations (3)**
26:5,10;54:18
**virtually (1)**
95:13
**vision (3)**
59:21;60:9;237:21
**visit (2)**
76:23;77:7

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 97 of 99

Zoning Board of Appeals Hearing vs.                                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
July 11, 2019

**visitors (1)**
215:24
**visits (1)**
76:22
**vitality (2)**
64:12;235:19
**vividly (1)**
41:23
**voice (1)**
171:23
**voluminous (1)**
222:2
**voluntarily (9)**
30:23;84:8;92:6,8,9;
99:5,10,11;114:2
**voluntary (8)**
90:12,17;92:2;93:23;
106:14;107:2;143:15;
226:8
**volunteered (1)**
205:18
**volunteers (1)**
212:12
**vote (9)**
5:12,13;8:16;18:1;
159:25;172:4;210:6;
246:7;247:1
**voted (3)**
20:18;72:21;210:2
**votes (1)**
172:20
**voting (1)**
196:12

**W**

**wager (1)**
32:13
**wait (6)**
19:22;20:3;23:2;
25:1;70:14;145:16
**waiting (1)**
130:21
**walk (9)**
34:15;62:11,20;
63:22;116:20;120:10;
136:16;191:8;212:17
**walked (1)**
80:22
**walking (10)**
43:1;47:5;101:15;
130:15;134:19;135:19;
136:10;172:22;173:14,
23
**walks (1)**
212:9
**walls (1)**
170:15
**wants (9)**
10:7;85:21;91:25;
92:3,3;134:20;202:17;
220:23;234:4
**warm (1)**

**warming (1)**
42:15
**warming (1)**
211:12
**Washburn (1)**
193:23
**watch (2)**
118:4;219:24
**Wautier (50)**
25:18;88:15,17;
89:21;90:24;91:6,24;
94:11;95:7,20,24;96:9,
18,22;98:10,24;99:23;
100:3,9;102:6,9,12;
103:7;105:12,19;
111:25;112:24;113:22;
115:7,22;116:4;
129:11;131:1,4,10;
134:13;135:23;136:4,
11,14,17,22;143:2;
155:16;157:25;159:5;
166:23;225:25;245:19,
22
**way (32)**
13:23;20:13;32:11;
45:20;48:25;49:4;59:9;
84:7;85:12;96:21;
97:15;106:17,20;
107:19;121:23;122:5;
133:19;135:4;155:2,3;
164:11;169:17;174:15;
182:11;189:6;191:3,
22;199:10;212:23;
213:7;225:18;230:17
**ways (4)**
84:19;149:6;190:23;
234:3
**wear (1)**
42:8
**wearing (1)**
43:22
**website (1)**
189:23
**wedding (1)**
39:23
**weeds (1)**
165:6
**week (3)**
45:16;60:23;142:16
**weeks (4)**
5:9;103:25;141:13;
177:15
**weighed (1)**
182:15
**weightlifting (1)**
38:10
**welcome (6)**
14:19;145:10;189:9;
211:9;220:25;222:2
**welcomed (1)**
212:3
**welcomes (1)**
212:6
**welcoming (1)**

**46:11**
**well-known (1)**
209:20
**well-taken (1)**
134:17
**weren't (8)**
96:5;108:18;110:14;
156:19,21;190:16;
200:12;218:10
**West (25)**
28:14;39:4;45:2;
47:11;67:3;97:14,17;
141:19,22;142:3;
181:1,4;187:10;193:4;
197:7;214:12,19,21,22;
216:13,15,16,16;218:6;
220:2
**Westchester (1)**
83:4
**what's (21)**
39:21;68:11;70:12;
73:10;85:22;86:14;
104:25;152:1;155:19;
159:3;163:16,25;
164:4;167:25;170:7;
171:18;190:21;196:18,
22;202:25;217:17
**whatsoever (2)**
191:7;212:25
**when's (1)**
53:12
**whereas (1)**
13:14
**whichever (1)**
226:11
**whip (1)**
38:1
**whistles (1)**
179:11
**white (3)**
51:16;214:2,3
**whole (19)**
28:1,2;29:19;35:23;
40:25;48:7;51:17,25;
52:3;54:5;87:7,9;
152:14;161:3;188:18;
207:1;216:13;230:12,
13
**wholly (4)**
8:8,17;174:22;246:8
**who's (1)**
96:21
**whose (3)**
51:23;52:2;213:23
**WIAA (4)**
38:9;141:4,13;
189:23
**wide (1)**
9:20
**widely (1)**
51:14
**widening (1)**
51:15

