# Exhibit T



# City of Madison
# Zoning Board of Appeals
# Notice of Decision

July 18, 2019

Edgewood High School of the Sacred Heart, Inc.
2219 Monroe Street
Madison, WI 53711

RE:   Appeal of City of Madison's Official Notices Dated April 1, 2019 and May 15, 2019

To Whom It May Concern:

On July 11, 2019, the Zoning Board of Appeals denied Edgewood High School of the Sacred Heart Inc.'s appeal by voting to fully affirm the decision of the Zoning Administrator regarding the Official Notices dated April 1, 2019 and May 15, 2019.

Sincerely,

Winn Collins
Zoning Board of Appeals Chair

cc:   Matthew D. Lee, Esq.
      Attorney for Appellant
      Foley & Lardner LLP
      PO Box 1497
      Madison, WI 53703-1497

      Matthew Tucker, Zoning Administrator
      City of Madison
      215 Martin Luther King, Jr., Blvd.
      Suite 017
      Madison, WI 53703

      John Strange
      Office of the City Attorney
      210 Martin Luther King, Jr. Blvd, Room 401
      Madison, WI 53703

RECEIVED

JUL 22 2019

CITY OF MADISON
BUILDING INSPECTION