# Exhibit U

# LeRoy, Kevin M.

| | |
|---|---|
| **From:** | Kelso, Nancy <NKelso@cityofmadison.com> |
| **Sent:** | Thursday, August 1, 2019 9:09 AM |
| **To:** | LeRoy, Kevin M. |
| **Cc:** | McReynolds, Amber |
| **Subject:** | Filing of ZBA Notice of Decision - Edgewood High School |
| **Attachments:** | ZBA Notice of Decision.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Good Morning,

The letter of notice from the Zoning Board of Appeals (copy attached) was issued and signed by board chair Winn Collins on Thursday July 18, 2019. It was presented to our office the morning of Friday July 19, 2019. Due to the power outage and subsequent shut down of city services the letter was not sent out until Monday July 22, 2019. Because of that situation, Monday July 22, 2019 is to be considered as the filing date of the notice of decision.

Thank you,

Nancy Kelso
Administrative Clerk
City of Madison Building Inspection Division
Madison Municipal Building
215 Martin Luther King Jr Blvd Suite 017
Madison, Wisconsin 53703-2984
*Tel*: 608-266-4556
NKelso@cityofmadison.com