# Exhibit V

| School | Date Athletic Contests Began On Campus | Outdoor Athletic Facilities? | Outdoor Lights at Outdoor Athletic Facilities? | Outdoor Athletic Facilities Near Residents? | Zoning | Has Master Plan? | Outdoor Athletic Contests on Campus? | Outdoor Athletic Contests on Campus Allowed By City? |
|---|---|---|---|---|---|---|---|---|
| Edgewood (1881) | 1927 | Yes | No | Yes (houses) | Campus-Institutional | Yes | Yes | No |
| LaFollette (1963) | 1962 | Yes | Yes | Yes (houses) | Campus-Institutional | No | Yes | Yes |
| Memorial (1966) | 1966 | Yes | Yes | Yes (houses & apartments) | Campus-Institutional | No | Yes | Yes |
| East (1922) | 1922 | Yes | Yes | Yes (houses) | Campus-Institutional | No | Yes | Yes |
| West (1930) | 1933 | Yes | No | Yes (houses) | Campus-Institutional | No | Yes | Yes |
| UW-Madison (1848) | 1889 | Yes | Yes | Yes (houses & apartments) | Campus-Institutional | Yes | Yes | Yes |