IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| EDGEWOOD HIGH SCHOOL OF THE SACRED HEART, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:19-cv-683 |
| v. | ) ) | JURY TRIAL DEMANDED |
| CITY OF MADISON, WISCONSIN; CITY OF MADISON ZONING BOARD OF APPEALS; Zoning Administrator MATTHEW TUCKER, in his official capacity; and Director of Madison's Building Inspection Division GEORGE HANK, in his official capacity, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Kevin M. LeRoy of Foley & Lardner LLP has been retained by Plaintiff Edgewood High School of the Sacred Heart, Inc. and shall appear as its counsel in all further proceedings in this action. All filings, notices and other communications pertaining to this action should be directed to the undersigned at the address indicated below.

Dated this 22nd day of August 2019.

                                                    *s/ Kevin M. LeRoy*
                                                    Kevin M. LeRoy, WBN 1105053
                                                    FOLEY & LARDNER LLP
                                                    150 E. Gilman Street, Suite 5000
                                                    P.O. Box 1497
                                                    Madison, WI  53701-1497
                                                    Phone: (608) 250-7418
                                                    Facsimile: (608) 258-4258
                                                    kleroy@foley.com

                                                   *Attorneys for Plaintiff*

4832-7257-4370.1