AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| EDGEWOOD HIGH SCHOOL OF THE SACRED HEART, INC. <br><br> *Plaintiff(s)* <br> v. <br> CITY OF MADISON, WISCONSIN; CITY OF MADISON ZONING BOARD OF APPEALS; Zoning Admin. MATTHEW TUCKER, in his official capacity; and Director of Madison's Bldg. Inspection Division GEORGE HANK, in his official capacity <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:19-cv-683-wmc |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
City of Madison, Wisconsin
City Clerk's Office
210 Martin Luther King Jr. Boulevard, Room 103
Madison, WI 53703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew D. Lee
Foley & Lardner LLP
150 E. Gilman Street
P.O. Box 1497
Madison, WI 53701-1497

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/22/2019                                    s/ J. Smith
                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-683-wmc

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Madison, Wisconsin, City Clerk's Office
was received by me on *(date)* 08/27/2019 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Maggie McClain, Municipal Clerk , who is designated by law to accept service of process on behalf of *(name of organization)* Madison City Clerk's Office on *(date)* 08/27/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/28/2019

Server's signature

Steven Watson Licensed Investigator
*Printed name and title*

Attoe-Watson & Company, Inc.
579 D'Onofrio Drive, Ste. 100
Madison, WI 53719
*Server's address*

Additional information regarding attempted service, etc: