IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| EDGEWOOD HIGH SCHOOL OF THE SACRED HEART, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:19-cv-683 |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| CITY OF MADISON, WISCONSIN; CITY OF MADISON ZONING BOARD OF APPEALS; Zoning Administrator MATTHEW TUCKER, in his official capacity; and Director of Madison's Building Inspection Division GEORGE HANK, in his official capacity, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Kevin M. LeRoy of Foley & Lardner LLP will no longer represent Plaintiff Edgewood High School of the Sacred Heart, Inc. For this reason, the undersigned respectfully requests that the appearance of Kevin M. LeRoy in this matter be withdrawn. Matthew D. Lee and Foley & Lardner LLP will remain as counsel of record for Plaintiff Edgewood High School of the Sacred Heart, Inc.

Dated this 11th day of September, 2019.

*s/ Kevin M. LeRoy*
Kevin M. LeRoy, Wis. Bar No. 1105053
FOLEY & LARDNER LLP
150 E. Gilman Street
Madison, WI  53703
(608) 257-5035 Telephone
(608) 258-4258 Facsimile
Email: kleroy@foley.com

*Attorney for Plaintiff*
