## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| EDGEWOOD HIGH SCHOOL | ) | |
| OF THE SACRED HEART, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:19-CV-683 |
| v. | ) | |
| | ) | |
| CITY OF MADISON, WISCONSIN; | ) | |
| CITY OF MADISON ZONING BOARD | ) | |
| OF APPEALS; Zoning Administrator | ) | |
| MATTHEW TUCKER, in his official | ) | |
| capacity; and Director of Madison's | ) | |
| Building Inspection Division GEORGE | ) | |
| HANK, in his official capacity, | ) | |
| | | |
| Defendants. | | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Barry J. Blonien, an attorney with Boardman & Clark LLP, appears on behalf of Defendants the City of Madison, the City of Madison Zoning Board of Appeals, Matthew Tucker in his official capacity, and George Hank in his official capacity. Copies of all papers may served at Boardman & Clark LLP, P.O. Box 927, Madison, WI 53701-0927 or through the Court's electronic filing system as applicable.

Dated this 17th day of September, 2019.

Respectfully submitted,

*/s/ Barry J. Blonien*

Barry J. Blonien, State Bar No. 1078848
BOARDMAN & CLARK LLP
1 South Pinckney Street, Suite 410
P. O. Box 927
Madison, WI  53701-0927
Telephone: (608) 257-9521
Facsimile: (608) 283-1709
bblonien@boardmanclark.com

*Attorney for Defendants*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 17, 2019, a copy of the foregoing was served electronically, via CM/ECF, on all counsel of record.

*/s/ Barry J. Blonien*
Barry J. Blonien, State Bar No. 1078848