IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EDGEWOOD HIGH SCHOOL OF THE SACRED HEART, INC., <br><br>　　　　Plaintiff, <br><br>　　　v. <br><br>CITY OF MADISON, WISCONSIN; CITY OF MADISON ZONING BOARD OF APPEALS; Zoning Administrator MATTHEW TUCKER, in his official capacity; and Director of Madison's Building Inspection Division GEORGE HANK, in his official capacity, <br><br>　　　　Defendants. | Case No. 3:19-CV-683 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Sarah A. Zylstra, an attorney with Boardman & Clark LLP, appears on behalf of Defendants the City of Madison, the City of Madison Zoning Board of Appeals, Matthew Tucker in his official capacity, and George Hank in his official capacity. Copies of all papers may served at Boardman & Clark LLP, P.O. Box 927, Madison, WI 53701-0927 or through the Court's electronic filing system as applicable.

Dated this 31st day of October, 2019.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Sarah A. Zylstra*
　　　　　　　　　　　　　　　　Sarah A. Zylstra, State Bar No. 1033159
　　　　　　　　　　　　　　　　BOARDMAN & CLARK LLP
　　　　　　　　　　　　　　　　1 South Pinckney Street, Suite 410
　　　　　　　　　　　　　　　　P. O. Box 927
　　　　　　　　　　　　　　　　Madison, WI  53701-0927
　　　　　　　　　　　　　　　　Telephone: (608) 257-9521
　　　　　　　　　　　　　　　　Facsimile: (608) 283-1709
　　　　　　　　　　　　　　　　szylstra@boardmanclark.com
　　　　　　　　　　　　　　　　*Attorneys for Defendants*