UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDGEWOOD HIGH SCHOOL OF THE SACRED HEART, INC.,

Plaintiff,

vs.

CITY OF MADISON, WISCONSIN; CITY OF MADISON ZONING BOARD OF APPEALS; Zoning Administrator MATTHEW TUCKER, in his official capacity; and Director of Madison's Building Inspection Division GEORGE HANK, in his official capacity,

Defendant.

Case No. 3:19-cv-683

**NOTICE OF STIPULATED DISMISSAL WITHOUT PREJUDICE**

Plaintiff Edgewood High School of the Sacred Heart, Inc. ("Edgewood") and Defendants City of Madison, Wisconsin, City of Madison Zoning Board of Appeals, Zoning Administrator Matthew Tucker, and Director of Madison's Building Inspection Division George Hank ("Defendants") hereby stipulate that all claims in this action shall be dismissed, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and subject to a tolling agreement reached between Edgewood and Defendants. The parties request that the Court enter the accompanying Order to that effect. None of the Defendants has asserted a counterclaim in this action, and neither Edgewood nor any of the Defendants has previously dismissed any federal or state court suit based on or including the same claims as those presented in this case. Dismissal without prejudice is therefore appropriate under Fed. R. Civ. P. 41(a).

Respectfully submitted this 10th day of February, 2020.

*/s/ Matthew D. Lee*
Matthew D. Lee WI Bar No. 1061375
Foley & Lardner LLP
Suite 5000
150 East Gilman Street
Madison, WI 53703-1482
Post Office Box 1497
Madison, WI 53701-1497
(608) 257-5035 (telephone)
(608) 258-4258 (facsimile)
mdlee@foley.com

Noel W. Sterett (IL 6292008)
Larry Opalewski (P 77864)
504 N. State Street
Belvidere, IL 61008
(815) 986-8050 (telephone)
(313) 859-8888 (facsimile)
nsterett@daltontomich.com
lopalewski@daltontomich.com
Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

*/s/ Sarah A. Zylstra*
Barry J. Blonien (State Bar No. 1078848)
Sarah A. Zylstra (State Bar No. 1033159)
Boardman & Clark LLP
P.O. Box 927
Madison, WI 53701-0927
(608) 257-9521 (telephone)
(608) 283-1709 (facsimile)
szylstra@boardmanclark.com
bblonien@boardmanclark.com

*Attorneys for Defendants*