UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EDGEWOOD HIGH SCHOOL OF THE SACRED HEART, INC., <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>CITY OF MADISON, WISCONSIN; CITY OF MADISON ZONING BOARD OF APPEALS; Zoning Administrator MATTHEW TUCKER, in his official capacity; and Director of Madison's Building Inspection Division GEORGE HANK, in his official capacity, <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )　　Case No. 3:19-cv-683 |

**<u>ORDER APPROVING STIPULATED DISMISSAL WITHOUT PREJUDICE</u>**

　　WHEREAS Plaintiff Edgewood High School of the Sacred Heart, Inc. ("Edgewood") and Defendants City of Madison, Wisconsin, City of Madison Zoning Board of Appeals, Zoning Administrator Matthew Tucker, and Director of Madison's Building Inspection Division George Hank ("Defendants") stipulate to the voluntary dismissal, without prejudice, of all claims in this action, subject to a tolling agreement reached between them;

　　WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), a plaintiff may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared;

　　WHEREAS, none of the Defendants has asserted a counterclaim in this action, and neither Edgewood nor any of the Defendants has previously dismissed any federal or state court suit based on or including the same claims as those presented in this case;

　　IT IS HEREBY ORDERED THAT the above-captioned action is dismissed without prejudice.

**Error! Unknown document property name.**

Dated: _____                    _____
                                                Hon. William Conley

**Error! Unknown document property name.**