**wife (4)**
205:7;216:15,25;
228:3
**Wilke (1)**
29:21
**willing (2)**
32:13;241:23
**window (1)**
156:14
**windows (2)**
170:15;178:17
**Winn (1)**
5:8
**winning (1)**
59:5
**wins (1)**
59:11
**Wisconsin (12)**
6:23;8:3;21:19;
46:23;129:24;141:2,
16;142:2;189:24;
192:2;198:10;231:17
**Wisconsin-Madison (2)**
41:12;52:10
**Wisconsin's (3)**
38:4;140:25;237:1
**wish (3)**
49:16;225:3,4
**wished (1)**
15:15
**wishes (3)**
11:6;83:6;208:11
**Wishing (3)**
176:20;177:7;218:22
**withdrew (2)**
170:23;210:8
**within (22)**
10:11;13:11;14:5;
34:18;35:15;64:18;
72:7,12;73:22;78:15,
16;81:8;91:15;96:12;
112:19;203:5;235:4,6;
236:20;237:6;242:24;
243:21
**without (12)**
74:5,16,25;90:21;
94:2,4;97:12;111:3,10,
12;116:6;174:23
**witness (2)**
40:14;79:10
**witnesses (2)**
30:10;35:24
**women (1)**
60:8
**women's (1)**
26:15
**won (2)**
26:15;203:8
**wonder (1)**
43:8
**wondered (1)**
228:3
**wonderful (3)**

**201:24;217:2;226:23**
**wondering (1)**
55:21
**Woodrow (6)**
63:5;183:22;197:6,
17;209:12;220:20
**word (8)**
91:5;129:13;147:16;
193:16;196:17;214:14;
224:23;225:5
**wording (1)**
144:19
**words (18)**
20:9;65:2;67:20;
81:12;82:17;90:25;
98:13;102:12;110:13;
134:16;144:11;163:2;
190:7;195:10;196:13;
225:14,14;227:24
**work (15)**
51:10;79:23;80:14;
81:7;85:1;86:2;108:3;
146:9;196:6;206:9;
207:22;213:10;217:14;
218:12;225:18
**worked (7)**
78:5;80:23;93:7;
200:21;208:11;215:16,
17
**working (4)**
182:24;188:2,3;
238:4
**works (4)**
49:13;104:16;
182:10;191:22
**World (4)**
26:16,18,18,19
**worn (1)**
130:18
**worry (2)**
207:6;219:22
**worthy (1)**
59:22
**wrap (1)**
200:1
**writing (1)**
187:13
**written (12)**
22:15;23:23;71:13;
79:13,13;86:14;97:19;
134:16;161:23;220:12,
15;221:3
**Wrong (7)**
32:21;93:19;168:21;
190:25;196:4;206:16;
214:23
**wrote (2)**
196:17;220:10

**Y**

**Yael (1)**
202:12

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 98 of 99

Zoning Board of Appeals Hearing vs.                    Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                July 11, 2019

**yard (1)**
  168:13
**year (28)**
  7:21;25:24;26:20;
  29:14;31:22;41:12,21;
  42:10;44:2;104:12;
  130:10;141:4,4;
  155:18;159:8;171:17;
  178:8;187:1;196:8;
  198:14,18;199:24;
  200:11,25;203:8;
  210:25;211:1;213:12
**year-ish (1)**
  159:8
**years (72)**
  27:23,25;29:10,17;
  31:4,11;32:12,12,15;
  42:12;56:21;58:3,5;
  79:21;84:11;92:11,13,
  24;93:20;95:14;99:9;
  104:15;113:6;116:10;
  119:3;129:23;130:9;
  143:15;144:6;147:7;
  148:8;149:13;156:14;
  160:15;168:15;169:25;
  171:10,11;175:11;
  178:19;179:6,16;
  180:18;181:16;183:1;
  186:6;188:22;192:20;
  193:11,22;197:5,11;
  200:7;201:23;203:5,6,
  7;204:3;205:8,19;
  206:6;207:2,25;211:4;
  212:8,15;213:16;
  216:14;217:7,18;
  226:18;238:15
**Yep (1)**
  113:23
**young (1)**
  233:24
**younger (2)**
  210:25;213:15
**youth (3)**
  45:1;158:22;212:19

## Z

**zone (5)**
  79:1;89:14;97:1;
  145:21;201:17
**zoned (7)**
  84:5,7;89:1,7;96:7,
  21;159:9
**Zoning (131)**
  5:1;6:14;7:7,11;
  12:13;14:11;17:12;
  21:6,15;25:21,25;26:3,
  20,24;27:6,17;30:21;
  38:13,23,24;40:6;44:2;
  52:7,24;53:10;54:1;
  60:21;61:19;63:10;
  66:9;68:4;70:13;75:4;
  78:2;81:20;82:1,7;

84:3,23;85:5;86:9;
89:3,4,6,11;90:1,24;
92:17;96:24,25;97:4;
100:15,18,19,25;101:3,
4,16,17,21;104:9,13;
105:21;106:2,8;108:9;
113:19,20;132:15;
138:4,17;141:14,25;
144:12,17;150:24;
151:4,14;152:18;
154:2;156:5;157:5;
160:3;165:9;167:24;
168:1,13,15,25;171:14,
22;175:8;178:11;
183:23,24;184:20,21;
206:11,20,24;207:1,4;
208:21;209:19,22,23;
210:16;214:9;215:12;
225:16;228:22,23;
229:2,22;231:14;
232:13;233:2,20,21,22;
234:10,13;235:3,24;
238:6,7,17;241:8;
246:12,13,21
**Zwettler (28)**
  30:10;32:9;43:24,25;
  67:24,25,25;119:18,23;
  120:13;121:13,20;
  122:2,11,14;123:7,9,
  13;124:22;125:2,6,13;
  126:2,7;158:16;
  187:14,15;227:13

## 0

**0 (5)**
  18:2;57:19;172:19;
  224:7;247:1

## 1

**1 (13)**
  64:2;68:3;103:8;
  130:24;131:2,7,11,12;
  132:18;133:7,12;
  133:23;137:1
**1,200 (1)**
  178:7
**1:00 (1)**
  14:16
**10 (11)**
  34:7;62:24;66:1;
  72:5,6;73:11;74:10;
  97:25;153:8;164:3;
  200:17
**10,000 (1)**
  164:21
**10,000-page (1)**
  166:11
**10:00 (2)**
  70:24;159:20
**100 (3)**
  143:24;191:11;

212:11
**10-minute (2)**
  159:23;172:7
**10th (1)**
  178:2
**11:47 (1)**
  247:4
**11th (1)**
  5:2
**12 (1)**
  130:6
**126 (1)**
  38:6
**13 (1)**
  9:8
**130 (1)**
  201:23
**137 (1)**
  38:6
**138 (2)**
  27:25;29:10
**14 (2)**
  104:11;176:17
**140 (1)**
  193:22
**14-year-old (1)**
  43:3
**14-years-olds (1)**
  219:12
**15 (3)**
  124:13;200:17;244:6
**15th (5)**
  7:21;21:22;159:7;
  166:18;177:16
**16 (2)**
  18:12;126:8
**16- (1)**
  219:13
**16th (1)**
  166:19
**17 (3)**
  70:24;175:12;244:13
**17- (1)**
  219:13
**1881 (2)**
  27:21;29:10
**18-year-olds (1)**
  219:13
**19 (3)**
  30:5;93:4;181:24
**1920s (2)**
  28:24;44:14
**1927 (3)**
  29:14;30:14;33:21
**1930 (2)**
  29:17;30:17
**1958 (1)**
  207:23
**1960s (1)**
  58:21
**1975 (2)**
  29:23;33:22
**1990 (5)**

30:5,9,11;123:18;
179:13
**1990s (1)**
  181:17
**1994 (1)**
  44:15
**1995 (2)**
  117:5;199:12
**1996 (12)**
  66:20;69:10;116:21,
  23;118:17;119:14;
  120:1,6,11;121:19;
  122:1;175:21
**1998 (1)**
  179:13
**1999 (9)**
  29:24;30:4;33:24;
  45:4;119:6;122:9;
  123:6;125:3;179:16
**1st (3)**
  7:20;21:21;166:15

## 2

**2 (4)**
  103:10;105:15;
  130:25;131:8
**2,000 (1)**
  37:10
**2,000-page (1)**
  101:8
**20 (8)**
  20:18;58:4;168:15;
  171:18,18,19,20;
  219:10
**200- (1)**
  143:2
**2000 (1)**
  50:3
**2000s (1)**
  119:8
**2004 (1)**
  51:6
**2006 (3)**
  117:8;122:16;179:17
**2007 (3)**
  83:5;179:23;180:5
**2008 (1)**
  51:8
**2010 (1)**
  176:4
**2012 (2)**
  214:8;215:14
**2013 (12)**
  30:21,22;78:12;
  88:25;89:7;91:21,24;
  104:10;105:1,5;
  183:17,22
**2014 (34)**
  30:24;36:18;47:18;
  68:17;69:13;116:21,
  24;117:13;118:18;
  119:6,14;120:7;

121:10,16,19;122:1,10;
123:13,21;131:21;
134:4;142:19,21;
164:11;167:5,17;
168:6;174:10;176:4;
179:23;180:4,5;
242:17;244:6
**2015 (20)**
  31:1;45:11;81:2;
  114:20;117:13;121:13;
  122:6;123:1;126:8;
  128:22;148:24;159:5,
  7;178:2;179:2,9;180:8,
  11,25;208:5
**2016 (1)**
  178:2
**2018 (1)**
  69:16
**2019 (10)**
  5:2;21:21,22;26:4;
  27:3;40:20;115:1;
  148:25;149:2;210:23
**210 (1)**
  185:24
**2200 (1)**
  214:5
**220-page (1)**
  144:14
**2219 (1)**
  21:17
**224-page (2)**
  114:3;147:3
**2325 (1)**
  187:10
**23rd (1)**
  166:20
**24 (1)**
  143:3
**24th (1)**
  36:18
**25 (2)**
  178:8;207:25
**27 (1)**
  177:10
**27.0973b (1)**
  34:20
**27th (1)**
  166:19
**28.0911 (1)**
  34:17
**28.096 (1)**
  91:16
**28.097 (2)**
  21:17;34:19
**28.09710 (1)**
  32:3
**28.0973b (1)**
  35:3
**28.0975 (1)**
  36:24
**28.0975c (1)**
  62:21
**28.0984a (1)**

Case: 3:19-cv-00683   Document #: 1-18   Filed: 08/21/19   Page 99 of 99

Zoning Board of Appeals Hearing vs.                          Transcript of Proceedings In RE: Edgewood Highschool Appeal
                                                                                                    July 11, 2019

153:23
**28.2053a (1)**
  6:24
**28.2055g (1)**
  8:4
**289.0975 (1)**
  37:17
**28G-1 (1)**
  91:13
**29th (1)**
  166:19
**2C (1)**
  94:8
**2nd (6)**
  30:22;88:24;91:21,
  24;104:9;166:19

### 3

**3 (12)**
  18:2;64:19;66:21,22;
  67:1;87:15;91:3,5,6;
  96:20;143:8;165:23
**3.1 (1)**
  244:7
**3.8 (10)**
  32:19,22;33:1,16;
  37:18;67:9;132:21;
  135:16;245:12,13
**3.8.1 (1)**
  245:17
**30 (4)**
  115:13;175:11;
  179:6;223:5
**300 (2)**
  187:12;217:21
**30th (2)**
  44:1;166:20
**32 (2)**
  205:8,19
**33.019C (1)**
  5:11
**33.019e (1)**
  9:22
**34 (1)**
  217:7
**35 (2)**
  11:13;25:6
**350,000 (1)**
  190:1
**37 (1)**
  197:4

### 4

**4 (8)**
  11:18;18:1,2;57:19;
  172:19;224:7;244:8;
  247:1
**4,000 (12)**
  61:15;94:15,22,22;
  95:9;96:4,15;97:14;
  108:19;110:15;115:10;

128:1
**4.0 (1)**
  40:22
**4.1 (1)**
  135:6
**4:30 (1)**
  42:20
**40 (12)**
  11:4,8,13;17:3,5;
  20:10;22:1;24:25;
  60:19;178:8;197:5,11
**400 (2)**
  45:6;123:9
**41 (1)**
  180:16
**42 (1)**
  101:25
**4-20 (4)**
  72:4;73:1,5,10
**465 (1)**
  116:11

### 5

**5 (2)**
  65:17;170:7
**5,000 (1)**
  61:16
**53 (1)**
  58:3
**56510 (2)**
  21:4,13
**56ers (1)**
  47:13
**5c (1)**
  133:1

### 6

**6 (1)**
  18:12
**6:10 (1)**
  5:3
**60s (1)**
  218:4
**62.237e4 (1)**
  6:23
**62.237e8 (1)**
  8:3
**6th (1)**
  122:19

### 7

**7 (1)**
  122:16
**7:00 (1)**
  124:11
**70s (2)**
  193:9;205:11
**72 (2)**
  38:18;115:15
**7th (2)**

122:19;166:20

### 8

**8:30 (1)**
  70:25
**80s (2)**
  44:18,22
**836 (1)**
  209:12
**8th (4)**
  50:4;121:3;122:19;
  161:18

### 9

**90 (12)**
  31:4,11;32:12,12;
  122:9;129:23;144:6;
  148:8;171:10,11;
  192:14,15
**90,000 (1)**
  189:23
**90s (7)**
  44:23,24;117:15,16,
  16;119:8;206:3
**90-year (4)**
  114:6;116:19;143:6;
  170:25
**92 (1)**
  32:15
**94 (1)**
  120:17
**95 (4)**
  44:15;120:17,18;
  178:17
**96 (6)**
  118:9;123:3;131:21;
  164:9;167:16;168:6
**97 (1)**
  176:3
**99 (6)**
  68:2;120:21;121:5,6;
  122:4,5